IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Wendy Beetlestone |

## STIPULATION

AND NOW, this 4th day of January 2019, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiffs Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, and Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), that the deadline for ECFMG to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended from January 7, 2019 until February 6, 2019. In support of this stipulation the parties state as follows:

1. On December 31, 2018, ECFMG filed a Notice of Removal, removing the above-captioned action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

2. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for ECFMG to answer or respond to Plaintiffs' Complaint is presently January 7, 2019.

3. Given the intervening holidays and removal of the case to federal court, ECFMG requested, and Plaintiffs have consented to, a limited 30-day extension to allow sufficient time for ECFMG to answer or respond to Plaintiffs' Complaint.

4. This extension would have no effect on other existing deadlines.

Wherefore, the parties hereby stipulate that the deadline for ECFMG to answer or respond to Plaintiffs' Complaint is extended until February 6, 2019.

Dated: January 4, 2019

Nicholas M. Centrella, PA Bar No. 67666
Howard M. Klein, PA Bar No. 33632
Benjamin O. Present, PA Bar No. 322682
ncentrella@conradobrien.com
CONRAD O'BRIEN PC
1500 Market Street
Centre Square, West Tower, Suite 3900
Philadelphia, PA 19102
Telephone:  +1.215.864.9600
Facsimile:  +1.215.864.9620

*Attorneys for Plaintiffs*

Brian W. Shaffer, PA Bar No. 78851
Elisa P. McEnroe, PA Bar No. 206143
brian.shaffer@morganlewis.com
elisa.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  +1.215.963.5000
Facsimile:  +1.215.963.5001

*Attorneys for the Educational Commission for Foreign Medical Graduates*

APPROVED BY THE COURT:

Date: 1/7/2019

BEETLESTONE, J.

2