IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS ELSA M. POWELL, and DESIRE EVANS<br><br>*Plaintiffs*,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant*. | Case No. 2:18-cv-05629-WB<br><br>Hon. Wendy Beetlestone |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Elisa P. McEnroe, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendant Educational Commission for Foreign Medical Graduates.

DATED: January 10, 2019

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5917
Facsimile:     +1.215.963.5001
elisa.mcenroe@morganlewis.com

*Attorney for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>NICHOLAS M. CENTRELLA
>CONRAD O'BRIEN
>1500 MARKET ST., CENTRE SQUARE
>WEST TOWER 39TH FLOOR
>PHILADELPHIA, PA 19102
>215-864-8098
>ncentrella@conradobrien.com

>*Attorney for Plaintiffs*

DATED:  January 10, 2019          */s/ Elisa P. McEnroe*
                                                        Elisa P. McEnroe