IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monique Russell, *et al.*, | CIVIL ACTION |
| Plaintiffs, | No. 18-5629 |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendant. | |

### ORDER

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED that the application of Paul M. Vettori, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

\_\_\_\_\_ GRANTED.

\_\_\_\_\_ DENIED.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-05629

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

### I. APPLICANT'S STATEMENT

I, __Paul M. Vettori__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Maryland | 1970 | 197012010190 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S.D.C. Maryland | 02/11/1971 | 00122 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Fourth Circuit | 02/11/1971 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Supreme Court | 11/25/1974 | 100350 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Plaintiffs

(Applicant's Signature)

2/13/19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Law Offices of Peter G. Angelos

One Charles Center, 100 N. Charles Street, Baltimore, MD 21201

(410) 649-2027

Sworn and subscribed before me this

13th Day of Feb., 2019

Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Paul M. Vettori to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date served in accordance with the attached certificate of service.

| Benjamin O. Present | *(signature)* | February 16, 2017 | 322682 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien, PC
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102
Ph: (215) 864-9600

Sworn and Subscribed Before me this

18th  Day of February  20 19

*(signature)*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Carol L. Dennis, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Feb. 15, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing motion for the admission of Paul M. Vettori to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

/s/ Benjamin O. Present

Dated: February 18, 2019