# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monique Russell, *et al.*, | CIVIL ACTION |
| Plaintiffs, | No. 18-5629 |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendant | |

## ORDER

AND NOW, this 21ST day of FEBRUARY, 2019, it is hereby ORDERED that the application of Brent P. Ceryes, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

✓ GRANTED.

\_\_\_ DENIED.

BY THE COURT:

WENDY BEETLESTONE, J.