# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monique Russell, *et al.*, | CIVIL ACTION |
| Plaintiffs, | No. 18-5629 |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendant | |

## ORDER

AND NOW, this **21ST** day of **FEBRUARY**, 2019, it is hereby ORDERED that the application of Jonathan Schochor, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

✓ GRANTED.

___ DENIED.

BY THE COURT:

_____
WENDY BEETLESTONE, J.