IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 18-cv-05629-WB |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES | : | |
| Defendant. | : | |

## NOTICE

A settlement conference will be held on **July 24, 2019** at **2:00 p.m.,** before the Honorable Richard A. Lloret, United States Magistrate Judge. Please report to the **James A. Byrne U.S. Courthouse**, **601 Market Street, Room 4006 (Chambers), Philadelphia, PA 19106 for the assigned courtroom**. A status telephone call will be held on **July 11, 2019** at **2:00 p.m.** Plaintiff's counsel shall initiate the call to chambers (267-299-7410) once all defense counsel are on the line.

- **Plaintiff(s) must make a demand no later than two weeks before the settlement conference. Defendant(s) must make an offer no later than one week before the conference.**

- **Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility**, for example, if the defendant will not make an offer or will offer only nuisance value.

- **Counsel is responsible to have clients with <u>full settlement authority</u> physically present for the duration of the conference.**[1] **A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.**

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **July 17, 2019 (one week prior to the settlement conference).**

*/s/ Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge
267-299-7410

**Date:** March 1, 2019

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
                                                                                                          (Circle One)

      TRIAL/POOL DATE: _____

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

     Name: _____

     Address: _____

     Phone: _____

     Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

     <u>Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable)</u>:

_____

MOTIONS PENDING:

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

DEMAND AND OFFER:

_____

_____

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.