IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al. | : | CIVIL ACTION |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | : | NO.:  18-cv-5629 |

O R D E R

AND NOW, this 25th day of JUNE, 2019, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Wendy Beetlestone, to the calendar of the Honorable Joshua D. Wolson.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court