IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, *Plaintiffs*<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, *Defendants*. | CIVIL ACTION<br><br>NO. 18-5629 |

## MODIFIED SCHEDULING ORDER

**AND NOW**, this 9th day of July, 2019, upon consideration of the Parties' Joint Stipulation, the initial Scheduling Order in the above-captioned matter (ECF No. 21) is **VACATED**. It is hereby **ORDERED**, pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), as follows:

1. The Parties shall complete all fact discovery by September 23, 2019;

2. Any motion for class certification is due by October 7, 2019. Responses to class certification are due by October 21, 2019, and any reply in support of class certification is due by October 28, 2019;

3. Affirmative expert reports, if any, are due by September 23, 2019;

4. Rebuttal expert reports, if any, are due by October 14, 2019;

5. All depositions of expert witnesses shall be completed no later than November 8, 2019;

6. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

7. Motions for summary judgment, if any, shall be filed by January 13, 2020. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure; and

8. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court.

                                         **BY THE COURT:**

                                    */s/ Joshua D. Wolson*
                                    JOSHUA D. WOLSON, J.