APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ECFMG | : | NO.  18-5629 |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Philip C. Federico</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-5629

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Philip C. Federico__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __32880__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 12/01/1983 | 8312010136 |
| District of Columbia | 08/28/1985 | 40868 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 02/17/1984 | 01216 |
| District of Columbia | 03/04/1991 | 391608 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiffs

(Applicant's Signature)

07/19/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Schochor Federico and Staton, P.A.

1211 St. Paul Street, Baltimore, MD 21202

410-234-1000

Sworn and subscribed before me this

19th Day of July, 2019

Notary Public

MICHELLE YVETTE MCCOY
Notary Public
City of Baltimore
Maryland
My Commission Expires June 12, 2022

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Philip C. Federico____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Benjamin O. Present       [signature]        PA-10/19/16       PA-322682
Sponsor's Name            Sponsor's Signature  Admission date   Attorney
                                               E.D. Pa-2/16/17  Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien
1500 Market Street, Centre Square, West Tower, 3900
Philadelphia, PA 19102

Sworn and subscribed before me this

19 Day of July, 2019

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lisa LaPorta Doyle, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 2, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ECFMG | : | |
| | : | NO. 18-5629 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Philip C. Federico___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Pursuant to the Court's electronic filing system upon all counsel of record.

_[signature]_
Signature of Attorney

Benjamin Present
Name of Attorney

Benjamin Present
Name of Moving Party

7/22/19
Date