APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONIQUE RUSSELL, et al.  :  CIVIL ACTION
                         :
          v.             :
                         :
ECFMG                    :
                         :  NO. 18-5629

### ORDER

AND NOW, this 23rd Day of July, 20 19, it is hereby

ORDERED that the application of Philip C. Federico, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
JOSHUA D. WOLSON, J.