APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Monique Russell, et al. : CIVIL ACTION
:
v. :
ECFMG :
: NO. 18-5629

ORDER

AND NOW, this _____ Day of _____, 2019, it is hereby

ORDERED that the application of Cory L. Zajdel, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-5629

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Cory L. Zajdel__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __679__, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Maryland | 12/15/2004 | CPF #0412150442 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    __Russell and Riggins__

(Applicant's Signature)    Cory L. Zajdel, Esq.

7/24/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Z Law, LLC

2345 York Road, Suite #B-13

Timonium, MD 21093

Sworn and subscribed before me this

__25__ Day of __July__, 200__19__

_Teresa Maria Overmier_
Notary Public

TERESA MARIA OVERMIER
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
My Commission Expires 09/21/2022

10/04

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| District of Maryland | 9/22/06 | 28191 |
| Third Circuit | 5/8/07 | N/A |
| Fourth Circuit | 3/16/09 | N/A |
| Court of Federal Claims | 2/4/08 | N/A |
| United States Supreme Court | 3/27/17 | N/A |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Cory L. Zajdel____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_Ben Present_    [signature]    PA-10/19/16   PA-322682

Sponsor's Name    Sponsor's Signature    Admission date    Attorney Identification No.

E.D. Pa. - 2/16/17

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien PC
1500 Market Street, Centre Square, West Tower, Ste 3900
Philadelphia, PA 19102

Sworn and subscribed before me this

1st Day of August, 2019

_Justin David Russell_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JUSTIN DAVID RUSSELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 29, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Monique Russell, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ECFMG | : | |
| | : | NO.  18-5629 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Cory L. Zajdel___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Brian W. Shaffer and Elisa P. McEnroe

Morgan, Lewis & Bockius, LLP, 1701 Market Street

Philadelphia, PA  19103-2921

_[signature]_
Signature of Attorney

Ben Present
Name of Attorney

Plaintiffs
Name of Moving Party

8/1/19
Date