APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Monique Russell, et al.

v.

ECFMG

CIVIL ACTION

NO. 18-5629

FILED
AUG - 2 2019
KATE BARKMAN, Clerk
By_____ Clerk

ORDER

AND NOW, this 2nd Day of August, 2019, it is hereby

ORDERED that the application of Cory L. Zajdel, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.

[ ] DENIED.

_____
JOSHUA D. WOLSON, J.