IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>**Defendant.** | **CIVIL ACTION NO. 18-5629** |

## MOTION FOR CLASS CERTIFICATION

Plaintiffs Monique Russell, Jasmine Riggins, Elsa Powell, and Desire Evans, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Motion for Class Certification. The Motion is based upon the accompanying Memorandum of Law in Support of Class Certification and its attached exhibits, the files, records, and pleadings in this matter, and arguments of counsel.

Plaintiffs respectfully request a hearing on this Motion.

Dated: October 7, 2019                                  Respectfully submitted,

CONRAD O'BRIEN PC                                      SCHOCHOR, FEDERICO AND STATON

*/s/ Nicholas M. Centrella*                            */s/ Brent Ceryes*
Nicholas M. Centrella, Esquire (Pa. I.D. No. 67666)    Jonathan Schochor jschoehor@sfspa.com
Howard M. Klein, Esquire (Pa. I.D. No. 33632)          (*pro hac vice*
Benjamin O. Present, Esquire (Pa. I.D. No. 322682)     Lauren Schochor (Identification No. 87618)
1500 Market Street, Suite 3900                         lsehochor@sfspa.corn
Philadelphia, PA 19102-2100                            Brent Ceryes (*pro hac vice*)
Telephone: (215) 864-9600                              bceryes@sfspa.com
                                                       Phil Federico (*pro hac vice*)
                                                       The Paulton
                                                       1211 St. Paul Street

Baltimore, Maryland 21202
Phone: (410) 234-1000
Fax: (410) 234-1010

LAW OFFICES OF PETER G. ANGELOS, P.C.

*/s/ Paul M. Vettori*
Danielle S. Dinsmore (*pro hac vice*)
ddinsmore@lawpga.com
Paul M. Vettori (*pro hac vice*)
pvettori@lawpga.com
One Charles Center
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 649-2000
Fax: (410) 649-2150

THE COCHRAN FIRM

*/s/ Karen Evans*
Karen E. Evans, R.N., J.D. (*pro hac vice*)
kevans@cochranfirm.com
1100 New York Ave, N.W.
Washington, D.C. 20005
Telephone: (202) 682-5800

JANET, JANET & SUGGS, LLC

*/s/ Patrick Thronson*
Patrick A. Thronson (*pro hac vice*)
pthronson@JJSjustice.com
Executive Centre at Hooks Lane
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
Telephone: (410) 653-3200
Fax: (410) 653-9030

*Attorneys for Plaintiffs*