IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | CIVIL ACTION NO. 18-5629 |

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Class Certification and Memorandum in Support of Motion for Class Certification were served on all counsel of record via the Court's CM/ECF electronic filing system on October 7, 2019.

/s/ *Nicholas M. Centrella*
Nicholas M. Centrella

1