EXHIBIT 4

# ERAS Support Services at ECFMG

The Association of American Medical Colleges (AAMC) developed the Electronic Residency Application Service® (ERAS®) to allow medical school students and graduates to apply electronically for residency positions in accredited U.S. programs of graduate medical education. Since ERAS was established in 1996, ECFMG has served as the designated Dean's office for students and graduates of international medical schools, assisting these individuals with the ERAS application process for first- and second-year (PGY-1 and PGY-2) residency positions.

International medical students/graduates who apply to programs that participate in ERAS begin the application process by requesting an ERAS Token, a unique identification number, from ECFMG. The Token allows applicants to access AAMC's MyERAS website, where they can complete their residency applications, select the programs to which they will apply, and assign supporting documents to these programs.

As the designated Dean's office, ECFMG:

- Receives supporting documents for the ERAS application from applicants and their medical schools and letter writers.
- Transmits these documents to each applicant's ERAS application.
- Transmits the ECFMG Status Report.
- Transmits the USMLE transcript, if requested by the applicant.

Once supporting documents have been transmitted to the ERAS application, they can be viewed by the programs to which the applicant has applied.

**IMPORTANT NOTE:** Students and graduates of U.S. medical schools are assisted in the ERAS process by the Dean's office at their medical schools. The Canadian Resident Matching Service (CaRMS) serves as the designated Dean's office for students and graduates of Canadian medical schools who participate in ERAS.

Back to top

Last updated May 23, 2019.
® Registered in the US Patent and Trademark Office.
Copyright © 1996-2019 by the Educational Commission for Foreign Medical Graduates. All rights reserved.

**EXHIBIT 5**