**EXHIBIT 5**

## PLEASE DO   NOT DETACH

### Foreign Medical Graduate Examination in the Medical Sciences and the ECFMG English Test

**PART A**

NOTE: All items on all sides of the application must be filled out completely for initial and repeat examinations or application will not be accepted.
Use typewriter or block print in ink.

| | | |
|---|---|---|
| ① **EXAMINATION HISTORY:** | Have you previously applied to take one or more of the examinations administered by ECFMG? ☐ Yes ☒ No | |
| | If you have been assigned an ECFMG Applicant Number, enter the number in this box. | 482-700 |
| ② **NAME:** Print your name as you want it to appear on the Standard ECFMG Certificate | OLUWAFEMI CHARLES (First Name / Middle Name) EGBERASE (Last Name (Surname)) Full Maiden Name (For married women only) | |
| ②.₁ If you have previously applied to ECFMG under another name, provide that name | Previous Name Please include a copy of the legal document that verifies this name change. | |
| ③ **ADDRESS:** Use address to which admission permit and other notification from ECFMG should be sent | 9701 EVENING PRIMROSE DRIVE (Number/Street) 2D (Apartment Number) (Post Office Box Number) LAUREL (City) MARYLAND (State/Country)   20723 (Zip or Postal Code) | |
| ④ **SOCIAL SECURITY NUMBER:** | If you have a United States Social Security Number, enter the number in this box. | 5054 |
| ⑤ **STATUS OF MEDICAL SCHOOL STUDENT:** *Must be completed by students* | If you are applying for Day 1, will you have completed two years of medical school by the date of that examination? ☐ Yes ☐ No | |
| | If you are applying for Day 2, will you have completed or be within 12 months of completion of the formal didactic curriculum at your medical school? ☐ Yes ☐ No | |
| ⑥ **EXAMINATION REGISTRATION:** Check ☑ box(es) to indicate the component(s) for which you are applying | Examination Date (Month/Year) JULY 1992 ☒ Basic Medical Science Component (Day 1) ☒ Clinical Science Component *and* ECFMG English Test (Day 2) ☐ ECFMG English Test (administered on second day only) | E CK I RH P DO NOT WRITE IN THIS SPACE FOR OFFICE USE ONLY |
| ⑥.₁ **EXAMINATION CENTER:** See ECFMG Information Booklet for list of centers | If you do not indicate a second choice of center and the first choice is not available, ECFMG reserves the right to assign a center. Select two:   1st Choice BALTIMORE (City)   300 (Center No.)   2nd Choice WASHINGTON, D.C. (City)   350 (Center No.) | |
| ⑦ **EXAMINATION FEE(S):** Enter the amount enclosed on the line provided | Fees must be paid in United States funds. Checks, bank drafts or money orders are to be made payable to the ECFMG. Do not send cash. Basic Medical Science Component (Day 1 only)   $265 Clinical Science Component *and* ECFMG English Test (Day 2 only)   $265 Basic Medical Science Component, Clinical Science Component *and* ECFMG English Test (Day 1 and Day 2)   $425 ECFMG English Test only   $ 25   Enter amount enclosed  $ | 0 B.A.C DO NOT WRITE IN THIS SPACE FOR OFFICE USE ONLY |

RECEIVED APR - 6 1992 ECFMG

® ECFMG 1992 All Rights Reserved     Form 104, FEB 1992

ECFMG-000155

ECFMG_RUSS_0000155

**PART B**

| ⑧ SECONDARY SCHOOL COLLEGE/ UNIVERSITY: | Schools Attended | Location (exact address) | Dates Attended (month and year) | No. School Years |
|---|---|---|---|---|
| | IMMACULATE CONCEPTION COLLEGE | BENIN CITY NIGERIA | JUNE 1974 SEPT 1979 | 5 |

| ⑨ MEDICAL SCHOOL: Use precise name and list all schools attended 690-010 | Schools Attended | Location (exact address) | Dates Attended (month and year) | No. School Years |
|---|---|---|---|---|
| | UNIVERSITY OF BADAN COLLEGE OF MEDICINE | IBADAN NIGERIA | JUNE 1982 JUNE 1987 | 5 |

| ⑨.₁ CLINICAL CLERKSHIPS: Refers to that period of medical education in the clinical disciplines during which as a medical student you gained practical experience in hospitals or clinics.<br><br>List clerkships (rotations, pre-graduate internships) for each clinical discipline. | Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|---|
| | MEDICINE | | | DR ONWUKA | MAR 1988 - JUNE 19 |
| | SURGERY | SPECIALIST | | MR IDIAKHOA | SEPT 1988 - DEC 19 |
| | PAEDIATRICS | HOSPITAL | NIGERIA | DR ASEMOTA | DEC 1987 - MAR 198 |
| | OBSTETRICS | BENIN CITY | | DR ODUEGBA | JUNE 198 - SEPT 19 |
| | GYNAECOLOGY | | | | |

If additional lines are necessary use the reverse side of Part C.

