# EXHIBIT 6

# University of Ibadan



*Charles Olufemi Igberaese*

having fulfilled all the requirements of the University and passed the prescribed examinations has this day been admitted to the degree of

## Bachelor of Medicine
## and
## Bachelor of Surgery

VICE-CHANCELLOR

REGISTRAR

DATE *June 19, 1987*

ECFMG-000105

ECFMG_RUSS_0000105