EXHIBIT 7

EDUCATIC   AL COMMISSION for FOREI\   I MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● CABLE: EDCOUNCIL, PHA.

December 7, 1995

Mr. Kenneth Cotton
USMLE Secretariat
3750 Market Street
Philadelphia, PA  19104-3190

Re:  Dr. Igberase Oluwafemi Charles
USMLE/ECFMG Identification No.
0-482-700-2

Dear Mr. Cotton:

On November 27, 1995, the ECFMG Committee on Medical Education Credentials reviewed the matter with respect to Dr. Charles's admission that he falsified an application form submitted to ECFMG in order to retake an examination he had already taken and passed.

Dr. Charles initially submitted an application form to ECFMG in April 1992 in order to take the July 1992 FMGEMS and the ECFMG English test. At that time, he used the name "Oluwafemi Charles Igberase" and certified that his date of birth was April 17, 1962. He was assigned identification number 0-482-700-2.

In addition to FMGEMS, and also using identification number 0-482-700-2, Dr. Charles applied for and took the September 1992 and September 1993 administrations of Step 1, failing the September 1992 examination, but passing the examination held in September 1993.

The applicant met the medical science, English test and medical education credential requirements for ECFMG Certification and was issued Standard ECFMG Certificate No. 0-482-700-2 in October 1993.

In March 1994, Dr. Charles again submitted an application form to ECFMG, applying for admission to ECFMG's administrations of the September 1994 Step 1, August/September 1994 Step 2 and September 1994 ECFMG English test. However, on the application, he responded "No" to the question "Have you previously submitted an application to ECFMG to take one or more of the examinations administered by ECFMG." He also stated his name as "Igberase Oluwafemi Charles" and date of birth as April 17, 1961.

Since the name on the application was altered and the year of birth changed, ECFMG's search of its database at that time did not show that he had previously applied and been assigned an ECFMG Identification number. He was then assigned number 0-

ECFMG-000074

ECFMG_RUSS_0000074

Mr. Kenneth Cotton
December 7, 1995
Page 2

519-573-0.   He took and passed the August 1994 Step 2 and the September 1994 ECFMG English test and September 1994 Step 1.  His medical education credentials were again verified with his medical school and he was issued Standard ECFMG Certificate 0-519-573-0.

When he applied to ECFMG, Dr. Charles certified on his application form that, among other items, "falsification of this application" and "engaging in ...conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to ...invalidate the results of my examination ...to revoke a certificate, or to take other appropriate action."

In addition, the policies regarding taking Step 1 and Step 2 of the USMLE as outlined in the ECFMG Information Booklet, which he certified he had read and understood, include the statement "If one Step is passed, applicants may not repeat that Step and will have seven years to pass the other Step." The applicant, however, took and passed Step 1 in September 1993 and, due to the falsified application form, took it again in September 1994.

After this matter was discovered by ECFMG, on June 22, 1995, ECFMG wrote to Dr. Charles to request an explanation for his actions.  In response, he sent ECFMG a letter, dated July 14, 1995, in which he stated he wished to retake the examinations in order to improve his scores and be more competitive in his applications for residency programs.  Consequently, he "lied" but, he states, did not deliberately change his date of birth and that he thought the date given initially had been the incorrect one in his school files.  In addition, depending on the documents he has, the order of his names varies.

The examinations, dates and scores for examinations taken are as follows:

**ECFMG #0-482-700-2**          **ECFMG #0-519-573-0**

| DATE | EXAM | SCORE | DATE | EXAM | SCORE |
|------|------|-------|------|------|-------|
| July 1992 | Day 1 FMGEMS | 69 (Fail) | | | |
| | Day 2 FMGEMS | 72 (Fail) | | | |
| | English test | Pass | | | |
| Sept. 1992 | Step 1 | 70 (Fail) | | | |
| Jan. 1993 | Day 1 FMGEMS | 74 (Fail) | | | |
| | Day 2 FMGEMS | 75 (Pass) | | | |
| | English test | Pass | | | |
| July 1993 | Day 1 FMGEMS | 76 (Pass) | | | |
| Sept. 1993 | Step 1 | 76 (Pass) | | | |
| | | | Aug. 1994 | Step 2 | 76 (Pass) |
| | | | Sept. 1994 | Step 1 | 78 (Pass) |
| | | | Sept. 1994 | English test | Pass |

