**EXHIBIT 10**

Page One

RECEIVED
CREDENTIALS DEPT
JUL 20 1995
ECFMG

ATTACHMENT A3

USMLE/ECFMG# 0-482-700-2

July 14th 1995
P.O. Box 1653
Hyattsville md 20788

Mr William C. Kelly.
Manager, Medical Education
Credential processing
ECFMG.

Dear Sir

I hereby with the following explanations explain the reasons for my repeating the ECFMG examinations.

When I came into the US, I was very hard up financially, no good books and I was very emotionally troubled.

It was at this same period I was attempting the ECFMG examinations.

I had a very difficult time passing these tests as you can see in my records.

I finally managed to pass, but of all the over 150 residency applications that I sent to various institutions, no hospital considered my results and the number of attempts competitive enough.

I tried again one year later and it

ECFMG-000433

ECFMG_RUSS_0000433

Page two

Came down to the same result.
This again gave me a lot of depression especially since my family were still in Nigeria and I had no means of looking after them.
As a result of these, I explained to my friends who felt I should take the tests over again to improve on my scores despite my difficult position. They suggested that since I had already been issued one ECFMG Certificate, I could not possibly use that same number again to sit for new tests.
For this reasons, I LIED that I had not taken the test before when I was filling out the forms.
I did not deliberately change my date of birth (DoB) on the forms. The initial mistake was made by my school when they recorded my DoB as 04.17.61. I wrote a letter to inform them about the mistake and that my actual DoB was 04.17.62.
As at the time I was filling out

Page Three

the latest form, I had not recieved back from my school a reply for the change.

I did not realise at this time that the previous form I filled had my corrected DOB on it. So, I used my DOB that was in my school file since I had not recieved a change from my school. I attached here-with a photocopy of my Birth Certificate.

I am willing to pay for the verification of the 041761 DOB with my school and the fact that I have written a letter to them for a change/correction at the same period that I filled out the first ECFMG application forms.

As for the arrangement of my name. This is an on-going feud among the family members. It usually depended on who registered me for what examinations. My father, my mother or my uncle. This accounts for the variations

Page Four

as represented in my Birth Certificate, medical school certificate, Permanent medical council Certificate and my first Leaving school certificate.

The name is actually a Compound Last name IGBERASE-CHARLES.

I have decided for future records to use the name as it appears on my Birth Certificate and passport (Nigerian passport).

i.e. IGBERASE OLUWAFEMI CHARLES

I always thought that so long as all the names were represented, there was no problems.

Having said all these, I must say how deeply sorry and remorseful I am for allowing myself to be involved in such a despicable act of shame.

I took this step out of pain and anguish and as a desperate move to helping my family — I am the bread-winner of both my immediate and extended family, my parents are very aged and my children are very very young.

ECFMG-000436

ECFMG_RUSS_0000436

Page five

I therefore plead fervently with the committee members who are going to review my case to <s>to</s> <u>temper justice with mercy</u>. God bless you all.

Sincerely
Igberase Oluwafemi Charles
0-519-573-0

RECEIVED
CREDENTIALS DEPT

ECFMG-000437

ECFMG_RUSS_0000437