**EXHIBIT 13**

1

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES

- - - - - - - - - - - - - - x
                             :
Appeal of:                   :
                             :
                             :
DR. IGBERASE OLUWAFEMI CHARLES:
(USMLE/ECFMG No. 0-482-700-2) :
                             :
- - - - - - - - - - - - - - x

Wednesday, July 10, 1996

Culpeper Room
ANA Hotel
2401 M Street N.W.
Washington, D.C. 20037

REVIEW COMMITTEE:

    FLOYD J. MALVEAUX, M.D., Ph.D., ECFMG Trustee
    MARVIN R. DUNN, M.D. ECFMG Trustee
    ALEXANDER H. WILLIAMS, III, ECFMG Trustee

OTHER ECFMG PARTICIPANTS:
    NANCY E. GARY, M.D. President
    MARIE L. SHAFRON, Vice-President for
        Operations
    BRUCE A. HUBBARD, ESQ., Legal Counsel
    WILLIAM C. KELLY, Manager, Medical Education
        Credentials

ON BEHALF OF THE APPELLANT:

    LOUIS FREEMAN, ESQ.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C. 20002
(202) 546-6666

ECFMG-000353

ECFMG_RUSS_0000353