**EXHIBIT 14**

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE  ATTACHMENT 3
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 • FAX: 215-387-9963 • CABLE: EDCOUNCIL, PHA.

Via Express Mail

July 31, 1996

Dr. Igberase Oluwafemi Charles
P.O. Box 1653
Hyattsville, MD 20788

USMLE/ECFMG Identification No.
0-482-700-2

Dear Dr. Charles:

By letter dated December 7, 1995, you were notified of the decision of the Committee on Medical Education Credentials of the Educational Commission for Foreign Medical Graduates (ECFMG) to take certain actions: to invalidate the Standard ECFMG Certificate No. 0-519-573-0, to inform the USMLE Committee on Irregular Behavior for its information and possible action and to revoke Standard ECFMG Certificate No. 0-482-700-2.

On March 7, 1996, ECFMG received on your behalf a request for an appeal of the decision to revoke Standard ECFMG Certificate No. 0-482-700-2, under the ECFMG Rules of Appellate Procedure. Your oral appeal was considered on July 10, 1996 in Washington, D.C. by a Review Committee consisting of Floyd J. Malveaux, M.D., Ph.D., Chairman, Marvin R. Dunn, M.D. and Alexander H. Williams, III. The Committee considered all of the evidence before it, including correspondence between and among you, your attorney, the USMLE Committee on Irregular Behavior and ECFMG.

The Review Committee affirmed the decision of the Committee on Medical Education Credentials, but limited the length of the revocation of Standard ECFMG Certificate No. 0-482-700-2 to five (5) years from July 10, 1996, i.e., July 10, 2001. At that time, Standard ECFMG Certificate No. 0-482-700-2 will be reinstated if you remain otherwise eligible for ECFMG certification.

Decisions of the Review Committee are subject to the ECFMG Rules of Appellate Procedure, a copy of which is enclosed.

The Review Committee wishes to thank you for your cooperation.

ECFMG REVIEW COMMITTEE

Floyd J. Malveaux, M.D., Ph.D.
Marvin R. Dunn, M.D.
Alexander H. Williams, III

By: _____
Marie L. Shafron
Vice President for Operations
Educational Commission for
Foreign Medical Graduates
At the direction of the
ECFMG Review Committee

MLS/wck
Enclosure
cc: Louis M. Freeman, Esq.

*ECFMG is an organization committed to promoting excellence in international medical education.*

ECFMG-000440

ECFMG_RUSS_0000440