EXHIBIT 15



ATTACHMENT 7

## EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-386-5900 ● FAX: 215-386-9767 ● INTERNET: www.ecfmg.org

May 3, 2001

Personal and Confidential
Via Certified Mail – Return Receipt Requested

Dr. Igberase Oluwafemi Charles
16327 Chadsford Ave.
Baton Rouge, LA 70817

Re: USMLE™/ECFMG® Identification No. 0-482-700-2

Dear Dr. Charles:

This is notice of the decision of the ECFMG Committee on Medical Education Credentials made on April 18, 2001. A brief procedural history is set forth below.

On November 27, 1995, the ECFMG Committee on Medical Education Credentials reviewed the allegation that you submitted a falsified application to ECFMG and that you applied to take the United States Medical Licensing Examination™ Step 2 which you had already passed. The falsification was in your reply "No" in response to Item 1 (USMLE/ECFMG Identification Number) of the application, "Have you previously submitted an application to ECFMG to take one or more of the examinations administered by ECFMG?"

Following review in November 1995, the ECFMG Committee took action to invalidate the Standard ECFMG Certificate issued to you under USMLE/ECFMG Identification No. 0-519-573-0, to inform the USMLE Committee on Irregular Behavior for its information and possible action and to revoke the Standard ECFMG Certificate issued to you under USMLE/ECFMG Identification No. 0-482-700-2.

You subsequently filed an appeal of the ECFMG Committee's decision. The ECFMG Review Committee for Appeals considered this appeal on July 10, 1986. The ECFMG Review Committee for Appeals affirmed the decision of the ECFMG Committee on Medical Education Credentials to revoke the Standard ECFMG Certificate issued to you under USMLE/ECFMG Identification No. 0-482-700-2, but limited the length of revocation to a period of five years from July 10, 1996, i.e., to July 10, 2001.

In October 2000, you submitted to ECFMG an application for the USMLE Step 1 and Step 2. In Item 1 of the application, you answered "No" to the question, "Have you ever submitted an application to ECFMG for any examination, even if you did not take

*ECFMG® is an organization committed to promoting excellence in international medical education.*

ECFMG-000446

Dr. Igberase Oluwafemi Charles
May 3, 2001
Page 2

the examination?"

On April 18, 2001, the ECFMG Committee on Medical Education Credentials reviewed the allegation that the application you submitted in October 2000 was falsified and that you applied to take the USMLE Step 1 and Step 2 which you had already passed. The falsification was in your reply of "No" in response to Item 1 (USMLE/ECFMG Identification Number) of the application, "Have you ever submitted an application to ECFMG for any examination, even if you did not take the examination?"

Following this review, the ECFMG Committee took action to extend the length of the revocation of your Standard ECFMG Certificate for a yet to be specified period of time, to refer this new matter to the USMLE Committee on Irregular Behavior for its review and to review this matter again after the USMLE Committee's decision.

ECFMG will send notification of this action to state medical licensing boards, graduate medical education program directors in the United States, the Federation of State Medical Boards' Action Data Bank, Canadian licensing authorities and other interested entities.

Actions of the ECFMG Committee on Medical Education Credentials are subject to the ECFMG Rules of Appellate Procedure. A copy of the ECFMG Rules of Appellate Procedure is enclosed.

Sincerely,

William C. Kelly
Manager, Medical Education
Credentials Department

/wck
Enclosure

ECFMG-000447

ECFMG_RUSS_0000447