**EXHIBIT 19**

IGBERASE_1908

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

CERTIFIES THAT

## JOHN NOSA AKODA

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION, SUCCESSFULLY PASSED ITS EXAMINATIONS AND HAS BEEN AWARDED THIS CERTIFICATE.

RECEIVED
AUG 11 2011
MARYLAND BOARD OF PHYSICIANS



CERTIFICATE NUMBER  0-553-258-5
MEDICAL EXAMINATION
BASIC SCIENCE    JUNE 11, 1997
CLINICAL SCIENCE  AUGUST 28, 1996
ENGLISH EXAMINATION  AUGUST 28, 1996
VALID THROUGH

CERTIFICATE NUMBER
0-553-258-5
ENGLISH EXAMINATION
August 28, 1996

CHAIRMAN, BOARD OF TRUSTEES
PRESIDENT, CHIEF EXECUTIVE OFFICER
DATE ISSUED  AUGUST 18, 1997