**EXHIBIT 20**

Case 2:18-cv-05629-JDW   Document 32-22   Filed 10/07/19   Page 2 of 2



# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 • CABLE: EDCOUNCIL, PHA.

## REQUEST FOR PERMANENT REVALIDATION OF STANDARD ECFMG CERTIFICATE

This form is to be completed for graduates of foreign medical schools who have entered programs of graduate medical education in the United States accredited by the Accreditation Council for Graduate Medical Education (ACGME) and who are requesting that their Standard ECFMG Certificate be made valid indefinitely.

**RECEIVED JUL 2 4 1998**

### I. TO BE COMPLETED BY APPLICANT (type or print)

USMLE/ECFMG Applicant Identification No.: 0-553-258-5

Program ID No. (as listed in American Medical Association's Graduate Medical Education Program Directory): 140-33-12-236

Name: John-Charles Akoda

U.S. Social Security Number: ___-9065-5450 (handwritten, overwritten)

Date of Birth: 04 / 17 / 63

Mailing Address for Sticker: P.O. Box 192

City: Neptune   State: NJ   Zip Code: 07754

Country: ___

Telephone Number: (732) 775-1092   Fax: (732) 775-1092

Signature: John Charles Akoda   Date: 7/10/98

VISA STATUS: (if applicable) (check one)
- Immigrant ☒
- Non-Immigrant ☐
- J-1 ☐
- H-1B ☐
- Other (please specify) ☐

### II. TO BE COMPLETED BY PROGRAM DIRECTOR, DIRECTOR OF GRADUATE MEDICAL EDUCATION, OR OTHER AUTHORIZED OFFICIAL (type or print)

INSTITUTION (as listed in AMA's Graduate Medical Education Program Directory): JERSEY SHORE MEDICAL CENTER

CITY: NEPTUNE   STATE: ___

SPECIALTY: INTERNAL MEDICINE

Telephone Number: (732) 776-4420   Fax: (732) 776-4619

Name and Title of Institution Official: JOHN A. CROCCO, M.D. PROGRAM DIRECTOR / DEPT. CHAIR OF MEDICINE

Signature of Institution Official: [signature]   Date: 7-17-98

ENTRY DATE OF APPLICANT TO ACGME ACCREDITED PROGRAM: 7 / 1 / 98

APPLICANT ENTERED AS: (check one)
- Resident ☒
- Clinical Fellow ☐
- Other (please specify) ☐

**VALID INDEFINITELY SENT**

Please affix institution or corporate seal, or if not available, complete acknowledgment by a notary.

STATE OF ___
COUNTY OF ___

On this ___ day of ___, 19___, before me appeared ___, satisfactorily proven to me to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes herein contained. In witness whereof, I hereunto set my hand and official seals.

_____
Notary Public

(INSTITUTION, CORPORATE OR NOTARIAL SEAL)

Upon receipt of this form and verification of the information, ECFMG will mail a revalidation sticker to the applicant at the mailing address listed in Item I.

SEE REVERSE SIDE OF THIS FORM FOR ECFMG'S POLICY AND PROCEDURES

Form 246

ECFMG-000617

ECFMG_RUSS_0000617