EXHIBIT 31



**ECFMG®** | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

PERSONAL AND CONFIDENTIAL
VIA E-MAIL: adcfrancis@aol.com

December 19, 2016

John Nosa Akoda
3013 Kasar Ct
Waldorf, MD 20603

Re: USMLE®/ECFMG® Identification No. 0-553-258-5

Dear Mr. Akoda:

I am writing to inform you that the Educational Commission for Foreign Medical Graduates has received a copy of an October 31, 2016 document from the U.S. Department of Justice which outlines a plea agreement between you (under the name Oluwafemi Charles Igberase) and the United States. A copy of this document is enclosed for your reference.

In this document, you in stipulated to a number of facts, including that you applied to ECFMG under the name "John Nosa Akoda" and that you provided a false Nigerian passport to ECFMG.

As you are aware, you had previously obtained two ECFMG Certificates which have both been revoked, as you were determined to have engaged in irregular behavior because you provided false information to ECFMG in order to obtain or attempt to obtain additional ECFMG Certificates. Those revoked ECFMG Certificates were issued under the following names and ECFMG ID numbers:

| Name | ECFMG ID Number |
|---|---|
| Oluwafemi Charles Igberase | 0-482-700-2 |
| Igberase Oluwafemi Charles | 0-519-573-0 |

In addition to the revocation of these ECFMG Certificates, you were permanently barred from ECFMG Certification.

In light of the revocation and permanent bar from ECFMG Certification in your previous ECFMG record and the information received in the October 31, 2016 U.S. Department of Justice letter, specifically that John Nosa Akoda is an alias for Oluwafemi Charles Igbarese, the ECFMG Certificate issued to you under the name John Nosa Aokda has been revoked. In accordance with ECFMG procedures, your records have been consolidated under the USMLE/ECFMG Identification number: 0-482-700-2. Please be sure to use this number in all correspondences with ECFMG in the future.

ECFMG® is an organization committed to promoting excellence in international medical education.
ECFMG-000021

ECFMG_RUSS_0000021

John Nosa Akoda
December 19, 2016
Page 2 of 2

In accordance with procedures, ECFMG will report the revocation of your Standard ECFMG Certificate to the Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, directors of graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

If you have any questions or need additional information, please telephone me at (215) 823-2273 or e-mail me at kcorrado@ecfmg.org.

Sincerely,

*kcorrado*

Ms. Kara Corrado, J.D.
Assistant Vice President for Operations

Encl: As noted.