## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,** *Plaintiffs* v. **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** *Defendants.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 22nd day of October, 2019, upon consideration of the Parties' request for extension of time, the remaining deadlines in the operative Scheduling Order (ECF No. 26) are hereby **VACATED**. It is **ORDERED** as follows:

1. Responses to class certification are due by October 28, 2019, and any reply in support of class certification is due by November 11, 2019;

2. Depositions of expert witnesses shall be completed by December 20, 2019; and

3. Motions for summary judgment, if any, shall be filed by January 13, 2020.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              JOSHUA D. WOLSON, J.