IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____ 2019, upon consideration of Defendant's Unopposed Motion to Seal and any response thereto, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Unopposed Motion to Seal is **GRANTED**; and

2. The Clerk of Court shall file under seal the unredacted versions of Defendant's Opposition to Plaintiffs' Motion for Class Certification and Exs. 11, 12, 13, 14, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30, 31, 32, 36, and 37 thereto.

BY THE COURT:

_____

J.