# EXHIBIT 1

RECEIVED
JUL 13 1992
ECFMG

**RETURN TO:** ECFMG
3624 Market Street
Philadelphia, PA 19104-2685
U.S.A.

Re: 482-700-2
Dr. Oluwafemi Charles Igberase

I hereby certify that the attached diploma or other credential for the individual noted above is authentic and correct and that I am authorized to certify this on behalf of this institution.

[signature] 3rd June, 1992
Signature Date

JUDE UZOMA OHAERI
Name (Please Print or Type)

SUB-DEAN (UNDERGRADUATE)
Title

COLL OF MED, UNIVERSITY OF IBADAN, NIGERIA.
Name of Medical School

Seal: SUB-DEAN (UNDERGRADUATE) FACULTY OF CLINICAL SCIENCES & DENTISTRY COLLEGE OF MEDICINE UNIVERSITY OF IBADAN IBADAN NIGERIA

I cannot certify that the diploma or other credential for the individual noted above is authentic and correct because ______________________________

______________________________

______________________________

______________________________

Signature Date

Name (Please Print or Type)

Title

Name of Medical School Seal

Form 399A
March 1987

# University of Ibadan

*Charles Olufemi Igberaese*

having fulfilled all the requirements of the University and passed the prescribed examinations has this day been admitted to the degree of

## Bachelor of Medicine

and

## Bachelor of Surgery

VICE-CHANCELLOR

DATE *June 19, 1987*

REGISTRAR

0-483-700-2

RECEIVED
JUL 13 1992
ECFMG

University of Ibadan

Charles Olufemi Ighoneese

having fulfilled all the requirements of the University and passed the prescribed examinations has this day been admitted to the degree of

Bachelor of Medicine

and

Bachelor of Surgery

[illegible]

REGISTRAR

DEAN (UNDERGRADUATE)
FACULTY OF CLINICAL SCIENCES
& DENTISTRY
COLLEGE OF MEDICINE
UNIVERSITY OF IBADAN
IBADAN NIGERIA

# University of Ibadan

Charles Olufemi Igberaese

having fulfilled all the requirements of the University and passed the prescribed examinations has this day been admitted to the degree of

## Bachelor of Medicine
and
## Bachelor of Surgery

VICE-CHANCELLOR

DATE June 19, 1987

REGISTRAR

482-700

RECEIVED
APR - 6 1992
ECFMG

Confidential ECFMG_RUSS_0004006