# **EXHIBIT 2**

RECEIVED APR 22 1996

MAY 29 1996

| Return to: | ECFMG | Re: | 0-553-258-5 |
| | 3624 Market Street | | |
| | Philadelphia PA 19104-2685 | | DR John Nosa Akoda |
| | USA | | |

ECFMG

I hereby certify that the attached diploma or other credential for the individual noted above is authentic and correct and that I am authorized to certify this on behalf of this institution.

_____    | 21st MAY 1996
Signature                         | Date

PROFESSOR L.I. OJGWU, FRCP.
Name (Printed or Typed)

DEAN FACULTY OF MEDICINE
Title

UNIVERSITY OF BENIN, BENIN CITY, NIGERIA
Name of Medical School

(Seal: University of Benin, Benin City, Faculty of Health Sciences)

I **cannot** certify that the diploma or other credential for the individual noted above is authentic and correct because:

_____
_____
_____
_____
_____

_____    _____
Signature                         Date

_____
Name (Printed or Typed)

_____
Title                             Seal

_____
Name of Medical School

Form 399A--English
Rev. August 1995

Confidential                                              ECFMG_RUSS_0004016

# MEDICAL AND DENTAL COUNCIL OF NIGERIA

25, Ahmed Onibudo Street, Victoria Island, Lagos.

## Certificate of Full Registration as a Medical Practitioner

Certificate No. **F 15575**

3rd January, 19 89.   NIGERIA.

| Name | Address | Date of Registration | Qualifications |
|---|---|---|---|
| AKODA, Johnbull Enosakhare | 1, Akoda Street, Oselu Quarters, Benin-City. | 19 89. January 3rd | M.B., B.S. 1987, U. Benin. |

I HEREBY CERTIFY THAT this is a true Copy of the entry of the above specified Name in the Medical & Dental Council of Nigeria Register, and that the prescribed fee of Sixty Naira has been duly received for such Registration.

_____
Registrar

Confidential

ECFMG_RUSS_0004017



RECEIVED

JAN 3 1996

ECFMG

Confidential

ECFMG_RUSS_0004018

# UNIVERSITY OF BENIN



BENIN CITY, NIGERIA

## Johnbull Enosakhare Akoda

having satisfied all the requirements of the University and passed the prescribed examinations held in

### October 1987

has been admitted to the degree

of

### Bachelor of Medicine: Bachelor of Surgery

Given at Benin City this 6th day of February 1988

REGISTRAR

VICE-CHANCELLOR

553-258

RECEIVED

JAN 3 1996