# **EXHIBIT 6**

HOWARD UNIVERSITY HOSPITAL AND AFFILIATED HOSPITALS
WASHINGTON, DISTRICT OF COLUMBIA

THIS IS TO CERTIFY THAT

# JOHN-CHARLES NOSA AKODA, MD

HAS SATISFACTORILY COMPLETED FOUR YEARS
OF POSTGRADUATE MEDICAL EDUCATION IN

## DEPARTMENT OF OBSTETRICS AND GYNECOLOGY

THROUGH OUR TRAINING PROGRAMS AT HOWARD UNIVERSITY.
JULY 1, 2007 - JUNE 30, 2011

_____
DIRECTOR, GRADUATE MEDICAL EDUCATION



_____
PRESIDENT OF THE UNIVERSITY

_____
PROGRAM DIRECTOR

_____
SECRETARY OF THE UNIVERSITY

HU 000016

Howard University Hospital0000000016