# **EXHIBIT 8**



**PROCESSED**

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 • FAX: 215-386-9767 • INTERNET: www.ecfmg.org

Personal and Confidential
Via Federal Express

May 22, 2002

Dr. Oluwafemi Charles Igberase
c/o Gwendolyn Mensah
3516 Darthmoor Lane
Olney, MD 20832

Re: USMLE™/ECFMG® Identification No. 0-482-700-2

Dear Dr. Igberase:

On behalf of the ECFMG Medical Education Credentials Committee, I am writing to inform you the Committee has completed its second review regarding your alleged irregular behavior in connection with the response to Item 1 on the application for the USMLE Step 1 received by ECFMG on October 23, 2000. With that application, you were applying for the USMLE Step 1 that you had previously taken and passed. This review by the ECFMG Committee was on remand from the USMLE Committee on Irregular Behavior.

The ECFMG Medical Education Credentials Committee previously reviewed this matter in April 2001. On May 3, 2001, I wrote to advise you that the ECFMG Committee took action to extend the length of the revocation of your Standard for a yet to be specified period of time, to refer this new matter to the USMLE Committee on Irregular Behavior for its review and to review this matter again after the USMLE Committee's decision.

At its subsequent review in May 2002, the ECFMG Medical Education Credentials Committee took action to revoke permanently your Standard ECFMG Certificate.

In accordance with ECFMG policies and procedures, an annotation that you engaged in irregular behavior will be included in your ECFMG record. This annotation shall appear on your ECFMG Certification Verification Service Report and ECFMG Status Report. In addition, ECFMG will report the determination of irregular behavior and permanent revocation of your Standard ECFMG Certificate to the Federation of State Medical Boards, state medical licensing authorities, directors of graduate medical education programs and other interested entities.

*ECFMG® is an organization committed to promoting excellence in international medical education.*

Dr. Oluwafemi Charles Igberase
May 22, 2002
Page 2

    As noted in the enclosed ECFMG Rules of Appellate Procedure, decisions of the ECFMG Medical Education Credentials Committee may be appealed within the time limit specified, i.e., within 60 days of the date of this notification.

Sincerely,

William C. Kelly
Manager, Medical Education
Credentials Department

/wck
Enclosure

Confidential
ECFMG_RUSS_0003802