# **EXHIBIT 9**



**Meridian**
*Health System*

BRICK HOSPITAL
JERSEY SHORE MEDICAL CENTER
POINT PLEASANT HOSPITAL
RIVERVIEW MEDICAL CENTER

Tel 732 775-5500

Meridian Health System
Jersey Shore Medical Center
1945 State Route 33
P.O. Box 397
Neptune, NJ 07754-0397

November 7, 2000

State of Maryland Board of Physician Assurance
4201 Patterson Avenue, P.O. Box 2571
Baltimore, Maryland 21215

RE:  John Charles Nosa Akoda
      aka John-Charles Nosa-Igberase Akoda
      aka Charles Johnbull Nosakhare Akoda
      aka Charles N. Akoda
      aka Charles J. Akoda

To Whom It May Concern:

We have discovered in the file of John Charles Nosa Akoda, M.D., a third-year resident
in Internal  Medicine at Jersey Shore Medical Center, an application for initial medical
licensure in the State of Maryland.  That application includes a Social Security Number
which Dr. Akoda has stated is not his own.

Having earlier suspended Dr. Akoda we have now made a decision to terminate him
effective November 21, 2000, for reasons as specified in our letter (and attachment) to the
New Jersey State Board of Medical Examiners.  Dr. Akoda was afforded his due-process
rights of appeal of his termination, but the time for receipt of such an appeal has now
been exhausted.

Very truly yours,

*Anna Marie Sesso, M.D., M P.H.*

Anna Marie Sesso, M.D., M.P.H.
Associate Director of Academic Affairs

Copy to:  New Jersey State Board of Medical Examiners

Jersey Shore Medical Center000006