# **EXHIBIT 17**



| EDUCATIONAL COMMISSION FOR | 3624 Market Street |
| FOREIGN MEDICAL GRADUATES | Philadelphia PA 19104-2685 USA |
| | 215-386-5900 ǀ 215-386-9767 Fax |
| | www.ecfmg.org |

**Date:** March 1, 2017

**To:**
| American Medical Association | Health Professions Council of South Africa |
| Australian Health Practitioner Regulation Agency | Medical and Dental Council of Nigeria |
| Australian Medical Council | Medical and Dental Practitioners Council of Zimbabwe |
| Australian State and Territory Medical Boards | Medical Council of Canada |
| Bahamas Medical Council | Medical Council of Ireland |
| Canadian Provincial Medical Licensing Boards | Medical Council of New Zealand |
| Danish Patient Safety Authority | National Board of Medical Examiners |
| Dubai Health Authority | National Resident Matching Program |
| Dutch Individual Healthcare Professions Register | Norwegian Directorate of Health |
| Electronic Residency Application Service, AAMC | Other Medical Regulatory Authorities |
| Federation of Medical Regulatory Authorities of Canada | Seychelles Medical and Dental Council |
| Federation of State Medical Boards of the United States | Uganda Medical and Dental Practitioners Council |
| General Medical Council of the United Kingdom | U.S. Graduate Medical Education Staff |
| | U.S. State Medical Licensing Authorities |

**From:** Lisa L. Cover, MHA  *(signature: Lisa L. Cover)*
Senior Vice President for Business Development & Operations

**Subject:** Notice #101 – Irregular Behavior Cases and Associated Actions & Sanctions

The Educational Commission for Foreign Medical Graduates (ECFMG®) of the United States works on behalf of domestic and international medical regulatory authorities to protect the public through its programs and services, including primary-source verification of physician credentials. ECFMG considers all actions or attempted actions taken to subvert its processes, programs or services to be *irregular behavior.* The Medical Education Credentials Committee of the ECFMG Board of Trustees reviews allegations of irregular behavior and makes determinations about them in accordance with its policies and procedures. The following are actions and sanctions issued by the Medical Education Credentials Committee.

We hope that you find this information helpful as you work to protect the public. If you have any questions, please do not hesitate to contact me at lcover@ecfmg.org or 001-215-823-2107.

| Date of Action | Name & Identification # | Determination |
|---|---|---|
| *INDIVIDUALS FOUND TO HAVE ENGAGED IN IRREGULAR BEHAVIOR* | | |
| | **Concerns Other Applicants** | |

ECFMG® is an organization committed to promoting excellence in international medical education.

Confidential                                                                                                                                    ECFMG_RUSS_0006448

**Concerns Other Applicants**

**INDIVIDUAL WITH A CHANGE IN SANCTION**

**Concerns Other Applicants**

Confidential

ECFMG_RUSS_0006449

ECFMG Actions,
Notification #101
Page 3 of 3

| UPDATE ON INDIVIDUAL SANCTIONED BY ECFMG | | |
|---|---|---|
| November 30, 2016 | AKODA, JOHN NOSA<br><br>ECFMG/USMLE 0-553-258-5<br><br>**Also Known As:** IGBERASE, OLUWAFEMI CHARLES*<br><br>ECFMG/USMLE 0-482-700-2<br><br>**Also Known As:** OLUWAFEMI, CHARLES IGBERASE*<br><br>ECFMG/USMLE 0-519-573-0<br><br>**\*Standard ECFMG Certificate had previously been permanently revoked by ECFMG.** | **Description**<br>• As part of an October 2016 plea agreement with the United States, applicant admitted to previously providing a falsified passport to ECFMG which he used to obtain ECFMG Certification under the alias John Nosa Akoda.<br><br>**Actions Taken & Sanctions**<br>• Permanent revocation of Standard ECFMG Certificate.<br>• Permanent annotation included on reports sent by ECFMG. |