# **EXHIBIT 23**

Circuit Court of Maryland

[Go Back Now](#)

**Case Information**

Court System: **Circuit Court for Prince George's County - Civil System**
Case Number: **CAL17-22761**
Case Description: **Russell vs Riggins**
Case Type: **Tort**
Filing Date: **09/11/2017**
Case Status: **Case Closed Statistically**

**Plaintiff/Petitioner Information**

Party Type: **Plaintiff**   Party No.: **1**
Name: **Monique Russell**
Address: **2811 63rd Place**
City:        **Cheverly**   State: **MD**   Zip Code: **20785**
Party Type: **Plaintiff**   Party No.: **2**
Name: **Jasmine Riggins**
Address: **312 37th Street, Apt. #304**
City:        **Washington**   State: **DC**   Zip Code: **20019**

**Defendant/Respondent Information**

Party Type: **Defendant**   Party No.: **3**
Name: **Dimensions Health Corporation**
Address: **Sv: Eslanda Dasher**
City:        **Laurel**   State: **MD**   Zip Code: **20707**

## Attorney Information

Name:        **Mark D Maneche**
Attorney Type: **Attorney**
Address:        **901 Dulaney Valley Road**
City:        **Towson**   State: **MD**   Zip Code: **21204**
Name:        **Natalie C Magdeburger**
Attorney Type: **Attorney**
Address:        **901 Dulaney Valley Road**
City:        **Towson**   State: **MD**   Zip Code: **21204**
Name:        **Gregory K Kirby**
Attorney Type: **Attorney**
Address:        **Pessin Katz Law P.A.**
City:        **Towson**   State: **MD**   Zip Code: **21204**
Name:        **Elliott D Petty**
Attorney Type: **Attorney**
Address:        **Pessin Katz Law, P.A.**
City:        **Towson**   State: **MD**   Zip Code: **21204**
Name:        **Cory L Zajdel**
Attorney Type: **Attorney**
Address:        **2345 York Road**
City:        **Timonium**   State: **MD**   Zip Code: **21093**
Name:        **Brian M Cathell**
Attorney Type: **Attorney**
Address:        **Pessin Katz Law, P.A.**
City:        **Towson**   State: **MD**   Zip Code: **21204**

**Court Scheduling Information**

Event Type: **Hearing**

| | |
|---|---|
| Event Date: | **08/05/2019** Start Time: **08:45:00** |
| Result: | **Hearing Moot** Result Date: **07/30/2019** |

| | |
|---|---|
| Event Type: | **Motions Hearing** |
| Event Date: | **01/24/2019** Start Time: **13:30:00** |
| Result: | **Motions Hearing Held** Result Date: **01/24/2019** |

| | |
|---|---|
| Event Type: | **Motions Hearing** |
| Event Date: | **07/30/2019** Start Time: **09:00:00** |
| Result: | **Motions Hearing Held** Result Date: **07/30/2019** |

| | |
|---|---|
| Event Type: | **Status Hearing** |
| Event Date: | **07/10/2018** Start Time: **08:45:00** |
| Result: | **Status Conference Held** Result Date: **07/10/2018** |

| | |
|---|---|
| Event Type: | **Status Hearing** |
| Event Date: | **09/18/2018** Start Time: **08:45:00** |
| Result: | **Status Conference Held** Result Date: **09/18/2018** |

| | |
|---|---|
| Event Type: | **Status Hearing** |
| Event Date: | **12/11/2018** Start Time: **08:45:00** |
| Result: | **Status Conference Held** Result Date: **12/11/2018** |

| | |
|---|---|
| Event Type: | **Status Hearing** |
| Event Date: | **01/22/2019** Start Time: **09:00:00** |
| Result: | **Status Conference Held** Result Date: **01/22/2019** |

| | |
|---|---|
| Event Type: | **Status Hearing** |
| Event Date: | **11/13/2018** Start Time: **08:45:00** |
| Result: | **Status Conference Moot** Result Date: **09/18/2018** |

| | |
|---|---|
| Event Type: | **Try By Date** |
| Event Date: | **01/04/2019** Start Time: **09:00:00** |
| Result: | **Civil Try by Date Complied** Result Date: **10/27/2017** |

