# **EXHIBIT 24**

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| MONIQUE RUSSELL, *et al.* | * | |
| Plaintiff(s) | * | |
| v. | * | CAL17-22761 |
| DIMENSIONS HEALTH CORP., *et al.* | * | |
| Defendant(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CHRISTINA DEWS, *et al.* | * | |
| Plaintiff(s) | * | |
| v. | * | CAL17-37091 |
| DIMENSIONS HEALTH CORP., *et al.* | * | |
| Defendant(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| MONIQUE RUSSELL, *et al.* | * | |
| Plaintiff(s) | * | |
| v. | * | CAL18-07863 |
| DIMENSIONS HEALTH CORP., *et al.* | * | |
| Defendant(s) | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Monique Russell, Jasmine Riggins, Christina Dews, Desire Evans, Elsa Powell, Latisa Gaymon, and Naquirah Holmes and the Defendants Dimensions Healthcare System, d/b/a Dimensions Health Corporation and Dimensions Health Corporation d/b/a Prince George's Hospital Center, stipulate to the dismissal without prejudice of the above-referenced matter.

The parties further agree and stipulate that the filing of Case Nos. CAL 17-22761 CAL 18-07863 and CAL 17-37091, the earliest of which was filed on September 7, 2017, had the effect of tolling any applicable statutes of limitations, statutes of repose, or other time based defenses on behalf of patients of Oluwafemi Charles Igberase a/k/a Charles Akoda during the pendency of this litigation as to claims arising out of the Defendants' credentialing, supervising, retaining and employment of Oluwafemi Charles Igberase a/k/a Charles Akoda and those claims set forth in the Plaintiffs' Class Action Complaints. The parties further agree that the tolling of such statutes of limitations, statutes of repose or other time based defenses shall end with the filing of this dismissal

1

Plaintiffs0000118680

as to all putative or absent class members except those individuals specifically identified by separate agreement.

As a result, this dismissal without prejudice will not prejudice putative or absent class members, as these individuals maintain the ability to file claims/lawsuits to the extent that their statute of limitations had not yet expired as of September 7, 2017 and that they make any such filing prior to the time that their claims would be barred with addition of the period of tolling between September 7, 2017 and the date of this dismissal.

Respectfully submitted,

Jonathan Schochor, Esq. CPF #7406010179
Brent P. Ceryes, Esq. CPF #1112130163
Schochor, Federico and Staton, P.A.
The Paulton
1211 Saint Paul Street
Baltimore, Maryland 21202
(410) 234-1000
jschochor@sfspa.com
bceryes@sfspa.com

Jay D. Miller, Esq. CPF #8712010427
jmiller@lawpga.com
Paul M. Vettori, Esq. CPF #7012010190
pvettori@lawpga.com
Danielle S. Dinsmore, Esq.
CPF #0306200003
ddinsmore@lawpga.com
One Charles Center
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
(410) 649 - 2000

2

Plaintiffs0000118681

_Karen Evans /BPC_

David Haynes, Esq. CPF #0312220004
Karen Evans, Esq. CPF #9712150006
The Cochran Firm
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, DC, 20005
DHaynes@cochranfirm.com
KEvans@cochranfirm.com

_Patrick Thronson /BPC_

Howard A. Janet, Esq.  CPF #7905010072
Patrick Thronson, Esq.  CPF #1312190237
Janet, Janet & Suggs, LLC
4 Reservior Circle, Suite 200
Baltimore, Maryland  21208
(410) 654-3200
Hjanet@jjsjustice.com
PThronson@jjsjustice.com

Natalie Magdeburger
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
(410) 938-8800

_Attorney for the Defendants_

3

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 3rd day of September, 2019, a copy of the aforegoing Stipulation of Dismissal Without Prejudice was mailed to Natalie Magdeburger, Esquire, Pessin Katz Law, P.A., 901 Dulaney Valley Road, Suite 400, Towson, Maryland 21204.

_____
Jonathan Schochor, Esq. CPF #7406010179
Brent P. Ceryes, Esq. CPF #1112130163
The Paulton
1211 St. Paul Street
Baltimore, Maryland 21202
(410) 234-1000 - office
(410) 234-1010 - fax
jschochor@sfspa.com
bceryes@sfspa.com
*Attorneys for the Plaintiffs*

1