# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

## [PROPOSED] ORDER

**AND NOW**, this __ day of _____ 2019, upon consideration of Plaintiffs' Motion for Class Certification (ECF 32), Defendant's Opposition to Plaintiffs' Motion for Class Certification, and any responses thereto, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Class Certification (ECF 32) is **DENIED**.:

BY THE COURT:

_____

J.