APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al., | : | CIVIL ACTION |
| v. | : | |
| ECFMG | : | NO. 2:18-cv-05629-JDW |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _David E. Haynes_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-05629-JDW

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __David E. Haynes__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am ~~submitting a check, number~~ *electronically paying*, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 12/22/2003 | 0312220004 |
| Virginia | 10/09/1997 | 41530 |
| District of Columbia | 09/08/2003 | 483119 |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 12/01/2003 | 483119 |
| Virginia | 12/02/1997 | 41530 |
| Maryland | 09/07/2011 | **18221** |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*  Plaintiffs

_(signature)_
(Applicant's Signature)

10/28/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

The Cochran Firm

1100 New York Avenue, NW, Suite 340 West Tower, Washington, DC 20005

(202) 682-5800

Sworn and subscribed before me this

28th Day of October, 2019

_(signature)_
Notary Public

ANDREA J. KELLY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2023

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____David E. Haynes____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

____Benjamin O. Present____  ____[signature]____  ____2-16-17____  ____PA-322682____
Sponsor's Name            Sponsor's Signature     Admission date      Attorney Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

CONRAD O'BRIEN, PC
1500 MARKET ST., STE. 3900
PHILA, PA 19102          215-864-9600

Sworn and subscribed before me this

29 Day of October, 2019

____[signature] Lisa LaPorta Doyle____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lisa LaPorta Doyle, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 2, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MONIQUE RUSSELL, et al., | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| ECFMG | : | NO. 2:18-cv-05629-JDW |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __David E. Haynes__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_Via the Court's electronic filing system._

_____
Signature of Attorney

Benjamin O. Present
Name of Attorney

Benjamin O. Present / Plaintiff
Name of Moving Party

10/29/19
Date