APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al., | : | CIVIL ACTION |
| v. | : | |
| ECFMG | : | NO. 2:18-cv-05629-JDW |

## ORDER

AND NOW, this  29th   Day of  October   , 20 19, it is hereby

ORDERED that the application of David E. Haynes , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.

[ ]  DENIED.

_____
JOSHUA D. WOLSON, J.