**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,**<br><br>*Plaintiffs*<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

**ORDER**

**AND NOW**, this 30th day of October, 2019, upon consideration of the Defendant's Motion to Seal (ECF No. 38), and upon review of the relevant exhibits, it is **ORDERED** that, on or before November 6, 2019, Defendant shall either (a) file on the public docket redacted versions of the exhibits that are the subject of the Motion to Seal, redacting only the information that the parties claim should be protected, or (b) file a statement that a particular exhibit contains such information in its entirety and cannot be redacted.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.