# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,**<br><br>*Plaintiffs*<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendants.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 4th day of November, 2019, upon consideration of Plaintiffs' request to exceed the applicable page limit in their Reply Brief in support of their Motion for Class Certification by five (5) pages, such that Plaintiff will file a reply brief no longer than fifteen (15) pages, it is **ORDERED** that Plaintiffs' request is **GRANTED.**

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.