# **EXHIBIT 25**

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11107546 |
| Status | Complete |
| Login Username | ▓▓▓▓▓▓▓▓ |
| 1a. How did you become Dr. Akoda's patient? | • Other: <br> • Went into labor and Dr. Akoda was the on call Dr doing deliveries. |
| 1b. Where did you see Dr. Akoda? | Prince George's Hospital Center |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | 2016 |
| 1d. About how many times did you see him? | One time |
| 1e. What types of visits did you have with him? (Check all that apply) | Surgery |
| 2a. Did you trust Dr. Akoda? | Yes |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | No |
| 3a. How did Dr. Akoda's pelvic examination compare with other doctor's exams before or since you saw him? | Neutral (e.g., No difference) |
| 3c. Was there always a nurse or chaperone in the room during pelvic examinations? | Always |
| 3d. Did she stay throughout the examination? | Always |
| 3e. Was she standing in a place where she could see the pelvic examination? | I don't know or remember |
| 3f. Did Dr. Akoda ever perform a pelvic exam without using gloves? | Never |
| 3g. Did Dr. Akoda ever touch you in a way that felt uncomfortable or wrong, beyond the usual discomfort of this kind of medical care? | No |
| 3h. Did you ever feel sexually aroused or have an orgasmic response to the examination? | No |

| | |
|---|---|
| 4a. Did you think that Dr. Akoda asked you to come in for check-ups more often than needed? | No |
| 4b. Did anything ever make you feel uncomfortable in the office during or after the exam? | No |
| 4c. Pelvic exams are never fun, but looking back, do you think his exams were more or less painful than other pelvic exams you've had with other doctors? | No |
| 4d. Did Dr. Akoda ever talk dirty or say anything at any time that you thought was in some way sexual or inappropriate? | No |
| 4e. Did you ever consider changing doctors? | No |
| 5a. How did you first learn that charges were made against Dr. Akoda? | I saw something about it on TV or the internet |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | • Shocked<br>• Angry |
| 5c. If you are upset about what Dr. Akoda did, why? (Check all that apply) | I feel that he betrayed my trust. |
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | No |
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | No |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | No |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | No |

| | |
|---|---|
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | No |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | No |
| 6h. Is it hard for you to recall some aspects of what transpired? | No |
| 6i. Have you experienced mood changes or depression? | No |
| 6j. Have you experienced less interest or pleasure with important activities? | No |
| 6k. Have you experienced less interest or pleasure with important activities? | No |
| 6l. Have you felt irritable or angry? | No |
| 6m. Have you had difficulty concentrating? | No |
| 6n. Have you felt jumpy, overly alert, or easily startled? | No |
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | No |
| 6p. Do you feel embarrassed, shame, or humiliated? | No |
| 6q. Do you have trouble making decisions? | No |
| 6r. Do you overuse drugs or alcohol? | No |
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | No |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | No |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | No |
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | It has not affected my use of medical care. |

| | |
|---|---|
| 7c. In what ways has your experience with Dr. Akoda affected other non-medical aspects of your life? (Check all that apply) | It has not affected other parts of my life. |
| 7d. Has your experience with Dr. Akoda affected your work life? | No |
| 7f. Did your experience with Dr. Akoda affect your social life? | No |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |
| MM | 08 |
| YY | 79 |
| 9b. Your marital status | married or in long-term relationship |
| 9c. Is English your main language? | Yes |
| 9d. Your ethnicity | African-American |
| 9e. When you were treated by Dr. Akoda, what type of health insurance did you have? | Private insurance |
| Last Update | 2019-09-13 11:05:33 |
| Start Time | 2019-09-13 10:52:56 |
| Finish Time | 2019-09-13 11:05:33 |
| IP | 71.163.126.95 |
| Browser | Chrome |
| OS | Mobile |
| Referrer | ███████████████████████ ██████ |

