# **EXHIBIT 26**

**Gladys S. Fenichel, MD**
**210 Kent Road**
**Ardmore, PA 19003**
**FenichelMD@FenichelMD.com**
**(610) 649-8940**
**FAX (610) 649-5071**

September 25, 2019

Elisa P. McEnroe
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921

>     RE:   MONIQUE RUSSELL ET AL V. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
>     NUMBER:  2:18-cv-05629
>
>     ELSA POWELL
>     MONIQUE RUSSELL
>     DESIRE EVANS
>     JASMINE RIGGINS

Dear Ms. McEnroe:

I had the opportunity to see the above-named plaintiffs for individual psychiatric evaluations, and I have written four individual reports regarding Ms. Powell, Ms. Russell, Ms. Evans, and Ms. Riggins.

Ms. Powell, Ms. Russell, Ms. Evans, and Ms. Riggins had healthy babies delivered by Dr. Akoda, and each woman has a personal story regarding the Complaint that includes unique personal histories, stressors, and circumstances. The women apparently share a belief that Dr. Akoda was a "fake doctor" without certification to work as a doctor.  It is my opinion that none of the women has a psychiatric disorder or disability related to the allegations in the Complaint. Ms. Powell denied a history of psychiatric or psychological treatment. Ms. Powell has a happy family, a good job, and positive plans for her future. Ms. Russell acknowledged that she was not hurt by Dr. Akoda, but she has felt a responsibility to "stand up for women who were subjected to trauma." Ms. Russell has a personal history of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but she did not seek any mental health treatment in relation to her childbirth experience with Dr. Akoda.  Ms. Russell also has a good job, a healthy son, a strong marriage, and plans for her future.  Ms. Riggins said that she did not have any problems with the treatment provided by Dr. Akoda during her pregnancy and that the care she received from Dr. Akoda was no different from the treatment from the doctors who delivered her two other children.  Ms. Riggins denied a history of any mental health treatment and denied any plan to see a psychiatrist or a psychologist.

RE: Powell, Russell, Evans, Riggins
Page 2

Ms. Evans has a different personal history in regard to psychiatric/psychological treatment; however, Ms. Evans does not have a psychiatric disorder related to the allegations in the Complaint. Ms. Evans said that she is under the impression that Dr. Akoda may not have been a doctor. She said she does not know if he is a doctor, or if he has any certification. It is my opinion that Ms. Evans' reported concerns about Dr. Akoda in relation to the Complaint would not cause her to experience a psychiatric disorder or an exacerbation of her documented psychiatric disorder of major depression.

It is my opinion the four individuals that I saw for four independent psychiatric evaluations presented four different personal histories about their medical experiences with Dr. Akoda. It is my opinion the facts and circumstances surrounding each plaintiff presented unique and individualized situations. It is my opinion that it is not possible to determine through common evidence or analysis that the plaintiffs' varied medical experiences with Dr. Akoda caused any alleged emotional distress. Rather it is my opinion that individualized assessments are necessary to determine whether any particular plaintiff suffers from emotional distress and/or whether such emotional distress is related to the allegations in the Complaint, medical experiences with Dr. Akoda, or conduct by the Educational Commission for Foreign Medical Graduates.

My hourly rate for non-testimonial services is $450/hour. My hourly rate for deposition testimony is $1,000/hour, with a minimum payment of $2,000. My rate for court testimony is $5,000 and expenses. I have attached a copy of my CV and a list of cases in which I have testified from June 2014 to June 2019.

The opinions noted in this letter and the attached reports have been stated within a reasonable degree of medical certainty.

Sincerely,

Gladys S. Fenichel, MD

# CURRICULUM VITAE

**Gladys Susan Fenichel, M.D., M.A.**

**January 2019**

| | |
|---|---|
| Office Address: | 210 Kent Road<br>Ardmore, PA  19003 |
| Phone Number: | 610 649-8940 |
| Fax Number: | 610 649-5071 |
| Education: | 1970-1972   Brandeis University<br>1972-1973   B.A. University of Pennsylvania<br>1974-1978   M.D. Temple University<br>1981-1983   M.A. Sociology<br>                       University of Pennsylvania |

**Postgraduate Training and Fellowship Appointments:**

- 1978-1979   Resident in Medicine, Temple University Hospital
- 1979-1982   Resident in Psychiatry, Hospital of the University of Pennsylvania
- 1981-1983   Robert Wood Johnson Foundation Clinical Scholars Program - V.A. Scholar

