EXHIBIT 1



American Board of Obstetrics + Gynecology

First in Women's Health®

August 30, 2017

CERTIFIED RETURN RECEIPT REQUESTED

John-Charles Akoda, MD

Dear Dr. Akoda:

The American Board of Obstetrics and Gynecology (ABOG) was recently made aware through a Disciplinary Action Notification System (DANS) report that the Maryland State Board of Physicians took adverse action on your license on July 10, 2017. Your Maryland medical license was revoked in a Final Decision and Order for the following:

1. You pled guilty to a crime involving moral turpitude on November 15, 2016.

2. You were convicted of social security number fraud, a felony, in violation of 42 U.S.C. 408(a)(7)(B) In the United States District Court for the District of Maryland.

3. You were sentenced to six months incarceration, three years of supervised release, home detention for six months, and an assessment of $100.00.

The ad hoc committee of the Credentials Committee has reviewed the above information and determined that you do not meet the terms of the requirements to maintain certification by the ABOG. The committee voted unanimously that you have violated the moral and ethical standards of the practice of medicine accepted by organized medicine because your license was revoked and you were convicted of a felony. Your ABOG certificate expired December 31, 2016. The committee has determined that you currently are ineligible to participate in the ABOG Re-entry exam/ MOC Process.

Disqualification or Diplomate revocation may occur whenever the physician's license has had his/her license revoked. Disqualification or Diplomate revocation may also occur whenever the physician has been convicted of a felony or has pled guilty to a felony. The ABOG policies require Diplomates to have an unrestricted license to practice in all states in which they are licensed.  This information is under the Policies section at
https://www.abog.org/new/n_policies.aspx?title=revocation

CONFIDENTIAL          ABOG_nonparty_000001

The ad hoc committee also voted to refer your case to the Credentials Committee for consideration of revocation of certification. The Credentials Committee will review your case for possible revocation of your certification at the next Board of Directors meeting in January 2018. You may submit any additional information that you think may aid the Credentials Committee in consideration of the revocation of your certification. Please submit any information to me in writing or by email, and we will see that the committee has the information to consider at the meeting.

Please feel free to contact us if you have any further questions.

Sincerely,

Susan M. Ramin, M.D.
Associate Executive Director
Maintenance of Certification
American Board of Obstetrics and Gynecology
2915 Vine Street
Dallas, TX 75204
Phone: (214) 721-7510
Fax: (214) 871-1943


ABOG Diplomate # 9025829
SMR/kw

CONFIDENTIAL

EXHIBIT 2



Compose Delivery

Inbox

**Sent Items**

Packages

Workspaces

Contacts

Reports

Help

Uploads
Drag and drop files anywhere
on the page to upload



# Delivery Details

Act

**Delivery Information**

| | |
|---|---|
| **To** | Class Action All Counsel |
| **Subject** | Russell et al. v. ECFMG - Plaintiffs Supplemental ... |
| **Date available** | 09/16/2019 03:47 PM |
| **Date expires** | 10/16/2019 11:59 PM (Expired) |
| **Password assigned** | No |
| **Require recipients to sign in** | No |
| **Notify when recipients access this delivery** | First time |
| **Notify when recipients download files** | Do not notify |
| **Notify when recipient deletes** | No |
| **Access status** | 7 recipient(s) have not accessed the delivery |
| **Secure message** | Counsel, |
| | Attached, please find a supplemental document production from Plaintifi the above-referenced matter with respect to various putative class memI |
| | Best, |
| | Ben |
| **Notification message** | You are receiving a secure email from Conrad O'Brien. Please click or link to retrieve your message and attachments. |
| **Package name** | Russell et al. v. ECFMG - Pla... |
| **Tags** | |
| **Description** | |

**Files**

| | File name | Date created | Size |
|---|---|---|---|
| ☐ | | | |
| ☐ | Plaintiffs0000118760 - 0000140233.PDF | 09/16/2019 03:47 PM | 1,864.7 |
| | | **Total:** | **1,864.7** |

