**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>          Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

### SECOND SUPPLEMENT TO DEFENDANT'S UNOPPOSED MOTION TO SEAL

Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by and through its undersigned counsel, respectfully submits this Second Supplement to the Unopposed Motion to Seal (ECF No. 38). Pursuant to the Court's Order dated November 19, 2019 (ECF No. 49), attached hereto are: (1) redacted versions of Exhibits 11, 12, 13, 14, 18, 27, and 30 (ECF Nos. 39-11, 39-12, 39-13, 39-14, 39-18, 39-27, and 39-30) consistent with the Court's Order; (2) a new, redacted version of Exhibit 25 (ECF No. 39-25), corresponding to the version filed under seal; and (3) redacted versions of Exhibits 36 and 37 (ECF Nos. 39-36 and 39-37) in which Plaintiffs have proposed redactions for personal and confidential information they wish to maintain under seal. ECFMG does not oppose Plaintiffs' proposed redactions.

                                        Respectfully submitted,

Dated: November 26, 2019        */s/ Brian W. Shaffer*
                                        Brian W. Shaffer, PA Bar No. 78851
                                        Elisa P. McEnroe, PA Bar No. 206143
                                        MORGAN, LEWIS & BOCKIUS, LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103-2921
                                        Telephone:     +1.215.963.5000
                                        Facsimile:      +1.215.963.5001
                                        brian.shaffer@morganlewis.com
                                        elisa.mcenroe@morganlewis.com

                                        *Attorneys for the Educational Commission for*
                                        *Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

DATED:  November 26 2019           */s/ Brian W. Shaffer*
                                                              Brian W. Shaffer