IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. **2:18-cv-05629-JDW** |

## ORDER

**AND NOW**, this 30th day of December, 2019, upon review of Plaintiffs' Motion for Class Certification (ECF 32), it is **ORDERED** that counsel for the Parties shall appear for a Hearing on Plaintiffs' Motion for Class Certification (ECF 32) on **January 30, 2020** at **2:00 p.m**. in Courtroom 3B at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.