# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS ELSA M. POWELL, and DESIRE EVANS<br><br>*Plaintiffs*,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant*. | Case No. 2:18-cv-05629<br><br>Hon. Joshua D. Wolson |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Matthew D. Klayman, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendant Educational Commission for Foreign Medical Graduates.

DATED: January 3, 2020

*/s/ Matthew D. Klayman*
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5609
Facsimile:      +1.215.963.5001
matthew.klayman@morganlewis.com

*Attorney for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system.

DATED:  January 3, 2020                              */s/ Matthew D. Klayman*
                                                                          Matthew D. Klayman