# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 9th day of January, 2020, upon review of the joint letter submitted by the Parties requesting an extension of the summary judgment deadline in the operative Modified Scheduling Order (ECF 37), it is **ORDERED** that all Motions for Summary Judgement and/or *Daubert* motions shall be filed no later than thirty (30) days after the Court's ruling on Plaintiffs' Motion for Class Certification (ECF 32).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.