# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : : | |
| Defendant. | : | NO. 18-5629 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Benjamin O. Present, Esquire on behalf of all Plantiffs mentioned in the above captioned matter.

        **Respectfully submitted,**

        CONRAD O'BRIEN PC

        */s/ Benjamin O. Present*
        Nicholas M. Centrella, Esquire (Pa. I.D. No. 67666)
        Howard M. Klein, Esquire (Pa. I.D. No. 33632)
        Benjamin O. Present, Esquire (Pa. I.D. No. 322682)
        CONRAD O'BRIEN PC
        1500 Market Street, Suite 3900
        Centre Square, West Tower
        Philadelphia, PA 19102-2100
        (215) 864-9600 (phone)

**January 24, 2020**