# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : : | |
| Defendant. | : | NO. 18-5629 |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Robin S. Weiss, Esquire on behalf of all Plantiffs mentioned in the above captioned matter.

**Respectfully submitted,**

CONRAD O'BRIEN PC

*/s/ Robin S. Weiss*
Nicholas M. Centrella, Esquire (Pa. I.D. No. 67666)
Howard M. Klein, Esquire (Pa. I.D. No. 33632)
Robin S. Weiss, Esquire (Pa. I.D. No. 312071)
CONRAD O'BRIEN PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, PA 19102-2100
(215) 864-9600 (phone)

**March 24, 2020**

1