IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

## DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' LIMITED MOTION TO STAY

Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by and through its undersigned counsel, respectfully moves the Court to stay: the preparation and distribution of notice to class members (including the filing of any motion to approve a notice plan), any deadlines for the filing of summary judgment or *Daubert* motions, and any other pre-trial or trial dates until at least thirty (30) days after the Court of Appeals issues a decision on ECFMG's anticipated Rule 23(f) Petition for Permission to Appeal. In support of this Motion, Defendants rely on the accompanying Memorandum of Law in Support, and any further briefing and argument on this Motion.

                                  Respectfully submitted,

Dated: March 30, 2020                  */s/ Brian W. Shaffer*
                                        Brian W. Shaffer, PA Bar No. 78851
                                        Elisa P. McEnroe, PA Bar No. 206143
                                        Matthew D. Klayman, PA Bar No. 319105
                                        MORGAN, LEWIS & BOCKIUS, LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103-2921
                                        Telephone:	+1.215.963.5000
                                        Facsimile:	+1.215.963.5001
                                        brian.shaffer@morganlewis.com
                                        elisa.mcenroe@morganlewis.com

                                        *Attorneys for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

DATED: March 30, 2020                               */s/ Brian W. Shaffer*
                                                                        Brian W. Shaffer