IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____ 2020, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' Limited Motion to Stay and any response thereto, **IT IS HEREBY ORDERED** as follows:

1. The Limited Motion to Stay is **GRANTED**; and

2. All proceedings and deadlines, including, but not limited to, the preparation and distribution of notice to class members, approval of a notice plan, and deadlines for the filing of summary judgment or *Daubert* motions in this case are hereby **STAYED** pending the resolution of Defendant's Rule 23(f) Petition for Permission to Appeal to the United States Court of Appeals for the Third Circuit.

BY THE COURT:

_____
J.