IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs,*<br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

AND NOW, this 31st day of March, 2020, following a telephonic conference with counsel for the Parties, it is **ORDERED** as follows:

1. The Parties are directed to meet and confer about the schedule for this matter, and submit to the Court a proposal concerning case management on or before April 14, 2020. To the extent the Parties cannot reach a resolution, Plaintiffs shall include their proposed schedule in their opposition to Defendant's motion for stay, and Defendant shall include its proposed schedule in its reply brief;

2. The Court will hold a status call with the Parties on April 30, 2020, at 10:00 a.m. EDT. Plaintiffs' counsel shall initiate the call and contact chambers at (267) 299-7320 when all counsel are on the line.

3. The dates set in operative scheduling order (ECF No. 54) are hereby **VACATED.**

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.