IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>**Defendant.** | **CIVIL ACTION NO. 18-5629** |

### ORDER

**AND NOW**, this 30th day of April, 20 20 , upon consideration of Plaintiffs' Uncontested Motion to Amend Order, it is hereby **ORDERED** that Plaintiffs' Uncontested Motion to Amend Order is **GRANTED**.

It is **FURTHER ORDERED** that the Court's Order of March 23, 2020 (ECF No. 58) is hereby amended to reflect that Z Law, LLC is appointed as additional class counsel pursuant to Federal Rule of Civil Procedure 23(g)(1).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.