## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS ELSA M. POWELL and DESIREE EVANS,  Plaintiffs, v. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,  Defendant. | Case No. 2:18-cv-05629 Hon. Joshua D. Wolson |

## **PRAECIPE**

Clerk of the Court will please note the new address for David E. Haynes, Esquire, Karen E. Evans, Esquire, and The Cochran Firm, co-counsel for Plaintiff in the above-captioned case, as follows: David E. Haynes, Esquire, Karen E. Evans, Esquire, The Cochran Firm, 1666 K Street, N.W., Suite 1150, Washington, D.C. 20006. The telephone number of (202) 682-5800 and facsimile number of (202) 408-8851 will remain the same.

Respectfully submitted,

DATED: September 27, 2021

/s/David E. Haynes
David E. Haynes, Esquire
Karen E. Evans, Esquire
The Cochran Firm, D.C.
1666 K Street, NW, Suite 1150
Washington, DC 20006
(t): (202) 682-5800
(f): (202) 408-8851
dhaynes@cochranfirm.com
kevans@cochranfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system.

DATED: September 27, 2021                    /s/ David E. Haynes
                                             David E. Haynes