IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## NOTICE

**PLEASE TAKE NOTICE** that a video status conference is scheduled with lead counsel for the Parties on November 9, 2021 at 10:00 a.m. EST before the Honorable Joshua D. Wolson. The Court will provide the Parties with the Zoom link closer to the scheduled date.

/s/ Jeneen K. Abed
Jeneen K. Abed
Civil Deputy Clerk to
Honorable Joshua D. Wolson

Dated: October 27, 2021

cc:   All Counsel of Record (via ECF)