IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## SCHEDULING ORDER

**AND NOW**, this 9th day of November, 2021, following a video status conference with counsel for the Parties, **IT IS ORDERED** as follows:

1. Motions for summary judgment shall be filed by December 10, 2021. Any opposition shall be filed by January 14, 2022. Any reply shall be filed by January 28, 2022 and any sur-reply shall be filed by February 11, 2022.

2. By December 10, 2021, each Party shall also file a supplemental brief to address class certification in light of the Third Circuit's decision in *Russell v. Educ. Comm'n for Foreign Med. Graduates*, 15 F.4th 259 (3d Cir. 2021). Opposition briefs shall be filed by January 14, 2022. Opening supplemental briefs shall not exceed twenty pages unless counsel includes a certification that the brief contains no more than 7,000 words. Opposition briefs shall not exceed ten pages or 3,500 words.

3. The Parties shall appear for oral argument on summary judgment and class certification on April 5, 2022, at 10:00 a.m., in Courtroom 3B of the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

2

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.