IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 3rd day of December, 2021, upon consideration of Defendant's letter requesting to exceed the applicable page limit in their Memorandum of Law in Support of its Motion for Summary Judgment, it is **ORDERED** that Defendant may file a single omnibus brief that does not exceed 40 pages in support of its Motion for Summary Judgment.

It is **FURTHER ORDERED** that Plaintiffs may file a 40-page opposition in response to Defendant's Motion for Summary Judgment.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.