IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____ 2022, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' Supplemental Brief in Opposition to Class Certification and any response thereto, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Class Certification is **DENIED**.

BY THE COURT:

_____
Wolson, J.