IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____ 2022, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' Motion for Summary Judgment and any response thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. The Clerk of the Court shall enter judgment in favor of Defendant Educational Commission for Foreign Medical Graduates and against Plaintiffs.

BY THE COURT:

_____
Wolson, J.