**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>               Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

     **AND NOW**, this __ day of _____ 2022, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' Motion to Exclude the Opinion and Anticipated Testimony of Plaintiffs' Expert Dr. Annie Steinberg and any response thereto, **IT IS HEREBY ORDERED** that ECFMG's Motion to Exclude the Opinion and Anticipated Testimony of Plaintiffs' Expert Dr. Annie Steinberg is **GRANTED**.  The opinion and anticipated testimony of Plaintiffs' expert Dr. Annie Steinberg are **EXCLUDED**.

BY THE COURT:

_____
                     Wolson, J.