# Exhibit 6

| | |
|---|---|
| **From:** | Brent Ceryes <bceryes@sfspa.com> |
| **Sent:** | Sunday, December 1, 2019 11:36 AM |
| **To:** | McEnroe, Elisa P. |
| **Subject:** | Steinberg Data |
| **Attachments:** | AkodaQuestionnaire.xlsx |

[EXTERNAL EMAIL]
Elisa:

I have attached an excel spreadsheet containing the data from Dr. Steinberg's study.

Thanks.
Brent