IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of _____ 2022, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' Motion to Seal and any response thereto, **IT IS HEREBY ORDERED** that ECFMG's Unopposed Motion to Seal is **GRANTED**. Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, and Exhibits 42, 44, 45, 46, 47, 53, 55, 57, 59, 63, 67, and 74 thereto. thereto shall be **FILED UNDER SEAL**.

BY THE COURT:

_____
Wolson, J.