# Exhibit 3

# About ECFMG

Overview | Statement of Values, Mission, and Purposes | Board of Trustees | ECFMG|FAIMER Leadership | Initiatives | History | Careers at ECFMG

# History

Physicians who received their basic medical degree from a school outside the United States and Canada (international medical graduates or IMGs) make up rough training and practice in the United States. Traditionally, IMGs have represented a significant percentage of the U.S. physician workforce.

Evaluating the readiness of IMGs to enter graduate medical education (GME) programs in the United States has long been a concern of medical organizations, hos agencies, and the public. During the 1950s, the need for a formal program of evaluation intensified due to explosive growth in the demand for health care services opportunities for trained medical personnel, and a greater dependence on residents to provide medical care, which created a large number of available positions i

In 1956, a private, nonprofit organization, the Evaluation Service for Foreign Medical Graduates (ESFMG), was established to:

- provide information to and answer inquiries of IMGs planning to come to the United States for GME;
- evaluate IMGs' credentials, knowledge of medicine, and command of English; and
- certify that IMGs have met certain medical education and examination requirements.

Later that year, ESFMG changed its name to the Educational Council for Foreign Medical Graduates (ECFMG). ECFMG developed procedures to validate medical assistance of the National Board of Medical Examiners® (NBME®), developed a medical science examination and English language proficiency test. This formal ev of examinations and validation of medical education credentials, became known as ECFMG Certification.

In 1958, ECFMG administered its first examinations and certified the first IMGs. Within three years, ECFMG Certification had become the new standard for evalu health care system, required by the American Medical Association and the American Hospital Association of IMGs serving in patient care situations in hospitals in

The scope of ECFMG's responsibilities broadened in 1974 when it merged with the Commission on Foreign Medical Graduates (CFMG). CFMG's activities includ IMGs and monitoring the visa sponsorship of medical Exchange Visitors in the United States. The combined organization was named the Educational Commissio Graduates, retaining the acronym ECFMG. Through this merger, ECFMG acquired responsibility for the visa sponsorship of Exchange Visitor physicians participa and became increasingly involved with the international medical community, a trend that continues today.

ECFMG's experience in certifying IMGs has allowed it to develop programs that share its expertise with others involved in the assessment of physicians. Through International Credentials (EPIC$^{SM}$), ECFMG makes its world-class experience with the primary-source verification of medical education credentials available to e train, educate, and employ physicians worldwide. EPIC also provides services for individual physicians. ECFMG also has developed resources to support IMGs pu academic medical community in the United States, including the Exchange Visitor Sponsorship Program, ERAS® Support Services, Certification Verification Servi Certificate Holders Office (ECHO).

ECFMG has a long-standing commitment to promoting excellence in international medical education. Over the years, ECFMG has maintained a wealth of data tha research on international medical education, IMGs, and their impact on world health. ECFMG also developed a number of resources for the international medical exchange programs and consultation services for international medical schools and their faculties. In 2000, ECFMG expanded its commitment to the internationa establishing the Foundation for Advancement of International Medical Education and Research (FAIMER®). FAIMER, a nonprofit foundation of ECFMG, provides exclusively to research and programs that enrich international medical education. In 2015, ECFMG launched GEMx, a program dedicated to promoting and facilit educational exchange in medicine and the health professions. Through GEMx, ECFMG is building a global partnership, and supporting regional partnerships, of in commitment to making international exchange a part of their education programs and to providing students in medicine and the health professions increased acc opportunities.

In 2006, ECFMG celebrated 50 years of promoting excellence in international medical education. Established to evaluate the qualifications of IMGs entering GM ECFMG has grown to meet the needs of physicians, health care consumers, medical educators, researchers in medical education and health workforce planning, l agencies, and those involved in the evaluation and certification of health care professionals, both in the United States and abroad. Today, ECFMG is moving forwa including support for efforts to accredit international medical schools and expansion of web-based services for physicians, medical schools, and others in the inte Through such initiatives, ECFMG continues to translate its experience, expertise, and resources into quality programs and services, and to collaborate with other education and assessment.

Back to top

Last updated March 12, 2021.

® Registered in the US Patent and Trademark Office.

Copyright © 1996-2021 by the Educational Commission for Foreign Medical Graduates. All rights reserved.