# Exhibit 4

# Certification

About ECFMG Certification | New to Certification? | IMGs in the United States | Definition of an IMG | How the Certification Process Works | Requirements for Certification | 2023 Accreditation Requirement | Reference Guide for Medical Education Credentials | Eligibility for Examination | Verification of Credentials | Certification Verification | ECFMG Medical Credentials Reference Library

## About ECFMG Certification

ECFMG was founded in 1956 to assess, through a program of certification, whether international medical graduates (IMGs) are ready to enter residency or fellowship programs in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME). ACGME requires IMGs who enter ACGME-accredited programs to be certified by ECFMG. ECFMG Certification is also one of the eligibility requirements for IMGs to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). Medical licensing authorities in the United States require that IMGs be certified by ECFMG, among other requirements, to obtain an unrestricted license to practice medicine.

The foundation of ECFMG's certification program has endured remarkably over the last five decades. Throughout the history of the program, the requirements have included examinations in the medical sciences, evaluation of English language proficiency, and documentation of medical education credentials. Over the years, there have been changes in the examinations accepted to meet the requirements for ECFMG Certification and changes to the requirements themselves. These changes have been made to enhance the certification program, respond to the needs of the U.S. graduate medical education community, comply with the changing immigration landscape, take advantage of new technologies, and achieve a common examination pathway to medical licensure for IMGs and U.S. medical graduates.

ECFMG Certification is an effective screening mechanism for ensuring that IMGs in patient care situations have met minimum standards. Each year, thousands of IMGs in the certification process apply to ECFMG for USMLE. Just over half of these individuals are successful in completing all the examination and medical education credential requirements for ECFMG Certification. During the 20-year period from 1991 through 2010, more than 295,000 international medical students/graduates applied to take their first examination with ECFMG; of this number, 60.7% have achieved certification.

Back to top

Last updated September 7, 2016.
® Registered in the US Patent and Trademark Office.
Copyright © 1996-2019 by the Educational Commission for Foreign Medical Graduates. All rights reserved.

10/3/2019
Case 2:18-cv-05629-JDW Document 32-5 Filed 10/07/19 Page 3 of 3
Case 2:18-cv-05629-JDW Document 85-4 Filed 12/10/21 Page 3 of 3

# Certification

About ECFMG Certification | New to Certification? | IMGs in the United States | Definition of an IMG | How the Certification Process Works | Requirements for Certification | 2023 Accreditation Requirement | Reference Guide for Medical Education Credentials | Eligibility for Examination | Verification of Credentials | Certification Verification | ECFMG Medical Credentials Reference Library

## How the Certification Process Works

An international medical student/graduate (IMG) should begin the ECFMG Certification process by first confirming his/her medical school meets ECFMG requirements. Once an IMG confirms that students/graduates of his/her medical school are eligible to apply to ECFMG for ECFMG Certification and examination, he/she can apply for a USMLE/ECFMG Identification Number. Once an IMG has obtained this number, he/she can use it to complete the Application for ECFMG Certification. Once the Application for ECFMG Certification, including the notarized Certification of Identification Form (Form 186), has been accepted by ECFMG, the IMG may then apply for examination.

To be certified by ECFMG, an IMG must meet both examination and medical education credential requirements. These requirements include passing performance on medical science and clinical skills examinations—USMLE Step 1, Step 2 Clinical Knowledge (CK), and Step 2 Clinical Skills (CS) are the exams currently administered that satisfy these requirements—and primary-source verification of the IMG's medical education credentials, including the final medical diploma, final medical school transcript, and transcript(s) to document transferred academic credits (if applicable).

The time required to complete the certification process is different for each individual. Both medical school students and graduates may begin the certification process and may apply for the required exams as soon as they meet the eligibility requirements for examination. However, since one of the requirements for ECFMG Certification is that the final medical diploma be verified by ECFMG with the issuing medical school, an IMG cannot complete the certification process until after graduation from medical school. The time required for some aspects of the certification process, such as the time required by a medical school to verify medical education credentials, is beyond the control of ECFMG.

Back to top

Last updated September 13, 2018.
® Registered in the US Patent and Trademark Office.
Copyright © 1996-2019 by the Educational Commission for Foreign Medical Graduates. All rights reserved.