# Exhibit 5

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104, U.S.A.     PHONE: 215 386-5900     CABLE: EDCOUNCIL, PHILADELPHIA

APPLICANT ELIGIBLE FOR ECFMG CERTIFICATION     SEPTEMBER 17, 1993
                                               EXAMINATION OF
                                               JULY 13-14, 1993

APPLICANT NUMBER 0-482-700-2

BASIC
SCIENCE
76

DR OLUWAFEMI CHARLES IGBEKASE
P.O. BOX 1653
HYATTSVILLE, MD  20782


DEAR DOCTOR:

THE REPORT OF YOUR PERFORMANCE ON DAY 1 OF THE FOREIGN MEDICAL GRADUATE
EXAMINATION IN THE MEDICAL SCIENCES (FMGEMS) IS SHOWN ABOVE.

YOU:    PASSED THE BASIC MEDICAL SCIENCE COMPONENT

SINCE YOU PASSED A CLINICAL SCIENCE EXAMINATION ON JANUARY 20, 1993
AND PASSED AN ENGLISH TEST ON JANUARY 20, 1993, YOU HAVE MET ALL OF
THE REQUIREMENTS FOR ECFMG CERTIFICATION WHICH IS A PREREQUISITE FOR
ENTRY INTO ACCREDITED PROGRAMS OF GRADUATE MEDICAL EDUCATION IN THE
UNITED STATES.

YOU HAVE ALSO MET THE MEDICAL SCIENCE EXAMINATION REQUIREMENT UNDER THE
PROVISIONS OF PUBLIC LAW 94-484 TO OBTAIN A VISA, IF NEEDED, TO ENTER
THE UNITED STATES.

IF YOU APPLY FOR APPOINTMENT TO AN ACCREDITED GRADUATE MEDICAL EDUCATION
PROGRAM, SUBMIT A PHOTOCOPY OF THIS LETTER TO THE PROGRAM DIRECTOR.

YOUR STANDARD ECFMG CERTIFICATE WILL BE AVAILABLE WITHIN TWO WEEKS.
IN THE MEANTIME, THIS LETTER WILL SERVE AS CONFIRMATION OF YOUR
ELIGIBILITY FOR SUCH CERTIFICATION.

ECFMG REQUESTS PROGRAM DIRECTORS TO VERIFY WITH ECFMG INFORMATION
CONTAINED ON SCORE REPORTS.


*Marjorie P. Wilson*

MARJORIE P. WILSON, M.D.
PRESIDENT

PASSING PERFORMANCE ON ENGLISH TEST
VALID THROUGH JANUARY 1995.

ENCLOSURE:  INFORMATION BOOKLET

FORM 10A
SEPT. 93

Confidential                                    ECFMG_RUSS_0003671