# Exhibit 10

RECEIVED
JUL 13 1992
ECFMG

**RETURN TO:** ECFMG
3624 Market Street
Philadelphia, PA 19104-2685
U.S.A.

Re: 482-700-2
Dr. Oluwafemi
Charles Ogberase

I hereby certify that the attached diploma or other credential for the individual noted above is authentic and correct and that I am authorized to certify this on behalf of this institution.

_____
Signature

3rd June, 1992
Date

JUDE UZOMA OHAERI
Name (Please Print or Type)

SUB-DEAN (UNDERGRADUATE) ✓
Title

COLL OF MED, UNIVERSITY OF IBADAN, NIGERIA.
Name of Medical School

[Seal: SUB-DEAN UNDERGRADUATE / FACULTY OF CLINICAL SCIENCES & DENTISTRY / COLLEGE OF MEDICINE / UNIVERSITY OF IBADAN / IBADAN NIGERIA]

I <u>cannot</u> certify that the diploma or other credential for the individual noted above is authentic and correct because _____

_____
_____
_____

_____        _____
Signature                      Date

_____
Name (Please Print or Type)

_____
Title

_____        _____
Name of Medical School         Seal

Form 399A
March 1987

Confidential

ECFMG_RUSS_0004003

*Charles Olufemi Igberaese*

having fulfilled all the requirements of the University
and passed the prescribed examinations has this day
been admitted to the degree of

## Bachelor of Medicine
## and
## Bachelor of Surgery

DATE: June 19, 1987

VICE-CHANCELLOR

REGISTRAR

ECFMG RUSS 0004003

RECEIVED
JUL 13 1992
ECFMG

University of Ibadan

Faculty of Clinical Sciences

This is to certify that (name) ................................................
having fulfilled all the requirements of the University
of Ibadan and having passed the prescribed examinations was this day
admitted to the degree of

Bachelor of Medicine
and
Bachelor of Surgery

# University of Ibadan



*Charles Olufemi Igberaese*

having fulfilled all the requirements of the University

and passed the prescribed examinations has this day

been admitted to the degree of

## Bachelor of Medicine

and

## Bachelor of Surgery

VICE-CHANCELLOR

DATE *June 19, 1987*

REGISTRAR

Confidential

ECFMG_RUSS_0004005

4822700



RECEIVED APR -6 1992 ECFMG

Confidential