# Exhibit 11

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104, U.S.A.   PHONE: 215 386-5900   CABLE: EDCOUNCIL, PHILADELPHIA

SCORE REPORT

SEPTEMBER 15, 1992
EXAMINATION OF
JULY 21-22, 1992

APPLICANT NUMBER 0-482-700-2

| BASIC SCIENCE | CLINICAL SCIENCE | ENGLISH TEST |
|---|---|---|
| 69 | 72 | PASSED |

DR OLUWAFEMI CHARLES IGBERASE
2041 MARTIN LUTHER KING, JR. AVE. SE
SUITE M2
WASHINGTON, DC  20020

DEAR DOCTOR:

THE REPORT OF YOUR PERFORMANCE ON THE FOREIGN MEDICAL GRADUATE EXAMINATION IN THE MEDICAL SCIENCES (FMGEMS) AND THE ECFMG ENGLISH TEST IS SHOWN ABOVE.

YOU:   **FAILED** THE BASIC MEDICAL SCIENCE COMPONENT
       **FAILED** THE CLINICAL SCIENCE COMPONENT
       **PASSED** THE ECFMG ENGLISH TEST

ECFMG REQUESTS PROGRAM DIRECTORS TO VERIFY **WITH ECFMG** INFORMATION CONTAINED ON SCORE REPORTS.

MARJORIE P. WILSON, M.D.
PRESIDENT

FORM 7
SEPTEMBER 92

ENCLOSURES:  INFORMATION BOOKLETS