# Exhibit 12

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104, U.S.A.     PHONE: 215 386-5900     CABLE: EDCOUNCIL, PHILADELPHIA

SCORE REPORT

MARCH 27, 1993
EXAMINATION OF
JANUARY 19-20, 1993

APPLICANT NUMBER 0-482-700-2

| BASIC SCIENCE | CLINICAL SCIENCE | ENGLISH TEST |
|---|---|---|
| 74 | 75 | PASSED |

DR OLUWAFEMI CHARLES IGBERASE
P.O. BOX 1414
LAUREL, MD 20725

DEAR DOCTOR:

THE REPORT OF YOUR PERFORMANCE ON THE FOREIGN MEDICAL GRADUATE EXAMINATION IN THE MEDICAL SCIENCES (FMGEMS) AND THE ECFMG ENGLISH TEST IS SHOWN ABOVE.

YOU:     **FAILED** THE BASIC MEDICAL SCIENCE COMPONENT
           **PASSED** THE CLINICAL SCIENCE COMPONENT
           **PASSED** THE ECFMG ENGLISH TEST

YOU HAVE SEVEN YEARS FROM THE DATE OF THE EXAMINATION TO PASS THE BASIC SCIENCE EXAMINATION. PLEASE REFER TO POLICY STATEMENTS REGARDING REPEAT FMGEMS EXAMINATIONS AND USMLE REEXAMINATIONS IN THE ENCLOSED INFORMATION BOOKLETS.

ECFMG REQUESTS PROGRAM DIRECTORS TO VERIFY **WITH ECFMG** INFORMATION CONTAINED ON SCORE REPORTS.

MARJORIE P. WILSON, M.D.
PRESIDENT

FORM 4
MARCH 93

ENCLOSURES: INFORMATION BOOKLETS

Confidential     ECFMG_RUSS_0003672