# Exhibit 14

Page One

ATTACHMENT A3

RECEIVED
CREDENTIALS DEPT
JUL 20 1995

ECFMG

USMLE/ECFMG # 0-482-700-2

July 14th 1995
P.O. Box 1653
Hyattsville md 20788

Mr William C. Kelly
Manager, Medical Education
Credential processing
ECFMG.

Dear Sir

I hereby with the following explanations explain the reasons for my repeating the ECFMG examinations.

When I came into the US, I was very hard up financially, no good books and I was very emotionally troubled.

It was at this same period I was attempting the ECFMG examinations.

I had a very difficult time passing these tests as you can see in my records.

I finally managed to pass, but of all the over 150 residency applications that I sent to various institutions, no hospital considered my results and the number of attempts competitive enough.

I tried again one year later and it

1

ECFMG-000433

Page two

came down to the same result.
This again gave me a lot of depression especially since my family were still in Nigeria and I had no means of looking after them.
As a result of these, I explained to my friends who felt I should take the tests over again to improve on my scores despite my difficult position.
They suggested that since I had already been issued one ECFMG certificate, I could not possibly use that same number again to sit for new tests.
For this reasons, I LIED that I had not taken the test before when I was filling out the forms.
I did not deliberately change my date of birth (DoB) on the forms. The initial mistake was made by my school when they recorded my DoB as 04 17 61.
I wrote a letter to inform them about the mistake and that my actual DoB was 04 17 62.
As at the time I was filling out

ECFMG-000434

ECFMG_RUSS_0000434

Page Three

the latest form, I had not recieved back from my school a reply for the change.

I did not realise at this time that the previous form I filled had my Corrected DOB on it. So, I used my DOB that was in my school file since I had not recieved a change from my school. I attached here-with a photocopy of my Birth Certificate.

I am willing to pay for the verification of the 041761 DOB with my school and the fact that I have written a letter to them for a change/correction at the same period that I filled out the first ECFMG application forms.

As for the arrangement of my name. This is an on-going feud among the family members. It usually depended on who registered me for what examinations — my father, my mother or my uncle. This accounts for the variations

ECFMG-000435
ECFMG_RUSS_0000435

Page Four

as represented in my Birth Certificate, medical school Certificate, Permanent medical Council Certificate and my first Leaving school certificate.

The name is actually a Compound Last name IGBERASE-CHARLES.

I have decided for future records to use the name as it appears on my Birth Certificate and passport (Nigerian Passport).

i.e. IGBERASE OLUWAFEMI CHARLES

I always thought that so long as all the names were represented, there was no problems.

Having said all these, I must say how deeply sorry and remorseful I am for allowing myself to be involved in such a despicable act of shame.

I took this step out of pain and anguish and as a desperate move to helping my family — I am the bread-winner of both my immediate and extended family, my parents are very aged and my children are very very young.

ECFMG-000436

ECFMG_RUSS_0000436

Page five

I therefore plead fervently with the committee members who are going to review my case to <s>to</s> <u>temper justice with mercy</u>. God bless you all.

Sincerely
Igberase Oluwafemi Charles
0-519-573-0

RECEIVED
ECFMG

ECFMG-000437
ECFMG_RUSS_0000437