# Exhibit 21

RECEIVED APR 2 2 1996
Case 2:18-cv-05629-JDW Document 85-19 Filed 12/10/21 Page 2 of 6
Case 2:18-cv-05629-JDW Document 39-2 Filed 06/28/19 Page 2 of 6
MAY 29 1996

Return to: ECFMG
3624 Market Street
Philadelphia PA 19104-2685
USA

ECFMG

Re: 0-553-258-5

DR John Nosa Akoda

I hereby certify that the attached diploma or other credential for the individual noted above is authentic and correct and that I am authorized to certify this on behalf of this institution.

_____  |  21st MAY 1996
Signature                            Date

PROFESSOR L.I. OJGWU, FRCP.
Name (Printed or Typed)

DEAN FACULTY OF MEDICINE
Title

UNIVERSITY OF BENIN, BENIN CITY, NIGERIA
Name of Medical School

(Seal: University of Benin, Benin City, Faculty of Medicine / Health Sciences)

I cannot certify that the diploma or other credential for the individual noted above is authentic and correct because:

_____
_____
_____
_____
_____

_____  |  _____
Signature                            Date

_____
Name (Printed or Typed)

_____                     Seal
Title

_____
Name of Medical School

Form 399A--English
Rev. August 1995

Confidential                                    ECFMG_RUSS_0004016

Certificate No. **F** 15575

3r

| Name | Address | Date of Registration |
|---|---|---|
| AKODA, Johnbull Enosakhare | 1, Akoda Street, Oselu Quarters, Benin-City. | 19__89.__ January 3rd |

I HEREBY CERTIFY THAT this is a true Copy of the entry of the above specified Name
Council of Nigeria Register, and that the prescribed fee of Sixty Naira has been duly received f

ECFMG_RUSS_0004017



RECEIVED

JAN 3 1996

ECFMG

Confidential  ECFMG_RUSS_0004018

# UNIVERSITY OF BENIN



BENIN CITY, NIGERIA

## Johnbull Enosakhare Akoda

having satisfied all the requirements of the University and passed the prescribed examinations held in

### October 1987

has been admitted to the degree

of

## Bachelor of Medicine: Bachelor of Surgery

Given at Benin City this 6th day of February 1988

REGISTRAR

VICE-CHANCELLOR

Confidential

ECFMG RUSS 0004019

553-258

RECEIVED

JAN 3 1996

Confidential

ECFMG_RUSS_0004020