# Exhibit 22

Case 1:18-cv-00068 Document 35 Filed on 01/16/18 in TXSD Page 2 of 2

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104, U.S.A.          PHONE: 215 386-5900          CABLE: EDCOUNCIL, PHILADELPHIA

APPLICANT ELIGIBLE FOR ECFMG CERTIFICATION    AUGUST 12, 1997
                                              EXAMINATION OF
                                              JUNE 10-11, 1997

APPLICANT NUMBER 0-553-258-5

        Dr John Nosa Akoda
        5800 Quantrell Avenue
        Apt. #810
        Alexandria, VA  22312

DEAR DOCTOR:

ENCLOSED WITH THIS ECFMG REPORT IS THE SCORE REPORT OF YOUR PERFORMANCE
ON STEP 1 (BASIC MEDICAL SCIENCE) OF THE UNITED STATES MEDICAL LICENSING
EXAMINATION (USMLE) ADMINISTERED BY ECFMG IN JUNE 1997.

### ECFMG STATUS REPORT

YOU HAVE MET ALL OF THE REQUIREMENTS FOR ECFMG CERTIFICATION:

    BASIC MEDICAL SCIENCE EXAMINATION - PASSED JUNE 1997
    CLINICAL SCIENCE EXAMINATION - PASSED AUGUST 1996
    ENGLISH TEST - PASSED AUGUST 1996
                 - VALID THROUGH AUGUST 1998
    MEDICAL EDUCATION CREDENTIAL REQUIREMENT - FULFILLED

YOUR STANDARD ECFMG CERTIFICATE WILL BE MAILED TO YOU WITHIN THE NEXT
TWO WEEKS.  THIS LETTER MAY BE USED TO APPLY FOR APPOINTMENT TO AN
ACCREDITED GRADUATE MEDICAL EDUCATION PROGRAM IN THE UNITED STATES
(INCLUDING PUERTO RICO).

YOU HAVE MET THE MEDICAL SCIENCE EXAMINATION REQUIREMENT UNDER THE
PROVISIONS OF PUBLIC LAW 94-484 TO OBTAIN A VISA, IF NEEDED, TO ENTER
THE UNITED STATES.

PLEASE SEE THE ENCLOSED SPECIAL ANNOUNCEMENT ON CLINICAL SKILLS
ASSESSMENT (FORM 97-1) WHICH SUPERSEDES THE SPECIAL ANNOUNCEMENT
(FORM 96-8) PREVIOUSLY INSERTED INTO THE 1997 ECFMG INFORMATION BOOKLET.

ECFMG REQUESTS PROGRAM DIRECTORS TO VERIFY WITH ECFMG INFORMATION
CONTAINED IN THIS REPORT.

                                    NANCY E. GARY, M.D.
                                    PRESIDENT

ENCLOSURES: USMLE SCORE REPORT                      FORM 10-UA
            INFORMATION BOOKLET                     AUGUST 1997

Confidential                                                    ECFMG_RUSS_0004201