# Exhibit 23

RECEIVED *nmcy*

JUL 1 3 1992

ECFMG

**RETURN TO:**   ECFMG
3624 Market Street
Philadelphia, PA 19104-2685
U.S.A.

Re: *482-700-2*

*Dr. Oluwafemi
Charles Ogberase*

I hereby certify that the attached diploma or other credential for the individual
noted above is authentic and correct and that I am authorized to certify this on
behalf of this institution.

_____
Signature

3rd June, 1992
_____
Date

JUDE  UZOMA  OHAERI
_____
Name (Please Print or Type)

SUB-DEAN (UNDERGRADUATE) ✓
_____
Title

COLL OF MED, UNIVERSITY OF IBADAN, NIGERIA.
_____
Name of Medical School



I **cannot** certify that the diploma or other credential for the individual noted
above is authentic and correct because _____

_____

_____

_____

_____
Signature

_____
Date

_____
Name (Please Print or Type)

_____
Title

_____
Name of Medical School

Seal

Form 399A
March 1987

Confidential

ECFMG_RUSS_0004003

Charles Olufemi Igberaese

having fulfilled all the requirements of the University

and passed the prescribed examinations has this day

been admitted to the degree of

## Bachelor of Medicine

and

## Bachelor of Surgery

VICE-CHANCELLOR

DATE  June 19, 1987

REGISTRAR

ECFMG RUSS 0004003

Case 2:18-cv-05629-JDW Document 39-1 Filed 10/29/19 Page 4 of 6

0-483-900-2

RECEIVED
JUL 13 1992
ECFMG

# University of Ibadan

Charles Olufemi Igberase

having fulfilled all the requirements of the University
and passed the prescribed examinations has this day
been admitted to the degree of

Bachelor of Medicine
and
Bachelor of Surgery

CHAIRMAN

REGISTRAR

DEAN (UNDERGRADUATE)
FACULTY OF CLINICAL SCIENCES
& DENTISTRY
COLLEGE OF MEDICINE
UNIVERSITY OF IBADAN
NIGERIA

# University of Ibadan



*Charles Olufemi Igberaese*

having fulfilled all the requirements of the University

and passed the prescribed examinations has this day

been admitted to the degree of

## Bachelor of Medicine

and

## Bachelor of Surgery

VICE-CHANCELLOR

DATE *June 19, 1987*

REGISTRAR

Confidential

ECFMG_RUSS_0004005

Case 2:18-cv-05629-JDW   Document 39-3   Filed 10/26/19   Page 6 of 6

482-700

