# Exhibit 24

# for FOREIGN MEDICAL GRADUATES

CERTIFIES THAT

## JOHN NOSA AKODA

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION,

SUCCESSFULLY PASSED ITS EXAMINATIONS

AND HAS BEEN AWARDED THIS CERTIFICATE.

*RECEIVED AUG 11 2011 MARYLAND BOARD OF PHYSICIANS*

CERTIFICATE NUMBER   0-553-258-5
MEDICAL EXAMINATION

BASIC SCIENCE    JUNE 11, 1997

CLINICAL SCIENCE    AUGUST 28, 1996

ENGLISH EXAMINATION    AUGUST 28, 1996

VALID THROUGH

CERTIFICATE NUMBER
0-553-258-5
ENGLISH EXAMINATION
August 28, 1996
VALID INDEFINITELY



CHAIRMAN, BOARD

PRESIDENT, CHIEF EXEC

DATE ISSUED   AUGUST