# Exhibit 27



# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-386-5900 • CABLE: EDCOUNCIL, PHA.

## REQUEST FOR PERMANENT REVALIDATION OF STANDARD ECFMG CERTIFICATE

This form is to be completed for graduates of foreign medical schools who have entered programs of graduate medical education in the United States accredited by the Accreditation Council for Graduate Medical Education (ACGME) and who are requesting that their Standard ECFMG Certificate be made valid indefinitely.

**RECEIVED JUL 2 4 1998 ECFMG**

### I. TO BE COMPLETED BY APPLICANT (type or print)

USMLE/ECFMG Applicant Identification No.: **0-553-258-5**

Program ID No. (as listed in American Medical Association's *Graduate Medical Education Program Directory*): **140-33-12-236**

Name: **John-Charles Akoda**

U.S. Social Security Number: ~~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~~ **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**   Date of Birth: **04 / 17 / 63**

Mailing Address for Sticker: **P.O. Box 192**

City: **Neptune**   State: **NJ**   Zip Code: **07754**

Country: ____

Check Here if this is a Change in Permanent Address for ECFMG Records ☐

Telephone Number: **(732) 775-1092**   Fax: **(732) 775-1092**

Signature: **John Charles Akoda**   Date: **7/10/98**

**VISA STATUS:** (if applicable) (check one)
- Immigrant ☒
- Non-Immigrant
  - J-1 ☐
  - H-1B ☐
  - Other (please specify) ☐

### II. TO BE COMPLETED BY PROGRAM DIRECTOR, DIRECTOR OF GRADUATE MEDICAL EDUCATION, OR OTHER AUTHORIZED OFFICIAL (type or print)

INSTITUTION (as listed in AMA's *Graduate Medical Education Program Directory*): **JERSEY SHORE MEDICAL CENTER**

CITY **NEPTUNE**   STATE ____

SPECIALTY **INTERNAL MEDICINE**

Telephone Number: **(732) 776-4420**   Fax: **(732) 776-4619**

Name and Title of Institution Official: **JOHN A. CROCCO, M.D. PROGRAM DIRECTOR/DEPT. CHAIR OF MEDICINE**

Signature of Institution Official: _[signed]_   Date **7-17-98**

**ENTRY DATE OF APPLICANT TO ACGME ACCREDITED PROGRAM:** **7 / 1 / 98**

**APPLICANT ENTERED AS:** (check one)
- Resident ☒
- Clinical Fellow ☐
- Other (please specify) ☐

Please affix institution or corporate seal, or if not available, complete acknowledgment by a notary.

[Seal: INSTITUTION, CORPORATE OR NOTARIAL SEAL]

STATE OF ____

COUNTY OF ____

On this ____ day of ____, 19____, before me appeared ____, ____, satisfactorily proven to me to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seals.

____
Notary Public

**VALID INDEFINITELY SENT 02 1998 BY** _[initials]_

Upon receipt of this form and verification of the information, ECFMG will mail a revalidation sticker to the applicant at the mailing address listed in Item I.

SEE REVERSE SIDE OF THIS FORM FOR ECFMG'S POLICY AND PROCEDURES

Form 246