# Exhibit 30

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE
3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● FAX: 215-386-9767 ● INTERNET: www.ecfmg.org

September 27, 2000

Memorandum

To:     File #0-553-258-5
        John Akoda

From:   William Kelly

Dr. Akoda came to the ECFMG office today. He reiterated that he is not "Igberase Charles" and said he was his cousin. He said he did use Charles's social security number.

Akoda provided his original Nigerian passport and Nigerian "international driving permit." I made copies.

Akoda indicated that Jersey Shore Medical Center had suspended him pending outcome of ECFMG's investigation. Akoda asked when his case will be reviewed.

I told him I understood Jersey Shore was conducting its own investigation. I asked him to send me a copy of the letter he received form the hospital.

*ECFMG® is an organization committed to promoting excellence in international medical education.*

ECFMG-000556

ECFMG_RUSS_0000556