# Exhibit 32

John Akoda
22344 Rolling Hill Lane
Laytonsville, MD 20882

August 29, 2000

Mr. William C. Kelly
Manager, Medical Education
Credentials Department/ECFMG
3624 Market Street
Philadelphia, PA 19104

RECEIVED
CREDENTIALS DEPT
SEP 1 2000
ECFMG

Re: USMLE/ECFMG Identification No. 0-553-258

Dear Mr. Kelly:

I am writing in response to your letter dated August 22, 2000 in which it was alleged that I took ECFMC under various names. **These allegations are false.** The identification numbers listed in your letter apparently belong to my cousin Dr. Igberase Oluwafemi Charles, who left the country to practice, I believe, in South Africa. We are two different persons who attended two different Colleges of Medicine. However, I did use his social security number pending INS clearance of my own social security number. I have only taken the examination in my name, John NOSA Akoda. I will provide you with my country issued passport (presently submitted for renewal) if you so desire.

Thank you for your assistance with resolving this unfortunate confusion.

Sincerely,

John Akoda, MD

*Transfer to Lee*

ECFMG-000557

ECFMG_RUSS_0000557