# Exhibit 35



**ECFMG** | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATE

;24 Market Street
'iladelphia PA 19104-2685 USA
5-386-5900 | 215-386-9767 Fax
vw.ecfmg.org

Personal and Confidential
Via Federal Express

November 22, 2006

Charles A. Francis, M.D.
Department of the Air Force
1st Medical Operations Squadron
Langley AFB, VA 23665-2080

Re: Dr. John Nosa Akoda
USMLE™/ECFMG® Identification No. 0-553-258-5

Dear Dr. Francis:

I am enclosing a copy of a "Letter of Recommendation" that Dr. John Nosa Akoda submitted to the Educational Commission for Foreign Medical Graduates (ECFMG) Electronic Residency Application Service (ERAS).

Kindly write to me as soon as possible to advise whether the enclosed letter is authentic. Please fax a copy of your letter to me at (215) 386-9767.

In addition, please provide me with any biographic information you may have concerning Dr. Akoda such as; date of birth, medical school and medical school graduation date.

Thank you for your assistance in this matter. If you have any questions or need additional information, please contact me. My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and Record Services

/wck
Enclosure

ECFMG® is an organization committed to promoting excellence in international medical education.

ECFMG-000647

ECFMG_RUSS_0000647



**DEPARTMENT OF THE AIR FORCE**
1st MEDICAL OPERATIONS SQUADRON
LANGLEY AIR FORCE BASE, VA

RECEIVED
OCT 0 5 2006
SH
ERAS
10/16

757-225-1616

October 1, 2006

Re: John- Charles Nosa Akoda M.D.

## LETTER OF REFERENCE

I am very pleased to write this letter of reference on behalf of the above named Physician.

Dr Akoda, "CHUCK" as we know him worked with me as an assistant from July 2005 to date.

His medical knowledge is outstanding, his application to his duties excellent and his interaction with patient and staff tremendously excellent to say the least.

He is very well liked by staff and patient.

I have personally observed and supervised this physician on numerous occasions, He stood out compared to my other assistants in terms of knowledge base and enthusiasm to learn and work.

It is my sincere opinion that he will be an asset to whatever program he is accepted into.

I have no reservation whatsoever in recommending him for his postgraduate pursuit.

Feel free to contact me at the above number 757- 764-4017 if you need more information.

Yours Sincerely,

Charles. A .Francis M.D.
(Dept Of Obstetrics and Gynecology 1st FW LAFB)

COPY
Originals required for
this document type.
ERAS Support Services

Charles A. Francis, M.D., USAF, MC
AU4675027-1194 Civilian Provider
1ST Medical Group (ACC)
Langley AFB, Virginia 23665-2080

*Global Power For America*

ECFMG-000650



**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

Personal and Confidential
Via Federal Express

November 22, 2006

A.O. Roberts, M.D., MB.BS., F.R.C.S.
Department of Obstetrics and Gynecology
University of Ibadan
Ibadan, Nigeria

Re: Dr. John Nosa Akoda
USMLE™/ECFMG® Identification No. 0-553-258-5

Dear Dr. Roberts:

I am enclosing a copy of a "Letter of Recommendation" that Dr. John Nosa Akoda submitted to the Educational Commission for Foreign Medical Graduates (ECFMG) Electronic Residency Application Service (ERAS).

Kindly write to me as soon as possible to advise whether the enclosed letter is authentic. Please fax a copy of your letter to me at (215) 386-9767.

In addition, please provide me with any biographic information you may have concerning Dr. Akoda such as, date of birth, medical school and medical school graduation date.

Thank you for your assistance in this matter. If you have any questions or need additional information, please contact me. My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and Record Services

/wck
Enclosure

ECFMG® is an organization committed to promoting excellence in international medical education.

ECFMG-000648

ECFMG_RUSS_0000648

**COLLEGE OF MEDICINE**
PROVOST:
PROFESSOR BABATUNDE OSOTIMEHIN
MD (Birm.) FMC Path, FWACP, FRCP (Lond)
SECRETARY:
MR. C. O. AROWOLO; J.P. LLB (Lond.), M. A., (Illinois.)
F.C.I.S.; B.L.; M.I.P.M.



