# Exhibit 36



# HOWARD UNIVERSITY HOSPITAL

2041 Georgia Avenue, N.W.
Washington, D.C. 20060

202/865-6100
202/745-3731 fax

March 16, 2007

John-Charles Akoda, M.D.
P.O. Box 744
Carrolton, VA 23314

Dear Dr. John-Charles Akoda:

The Department of Obstetrics and Gynecology at Howard University is pleased to inform you that you have matched for the categorical first year postgraduate position for the academic year 2007-2008. It is requested that you submit evidence of legal residence in the United States to the office a soon as possible.

Please contact Dr. Grace Ansah at Howard University International Services 202.806.7517, if there is a need for you to be sponsored for an H-1 Visa.

All residents will receive from the department a contract that enumerates compensation, benefits and the responsibilities of both parties, yourself and Howard University Hospital, the hospital's orientation packet from the Graduate Medical Education Office, as well as a packet from Howard University Hospital, Human Resources Department in the near future.

Please sign below to accept this offer and attach information that will confirm the most appropriate mailing address and telephone numbers and a current email address that will allow us to maintain contact with you. You may fax your signed letter back to the attention of Ms. Angela Taylor, at 202.865.4171 and mail the hard copy.

Congratulations and welcome to the Howard University Hospital family.

Sincerely,

*[signature]*

Olanrewaju Adeyiga, M.D.
Chair and Program Director
Department if Obstetrics and Gynecology

Accept: *[signature]*

Date: 3/26/07

HU 000256

Howard University Hospital0000000256