# Exhibit 37

HOWARD UNIVERSITY HOSPITAL AND AFFILIATED HOSPITALS

WASHINGTON, DISTRICT OF COLUMBIA

THIS IS TO CERTIFY THAT

# JOHN-CHARLES NOSA AKODA, MD

HAS SATISFACTORILY COMPLETED FOUR YEARS

OF POSTGRADUATE MEDICAL EDUCATION IN

# DEPARTMENT OF OBSTETRICS AND GYNECOLOGY

THROUGH OUR TRAINING PROGRAMS AT HOWARD UNIVERSITY.

JULY 1, 2007 - JUNE 30, 2011

*Fannie B. Brown*
DIRECTOR, GRADUATE MEDICAL EDUCATION

_____
PROGRAM DIRECTOR



*Sidney Ribeau*
PRESIDENT OF THE UNIVERSITY

*Artis H. Hampshire-Cowan*
SECRETARY OF THE UNIVERSITY

HU 000016

Howard University Hospital0000000016