| ⑨.₂ MEDICAL DEGREE: Conferred or Expected | Title of Degree  M B B S _____ Date Conferred /Expected: __ 1987 __ |
|---|---|

| ⑩ MEDICAL LICENSURE: Present or Future | Date you received (or expect to receive) an unrestricted license or certificate of full registration to practice medicine: YES _____ Country or state in which you are licensed: NIGERIA |
|---|---|

| ⑪ HOSPITAL TRAINING: Residency or fellowship | Hospitals | Position(s) | Dates |
|---|---|---|---|
| | | | |
| | | | |

| ⑪.₁ EMPLOYMENT: Present employment only | Institution/Company | Position | Dates |
|---|---|---|---|
| | Name: MARY LAND MED. LABORATORY Street: 1921 Sulphur Spring Road BOX 18290 City/State/Country: Baltimore MD 21227 | Phlebotomist | 1992 |

| ⑫ BIRTHDATE/ BIRTHPLACE: | Day/Month/Year: 17 - 4 - 62    Location: ILE-IFE. OSHUN. NIGERIA<br>City, Province, Country |
|---|---|

| ⑬ SEX: | Please check one: ✓ Male ___ Female | ⑭ NATIVE LANGUAGE: YORUBA |
|---|---|---|

| ⑮ CITIZENSHIP: | (Complete all three) | | |
|---|---|---|---|
| | A.  AT BIRTH | USA ☐ | Other ☐ (Specify) NIGERIAN 056 |
| | B.  UPON ENTERING MEDICAL SCHOOL | USA ☐ | Other ☐ (Specify) NIGERIAN |
| | C.  NOW | USA ☐ | Other ☐ (Specify) NIGERIAN ✓ |

ECFMG-000156

ECFMG_RUSS_0000156

## PART C

Students and graduates must sign the application in the presence of their Med.
School Dean, Medical School Vice Dean, or Medical School Registrar. (See A below.)

If a graduate cannot sign the application form in the presence of a medical school offi-
cial noted above, he/she must sign the application form in the presence of a Consular
Official, First Class Magistrate or Notary Public (See B below) *and* must explain in
writing why the application form could not be signed in the presence of a medical
school official. (See B.1 below.)

Application forms are to be mailed to ECFMG from the office of the official or notary
who witnesses the applicant's signature.

All information on the application form is subject to verification and acceptance by
the Educational Commission for Foreign Medical Graduates.

Seal, stamp or signature
of official *must* cover a
portion of the attached
photograph.

(16) **CERTIFICATION
BY APPLICANT**

I hereby certify that the information given in this application is true and accurate to the
best of my knowledge, and that the photographs enclosed are recent photographs of me.

I also certify and acknowledge that I have received the current edition of the ECFMG In-
formation Booklet for FMGEMS and am aware of its contents.

I understand that (1) falsification of this application, or (2) the submission of any falsified
educational documents to ECFMG, or (3) the submission of any falsified ECFMG docu-
ments to other agencies, or (4) the giving or receiving of aid in the examination as evi-
denced either by observation at the time of the examination or by statistical analysis of my
answers and those of one or more other participants in that examination, or engaging in
other conduct that subverts or attempts to subvert the examination process, may be
sufficient cause for ECFMG to bar me from the examination, to terminate my participation
in the examination, to withhold and/or invalidate the results of my examination, to withhold
a certificate, to revoke a certificate, or to take other appropriate action.

I understand that the ECFMG certificate and any and all copies thereof remain the
property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder
of the certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to trans-
mit any information contained in this application, or information that may otherwise
become available to ECFMG, to any Federal, State, or local governmental department or
agency, to any hospital or to any other organization or individual who, in the judgment of
ECFMG, has a legitimate interest in such information.

**(Must be completed
in English)**

Signature of Applicant   X _____   W ;
(in Latin Characters)

(16.1) **CERTIFICATION
BY MEDICAL
SCHOOL OFFICIAL**

**OR**

**NOTARIZATION
WITH EXPLANATION
(Pertains to graduates
only)**

A. I hereby certify that the photograph, signature, and information entered on this form accurately
apply to the individual named above.

X _____
Signature of Medical School Official

Official Title          Date          Institution

B. *Subscribed and sworn to before me this* 31 *day of* March , 19 92

X _Linda R. Richter_          _Notary Public_
Signature of Consular Official, First Class Magistrate, Notary Public          Official Title

B.1 Explain below why the application form could not be signed in the presence of your medical school dean, vice dean or registrar.
Any explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG.

338/IID

RECEIVED

APR – 6 1992

ECFMG

LINDA R. RICHTER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 2, 1994

4825700

(17) Have you ever been denied licensure or authority to practice medicine by any medical licensing or registering
authority, or has any such license or authority to practice medicine ever been suspended or revoked?          ☐ Yes   ☐ No

If the answer to this question is "Yes," please explain fully on a separate sheet of paper, giving details such as
date, location, charge, and action taken; and provide any supporting documents.

ECFMG-000157

ECFMG_RUSS_0000157

TO BE USED AS CONTINUATION OF SECTION 9.1 IN PART B

ECFMG-000158

ECFMG_RUSS_0000158