ECFMG-000075

ECFMG_RUSS_0000075

Mr. Kenneth Cotton
December 7, 1995
Page 3

After its review at the November 27, 1995 meeting, the ECFMG Committee on Medical Education Credentials took the following actions:

- Invalidate the Standard ECFMG Certificate issued to Dr. Charles under the second identification number 0-519-573-0;

- Inform the United States Medical Licensing Examination (USMLE) Committee on Irregular Behavior of this matter for its information and possible action; and

- Revoke the Standard ECFMG Certificate issued to Dr. Charles under the first identification number 0-482-700-2.

For information, I am enclosing copies of the following items:

1.   Application to ECFMG received April 6, 1992.
2.   Application to ECFMG received March 30, 1994.
3.   ECFMG letter to Dr. Charles dated June 22, 1995.
4.   Dr. Charles' July 14, 1995 letter to ECFMG.
5.   ECFMG letter to Dr. Charles dated December 7, 1995.

Please inform Marie L. Shafron or me of the disposition of this matter. If you need additional information, please let me know.

Sincerely yours,

William C. Kelly
Manager, Medical Education
Credential Processing

/wck
Enclosures

ECFMG-000076

ECFMG_RUSS_0000076

## PLEASE DO    NOT DETACH

**Foreign Medical Graduate Examination in the Medical Sciences and the ECFMG English Test**

**PART A**

NOTE: All items on all sides of the application must be filled out completely for initial and repeat examinations or application will not be accepted.
Use typewriter or block print in ink.

---

**① EXAMINATION HISTORY:**

Have you previously applied to take one or more of the examinations administered by ECFMG?  ☐ Yes  ☒ No

If you have been assigned an ECFMG Applicant Number, enter the number in this box.  `482-700`

---

**② NAME:**
Print your name as you want it to appear on the Standard ECFMG Certificate

First Name: `OLUWAFEMI`   Middle Name: `CHARLES`

Last Name (Surname): `IGBERASE`

Full Maiden Name (For married women only)

---

**②.1 If you have previously applied to ECFMG under another name, provide that name**

Previous Name

Please include a copy of the legal document that verifies this name change.

---

**③ ADDRESS:**
Use address to which admission permit and other notification from ECFMG should be sent

Number/Street: `9701  EVENING PRIMROSE DRIVE`

Apartment Number: `2D`   Post Office Box Number

City: `LAUREL`

State/Country: `MARYLAND`   Zip or Postal Code: `20723`

---

**④ SOCIAL SECURITY NUMBER:**

If you have a United States Social Security Number, enter the number in this box.  `...5054`

---

**⑤ STATUS OF MEDICAL SCHOOL STUDENT:**
Must be completed by students

If you are applying for Day 1, will you have completed two years of medical school by the date of that examination?  ☐ Yes  ☐ No

If you are applying for Day 2, will you have completed or be within 12 months of completion of the formal didactic curriculum at your medical school?  ☐ Yes  ☐ No

---

**⑥ EXAMINATION REGISTRATION:**
Check box(es) to indicate the component(s) for which you are applying

Examination Date (Month/Year) `JULY 1992`

☒ Basic Medical Science Component (Day 1)

☒ Clinical Science Component and ECFMG English Test (Day 2)

☐ ECFMG English Test (administered on second day only)

E `CK`
I
P `RH`

DO NOT WRITE IN THIS SPACE FOR OFFICE USE ONLY

---

**⑥.1 EXAMINATION CENTER:**
See ECFMG Information Booklet for list of centers

If you do not indicate a second choice of center and the first choice is not available, ECFMG reserves the right to assign a center.

Select two:   1st Choice: `BALTIMORE`   City   Center No. `300`

2nd Choice: `WASHINGTON, D.C.`   City   Center No. `350`

---

**⑦ EXAMINATION FEE(S):**
Enter the amount enclosed on the line provided

Fees must be paid in United States funds. Checks, bank drafts or money orders are to be made payable to the ECFMG. Do not send cash.