| | |
|---|---|
| Event Type: | **Hearing** |
| Event Date: | **09/11/2019** Start Time: **10:00:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Motions Hearing** |
| Event Date: | **09/12/2019** Start Time: **09:00:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Motions Hearing** |
| Event Date: | **01/22/2020** Start Time: **08:45:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Motions Hearing** |
| Event Date: | **03/23/2020** Start Time: **09:00:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Trial First On Assigned** |
| Event Date: | **05/04/2020** Start Time: **08:45:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Trial Carry Over** |
| Event Date: | **05/05/2020** Start Time: **09:00:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Trial Carry Over** |
| Event Date: | **05/06/2020** Start Time: **09:00:00** |
| Result: | **Trial Moot** Result Date: **09/10/2019** |

| | |
|---|---|
| Event Type: | **Trial Carry Over** |
| Event Date: | **05/07/2020** Start Time: **09:00:00** |

| | |
|---|---|
| Result: | **Trial Moot**    Result Date: **09/10/2019** |

Event Type: **Trial Carry Over**
Event Date: **05/11/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

Event Type: **Trial Carry Over**
Event Date: **05/12/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

Event Type: **Trial Carry Over**
Event Date: **05/13/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

Event Type: **Trial Carry Over**
Event Date: **05/14/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

Event Type: **Trial Carry Over**
Event Date: **05/18/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

Event Type: **Trial Carry Over**
Event Date: **05/19/2020**    Start Time: **09:00:00**
Result:        **Trial Moot**    Result Date: **09/10/2019**

**Dockets**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date:        **09/11/2017**
Document Name: **CaseType: Damages/Other Tort**
Docket Text:

Date:        **09/11/2017**
Document Name: **Complaint and Jury Demand**
Docket Text:      **001 Class Action Suit ag e 9/18/17 (tagged to Green)**

Date:        **09/11/2017**
Document Name: **Plaintiff"s Information Sheet**
Docket Text:      **002 ag e 9/18/17**

Date:        **09/18/2017**
Document Name: **Summons Issued For Defendant**
Docket Text:      **003 One Summons issued for def ag e 9/18/17**

Date:        **10/02/2017**
Document Name: **Notice of Discovery**
Docket Text:      **004 notice of discovery ; fd/nb618 e: 10/4/17 (green)**

Date:        **10/02/2017**
Document Name: **Affidavit of Service, fd**
Docket Text:      **005 as to dimensions health corp ; fd/nb618 e: 10/4/17 (green)**

Date:        **10/23/2017**
Document Name: **Notice of Removal, fd**
Docket Text:      **007 Notice of filing notice of removal,fd./jmr (Green) e:10-27-17**

Date:        **10/23/2017**
Document Name: **Return of Service,fd**
Docket Text:      **006 SV: Dimensions Health Corporation S/O Eslanda Dasher, Laurel Regional Hospital Corporate Finance Department,fd./jmr (Green) e:10-27-17**

Date:        **10/27/2017**
Document Name: **Civil Case Closure Form, Fd.**

| | |
|---|---|
| Docket Text: | 008 fd./jmr (Green) |

| | |
|---|---|
| Date: | 10/27/2017 |
| Document Name: | CaseDisp: Removed |
| Docket Text: | |

| | |
|---|---|
| Date: | 10/27/2017 |
| Document Name: | Civil Try by Date Complied |
| Docket Text: | |

| | |
|---|---|
| Date: | 12/11/2017 |
| Document Name: | Reopen: Ord Remand US DC,fd |
| Docket Text: | 009 fd/smb e.12/13/2017 |

| | |
|---|---|
| Date: | 12/18/2017 |
| Document Name: | Amended Complaint, Fd. |
| Docket Text: | 010 First amended class action complaint fd. kbp e 12/20/17 |

| | |
|---|---|
| Date: | 01/02/2018 |
| Document Name: | Motion To Dismiss, Fd. |
| Docket Text: | 011 motion to dimiss first amended class action complaint hearing requested w/memorandum in support of motion and exhibit (case tagged for judge clarke w/hold) fd./emt364 e 1-10-18 |

| | |
|---|---|
| Date: | 01/10/2018 |
| Document Name: | NoticeRef:Atty App Fee Sent,fd |
| Docket Text: | 012 mailed to atty joseph chazen fd./emt364 e 1-10-18 |