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11105168 |
| Status | Complete |
| Login Username | ▬▬▬▬▬ |
| 1a. How did you become Dr. Akoda's patient? | Went to see other doctor in practice but saw Dr. Akoda instead. |
| 1b. Where did you see Dr. Akoda? | At the medical practice of Dr. A.G. Chaudry |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | 2012 |
| 1d. About how many times did you see him? | More than 5 times |
| 1e. What types of visits did you have with him? (Check all that apply) | Prenatal, delivery, and postnatal obstetric visits |
| 2a. Did you trust Dr. Akoda? | Yes |
| 2b. If you answered yes to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • Other<br>• Noth really nothing that I can pen point. |
| 2c. If you answered no to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • Other<br>• N/A |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | No |
| 3a. How did Dr. Akoda's pelvic examination compare with other doctor's exams before or since you saw him? | Neutral (e.g., No difference) |
| 3b. How did his breast examination compare with other doctors' exams before/after you saw him? | Neutral (No difference) |
| 3c. Was there always a nurse or chaperone in the room during pelvic examinations? | Never |
| 3d. Did she stay throughout the examination? | Never |
| 3e. Was she standing in a place where she could see the pelvic examination? | Never |

| | |
|---|---|
| 3f. Did Dr. Akoda ever perform a pelvic exam without using gloves? | Never |
| 3g. Did Dr. Akoda ever touch you in a way that felt uncomfortable or wrong, beyond the usual discomfort of this kind of medical care? | No |
| 3h. Did you ever feel sexually aroused or have an orgasmic response to the examination? | No |
| 4a. Did you think that Dr. Akoda asked you to come in for check-ups more often than needed? | I don't know or remember |
| 4b. Did anything ever make you feel uncomfortable in the office during or after the exam? | No |
| 4c. Pelvic exams are never fun, but looking back, do you think his exams were more or less painful than other pelvic exams you've had with other doctors? | No |
| 4d. Did Dr. Akoda ever talk dirty or say anything at any time that you thought was in some way sexual or inappropriate? | No |
| 4e. Did you ever consider changing doctors? | Yes |
| 4f. Did you tell anyone about things he said or did that were inappropriate? | No |
| No. (below, please indicate why you didn't tell anyone. Check all that apply) | Other |
| 5a. How did you first learn that charges were made against Dr. Akoda? | I heard about it on the radio |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | • Shocked<br>• Angry |
| 5c. If you are upset about what Dr. Akoda did, why? (Check all that apply) | I feel that he betrayed my trust. |
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | No |

| | |
|---|---|
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | No |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | No |
| 6d. Do you still have intense physical reactions when reminded of being treated by Dr. Akoda? | No |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | No |
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | No |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | No |
| 6h. Is it hard for you to recall some aspects of what transpired? | Yes |
| 6i. Have you experienced mood changes or depression? | No |
| 6j. Have you experienced less interest or pleasure with important activities? | No |
| 6k. Have you experienced less interest or pleasure with important activities? | No |
| 6l. Have you felt irritable or angry? | No |
| 6m. Have you had difficulty concentrating? | No |
| 6n. Have you felt jumpy, overly alert, or easily startled? | No |
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | No |
| 6p. Do you feel embarrassed, shame, or humiliated? | No |
| 6q. Do you have trouble making decisions? | No |

| | |
|---|---|
| 6r. Do you overuse drugs or alcohol? | No |
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | No |
| 6u. How severe were your physical symptoms? | mild |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | No |
| 6w. Please describe any treatment you received for symptoms arising from your experience with Dr. Akoda? | Non-psychiatric medication |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | No |
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | • Other:<br>• Never went back to that office |
| 7c. In what ways has your experience with Dr. Akoda affected other non-medical aspects of your life? (Check all that apply) | It has not affected other parts of my life. |
| 7d. Has your experience with Dr. Akoda affected your work life? | No |
| 7f. Did your experience with Dr. Akoda affect your social life? | No |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |
| MM | 08 |
| YY | 78 |
| 9b. Your marital status | married or in long-term relationship |

| | |
|---|---|
| 9c. Is English your main language? | Yes |
| 9d. Your ethnicity | African-American |
| 9e. When you were treated by Dr. Akoda, what type of health insurance did you have? | Medicaid |
| Last Update | 2019-09-12 13:20:38 |
| Start Time | 2019-09-12 13:04:40 |
| Finish Time | 2019-09-12 13:20:38 |
| IP | 107.77.203.48 |
| Browser | Chrome |
| OS | Mobile |
| Referrer | |