**Faculty Appointments - University of Pennsylvania:**

- 7/1/79   3/1/83   Assistant Instructor in Psychiatry
- 4/1/83   6/30/85   Clinical Associate in Psychiatry
- 7/1/85-  6/30/99   Clinical Assistant Professor, Psychiatry
- 7/1/99   Clinical Associate Professor, Psychiatry

**Specialty Certification:**

- 1983   American Board of Psychiatry and Neurology

**Licensure:**   Pennsylvania MD-023493E

**Hospital Affiliation:**   Hospital of the University of Pennsylvania
Bryn Mawr Hospital 1986 - 1995

**Memberships in Professional and Scientific Societies:**

- American Psychiatric Association

**2**

**Major Teaching and Clinical Responsibilities at the University of Pennsylvania:**

    1.      Preceptor Medicine 100:      The Doctor-Patient Relationship
    2.      Preceptor Medicine 200:      Psychiatric Interview
    3.      Provision of out-patient treatment to HUP house staff
    4.      Preceptor

**By Invitation:**

American Board of Psychiatry and Neurology, Part II Examiner
    1997-2002.

**Bibliography:**

Original Papers:

Fenichel GS, Murphy JB:  Factors that predict psychiatric consultation in the Emergency Department.  Medical Care 23:  235-265;1985.

Hunt DD, Fenichel GS, Baker V, Featherstone JH: Contrasts in the Professional Identities of Psychiatrists and Internists.  J Med Ed 59:894-899;1984.

Murphy JG, Fenichel GS, Jacobson S:  Psychiatry in the emergency department:  factors affecting treatment and disposition.  American Journal of Emergency Medicine 2:309-314;1984.

Abstracts:

Fenichel GS, Murphy JG, Wigton RS, Schwartz JS:
Results of physician decision-making using conjoint analysis compared to decision-making in actual practice.  Society for Medical Decision Making, November 1984.

Fenichel GS, Murphy JG:  Factors that predict psychiatric consultation in the emergency department. Robert Wood Johnson Clinical Scholars Program, November 1983.

Fenichel GS:  Clinical scholarship and examples from the social sciences:  sociology in medicine.  Robert Wood Johnson Clinical Scholars Program, November 1983.

Reviews:
Fenichel, GS:  <u>Why Psychiatry Is A Branch of Medicine</u>. Samuel Guze.
Oxford University Press,  Annals of Internal Medicine, 119:864; 1993.

Gladys S. Fenichel, MD
210 Kent Road
Ardmore PA 19003
FenichelMD@FenichelMD.com
(610) 649-8940
FAX (610) 649-5071