Download As Zip   Forward

**Secure Replies**

No replies

# EXHIBIT 3

**MERIDIAN HEALTH SYSTEM**

*JERSEY SHORE MEDICAL CENTER*
*DEPARTMENT OF MEDICINE*
*OFFICE:  732-776-4420*
*FAX:      732-776-3795*

*CONFIDENTIAL*

### INTEROFFICE MEMORANDUM

**TO:**          Distribution

**FROM:**     Elliot Frank, MD, Chair/Program Director, Department of Medicine

**DATE:**      October 26, 2001

**RE:**          Former Medical Resident:  Dr. Akoda

I am passing on the enclosed letter since you expended so much time in this matter.  This appears to resolve the question of whether Dr. Akoda had been in another training program, something he continued to deny.

By the way, I have not heard from, or of, Dr. Akoda since his departure.

k
Enclosure

Distribution:   Carl Marchetti, MD
                      Steve Littleson
                      Katie Luciani
                      David DeSimone, Esq.



**AMERICAN BOARD OF INTERNAL MEDICINE**

PROMOTING
EXCELLENCE IN
HEALTH CARE
◆
510 Walnut Street
Suite 1700
Philadelphia, PA
19106-3699

Tel: 215-446-3500
Tel: 800-441-2246
Fax: 215-446-3470
E-mail: request@abim.org
www.abim.org
◆
Paul G. Ramsey, MD
Chair

Douglas P. Zipes, MD
Chair-Elect

James L. Naughton, MD
Secretary-Treasurer
◆
Harry R. Kimball, MD
President

F. Daniel Duffy, MD
Executive Vice President

John J. Norcini, PhD
Senior Vice President
Psychometrics and Research

Lynn O. Langdon, MS
Senior Vice President
Subspecialty Medicine and
Test Development

Linda L. Blank
Vice President
Clinical Competence and
Communications

Henry F. Strozeski, MBA
Vice President
Administration and
Operations
Chief Financial Officer

Leslie D. Goode, MHS
Vice President
Assistant to the President

Elizabeth A. Hopkins
Associate Vice President
Registration and Credentials

Muriel Horne
Associate Vice President
Registration and Credentials

October 19, 2001

Dr. John C. Akoda
22344 Rolling Hill Lane
Laytonsville, MD 20882

Dear Dr. Akoda:

At the end of each year of residency training, the American Board of Internal Medicine asks program directors to evaluate the performance of residents in their program to document satisfactory humanistic qualities, moral and ethical behavior, and overall clinical competence.

The attached report summarizes the information received to date regarding the level of training, program(s) performance rating(s), and number of months credit you have received toward the requirements for admission to a future Certifying Examination in Internal Medicine. No credit is granted for training rated as unsatisfactory.

The requirements for admission to the Certifying Examination may be found in the enclosed *Policies and Procedures*. If you have any questions regarding the report, we suggest that you contact your program director directly.

Respectfully,

Muriel Horne

Muriel Horne

Enclosures:     Summary of Training and Evaluation Report
                *ABIM Policies and Procedures for Certification,*
                *July, 2001*

PC: Dr. Elliot Frank

10/19/01

### AMERICAN BOARD OF INTERNAL MEDICINE

Summary of Training and Evaluation Report

**Name:** Akoda, John C.

**Social Security number:** 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

| Prog No | Program Name | Dates of Training | Level | Rating | Credit |
|---------|--------------|-------------------|-------|--------|--------|
| 0477 | HARLEM HOSPITAL CENTER | | | | |
| | Internal Med. | 08/16/95 - 06/30/96 | 1 | | 0 |

*AES form has not been returned for this resident.*

| 0420 | JERSEY SHORE MEDICAL CENTER | | | | |
|------|----------------------------|--|--|--|--|
| | Internal Med. | 07/01/98 - 06/30/99 | 1 | Superior | 12 |
| | Internal Med. | 07/01/99 - 06/30/00 | 2 | Superior | 12 |
| | Internal Med. | 07/01/00 - 11/21/00 | 3 | Unsatisfactory | 0 |

*No credit toward the Board's training requirements for admission to the Certification Examination is granted for training rated unsatisfactory.*

Total   24

Jersey Shore Medical Center000043