**UNIVERSITY OF IBADAN,
IBADAN, NIGERIA.**
Cables & Telegram: UNIVERSITY IBADAN
Telephone: IBADAN UCH 400010—400029
Exts. 3119, 3122, 3267

OUR REF:

YOUR REF:

**FACULTY OF CLINICAL SCIENCES & DENTISTRY**
DEAN: PROFESSOR O. A. ADEBO M.B., B.S., (Ib), F.R.C.S. C., Dip. A.B.S., Dip. A.B.T.S., F.A.C.S., F.W.A.C.S., F.M.C.S.

**SUB-DEANS:**

*(Postgraduate)*
Dr. F. Omokhodion
MB.BS. (Ib), M.Sc. (Lond.), Ph.D.
(Lond.) F.W.A.C.P.

*(Undergraduate)*
Dr. S. Kadiri
M.B., B.S. (Ib.), F.M.C.P. (Nig.),
F.W.A.C.P.

*(DENTISTRY)*:
Dr. G. A. Aderinokun
B.D.S. (Ib.) M.P.H. (U.C.L.A.)

*(FACULTY OFFICER)*:
E. B. Famewo (Mrs)
D.P.A. (Ife), D.S.S. (Toronto)

Dept of Obstetrics and Gynecology
University Of Ibadan.
20 August, 2006.

RE: Dr John-Charles Nosa Akoda,
Candidate Number 36682

<u>LETTER OF ATTESTATION TO POSTGRADUATE STUDIES</u>

The Doctor named above was admitted to the Residency program in the department of Obstetrics and Gynecology as a PGY-1 on 30 June 1990.
He completed a total of two calendar years and left on his own Volition on 31 July 1992 before completing the entire program. While he was a Resident, he conducted himself with utmost dignity. He was well ahead of his peers in terms of intellect. His attitude towards learning was very commendable. His scores on the Resident's annual aptitude test was in the 99th percentile.

Please feel free to contact my office if more Information is required.

Sincerely,

Dr A.O.Roberts.
MB.BS(IB) F.R.C.S.(ENG)
Head of Dept. Obstetrics and Gynecology.

RECEIVED SH
OCT 05 2006
ERAS 10/14

ECFMG-000651

ECFMG_RUSS_0000651

 | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

Personal and Confidential
Via Federal Express

November 22, 2006

Phil Robertson, M.D.
Maxicare, Inc.
P.O. Box 5036
Laytonsville, MD 20882

Re: Dr. John Nosa Akoda
USMLE™/ECFMG® Identification No. 0-553-258-5

Dear Dr. Robertson:

    I am enclosing a copy of a "Letter of Recommendation" that Dr. John Nosa Akoda submitted to the Educational Commission for Foreign Medical Graduates (ECFMG) Electronic Residency Application Service (ERAS).

    Kindly write to me as soon as possible to advise whether the enclosed letter is authentic. Please fax a copy of your letter to me at (215) 386-9767.

    In addition, please provide me with any biographic information you may have concerning Dr. Akoda such as, date of birth, medical school and medical school graduation date.

    Thank you for your assistance in this matter. If you have any questions or need additional information, please contact me. My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and Record Services

/wck
Enclosure

ECFMG® is an organization committed to promoting excellence in international medical education.

ECFMG-000649

ECFMG_RUSS_0000649



# MAXICARE, INC.
## HEALTH CARE SERVICES

28 September, 2006

### DR JOHN-CHARLES AKODA

### LETTER OF RECOMMENDATION:

I hereby write a letter of recommendation for the Doctor referenced above.

I have known this doctor for approximately 5years through which he worked for my establishment-Maxi care Inc. in various categories including registered Nurse which licensure he obtained through our corporation.

He was very knowledgeable in the field of medicine especially reproductive medicine which he was quick to unassumingly reminded me that he had a 2year residency program in hence he knew a little more than the rest of the staff.
He was very modest, very professional with his staff and patients, everybody loved him.
He was usually the first to arrive at the office and the last to leave.
He had a very voracious appetite for learning and he is well verse about life in general.

Without hesitation or reservations, I write this letter knowing what a brilliant Physician he is.

For questions, please contact me at 301-802-0481.

Thank you,

*[signature]*

Phil Robertson M.D.
(Medical Director)

RECEIVED SH
OCT 0 5 2006
ERAS   10/16

---

P.O.BOX 5036, Laytonsville, Maryland 20882. Tel:301-802-0481 Fax:757-238-3267

ECFMG-000652

ECFMG_RUSS_0000652