Basic Medical Science Component (Day 1 only)   $265

Clinical Science Component and ECFMG English Test (Day 2 only)   $265

Basic Medical Science Component, Clinical Science Component and ECFMG English Test (Day 1 and Day 2)   `$425`

ECFMG English Test only   $ 25   Enter amount enclosed   $

`0`
`B.Nic`

DO NOT WRITE IN THIS SPACE FOR OFFICE USE ONLY

RECEIVED
APR - 6 1992
ECFMG

---

© ECFMG 1992 All Rights Reserved   Form 104, FEB 1992

ECFMG-000155

## PART B

| (8) SECONDARY SCHOOL COLLEGE/ UNIVERSITY: | Schools Attended | Location (exact address) | Dates Attended (month and year) | No. School Years |
|---|---|---|---|---|
| | IMMACULATE CONCEPTION COLLEGE | BENIN CITY NIGERIA | JUNE 1974 SEPT 1979 | 5 |

| (9) MEDICAL SCHOOL: Use precise name and list all schools attended 690-010 | Schools Attended | Location (exact address) | Dates Attended (month and year) | No. School Years |
|---|---|---|---|---|
| | UNIVERSITY OF IBADAN COLLEGE OF MEDICINE | IBADAN NIGERIA | JUNE 1982 JUNE 1987 | 5 |

| (9.1) CLINICAL CLERKSHIPS: Refers to that period of medical education in the clinical disciplines during which as a medical student you gained practical experience in hospitals or clinics. List clerkships (rotations, pre-graduate internships) for each clinical discipline. | Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|---|
| | MEDICINE | SPECIALIST HOSPITAL BENIN CITY | NIGERIA | DR ONWUKA | MAR 1988 JUNE 19 |
| | SURGERY | | | MR IDIAKHOA | SEPT 1988 DEC 19 |
| | PAEDIATRICS | | | DR ASEMOTA | DEC 1987 MAR 198 |
| | OBSTETRICS | | | DR OGIEGBA | JUNE 198 SEPT 19 |
| | GYNAECOLOGY | | | | |
| | | | | | |
| | | | | | |

If additional lines are necessary use the reverse side of Part C.

| (9.2) MEDICAL DEGREE: Conferred or Expected | Title of Degree MBBS | Date Conferred /Expected: 1987 |
|---|---|---|

| (10) MEDICAL LICENSURE: Present or Future | Date you received (or expect to receive) an unrestricted license or certificate of full registration to practice medicine: YES _____ Country or state in which you are licensed: NIGERIA |
|---|---|

| (11) HOSPITAL TRAINING: Residency or fellowship | Hospitals | Position(s) | Dates |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| (11.1) EMPLOYMENT: Present employment only | Institution/Company | Position | Dates |
|---|---|---|---|
| | Name: MARY LAND MED. LABORATORY Street: 901 Sulphur spring Road BOX 18890 City/State/Country: Baltimore MD 21227 | Phlebotomist | 1992 |

| (12) BIRTHDATE/ BIRTHPLACE: | Day/Month/Year: 17-4-67   Location: ILE-IFE. OSHUN. NIGERIA City, Province, Country |
|---|---|

| (13) SEX: | Please check one: ✓ Male ___ Female | (14) NATIVE LANGUAGE: YORUBA |
|---|---|---|

| (15) CITIZENSHIP: | (Complete all three) | |
|---|---|---|
| | A. AT BIRTH                        USA ☐ | Other ☐ (Specify) NIGERIAN 056 |
| | B. UPON ENTERING MEDICAL SCHOOL    USA ☐ | Other ☐ (Specify) NIGERIAN |
| | C. NOW                             USA ☐ | Other ☐ (Specify) NIGERIAN ✓ |

## PART C

Students and graduates must sign the application in the presence of their Medical School Dean, Medical School Vice Dean, or Medical School Registrar. (See A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See B below) *and* must explain in writing why the application form could not be signed in the presence of a medical school official. (See B.1 below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature.

All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

(16) **CERTIFICATION BY APPLICANT**

I hereby certify that the information given in this application is true and accurate to the best of my knowledge, and that the photographs enclosed are recent photographs of me.