| | |
|---|---|
| Date: | 01/09/2018 |
| Document Name: | Certificate Regarding Disc |
| Docket Text: | 013 fd/hmb e: 01-10-2018 |

| | |
|---|---|
| Date: | 01/23/2018 |
| Document Name: | Appearance Fee |
| Docket Text: | 013 appearance fee paid for defendant; fd/nb618 e: 1/30/18 (Clarke) |

| | |
|---|---|
| Date: | 02/05/2018 |
| Document Name: | Reply, filed |
| Docket Text: | 014 Plantiffs response in opposition to defendants motion to dismiss plantiffs first amended class action complaint and request for hearing,fd./jmr (Clarke) Tagged Judge Clarke e:2-8-18 |

| | |
|---|---|
| Date: | 02/12/2018 |
| Document Name: | Motion to Compel, fd |
| Docket Text: | 015 Plantiff Monique Russells Motion to compel discovery and Immediate Sanctions,fd./jmr (Clakre) Tagged Judge Clarke Hold e:2-14-18 |

| | |
|---|---|
| Date: | 02/13/2018 |
| Document Name: | Certificate Regarding Disc |
| Docket Text: | 016 fd./jmr (Clarke) e:2-15-18 |

| | |
|---|---|
| Date: | 02/16/2018 |
| Document Name: | Opposition to Motion, fd |
| Docket Text: | 017 Defendants opposition to plantiffs motion to compel dsicovery and for immediate sanctions hearing requested,fd./jmr (Clarke) Tagged Judge Clarke e:2-21-18 |

| | |
|---|---|
| Date: | 02/20/2018 |
| Document Name: | Reply, filed |
| Docket Text: | 018 Reply to plantiffs opposition to motion to dismiss first amended class action complaint,fd./jmr (Clarke) e:2-21-18 |

| | |
|---|---|
| Date: | 02/20/2018 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 019 fd./jmr (Clarke) e:2-21-18 |

| | |
|---|---|
| Date: | 02/23/2018 |
| Document Name: | Line, filed |
| Docket Text: | 020 Line-withdrawing plantiff monique russells motion to comepl discovery and for immdeiate sanctions,fd./jmr (Clarke) e:2-28-18 |

| | |
|---|---|
| Date: | 03/15/2018 |
| Document Name: | NoticeRef:Atty App Fee Sent,fd |
| Docket Text: | 021 Notice to strike and enter appearance of counsel on behalf of defendant dimenstons health corproation,fd./jmr Appearance fee sent too: Elliot D Petty (Clarke) e:3-15-18 |

| | |
|---|---|
| Date: | 04/13/2018 |
| Document Name: | Motion, filed |
| Docket Text: | 022 Motion Consolidate,fd./jmr (Cal Mgmt) Tagged Judge Davey e:4-17-18 |

| | |
|---|---|
| Date: | 05/10/2018 |
| Document Name: | Civil Daily Sheet, Filed |
| Docket Text: | 023 D/S dated 5/8/18; Defendants' Motion (short) for Stay for 180 Days in CAL17-37091, CAL18-07863, and CAL17-22761 - GRANTED. Status Hearing, held. Judge Davey; CS-D2022. Reset July 10, 2018 at 8:45am for Status Conference before Judge Davey for all cases noted. Reset September 18, 2018 at 8:45am for Status Conference before Judge Davey for all cases notes. Reset November 13, 2018 at 8:45am for Status Conference before Judge Davey for all cases noted., fd./sfw |

| | |
|---|---|
| Date: | 07/10/2018 |
| Document Name: | Status Conference Held |
| Docket Text: | case remains set for status conf 9-18-18 at 8:45am. b/Judge Davey |

| | |
|---|---|
| Date: | 07/12/2018 |
| Document Name: | Notice of Hearing, filed |
| Docket Text: | 024 notice of hearing (crc) fd/sc e':7/13/18 |

| | |
|---|---|
| Date: | 07/19/2018 |
| Document Name: | Civil Daily Sheet, Filed |
| Docket Text: | 025 D/S dated 7/10/18; Status Hearing, held. Judge Davey; CS-D2022. Cases remains set for Status Conference September 18, 2018 at 8:45am before Judge Davey., fd./sfw |

| | |
|---|---|
| Date: | 09/18/2018 |
| Document Name: | Status Conference Held |
| Docket Text: | |