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11101532 |
| Status | Complete |
| Login Username | ██████████████ |
| 1a. How did you become Dr. Akoda's patient? | Found name on list of doctors |
| 1b. Where did you see Dr. Akoda? | At the medical practice of Dr. A.G. Chaudry |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | I don't remember |
| 1d. About how many times did you see him? | 2-5 times |
| 1e. What types of visits did you have with him? (Check all that apply) | • Routine annual gynecological checkups<br>• Visits for other medical care |
| 2a. Did you trust Dr. Akoda? | Yes |
| 2b. If you answered yes to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • He made sexual comments<br>• Other<br>• But I figured because he posed as a GYN doctor, it was normal. |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | No |
| 3a. How did Dr. Akoda's pelvic examination compare with other doctor's exams before or since you saw him? | Neutral (e.g., No difference) |
| 3b. How did his breast examination compare with other doctors' exams before/after you saw him? | Neutral (No difference) |
| 3c. Was there always a nurse or chaperone in the room during pelvic examinations? | Always |
| 3d. Did she stay throughout the examination? | Always |
| 3e. Was she standing in a place where she could see the pelvic examination? | Always |
| 3f. Did Dr. Akoda ever perform a pelvic exam without using gloves? | Never |

| | |
|---|---|
| 3g. Did Dr. Akoda ever touch you in a way that felt uncomfortable or wrong, beyond the usual discomfort of this kind of medical care? | No |
| 3h. Did you ever feel sexually aroused or have an orgasmic response to the examination? | No |
| 4a. Did you think that Dr. Akoda asked you to come in for check-ups more often than needed? | No |
| 4b. Did anything ever make you feel uncomfortable in the office during or after the exam? | No |
| 4c. Pelvic exams are never fun, but looking back, do you think his exams were more or less painful than other pelvic exams you've had with other doctors? | Yes, less painful |
| 4d. Did Dr. Akoda ever talk dirty or say anything at any time that you thought was in some way sexual or inappropriate? | Yes |
| 4e. Did you ever consider changing doctors? | Yes |
| 4f. Did you tell anyone about things he said or did that were inappropriate? | No |
| No. (below, please indicate why you didn't tell anyone. Check all that apply) | I didn't know what to do |
| 5a. How did you first learn that charges were made against Dr. Akoda? | I heard about it on the radio |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | • Shocked<br>• Betrayed |
| 5c. If you are upset about what Dr. Akoda did, why? (Check all that apply) | I feel that he betrayed my trust. |
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes, both before and after I learned of the charges against him. |

| | |
|---|---|
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | No |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | Yes, only after I learned of the charges against him |
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | Yes |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | Yes, both in the past month and prior to the past month |
| 6h. Is it hard for you to recall some aspects of what transpired? | No |
| 6i. Have you experienced mood changes or depression? | No |
| 6j. Have you experienced less interest or pleasure with important activities? | No |
| 6k. Have you experienced less interest or pleasure with important activities? | No |
| 6l. Have you felt irritable or angry? | No |
| 6m. Have you had difficulty concentrating? | No |
| 6n. Have you felt jumpy, overly alert, or easily startled? | No |
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | No |
| 6p. Do you feel embarrassed, shame, or humiliated? | Yes, only in the past month |
| 6q. Do you have trouble making decisions? | No |
| 6r. Do you overuse drugs or alcohol? | No |