Testimony June 2014-June 2019

| ClaimantLast | ClaimantFirst | ApptDate | RefCompany | DefAtty | ClaimNo |
|---|---|---|---|---|---|
| Strohl | Mark A. | 6/17/14 | Inservco - Self Insured Accounts | The Chartwell Law Offices | 400P024372 |
| Harrison | Barbara | 8/28/14 | Amtrust Group | Naulty, Scaricamazza & McDevitt, LLC | 110-111-11568 |
| Jastrzebski | Brandy | 9/2/14 | Travelers Insurance Company | Cipriani & Werner PC | EUS9739 |
| Kellett | Chester | 9/4/14 | AmeriHealth Casualty | Greenbaum & Pinto Law Offices | 11104501 |
| Moyer | Bruce | 9/8/14 | Inservco - Commonwealth of Pennsylvania | Swartz Campbell | 400W012695 |
| Allen | Jaudon | 10/6/14 | Cottingham & Butler Claims Services, Inc. | The Chartwell Law Offices | FFIWC1037942 |
| Reyes | Ana | 10/9/14 | Faegre Baker Daniels | Faegre Baker Daniels | |
| Reyes | Ana | 10/9/14 | Faegre Baker Daniels | Faegre Baker Daniels | |
| Shearer | Robert | 10/20/14 | Inservco - Self Insured Accounts | Lavery Law | 245HBG0043 |
| Koch | Sanjuana | 11/17/14 | Inservco - Commonwealth of Pennsylvania | Goldfein & Joseph | 400W024729 |
| Soto | Rogue | 11/25/14 | ESIS | Fallon Van Horn LLC | C395C7166522 |
| Lavigna | Lawrence | 12/10/14 | Occupational Resource Specialists | Metz Lewis, LLC | 10010618533 |
| Kolody | Melissa | 12/12/14 | PMA Insurance Group | Sand & Saidel | W000363521 |
| Fall | Linnell | 1/8/15 | AmeriHealth Casualty | Marshall, Dennehey, Warner, Coleman & Goggin | 3751141746 |
| Floyd | Shamina S. | 1/16/15 | Inservco - Self Insured Accounts | Sand & Saidel | 4000009760 |
| Agostine | John | 1/30/15 | ACS Claims Services | Office of Chief Counsel | UEG1-7994 |
| Perez | Nancy | 2/5/15 | AmeriHealth Casualty | Holsten & Associates | 10011360175 |
| Alexander | Aaron | 3/4/15 | AIG | Haddix and Associates | 555-126185 |
| Rowen | Heather | 3/25/15 | The Chartwell Law Offices | The Chartwell Law Offices | 2620002252 |
| Crowers | Beverly | 3/31/15 | Inservco - Self Insured Accounts | Goldfein & Joseph | 400W057837 |
| Fandino | Neyla | 4/1/15 | Inservco - Commonwealth of Pennsylvania | Swartz Campbell | 4000001200 |
| Bredell-Ross | Loretta | 5/12/15 | AVI Risk Services, LLC | Hill Wallack LLP | 079094830 |
| Rein | Jeffrey | 6/4/15 | Weber Gallagher Simpson Stapleton Fires & Newby | Weber Gallagher Simpson Stapleton Fires & Newby | 186518019-001 |
| Pivariunas- Ciocco | Patricia | 6/23/15 | PMA Insurance Group | DelCollo & Mazzanti, LLC | 910529072 |

| Last | First | Date | Insurer/Employer | Firm | Claim # |
|---|---|---|---|---|---|
| Payne | Coreen | 8/6/15 | AmeriHealth Casualty | Carpenter, McCadden & Lane, LLP | 3061135180 |
| Edwards | John | 8/26/15 | Swartz Campbell | Swartz Campbell | 007197-096149 |
| Hampton | Shara | 9/17/15 | Inservco - Self Insured Accounts | The Chartwell Law Offices | 4000015889 |
| Gillen | Frank | 9/21/15 | WorkPartners | Raffaele Puppio LLP | PTCCONV45020130006567 |
| Polk | Rachel | 10/14/15 | Inservco - Commonwealth of Pennsylvania | Sand & Saidel | 400W001221 |
| White | Colette | 11/18/15 | AVI Risk Services, LLC | Weber Gallagher Simpson Stapleton Fires & Newby | 079091055 |
| Johnson-Bryant | Dawn | 12/4/15 | Inservco - Self Insured Accounts | Naulty, Scaricamazza & McDevitt, LLC | 3230019225 |
| Alcis | Yolette | 3/2/16 | Hill Wallack LLP | Hill Wallack LLP | 301-424620260001 |
| Tucker | Fyresta | 3/3/16 | Carpenter, McCadden & Lane, LLP | Carpenter, McCadden & Lane, LLP | YLT77953C |
| Zeleznick | George | 3/10/16 | Liberty Mutual Insurance Company |  | 22231786 |
| Beach | Laura | 5/3/16 | Weber Gallagher Simpson Stapleton Fires & Newby | Weber Gallagher Simpson Stapleton Fires & Newby | C494 C 277695 0 |
| Bartolomei | Lois | 5/12/16 | Weber Gallagher Simpson Stapleton Fires & Newby | Weber Gallagher Simpson Stapleton Fires & Newby | 1850272546 |
| Pride | Dolores | 5/24/16 | Cipriani & Werner PC | Cipriani & Werner PC | 011502-007882-wc-01 |
| Vicenty | Carlos | 6/7/16 | AIG | The Chartwell Law Offices | 710-952067 |
| Jeffries | James | 8/17/16 | WorkPartners | Weber Gallagher Simpson Stapleton Fires & Newby | PTC2014029063 |
| Dean | Cameron | 8/23/16 | LeClair Ryan | LeClair Ryan | 103283WC2014 |
| Glasser | Victoria | 9/15/16 | ESIS | Law Office of Michael W. Simon, III | 9716 395 545259 0 |
| Spencer | Arif | 10/6/16 | Inservco - Self Insured Accounts | J P Mascaro & Sons | 2800002024 |
| Trotta | Michael | 12/6/16 | Inservco - Commonwealth of Pennsylvania | Goldfein & Joseph | 4000011529 |
| Cloak | Rosemary | 12/7/16 | AmeriHealth Casualty | Kent & McBride, PC | 3751131412 |
| Sones | Karen | 12/14/16 | Inservco - Commonwealth of Pennsylvania | Dethlefs Pykosh & Murphy | 400W036355 |
| Bernardo | Anthony | 1/11/17 | Inservco - Commonwealth of Pennsylvania | Dethlefs Pykosh & Murphy | 4000007409 |
| Power | Thomas J | 1/26/17 | AVI Risk Services, LLC | Sand & Saidel | 035097105 |
| Paolini | Barbara Anne | 3/22/17 | The Chartwell Law Offices | The Chartwell Law Offices | 1850283678 |
| Vasquez | Evelyn | 5/31/17 | AVI Risk Services, LLC | Grim, Biehn & Thatcher | 068099115 |
| Kneisley | Kevin | 9/7/17 | DelCollo & Mazzanti, LLC | DelCollo & Mazzanti, LLC | 2011106961 |
| Perez | Moises | 9/12/17 | Connors O'Dell, LLP | Connors O'Dell, LLP | WC390C71411 |
| Rumer | Teri | 10/11/17 | GENEX Services, LLC | Zirulnik, Sherlock & DeMille | 21250019 |
| Shuff | Allison | 10/18/17 | Lavery Law | Lavery Law | 2450002125 |
| Foley | Christine | 10/19/17 | MES Solutions | Carpenter, McCadden & Lane, LLP | 007197109342WC01 |
| Nyankon | Samuel | 11/1/17 | PMA Insurance Group | Weber Gallagher Simpson Stapleton Fires & Newby | W00742203 |
| Heil | Gail | 12/11/17 | Rulis & Bochicchio | Rulis & Bochicchio | 201230000077 |