I also certify and acknowledge that I have received the current edition of the ECFMG Information Booklet for FMGEMS and am aware of its contents.

I understand that (1) falsification of this application, or (2) the submission of any falsified educational documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action.

I understand that the ECFMG certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any Federal, State, or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

**(Must be completed in English)**

Signature of Applicant    X _____

(in Latin Characters)

(16.1) **CERTIFICATION BY MEDICAL SCHOOL OFFICIAL.**

A.   I hereby certify that the photograph, signature, and information entered on this form accurately apply to the individual named above.

X _____

Signature of Medical School Official

**OR**

| Official Title | Date | Institution |

**NOTARIZATION WITH EXPLANATION** (Pertains to graduates only)

B.  Subscribed and sworn to before me this 31 day of *March*, 19 92

X _Linda R. Kishter_     *Notary Public*

Signature of Consular Official, First Class Magistrate, Notary Public     Official Title

B.1 **Explain below** why the application form could not be signed in the presence of your medical school dean, vice dean or registrar. Any explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG.

338/IID

RECEIVED

APR - 6 1992

ECFMG

LINDA R. KISHTER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 2, 1994

4823700

(17) Have you ever been denied licensure or authority to practice medicine by any medical licensing or registering authority, or has any such license or authority to practice medicine ever been suspended or revoked?     ☐ Yes   ☐ No

If the answer to this question is "Yes," please explain fully on a separate sheet of paper, giving details such as date, location, charge, and action taken; and provide any supporting documents.

ECFMG-000157

ECFMG_RUSS_0000157

TO BE USED AS CONTINUATION OF SECTION 9.1 IN PART B

ECFMG-000158

ECFMG_RUSS_0000158

PLEASE DO ~ NOT DETACH

STEP 1 AND/OR STEP 2 EXAMINATIONS
ADMINISTERED TO STUDENTS/GRADUATES OF FOREIGN MEDICAL SCHOOL
THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, 3624 MARKET STREET, PHILADELPHIA
PHONE: 215 386-5900  CABLE: EDCOUNCIL,PHA
PART A
NOTE: All items on all sides of the application must be filled out completely for initial and repeat examination
Use typewriter or block print in ink.

| ① ECFMG EXAMINATION HISTORY: | Have you previously submitted an application to ECFMG to take one or more of the examinations administered by ECFMG?  ☐ Yes If yes, place your USMLE Identification Number (ECFMG Applicant Number) in this box |
|---|---|

② NAME:
Print your name as you want it to appear on the Standard ECFMG Certificate and on your official USMLE record

First Name: IGBERASE  Middle Name: OLUWAFEMI
Last Name (Surname): CHARLES

Full Maiden Name (For married women only)
48-700-2

②.1 If you have previously applied to ECFMG under another name, provide that name
Previous Name: N/A
Please include a copy of the legal document that verifies this name change.

③ ADDRESS:
Use address to which admission permit and other notification from ECFMG should be sent

Number/Street
Apartment Number                    Post Office Box Number: 1653
City: HYATTSVILLE
State/Country: MD           Zip or Postal Code: 20788

④ U.S. SOCIAL SECURITY AND/OR CANADIAN SOCIAL INSURANCE NUMBERS:
Enter numbers in boxes provided
U.S. Social Security Number          Canadian Social Insurance Number

⑤ REGISTRATION:
Check ☑ box(es) of selected examinations

| Step 1 | June 8 - 9, 1994 ☐ | or | September 22 - 23, 1994 ☐ |
| Step 2 | March 30 - 31, 1994 ☐ | or | August 31 - September 1, 1994 ☐ |
| ECFMG English Test | March 31, 1994 ☐ | or | September 1, 1994 ☐ |

⑤.1 TEST CENTER:
Select three ECFMG centers for each Step and/or ECFMG English Test. See the information Booklet in which this application was enclosed for a list of ECFMG centers

Step 1: (1) Richmond  City  182 Center No. (2) Baltimore  City  300 Center No. (3) ___ City  Center No.

Step 2 and/or ECFMG English Test: (1) Richmond  City  182 Center No. (2) Baltimore  City  300 Center No. (3) ___ City  Center No.