| | |
|---|---|
| Date: | 09/18/2018 |
| Document Name: | Status Conference Moot |
| Docket Text: | r/s 12-11-18 at 8:45am. status hearing b/Judge Davey |

| | |
|---|---|
| Date: | 09/19/2018 |
| Document Name: | Civil Daily Sheet, Filed |
| Docket Text: | 026 D/S dated 9/18/18; Status Hearing, held. Judge Davey; CS-D2025. Previous Status Hearing set for November 13, 2018 to be removed from the Docket. Reset to December 11, 2018 at 8:45am for Status Hearing before Judge Davey., fd./sfw |

| | |
|---|---|
| Date: | 09/20/2018 |
| Document Name: | Notice of Hearing, filed |
| Docket Text: | 027 Hearing on 12/11/18,fd./jmr e:9-21-18 |

| | |
|---|---|
| Date: | 12/11/2018 |
| Document Name: | Status Conference Held |
| Docket Text: | |

| | |
|---|---|
| Date: | 12/27/2018 |
| Document Name: | Civil Daily Sheet, Filed |
| Docket Text: | 028 Civil Daily Sheet dated 12-11-2018 Status Hearing held. Judge Davey; CS-D2022 Court to Issue Scheduling Order, fd./klb e: 12-27-2018 |

| | |
|---|---|
| Date: | 12/27/2018 |
| Document Name: | Order of Court, filed |
| Docket Text: | 029 Order of Court dated 12/17/18, Ordered by Judge Davey that the Plaintiff's Second Motion to Defer Dismissal is hereby GRANTED, fd./klb e: 12-27-2018 cc: Jay D. Miller, Cory L. Zajdel, and David Ellin |

| | |
|---|---|
| Date: | 12/27/2018 |
| Document Name: | Scheduling Order Filed |
| Docket Text: | 030 May 4-19, 2020 Jury Trial, fd./klb e: 12-27-2018 |

| | |
|---|---|
| Date: | 01/22/2019 |
| Document Name: | Status Conference Held |
| Docket Text: | r/s motion to JAN 24, 2019 AT 1:30pm |

| | |
|---|---|
| Date: | 01/24/2019 |
| Document Name: | Motions Hearing Held |
| Docket Text: | MOTION RESERVED |

| | |
|---|---|
| Date: | 02/05/2019 |
| Document Name: | Order of Court, filed |
| Docket Text: | 031 Order of Court dated 01/31/2019, ORDERED, that Plaintiffs' Motion is DENIED; and it is further, ORDERED, that Defendants' Motion Protective Order is GRANTED, pursuant to Maryland Code Health Occ. Art. 1-401, Plaintiffs are precluded from obtaining or attempting to obtain from Defendant the records, files, and proceedings, includings any documents, notes, materials, minutes, information, data, and/or communications or information held by Prince George's County Hospital's Credentials Committee. F.D./EJ cc: Copies emailed by chambers to N. Magdeburger, P. Federico, J. Schohor and P. Vettori |

| | |
|---|---|
| Date: | 01/18/2019 |
| Document Name: | Line, filed |
| Docket Text: | 032 letter addressed to circuit court from natalie c magdeburger of pk law dated 1/18/19 fd./emt364 e 2-26-19 |

| | |
|---|---|
| Date: | 02/26/2019 |
| Document Name: | Expert Designation |
| Docket Text: | 033 Plaintiffs' Preliminary Designation of Expert Witnesses as to class certification cmc e2/28/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 034 Defendants' Notice to take Videotaped Deposition for Desire Evans (AKA Clifton) cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 035 Defendants' Notice to Take Videotaped Deposition of Marqette Ford cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 036 Notice to take videotaped Deposition of Latisa Gaymon cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 037 Notice to take videotaped Deposoition of Angelique Hammond cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 038 Notice to take videotaped Deposition of Shannon Hall cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 039 Notice to take videotaped Deposition of Nagira (aka Naqika) Holmes cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 040 Notice to take videotaped Deposition of Elsa Powell cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 041 Notice to take videotaped Deposition of Jerica White cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 042 Notice to take videotaed Depostion of Mercedes Williams cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 043 Notice to take videotaped Deposition of Christina Dews cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 044 Notice to take videotaped Deposition of Monique Russell cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 045 Notice to take videotaped Deposition of Jasmine Riggins cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 046 Amended Notice to take videotaped Deposition of Mercedes Williams cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 047 Defendants' Amended Notice to take videotaped deposition of Shannon Hall cmc e3/27/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 048 Amended Notice to take videotaped Deposition of Nagira (aka Naqika) Holmes cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 049 Amended Notice to take videotaped Deposition of Latisa Gaymon cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 050 Amended Notice to take Videotaped Deposition of Elsa Powell cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 051 Amended Notice to take videotaped Deposition of Christina Dews cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/19/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 052 Amended Notice to take videotaped Deposition of Desire Evans (aka Clifton) cmc e3/21/19 |