| | |
|---|---|
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | No |
| 6t. Have you experienced any of the physical symptoms listed below as a result of Dr. Akoda's conduct (Check all that apply)? | I have not experienced any of these symptoms |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | No |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | Yes, it has led me to not trust doctors |
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | It has changed how often I visit an ob/gyn |
| 7c. In what ways has your experience with Dr. Akoda affected other non-medical aspects of your life? (Check all that apply) | It has not affected other parts of my life. |
| 7d. Has your experience with Dr. Akoda affected your work life? | No |
| 7f. Did your experience with Dr. Akoda affect your social life? | No |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |
| MM | 04 |
| YY | 19 |
| 9b. Your marital status | single |
| 9c. Is English your main language? | Yes |
| 9d. Your ethnicity | African-American |

| | |
|---|---|
| **9e. When you were treated by Dr. Akoda, what type of health insurance did you have?** | Private insurance |
| **Statement:** | I still can not believe until this day that he was even hired as a OBGYN doctor, for such confidential matters such as a women's private area...how could a person be hired to handle these kinds of matters, and not be affected later on down the line. I am emotionally distraught and feel very violated by the trust of Prince Georges Community Hospital Affiliates. |
| **Last Update** | 2019-09-11 11:59:05 |
| **Start Time** | 2019-09-11 11:30:55 |
| **Finish Time** | 2019-09-11 11:59:05 |
| **IP** | 50.234.115.104 |
| **Browser** | Chrome |
| **OS** | Windows |
| **Referrer** | |

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11114329 |
| Status | Complete |
| Login Username | ████████████ |
| 1a. How did you become Dr. Akoda's patient? | Went to see other doctor in practice but saw Dr. Akoda instead. |
| 1b. Where did you see Dr. Akoda? | At the medical practice of Dr. A.G. Chaudry |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | 2013 |
| 1d. About how many times did you see him? | 2-5 times |
| 1e. What types of visits did you have with him? (Check all that apply) | Routine annual gynecological checkups |
| 2a. Did you trust Dr. Akoda? | Yes |
| 2b. If you answered yes to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • He was rude<br>• He made sexual comments<br>• He hurt me<br>• Pelvic exams were too long |
| 2c. If you answered no to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • He was rude<br>• He made sexual comments<br>• He hurt me<br>• Pelvic exams were too long |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | Yes |
| 3a. How did Dr. Akoda's pelvic examination compare with other doctor's exams before or since you saw him? | Negative (e.g., he was more rough, longer exams, sexual talk and/or touch) |
| 3c. Was there always a nurse or chaperone in the room during pelvic examinations? | Never |
| 3d. Did she stay throughout the examination? | Never |
| 3e. Was she standing in a place where she could see the pelvic examination? | Never |

| | |
|---|---|
| 3f. Did Dr. Akoda ever perform a pelvic exam without using gloves? | Always |
| 3g. Did Dr. Akoda ever touch you in a way that felt uncomfortable or wrong, beyond the usual discomfort of this kind of medical care? | Yes |
| 3h. Did you ever feel sexually aroused or have an orgasmic response to the examination? | No |
| 4a. Did you think that Dr. Akoda asked you to come in for check-ups more often than needed? | I don't know or remember |
| 4b. Did anything ever make you feel uncomfortable in the office during or after the exam? | Yes |
| 4c. Pelvic exams are never fun, but looking back, do you think his exams were more or less painful than other pelvic exams you've had with other doctors? | Yes, more painful |
| 4d. Did Dr. Akoda ever talk dirty or say anything at any time that you thought was in some way sexual or inappropriate? | Yes |
| 4e. Did you ever consider changing doctors? | Yes |
| 4f. Did you tell anyone about things he said or did that were inappropriate? | Yes |
| Yes (please indicate who you told. Check all that apply) | • I told a nurse or other healthcare provider<br>• I told an administrator<br>• I told another doctor<br>• I told a family member<br>• I told a friend<br>• I told someone else |
| 5a. How did you first learn that charges were made against Dr. Akoda? | Other: |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | • Shocked<br>• Angry<br>• Betrayed<br>• Sad<br>• Other: |