| | | | | | |
|---|---|---|---|---|---|
| McCoy (Henderson) | Tasha | 1/23/18 | Inservco - Commonwealth of Pennsylvania | Goldfein & Joseph | 4000023131 |
| Bruno | Angelique | 2/13/18 | DelCollo & Mazzanti, LLC | DelCollo & Mazzanti, LLC | W001025476 |
| Tipton | Deborah | 2/14/18 | Carpenter, McCadden & Lane, LLP | Carpenter, McCadden & Lane, LLP | 201701710 |
| Spriggs | Mark | 3/12/18 | Connors O'Dell, LLP | Connors O'Dell, LLP | 006852-000004-WC-06 |
| Pierce | Christopher L. | 3/13/18 | Cipriani & Werner PC | Cipriani & Werner PC | 003938-004049-WC-01 |
| Slone | Autumn | 4/19/18 | Inservco - Commonwealth of Pennsylvania | Goldfein & Joseph | 4000021231 |
| Rimmer | Cassandra | 5/15/18 | AmeriHealth Casualty | Swartz Campbell | 4051160237247 |
| Polk | Rachel | 6/13/18 | Inservco - Commonwealth of Pennsylvania | Sand & Saidel | 400W001221 |
| Diaz | Carmen | 6/20/18 | Cipriani & Werner PC | Cipriani & Werner PC | 188494312 |
| Somerville | Cassandra | 9/11/18 | Gallagher Bassett Services, Inc | Sherry Law Firm, PC | 005485010243WC01 |
| Fofi | David | 11/14/18 | Amtrust Group | McCormick Law Firm | 0901160005826 |
| Wright | Nashia | 11/26/18 | Inservco - Self Insured Accounts | J P Mascaro & Sons | 2800002217 |
| Bresko | Robert | 12/12/18 | Connors O'Dell, LLP | Connors O'Dell, LLP | 002601-002031-WC-01 |
| Williams | Nsegah | 12/17/18 | Inservco - Self Insured Accounts | Carpenter, McCadden & Lane, LLP | 3230023286 |
| Palmer | Nicole | 1/9/19 | Inservco - Commonwealth of Pennsylvania | The Chartwell Law Offices | 4000013590 |
| Lynch | Leticia | 4/4/19 | Cipriani & Werner PC | Cipriani & Werner PC | 17D27F203170 |
| Travaline | Margaret | 5/20/19 | Schaff & Young, PC | Schaff & Young, PC | C395C7356723 |