⑥ EXAMINATION FEE(S):
Enter the amount enclosed on the line provided

Fees must be paid in United States funds. Checks, bank drafts or money orders are to be made payable to the ECFMG. Do not send cash.

| Step 1 Basic Medical Science Examination | $400 |
| Step 2 Clinical Science Examination | $400 |
| ECFMG English Test | $ 30 |

Enter amount enclosed  $ _____

FOR OFFICE USE ONLY

⑦ HANDEDNESS: ☑ Right Handed   ☐ Left Handed

APPLICATION FORM 104S, August, 1993
*ECFMG 1993 All Rights Reserved

FOR OFFICE USE ONLY  E X___  P 30

ECFMG-000151

ECFMG_RUSS_0000151

PART B

| (8) SECONDARY SCHOOL COLLEGE/ UNIVERSITY: | Schools Attended | Location (exact address) | Dates Attended From MO. YR. To MO. YR. | No. School Years |
|---|---|---|---|---|
| | Immaculate Conception College | Benin City Nigeria | 06 74 06 79 | 05 |

| (9) MEDICAL SCHOOL: Use precise name and list all schools attended | Schools Attended | Location (exact address) | Dates Attended From MO. YR. To MO. YR. | No. School Years |
|---|---|---|---|---|
| 0910 | University of Ibadan | Ibadan Nigeria | 06 82 06 87 | 05 |

| (9.1) CLINICAL CLERKSHIPS: Refers to that period of medical education in the clinical disciplines during which as a medical student you gained practical experience in hospitals or clinics. List clerkships (rotations, pre-graduate internships) for each clinical discipline. | Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|---|
| | MEDICINE | SPECIALIST HOSP. | BENIN CITY | DR Chuzuku | 1988 |
| | SURGERY | " | " | DR Idiakhoa | 1988 |
| | OB GYN | " | " | DR Iyinbor | 1988 |
| | PEDIATRICS | " | " | DR ASEMOTA | 1987 |

If additional lines are necessary use the reverse side of Part C.

| (9.2) MEDICAL DEGREE: Conferred or Expected | Title of Degree MBBS  Date Conferred/Expected:* 06 87 |
|---|---|
| | * If the degree has been conferred, a photocopy should be sent to ECFMG. See Medical Education Credentials Section of the ECFMG Information Booklet. |

| (10) MEDICAL LICENSURE: Present or Future | Date you received (or expect to receive) an unrestricted license or certificate of full registration to practice medicine: 1988  Country or state in which you are licensed:* NIGERIA |
|---|---|
| | * If the license has been issued, a photocopy should be sent to ECFMG. See Medical Education Credentials Section of the ECFMG Information Booklet. |

| (11) HOSPITAL TRAINING: Residency or fellowship | Hospitals | Position(s) | Dates |
|---|---|---|---|
| | N/A | | |

| (12) EMPLOYMENT: Present employment only | Institution/Company | Position | Dates |
|---|---|---|---|
| | Name: N/A | | |
| | Street: | | |
| | City/State/Country: | | |

| (13) BIRTHDATE/ BIRTHPLACE: | Day 0 17 Month 04 Year 61 Location: ILE IFE OYO NGERIA City, Province, Country |
|---|---|

| (14) GENDER: | Please check one: ✓ Male ___ Female | (15) NATIVE LANGUAGE: YORUBA |
|---|---|---|

| (16) CITIZENSHIP: | (Complete all three) | | 056 |
|---|---|---|---|
| | A. AT BIRTH | USA ☐ | Other ☑ (Specify) NIGERIAN |
| | B. UPON ENTERING MEDICAL SCHOOL | USA ☐ | Other ☑ (Specify) NIGERIAN |
| | C. NOW | USA ☐ | Other ☑ (Specify) NIGERIAN |

| (17) OTHER EXAMINATION HISTORY AND APPLICANT NUMBERS: Indicate the organizations to which you may have applied previously; enter the date of the most recent examination that was administered to you by that organization as | ORGANIZATION | DATE OF MOST RECENT EXAMINATION TAKEN MO. YR. | APPLICANT IDENTIFICATION NUMBER |
|---|---|---|---|
| | ☐ NATIONAL BOARD OF MEDICAL EXAMINERS | | |
| | ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES | | |

Students and graduates must sign the application in the presence of their Medical School Dean, Medical School Vice Dean, or Medical School Registrar. (See A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See B below) and must explain in writing why the application form could not be signed in the presence of a medical school official (See B.1 below.)