| | |
|---|---|
| Date: | 03/29/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 053 fd./sfw e - 4/2/19 |

| | |
|---|---|
| Date: | 03/29/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 054 fd./sfw e - 4/2/19 |

| | |
|---|---|
| Date: | 04/01/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 055 Notice of Service of Discovery Material, fd./sfw e - 4/2/19 |

| | |
|---|---|
| Date: | 04/02/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 056 Notice of Service of Discovery, fd./sfw e - 4/4/19 |

| | |
|---|---|
| Date: | 04/08/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 057 notice of service of discovery hmb/fd e: 4/18/2019 |

| | |
|---|---|
| Date: | 04/08/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 058 notice of service of discovery hmb/fd e: 4/18/2019 |

| | |
|---|---|
| Date: | 04/10/2019 |
| Document Name: | Motion, filed |
| Docket Text: | 059 motion for protective order to quash subpoenas directed to monique ballard and shamika jones tagged for davey hmb.fd e: 4/18/2019 |

| | |
|---|---|
| Date: | 04/10/2019 |
| Document Name: | Motion, filed |
| Docket Text: | 060 motion to shorten time tagged for davey hmb/fd e: 4/19/2019 |

| | |
|---|---|
| Date: | 04/29/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 061 Notice of Service of Discovery fd./ bvc e 05-03-19 (Davey) |

| | |
|---|---|
| Date: | 04/22/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 062 Notice of Service of Discovery fd./ bvc e 05-08-19 (Davey) |

| | |
|---|---|
| Date: | 04/22/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 063 Notice of Service of Discovery fd./ bvc e 05-09-19 (Davey) |

| | |
|---|---|
| Date: | 04/22/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 064 Notice of Service of Discovery fd./ bvc e 05-09-19 (Davey) |

| | |
|---|---|
| Date: | 04/22/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 065 Notice of Service of Discovery fd./ bvc e 05-09-19 (Davey) |

| | |
|---|---|
| Date: | 05/06/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 066 Notice of Service of Discovery fd./ bvc e 05-09-19 (Davey) |

| | |
|---|---|
| Date: | 05/10/2019 |
| Document Name: | Motion to Compel, fd |
| Docket Text: | 067 Dimensions Healthcare's Motion to Compel and request for hearing,fd.acc e 5/15/19 (Davey-tagged) |

| | |
|---|---|
| Date: | 05/21/2019 |
| Document Name: | Order of Court, filed |
| Docket Text: | 068 Judge Davey on 4/23/19; ORDERED that the Plaintiffs' Motion for Protective Order is WITHDRAWN; and it is further, ORDERED that the Plaintiffs' counsel shall make Ms. Ballard and Ms. Jones available for deposition as a reasonal located and at a mutually agreeable date before May 8, 2019; and it is further, ORDERED that the Defendants' experts shall be available for deposition at a reasonale located and at a mutually agreeable date before June 24, 2019; and it is further, ORDERED that the Scheduling Order dated December 17, 2018 "Section III. March 29, 2019 - Defendants to forward to Plaintiffs' Counsels all class certification expert witnesses and dates available for depositions (all deposition of Defendants' experts must be completed within 45 days of notification)" is hereby MODIFIED |

to permit the depositions of the Defendants' experts prior to June 24, 2019., fd./sfw (cc: P. Thronson, Esq., N. Magdeburger, Esq., G. Kirby, Esq. and J. Schochor, Esq.)