| | |
|---|---|
| 5c. If you are upset about what Dr. Akoda did, why? (Check all that apply) | • I feel that he betrayed my trust.<br>• I think he may have hurt me physically<br>• I think he performed unnecessary procedures on me |
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes, both before and after I learned of the charges against him. |
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | Yes, both before and after I learned of the charges against him. |
| 6d. Do you still have intense physical reactions when reminded of being treated by Dr. Akoda? | Yes |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | Yes, both before and after I learned of the charges against him. |
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | Yes |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | Yes, both in the past month and prior to the past month |
| 6h. Is it hard for you to recall some aspects of what transpired? | No |
| 6i. Have you experienced mood changes or depression? | Yes, both in the past month and prior to the past month |
| 6j. Have you experienced less interest or pleasure with important activities? | Yes, both in the past month and prior to the past month |
| 6k. Have you experienced less interest or pleasure with important activities? | Yes, both in the past month and prior to the past month |
| 6l. Have you felt irritable or angry? | Yes, both in the past month and prior to the past month |

| | |
|---|---|
| 6m. Have you had difficulty concentrating? | Yes, both in the past month and prior to the past month |
| 6n. Have you felt jumpy, overly alert, or easily startled? | Yes, both in the past month and prior to the past month |
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | Yes, both in the past month and prior to the past month |
| 6p. Do you feel embarrassed, shame, or humiliated? | Yes, both in the past month and prior to the past month |
| 6q. Do you have trouble making decisions? | Yes, both in the past month and prior to the past month |
| 6r. Do you overuse drugs or alcohol? | No |
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | No |
| 6t. Have you experienced any of the physical symptoms listed below as a result of Dr. Akoda's conduct (Check all that apply)? | • Headache/dizziness<br>• High blood pressure<br>• Abdominal pain, nausea, reflux, ulcers, constipation<br>• Fatigue or insomnia<br>• Weight gain or weight loss<br>• Numbness, loss of enjoyment in life, or loss of libido<br>• Pain, trembling and/or nervous tics |
| 6u. How severe were your physical symptoms? | severe |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | Yes |
| 6w. Please describe any treatment you received for symptoms arising from your experience with Dr. Akoda? | • Therapy or counseling<br>• Psychiatric medication |
| 6x. Please describe any psychiatric or medical diagnoses you have received that you believe are related to your experience with Dr. Akoda. | • Depression (Major Depressive Disorder)<br>• Anxiety (Anxiety Disorder)<br>• PTSD (Post Traumatic Stress Disorder) |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | Yes, it has led me to not trust doctors |

| | |
|---|---|
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | • It has not affected my use of medical care.<br>• It has changed how often I visit any doctor<br>• It has changed how often I visit an ob/gyn<br>• It has affected the types of medical specialists I will go to see<br>• It has affected the medical choices or decisions I make |
| 7c. In what ways has your experience with Dr. Akoda affected other non-medical aspects of your life? (Check all that apply) | • It has not affected other parts of my life.<br>• I am concerned about my daughter going to an ob/gyn |
| 7d. Has your experience with Dr. Akoda affected your work life? | Yes |
| 7e. In what way has your experience with Dr. Akoda affected your work life (Check all that apply)? | • I was not able to go to work for awhile<br>• Other: |
| 7f. Did your experience with Dr. Akoda affect your social life? | Yes |
| 7g. In what way did your experience with Dr. Akoda affected your social life? (Check all that apply) | • I avoided certain types of social events.<br>• I avoided certain neighborhoods and locations.<br>• I was afraid of or avoided leaving home. |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |
| MM | 10 |
| YY | 44 |
| 9b. Your marital status | single |
| 9e. When you were treated by Dr. Akoda, what type of health insurance did you have? | Medicaid |