NUMBERS:
Indicate the organizations to which you may have applied previously; enter the date of the most recent examination that was administered to you by that organization as

MO.    YR.

STATE LICENSING AUTHORITY
IN THE UNITED STATES

Students and graduates must sign the application in the presence of their Medical School Dean, Medical School Vice Dean, or Medical School Registrar. (See A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See B below) *and* must explain in writing why the application form could not be signed in the presence of a medical school official. (See B.1 below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature.

All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

**(18) CERTIFICATION BY APPLICANT**

(Must be completed in English)

I hereby certify that the information in this application is true and accurate to the best of my knowledge and that the photographs enclosed are recent photographs of me.

I also certify and acknowledge that I have received the current edition of the Information Booklet on USMLE Step 1 and Step 2 examinations and ECFMG Certification, am aware of its contents and meet the eligibility requirements set therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified educational documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action.

I understand that the ECFMG certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any Federal, State, or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

Seal, stamp or signature of official *must* cover a portion of the attached photograph.

**(18.1)** (Must be completed in English)

**CERTIFICATION BY MEDICAL SCHOOL OFFICIAL**

**OR**

Signature of Applicant  x *Charles Egbuna Okpewo*  Date *03/26/94*
(In Latin Characters)

A. I hereby certify that the photograph, signature, and information entered on Section 9 of this form accurately apply to the individual named above.

x _____
Signature of Medical School Official

**NOTARIZATION WITH EXPLANATION**

(Pertains to graduates only)

Official Title     Date     Institution

B. Subscribed and sworn to before me this *26th* day of *March*, 19 *94*

JACK L. KATZ
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires June 1, 1997

x *Jack L. Katz*
Signature of Consular Official, First Class Magistrate, Notary Public

B.1 Explain in the space below why the application form could not be signed in the presence of your medical school dean, vice dean or registrar. Any explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG.

*Due to the fact that I reside in the United States as at time of filling this application*

| FOR OFFICE USE ONLY | |
|---|---|
| FORM | DATE |
| S.A. | |
| I.D. | |
| 338 | |
| 339 | |
| 325 | √ |

**(19)** Have you ever been denied licensure or authority to practice medicine by any medical licensing or registering authority, or has any such license or authority to practice medicine ever been suspended or revoked? ☐ Yes ☒ No

If the answer to this question is "Yes," please explain fully on a separate sheet of paper, giving details such as date, location, charge, and action taken; and provide any supporting documents.

**(20)** Provision of the following information is voluntary. The information will be used for research purposes only. You are encouraged to provide the information; however, the processing of your application will not be affected if you choose to leave item ⑳ blank.

Select the one which best describes your racial/ethnic background.

| 1 ☐ American Indian/Alaskan Native | 2 ☐ Asian Pacific Islander | 3 ☐ Hispanic | 4 ☐ Black (not of Hispanic Origin) | 5 ☐ White (not of Hispanic Origin) | 6 ☐ Other |
|---|---|---|---|---|---|

ECFMG-000153

ECFMG_RUSS_0000153

For Continuation of 5.1 Clinical Clerkships

| Clinical Clerkship | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ECFMG-000154

ECFMG_RUSS_0000154



EDUCATION .L COMMISSION for FOREIG  MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● CABLE: EDCOUNCIL, PHA.

June 22, 1995

Dr. Charles Olufemi Igberase　　　　　　　USMLE/ECFMG Identification No.
P.O. Box 1653　　　　　　　　　　　　　　　0-482-700-2
Hyattsville, MD 20788

Dear Doctor:

　　　　When you applied for admission to ECFMG's administrations of the September 1994 Step 1, August/September 1994 Step 2 and September 1994 ECFMG English test, you responded "No" to the question "Have you previously submitted an application to ECFMG to take one or more of the examinations administered by ECFMG." You also stated your name as "Igberase Oluwafemi Charles" and your date of birth as April 17, 1961. You certified that this information, as well as the other information on your application "is true and accurate to the best of my knowledge ..." and you swore to this in the presence of a Notary Public.