| | |
|---|---|
| Date: | 05/21/2019 |
| Document Name: | Order of Court, filed |
| Docket Text: | 069 Judge Davey on 4/23/19; ORDERED that Monique Russell, et al. v. Dimensions Health Corp., et al. (CAL17-22761), Jane Doe No. 1, et al v. Dimensions Health Corp., et al. (CAL17-37092, and Monique Russell, et al. v. Dimensions Health Corpor., et al. (Cal18-07863) are hereby CONSOLIDATED., fd./sfw (cc: P. Thronson, Esq., N. Magdeburger, Esq., G. Kirby, Esq. and J. Schochor, Esq.) |

| | |
|---|---|
| Date: | 05/24/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 070 Plaintiff Jasmine Riggins responses to defendants second request for production of documents fd kbp e 5/30/19 (davey) |

| | |
|---|---|
| Date: | 05/24/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 071 Plaintiff Jasmine Riggins responses to defendants requests for admissions fd kbp e 5/30/19 (davey) |

| | |
|---|---|
| Date: | 05/24/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 072 Plaintiff Monique Russells's responses to defendant's second request for production of documents fd kbp e 5/30/19 (davey) |

| | |
|---|---|
| Date: | 05/24/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 073 Plaintiff Monique Russells's responses to defendant's requests for admissions fd kbp e 5/30/19 (davey) |

| | |
|---|---|
| Date: | 05/28/2019 |
| Document Name: | Opposition to Motion, fd |
| Docket Text: | 074 Plaintiffs' Opposition to Defendants' Motion to Compel Report of Dr. Steinberg fd./ bvc e 05-31-19 (Davey) Tagged for Engel |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 075 copy of Plaintiffs Second Request for Production of Documents of the Defendants, Dimensions Healthcare System and Dimensions Health Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-07-19 |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 076 copy of Plaintiff, Mercedes Williams' Response to Requests for Production of Documents of Defendant, Dimensions Healthcare Corporation (Judge Davey) fd/djg e06-07-19 |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 077 copy of Plaintiff, Jerica White's Response to Requests for Production of Documents of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's County Hospital (Judge Davey) fd/djg e06-07-19 |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 078 copy of Plaintiff, Latisa Gaymon's Response to Request for Production of Documents of Defendant Dimensions Healthcare Corporation d/b/a Prince George's County Hospital (Judge Davey) fd/djg e06-07-19 |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 079 copy of Plaintiff, Naquirah Holmes' Response to Requests for Production of Documents of |

| | |
|---|---|
| Text: | Defendant, Dimensions Healthcare Corporation d/b/a Prince George's County Hospital (Judge Davey) fd/djg e06-07-19 |
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 080 copy of Plaintiff, Desire Evans' Response to Requests for Production of Documents of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-07-19 |
| Date: | 06/04/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 081 copy of Plaintiffs Requests for Admissions of Facts and Genuineness of Documents fd/djg e06-07-19 |
| Date: | 06/10/2019 |
| Document Name: | Response to Opp to Motion...fd |
| Docket Text: | 082 Response to Plaintiffs' Opposition to Dimensions' Motion to Compel. No Order attached. (Judge Davey) fd/djg e06-11-19 |
| Date: | 06/12/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 083 copy of Plaintiff, Latisa Gaymon's Response to Requests for Admissions of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-13-19 |
| Date: | 06/12/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 084 copy of Plaintiff, Desire Evans' Response to Requests for Admissions of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-13-19 |
| Date: | 06/12/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 085 copy of Plaintiff, Elsa Powell's Response to Requests for Admissions of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-13-19 |
| Date: | 06/12/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 086 copy of Plaintiff, Christina Dews' Response to Requests for Admissions of Defendant, Dimensions Healthcare Corporation d/b/a Prince George's Hospital Center (Judge Davey) fd/djg e06-13-19 |
| Date: | 06/20/2019 |
| Document Name: | Motion, filed |
| Docket Text: | 087 Defendant, Dimensions Healthcare's Motion to Preclude the Opinions and Testimony of Plaintiffs' Expert, Susan Fiester, M.D., at the Class Certification Hearing Scheduled for 08-05-19 under Reed/Frye and Maryland Rule 5-702 and Request for a Reed/Frye Evidentiary Hearing with the Memorandum in Support of its Motion and multiple exhibits attached. (Tagged for Judge Davey - No Hold) (Judge Davey) fd/djg e06-21-19 |
| Date: | 06/25/2019 |
| Document Name: | Motion to Strike, fd |
| Docket Text: | 088 Defendant's Motion to Strike Plaintiffs' Expert Witness, Susan J. Fiester, M.D. and Request for Hearing with multiple Exhibits (Tagged for Judge Engel - Hold) (Judge Davey) fd/djg e06-26-19 |
| Date: | 07/01/2019 |
| Document Name: | Motion, filed |
| Docket Text: | 089 Motion for Class Certification pursuant to Maryland Rule 2-231(B)(1)(B), or in the Alternative, Motion to Certify specific Common Issues for Class Treatment pursuant to Maryland Rule 2-231(E) with attached Memorandum in Support of Joint Motion for Class Certification, Request for Hearing, Certificate of Service, and Multiple Exhibits (Tagged for Judge Engel) (Davey Admin.) fd/djg e07-01-19 |