| | |
|---|---|
| **Statement:** | He is a demon doctor he let me go in shock while on the eximanation table while i went unconcious he had his han in me and then went up on me lying still unconcious he ripped ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ saying how that you have three children and still so neat. I told him that I was seperated from my husband for seveteen years and hoping for him to come back. He dr okada is a real. Deamon. Sign. Hazel. Leslie |
| **Last Update** | 2019-09-17 10:09:58 |
| **Start Time** | 2019-09-17 08:45:23 |
| **Finish Time** | 2019-09-17 10:09:58 |
| **IP** | 172.58.184.171 |
| **Browser** | Chrome |
| **OS** | Mobile |
| **Referrer** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11126448 |
| Status | Complete |
| Login Username | ▉▉▉▉▉▉▉▉▉▉▉ |
| 1a. How did you become Dr. Akoda's patient? | Went to see other doctor in practice but saw Dr. Akoda instead. |
| 1b. Where did you see Dr. Akoda? | At the medical practice of Dr. A.G. Chaudry |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | 2014 |
| 1d. About how many times did you see him? | 2-5 times |
| 1e. What types of visits did you have with him? (Check all that apply) | Visits for other medical care |
| 2a. Did you trust Dr. Akoda? | No |
| 2b. If you answered yes to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • It was just something about him<br>• Other<br>• He told me I'd better hurry to have a baby.  It was the way he said it.  It hurt my feelings.  I cried in the car after I left the appointment. |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | No |
| 4e. Did you ever consider changing doctors? | Yes |
| 5a. How did you first learn that charges were made against Dr. Akoda? | I saw something about it on TV or the internet |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | Betrayed |
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes, before I learned of the charges against him. |

| | |
|---|---|
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | No |
| 6d. Do you still have intense physical reactions when reminded of being treated by Dr. Akoda? | No |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | Yes, both before and after I learned of the charges against him. |
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | Yes |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | Yes, both in the past month and prior to the past month |
| 6h. Is it hard for you to recall some aspects of what transpired? | No |
| 6i. Have you experienced mood changes or depression? | Yes, both in the past month and prior to the past month |
| 6j. Have you experienced less interest or pleasure with important activities? | Yes, both in the past month and prior to the past month |
| 6k. Have you experienced less interest or pleasure with important activities? | Yes, both in the past month and prior to the past month |
| 6l. Have you felt irritable or angry? | Yes, both in the past month and prior to the past month |
| 6m. Have you had difficulty concentrating? | No |
| 6n. Have you felt jumpy, overly alert, or easily startled? | No |
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | No |
| 6p. Do you feel embarrassed, shame, or humiliated? | No |

| | |
|---|---|
| 6q. Do you have trouble making decisions? | Yes, only in the past month |
| 6r. Do you overuse drugs or alcohol? | No |
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | Yes, both in the past month and prior to the past month |
| 6t. Have you experienced any of the physical symptoms listed below as a result of Dr. Akoda's conduct (Check all that apply)? | • Headache/dizziness<br>• Fatigue or insomnia<br>• Other:<br>• I became severely anemic, low energy, hair loss, shortness of breathe, insomnia, pelvic pain, depression due to symptoms |
| 6u. How severe were your physical symptoms? | severe |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | No |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | No |
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | • Other:<br>• I get a second opinion |
| 7c. In what ways has your experience with Dr. Akoda affected other non-medical aspects of your life? (Check all that apply) | • Other:<br>• At that time, I was severely anemic, losing alot of blood during my cycles and Dr. Akoda refused to perform surgery to remove the fibroids.  Therefore, I was always tired, in pain during menstrual cycle, had hair loss and disinterested in life |
| 7d. Has your experience with Dr. Akoda affected your work life? | Yes |
| 7e. In what way has your experience with Dr. Akoda affected your work life (Check all that apply)? | • I was not able to go to work for awhile<br>• I quit my job<br>• Other:<br>• Due to the heavy bleeding, dizziness, low energy, fatigue and insomnia and the fact that I had to wear a white labcoat for work I had to quit |
| 7f. Did your experience with Dr. Akoda affect your social life? | Yes |

| | |
|---|---|
| 7g. In what way did your experience with Dr. Akoda affected your social life? (Check all that apply) | • I avoided certain types of social events.<br>• I was afraid of or avoided leaving home.<br>• I didnt want to bleed on the furniture or through my clothes |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |
| MM | 02 |
| YY | 72 |
| 9b. Your marital status | single |
| 9c. Is English your main language? | Yes |
| 9d. Your ethnicity | African-American |
| 9e. When you were treated by Dr. Akoda, what type of health insurance did you have? | Medicaid |