　　　　You were assigned USMLE/ECFMG Identification Number 0-519-573-0 and took the Step 1, Step 2 and ECFMG English test. You submitted copies of your medical education credentials, which were verified by ECFMG with an official of your medical school. A Standard ECFMG Certificate was subsequently issued to you under the name Igberase Oluwafemi Charles with the number 0-519-573-0.

　　　　A check of ECFMG records shows that, despite what you certified to on the application referred to above, you had applied for and taken examinations administered by ECFMG prior to your application for the 1994 examinations. You first applied to ECFMG for the July 1992 administration of FMGEMS and the ECFMG English test under the name "Oluwafemi Charles Igberase" and certified that your date of birth was April 17, 1962. You failed both the basic medical science (Day 1) and clinical science (Day 2) components of the July 1992 FMGEMS and passed the ECFMG English test.

　　　　You subsequently applied for and took the January 1993 administration of FMGEMS and the ECFMG English test, failing Day 1, but passing Day 2 and the English test. You then applied for and took the July 1993 administration of Day 1 of FMGEMS which you passed. Since, at that time, you had also met the medical education credential requirements for ECFMG certification, you were issued Standard ECFMG Certificate Number 0-482-700-2.

　　　　You also applied for and took the September 1992 and September 1993 administrations of Step 1, failing the September 1992 examination, but passing the examination held in September 1993.

ECFMG-000085

ECFMG_RUSS_0000085

Dr. Igberase Oluwafemi Charles
June 22, 1995
Page 2

When you applied to ECFMG, you certified on your application form that, among other items, "falsification of this application" and "engaging in ...conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to ...invalidate the results of my examination ...to revoke a certificate, or to take other appropriate action."

In addition, the policies regarding taking Step 1 and Step 2 of the USMLE as outlined in the ECFMG Information Booklet, which you certified you had read and understood, include the statement "If one Step is passed, applicants may not repeat that Step and will have seven years to pass the other Step." You, however, took and passed Step 1 in September 1993 and again in September 1994.

ECFMG is conducting an investigation of this matter. You must write to ECFMG immediately to explain why you certified on your application form that you had not previously applied for an ECFMG examination when, in fact you had, and also to explain why you repeated Step 1 when the policy states applicants who pass the Step may not repeat it. Your letter must be received by ECFMG within 15 days of your receipt of this letter.

Your explanation, together with the documents in your file, will be reviewed by the ECFMG Committee on Medical Education Credentials at a future meeting.   After its review, the Committee will make a recommendation to the ECFMG Board of Trustees.

Your response must be sent to the following special address:

ECFMG
P.O. Box 13467
Philadelphia, PA 19101-3467

Sincerely yours,

William C. Kelly
Manager, Medical Education
Credential Processing

/wck

ECFMG-000086

ECFMG_RUSS_0000086

Page One

RECEIVED
CREDENTIALS DEPT

JUL 2 0 1995

ECFMG

USMIE / ECFMG # 0-482-700-2

July 14th 1995
P.O. Box 1653
Hyattsville md 20788

Mr William C. Kelly.
Manager, Medical Education
Credential Processing
   ECFMG.

Dear Sir
      I hereby with the following
explanations explain the reasons for
my repeating the ECFMG examinations.
      When I came into the US, I was
Very hard up financially, no good books
and I was Very emotionally troubled
   It was at this same period I was
attempting the ECFMG examinations.
      I had a Very difficult time passing
these tests as you can see in my
records.
      I finally managed to pass, but of
all the over 150 residency applications
that I sent to Various institutions,
no Hospital considered my results
and the number of attempts
Competitive enough?
I tried again One year Later and it

ECFMG-000078

ECFMG_RUSS_0000078

Page two

Came down to the same result.
This again gave me a lot of depression especially since my family were still in Nigeria and I had no means of looking after them.
As a result of these, I explained to my friends who felt I should take the tests over again to improve on my scores despite my difficult position.
They suggested that since I had already been issued one ECFMG certificate, I could not possibly use that same number again to sit for new tests.
For this reasons, I <u>LIED</u> that I had not taken the test before when I was filling out the forms.
I did not deliberately change my date of birth (DOB) on the forms. The initial mistake was made by my school when they recorded my DOB as 04 17 61.
I wrote a letter to inform them about the mistake and that my actual DOB was 04 17 62.
As at the time I was filling out