| | |
|---|---|
| Date: | 07/02/2019 |
| Document Name: | Motion For Postponement Fd. |
| Docket Text: | 090 Defendants' Motion to Postpone August 5, 2019 Class Certification Hearing and Request for Hearing (Tagged for Judge Hill) (Judge Davey) fd/djg e07-03-19 |

| | |
|---|---|
| Date: | 07/02/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 091 copy of Defendants' Response to Plaintiffs' Requests for Admissions of Facts and Genuineness of Documents (Judge Davey) fd/djg e07-03-19 |

| | |
|---|---|
| Date: | 07/11/2019 |
| Document Name: | Opp To Motion To Strike, fd |
| Docket Text: | 092 Plaintiffs' Opposition to Defendants' Motion to Strike Plaintiffs' Expert Witness, Susan J. Fiester, M.D., and Request for Hearing (Tagged for Judge Engel) (Judge Davey) fd/djg e07-11-19 |

| | |
|---|---|
| Date: | 07/15/2019 |
| Document Name: | Opposition to Motion, fd |
| Docket Text: | 093 Plaintiffs' Opposition to Defendants' Motion to Postpone August 5, 2019 Class Certification Hearing (Tagged for Judge Davey) (Judge Davey) fd/djg e07-15-19 |

| | |
|---|---|
| Date: | 07/15/2019 |
| Document Name: | Motion, filed |
| Docket Text: | 094 Plaintiffs' Motion to Preclude the Testimony of the Defendants' Experts in Psychiatry at the Class Certification Hearing with exhibits attached. (Tagged for Judge Engel) (Judge Davey) fd/djg e07-16-19 |

| | |
|---|---|
| Date: | 07/15/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 095 Notice of Service of Discovery Materials (Judge Davey) fd/djg e07-16-19 |

| | |
|---|---|
| Date: | 07/08/2019 |
| Document Name: | Exhibit/Exhibits, Fd. |
| Docket Text: | 096 Exhibits to Plaintiffs' Opposition to Defendants' Dimensions Healthcare's Motion to Preclude the Opions and Testimony of Plaintiffs' Expert Susan Fiester, M.D., at the Class Certification Hearing filed on 07-8-19. (Judge Davey) fd/djg e07-19-19 |

| | |
|---|---|
| Date: | 07/08/2019 |
| Document Name: | Exhibit/Exhibits, Fd. |
| Docket Text: | 097 Exhibits to Plaintiffs' Opposition to Defendants' Motion to Postpone August 5, 2019 Class Certification Hearing filed on 07-15-19 (Judge Davey) fd/djg e07-19-19 |

| | |
|---|---|
| Date: | 07/22/2019 |
| Document Name: | Notice of Hearing, filed |
| Docket Text: | 098 Notice of Hearing and Trial Dates set (Judge Davey) fd/djg e07-22-19 |