Akoda Questionnaire

| | |
|---|---|
| Reference # | 11107167 |
| Status | Complete |
| Login Username | ███████████████ |
| 1a. How did you become Dr. Akoda's patient? | Went to see other doctor in practice but saw Dr. Akoda instead. |
| 1b. Where did you see Dr. Akoda? | At the medical practice of Dr. A.G. Chaudry |
| 1c. During which of the following years did you see Dr. Akoda? (Check all that apply) | • 2013<br>• 2014 |
| 1d. About how many times did you see him? | More than 5 times |
| 1e. What types of visits did you have with him? (Check all that apply) | Prenatal, delivery, and postnatal obstetric visits |
| 2a. Did you trust Dr. Akoda? | Yes |
| 2b. If you answered yes to question 2a but at some point began not to trust him, what happened that changed? (Check all that apply) | • It was just something about him<br>• He made sexual comments<br>• Other<br>• Not always was there a female nurse called in during examinations |
| 2d. Did you ever feel scared of or threatened by Dr. Akoda during your time in his 'care'? | No |
| 3a. How did Dr. Akoda's pelvic examination compare with other doctor's exams before or since you saw him? | Neutral (e.g., No difference) |
| 3b. How did his breast examination compare with other doctors' exams before/after you saw him? | Neutral (No difference) |
| 3c. Was there always a nurse or chaperone in the room during pelvic examinations? | Sometimes |
| 3d. Did she stay throughout the examination? | Always |
| 3e. Was she standing in a place where she could see the pelvic examination? | Always |

| | |
|---|---|
| 3f. Did Dr. Akoda ever perform a pelvic exam without using gloves? | Never |
| 3g. Did Dr. Akoda ever touch you in a way that felt uncomfortable or wrong, beyond the usual discomfort of this kind of medical care? | Yes |
| 3h. Did you ever feel sexually aroused or have an orgasmic response to the examination? | No |
| 4a. Did you think that Dr. Akoda asked you to come in for check-ups more often than needed? | No |
| 4b. Did anything ever make you feel uncomfortable in the office during or after the exam? | Yes |
| 4c. Pelvic exams are never fun, but looking back, do you think his exams were more or less painful than other pelvic exams you've had with other doctors? | No |
| 4d. Did Dr. Akoda ever talk dirty or say anything at any time that you thought was in some way sexual or inappropriate? | Yes |
| 4e. Did you ever consider changing doctors? | Yes |
| 4f. Did you tell anyone about things he said or did that were inappropriate? | Yes |
| Yes (please indicate who you told. Check all that apply) | • I told a family member<br>• I told a friend |
| 5a. How did you first learn that charges were made against Dr. Akoda? | I saw something about it on TV or the internet |
| 5b. How did you feel when you heard about the charges against Dr. Akoda? (Check all that apply) | • Shocked<br>• Angry<br>• Betrayed<br>• Sad<br>• Other:<br>• Distraught, traumatized |
| 5c. If you are upset about what Dr. Akoda did, why? (Check all that apply) | I feel that he betrayed my trust. |