Page three

the latest form, I had not recieved
back from my school a reply for
the change.
    I did not realise at this time
that the previous form I filled had
my corrected DOB on it. So, I
used my DOB that was in my
school file since I had not
recieved a change from my school
I attached here-with a photocopy
of my Birth Certificate.
    I am willing to pay for the
verification of the 041761 DOB
with my school and the fact that
I have written a letter to them for
a change/correction at the same
period that I filled out the first
ECFMG application forms.
    As for the arrangement of
my name. This is an on-going
feud among the family members.
It usually depended on who
registers one for what examinations
- My father, my mother or my
uncle.
    This accounts for the variations

ECFMG-000080

ECFMG_RUSS_0000080

Page Four

as represented in my Birth Certificate, medical School certificate, Permanent medical Council Certificate and my first Leaving School certificate.

The name is actually a Compound Last name IGBERASE—CHARLES.

I have decided for future records to use the name as it appears on my Birth Certificate and passport (Nigerian Passport)

i.e. IGBERASE OLUWAFEMI CHARLES I always thought that so long as all the names were represented, There was no problems.

Having said all these, I must say how deeply sorry and remorseful I am for allowing myself to be involved in such a despicable act of shame.

I took this step out of pain and anguish and as a desperate move to helping my family — I am the breadwinner of both my immediate and extended family, my Parents are Very aged and my children are Very Very young.

ECFMG-000081

ECFMG_RUSS_0000081

Page five

I therefore plead fervently with the committee members who are going to review my case to temper justice with mercy God bless you all.

Sincerely

Igberase Oluwafemi Charles

0-519-573-0

RECEIVED
CREDENTIALS DEPT.

ECFMG-000082

ECFMG_RUSS_0000082




Executive Officer
IFE CENTRAL LOCAL
GOVERNMENT, ILE---
15th Sept 1973

A 01948

OSUN STATE OF NIGERIA.

# CERTIFICATE OF REGISTRATION OF BIRTH

I, Mrs. Grace Fatunwase Registrar

of Births in Ife Central Local Government

in Ile Ife Division of Osun State

of Nigeria do hereby certify that I have this 14th day

of September 19 73 registered, in folio

number A12 of Birth Register

The birth of Ibetrase Oluwafemi Charles

Male / Female, born at Ile Ife

on 12th day of April 19 62

the child of Mr. Ibetrase David
*(Father's Name)*

and Mrs. Ibetrase Foyeke both
*(Mother's Name)*

Ile-Ife

14/9 19 73                    G Fatunwase
                              Signature of Registrar

ECFMG-000083

ECFMG_RUSS_0000083



EDUCATIC AL COMMISSION for FOREI J MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● CABLE: EDCOUNCIL, PHA.

Via Certified Mail                                          December 7, 1995
Return Receipt Requested

Dr. Igberase Oluwafemi Charles                  USMLE/ECFMG Identification No.
P.O. Box 1653                                                    0-482-700-2
Hyattsville, MD  20788

Dear Doctor:

On November 27, 1995 the ECFMG Committee on Medical Education Credentials met to review the matter with respect to your falsification of an application form submitted to ECFMG. The Committee reviewed the documentation available, including your July 14, 1995 letter.

Following review the Committee took the following actions:

1.      To invalidate the Standard ECFMG Certificate issued to you under the second identification number 0-519-573-0;

2.      To inform the United States Medical Licensing Examination (USMLE) Committee on Irregular Behavior of this matter for its information and possible action; and

3.      To revoke the Standard ECFMG Certificate issued to you under the first identification number 0-482-700-2.

Please return the two Standard ECFMG Certificates to my attention immediately. I suggest you send them by certified mail.

Enclosed is a copy of the ECFMG Rules of Appellate Procedure.

Sincerely yours,

William C. Kelly
Manager, Medical Education
Credential Processing

/wck
Enclosure