| | |
|---|---|
| Date: | 07/22/2019 |
| Document Name: | Motion for Reconsideration |
| Docket Text: | 099 Defendants' Motion for Reconsideration of this Honorable Court's Order Denying Motion to Compel (Tagged for Judge Engel) (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/29/2019 |
| Document Name: | Reply, filed |
| Docket Text: | 100 Defendants' Reply to Opposition to Motion to Postpone August 5, 2019 Class Certification Hearing (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/29/2019 |
| Document Name: | Opposition to Motion, fd |
| Docket Text: | 101 Defendant's Opposition to Plaintiffs' Motion to Preclude Defendants' Experts in the Area of Pschiatry at Class Certification Hearing and Request for Hearing (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/29/2019 |
| Document Name: | Response to Opp to Motion...fd |
| Docket Text: | 102 Response to Plaintiffs' Opposition to Dimensions' Motion to Preclude the Opinions and Testimony of Plaintiffs' Expert Susan Fiester, M.D., at the Class Certificateion Hearing Scheduled for August 5, 2019 and Request for a Reed/Frye Evidentiary Hearing (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/29/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 103 Notice of Service of Discovery Material (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/29/2019 |
| Document Name: | Notice of Service, fd |
| Docket Text: | 104 Notice of Service of Discovery Material (Judge Davey) fd/djg e07-30-19 |

| | |
|---|---|
| Date: | 07/30/2019 |
| Document Name: | Motions Hearing Held |
| Docket Text: | |

| | |
|---|---|
| Date: | 07/30/2019 |
| Document Name: | Hearing Moot |
| Docket Text: | |

| | |
|---|---|
| Date: | 07/31/2019 |
| Document Name: | Order of Court, filed |
| Docket Text: | 105 Order of Court dated July 9, 2019, Ordered by Judge Davey that the the Defendant's Motion to Compel is Denied, fd./klb e: 07-31-2019 cc: Natalie Magadeburger, Esquire Elliott D. Petty, Esquire Mark D. Maneche, Esquire Gregory K. Kirby, Esquire |

| | |
|---|---|
| Date: | 07/31/2019 |
| Document Name: | Civil Daily Sheet, Filed |
| Docket Text: | 106 Civil Daily Sheet dated 07/30/2019 Plantifs withdraw expert witness, Susan Fiester. Hearing on Pending Motions Defendant's Motion (Short) for Reconsideration of Motion to Compel-Denied Judge Davey; CS-2025 Plaintiff's Motion to Preclude the Testimony of the Defendant's Experts in Psychiatry at the Class Certification-Denied Defendant's Dimensions Healthcare's Motion to Preclude the Opinions and Testimony of Plaintiff's Expert Susan Fiester, M.D. at the Class Certification Hearing-Moot. Defendant's Motion to Strike Plaintiff's Expert Witness-Susan J. Fiester, M.D.-Moot Reset to September 11, 2019 at 10:00am for 3 hour Class Certification Hearing and September 12, 2019 at 9:00am for 3 hour Motions Hearing before Judge Davey. Motions date of August 5, 2019 is to be taken out of assignment, fd./klb e: 07-31-2019 |

| | |
|---|---|
| Date: | 08/01/2019 |
| Document Name: | Notice of Hearing, filed |
| Docket Text: | 107 Notice of Hearings scheduled for above case. (Judge Davey) fd/djg e08-01-19 |

| | |
|---|---|
| Date: | 08/01/2019 |
| Document Name: | Mot: Partial Summary Judg, fd |
| Docket Text: | 108 Defendants' Motion for Partial Judgment Summary Judgment as to Patients of Dr. Akoda not treated by Dr. Akoda at Prince George's Hospital Center and Request for Hearing, fd/djg (Davey) e08-15-19 Tagged for Judge Davey |

| | |
|---|---|
| Date: | 08/01/2019 |
| Document Name: | Mot For Summary Judgment, fd |
| Docket Text: | 109 Defendants' Motion for Summary Judgment and Request for Hearing, fd/djg (Davey) e08-15-19 Tagged for Judge Davey |

| | |
|---|---|
| Date: | 08/01/2019 |
| Document Name: | Memorandum of Law, fd |
| Docket Text: | 110 Defendants' Memorandum of Law in Opposition to Motion for Class Certification, fd/djg (Davey) e08-15-19 Tagged for Judge Davey |

| | |
|---|---|
| Date: | 09/05/2019 |
| Document Name: | Stipulation/Ln of Dismissal,fd |
| Docket Text: | 111 fd./klb e: 09-10-2019 |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Civil Case Closure Form, Fd.** |
| Docket Text: | **112 fd./klb e: 09-10-2018** |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **CaseDisp: Dismissed** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

| | |
|---|---|
| Date: | **09/10/2019** |
| Document Name: | **Trial Moot** |
| Docket Text: | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*