| | |
|---|---|
| 6a. Did you experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes, only after I learned of the charges against him |
| 6b. Do you still experience emotional distress as a result of Dr. Akoda's conduct or as a result of learning that he might not be a licensed doctor or that his name and papers were not real? | Yes |
| 6c. Have you had any intense physical reactions when reminded of being treated by Dr. Akoda such as your heart beating faster, being short of breath, or being sweaty? | No |
| 6d. Do you still have intense physical reactions when reminded of being treated by Dr. Akoda? | Yes |
| 6e. Have you had any upsetting thoughts, memories or dreams of being treated by Dr. Akoda? | Yes, only after I learned of the charges against him |
| 6f. Do you still have upsetting thoughts, memories, or dreams of being treated by Dr. Akoda? | Yes |
| 6g. Have you tried to avoid thoughts or feelings about what happened to you with Dr. Akoda? | No |
| 6h. Is it hard for you to recall some aspects of what transpired? | No |
| 6i. Have you experienced mood changes or depression? | No |
| 6j. Have you experienced less interest or pleasure with important activities? | No |
| 6k. Have you experienced less interest or pleasure with important activities? | No |
| 6l. Have you felt irritable or angry? | No |
| 6m. Have you had difficulty concentrating? | No |
| 6n. Have you felt jumpy, overly alert, or easily startled? | No |

| | |
|---|---|
| 6o. Do you have trouble sleeping or bad dreams or nightmares? | Yes, only in the past month |
| 6p. Do you feel embarrassed, shame, or humiliated? | Yes, both in the past month and prior to the past month |
| 6q. Do you have trouble making decisions? | No |
| 6r. Do you overuse drugs or alcohol? | No |
| 6s. Have you felt uncomfortable with your body or not cared for yourself as you should? | No |
| 6t. Have you experienced any of the physical symptoms listed below as a result of Dr. Akoda's conduct (Check all that apply)? | Fatigue or insomnia |
| 6u. How severe were your physical symptoms? | mild |
| 6v. Have you received any psychological, psychiatric, and/or other medical treatment for symptoms arising from your experience with Dr. Akoda? | No |
| 7a. Has your experience with Dr. Akoda affected your trust in doctors? | Yes, it has led me to not trust doctors |
| 7b. In what ways has your experience with Dr. Akoda affected your use of medical care? (Check all that apply) | • It has affected the medical choices or decisions I make<br>• Other:<br>• More aware and alert about doctors, practices |
| 7d. Has your experience with Dr. Akoda affected your work life? | No |
| 7f. Did your experience with Dr. Akoda affect your social life? | No |
| 8a. Have you ever been threatened by somebody? | No |
| 8b. Have you ever experienced or witnessed violence in your own home in years past? | No |
| 8c. Have you ever been forced to have sex or been threatened with violence if you didn't? | No |
| 8d. Have you ever been sexually abused in other ways? | No |

| | |
|---|---|
| MM | 03 |
| YY | 88 |
| 9b. Your marital status | single |
| 9c. Is English your main language? | Yes |
| 9d. Your ethnicity | African-American |
| 9e. When you were treated by Dr. Akoda, what type of health insurance did you have? | Medicaid |
| Statement: | An issue I had with Dr. Akoda, was when I came in with a health concern, I told/showed him an reaction I was having. Without treating me first he assumed it was a ▓▓▓▓▓▓ so he then prescribed me medication on that visit. I immediately felt confused and angry with what he told me. I just listened because he was the doctor. When I returned for my prenatal visit he then stated that what he though I had, I in fact didn't have from testing results.   Even though he prescribed me medication to take before knowing for sure. |
| Last Update | 2019-09-13 13:20:37 |
| Start Time | 2019-09-13 12:58:24 |
| Finish Time | 2019-09-13 13:20:37 |
| IP | 69.250.197.75 |
| Browser | Safari |
| OS | Mobile |
| Referrer | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |



| 11118165 | The night of the delivery, the nurses refused to help. Although I was contracting, she was trying to get me discharged.  She disconnected the pull string in my room because she said she wasnt going to keep coming. I delivered my son on the toilet by myself at the hospital because no one would help. My boyfriend started yelling that I was having the baby.  After I pulled/caught my son coming out of me, Dr Akoda leisurely walked around the corner and said looks like you had a baby,  you made my job easy tonight,  good job......I delivered my own child, I did his job for him. Ad I proceeded to curse him out, I asked to see the nurse who was trying to discharge me. I delivered my son 6 hours after arriving to the hospital. |