# Exhibit 41

**Kesting, Virginia**

| | |
|---|---|
| **From:** | Kesting, Virginia |
| **Sent:** | Wednesday, October 15, 2014 1:33 PM |
| **To:** | Kruakaew, Rattakan |
| **Subject:** | RE: Subpoena |
| **Attachments:** | ECFMG and Maryland  Board of Physicians E-mail Correspondence.pdf |

Hi Rattakan,

Per our conversation, attached please find additional material to be included for the file of **John Nosa Akoda  0-553-258-5**.

Virginia

---

**From:** Kruakaew, Rattakan
**Sent:** Thursday, October 09, 2014 11:35 AM
**To:** Fitzpatrick, Eleanor; Kelly, Bill; Dahn, Susan; Kesting, Virginia; Corrado, Kara; Spizuco, Matthew; Griffin, Darrell; Steans, Frances; Donatto, Thai
**Subject:** Subpoena
**Importance:** High

Good morning,

We received a subpoena requesting for records of these two applicants:

0-482-700-2 Oluwafemi Charles Igberase
0-553-258-5 (John Nosa Akoda)

If you have any records related to the two applicants, kindly send me copies by end of tomorrow, Friday 10/10. Please let me know if you have any questions or concerns.

Thanks so much for your prompt assistance.

Rattakan

**(Ms.) Rattakan Kruakaew, M.S.**
Administrative Assistant to William Kelly, MS.
Associate Vice President for Operations
Educational Commission for Foreign Medical Graduates (ECFMG)
3624 Market Street
Philadelphia, PA 19104
Tel: 215.823.2103
Fax: 215.966.7581

1

ECFMG_RUSS_0003956

**Kesting, Virginia**

| | |
|---|---|
| **From:** | Dierdra Rufus -DHMH- [dierdra.rufus@maryland.gov] |
| **Sent:** | Monday, September 29, 2014 3:27 PM |
| **To:** | Kesting, Virginia |
| **Subject:** | akoda |
| **Attachments:** | DOC052.PDF |

--

Dierdra Rufus
Supervisor, Licensure Unit
Maryland Board of Physicians
410-764-5977

CONFIDENTIALITY NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

1

Confidential

# UNIVERSITY OF BENIN



BENIN CITY, NIGERIA

*Johnbull Enosakhare Akoda*

having satisfied all the requirements of the University
and passed the prescribed examinations held in

*October* 1987

has been admitted to the degree

of

Bachelor of Medicine: Bachelor of Surgery



RECEIVED
AUG 11 2011
MARYLAND BOARD OF PHYSICIANS

Given at Benin City this **6th** day of **February** 1988

*M.*
REGISTRAR

VICE CHANCELLOR

Confidential

ECFMG_RUSS_0003958

## Kesting, Virginia

| | |
|---|---|
| **From:** | Kesting, Virginia |
| **Sent:** | Monday, September 29, 2014 3:57 PM |
| **To:** | 'dierdra.rufus@maryland.gov' |
| **Cc:** | Griffin, Darrell |
| **Subject:** | FW: akoda |
| **Attachments:** | DOC052.PDF; ECFMG Verification Form (Form 399A)   John Nosa Akoda 0-553-258-5.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'dierdra.rufus@maryland.gov' | |
| | Griffin, Darrell | Delivered: 9/29/2014 3:57 PM |

Dierdra,

Attached please find a copy of the completed ECFMG Verification Form (Form 399A)   sent from the University of Benin, Nigeria, to ECFMG for  John Nosa Akoda 0-553-258-5.

The copy of the diploma you forwarded to ECFMG matches the copy of the diploma the University of Benin, Nigeria, certified was authentic.

If you need any additional information, please contact me.

Virginia Kesting, Manager
Credentials  Services

 **ECFMG**

Educational Commission for Foreign Medical Graduates
3624 Market Street | Philadelphia, PA 19104-2685
e-mail: vkesting@ecfmg.org | Phone:215.823-2177

**From:** Dierdra Rufus -DHMH- [mailto:dierdra.rufus@maryland.gov]
**Sent:** Monday, September 29, 2014 3:27 PM
**To:** Kesting, Virginia
**Subject:** akoda

--
Dierdra Rufus
Supervisor, Licensure Unit
Maryland Board of Physicians
410-764-5977

CONFIDENTIALITY NOTICE. This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged  confidential, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error  please notify the sender immediately and destroy the original transmission.

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

1

Confidential

ECFMG RUSS 0003959

RECEIVED

~~29 1996~~ 5-690-003

APR 22 1996

Return to:   ECFMG
            3624 Market Stree~~ECFMG~~   Re:      0-553-258-5
            Philadelphia PA 19104-2685
            USA                                  DR John Nosa Akoda

I hereby certify that the attached diploma or other credential for the individual noted above
is authentic and correct and that I am authorized to certify this on behalf of this institution.

_____        21st MAY 1996
            Signature                          Date

PROFESSOR L. I. OJGWU, FRCP.
        Name (Printed or Typed)

DEAN    FACULTY OF MEDICINE
            Title

UNIVERSITY OF BENIN, BENIN CITY, NIGERIA
        Name of Medical School

I cannot certify that the diploma or other credential for the individual noted above is
authentic and correct because:

_____

_____

_____

_____

_____

_____        _____
            Signature                          Date

_____
        Name (Printed or Typed)

_____        _____
            Title                              Seal

_____
        Name of Medical School

                                        Form 399A--English
                                        Rev. August 1995

Confidential                                    ECFMG RUSS 0003960

# UNIVERSITY OF BENIN



BENIN CITY, NIGERIA

*Johnbull Enosakhare Akoda*

having satisfied all the requirements of the University
and passed the prescribed examinations held in

*October* 1987

has been admitted to the degree

of

Bachelor of Medicine: Bachelor of Surgery

Given at Benin City this 6th day of *February* 1988

RECEIVED
AUG 11 2011
MARYLAND BOARD OF PHYSICIANS

REGISTRAR

VICE CHANCELLOR

Confidential

**Kesting, Virginia**

| | |
|---|---|
| **From:** | Brooks Whigham -DHMH- [brooks.whigham@maryland.gov] |
| **Sent:** | Thursday, October 09, 2014 2:52 PM |
| **To:** | Kesting, Virginia |
| **Cc:** | Dierdra Rufus -DHMH- |
| **Subject:** | Charles Akoda, M.D. |
| **Attachments:** | Application Release - Akoda.PDF |

Good afternoon Ms. Kesting,

Ms. Rufus forwarded me your email stating ECFMG cannot release confidential information without a release signed by Dr. Akoda. Please see the attached release Dr. Akoda signed for his Maryland Board of Physicians licensure application authorizing the Board to request any information relating to his license.

If you have any questions, please feel free to ask.

Thank you,

Brooks Whigham
Compliance Analyst

--
Brooks Whigham
Compliance Analyst, Investigations
Maryland Board of Physicians
4201 Patterson Avenue
4th Floor
Baltimore, Md 21215

CONFIDENTIALITY NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

1

Confidential

| Initial Medical Licensure Release and Certification 10/2009 INT | **RELEASE AND CERTIFICATION** | Page 11 of 11 |

**19. Release:**

I agree that the Maryland Board of Physicians (the Board) may request any information necessary to process my application for medical licensure in Maryland from any person or agency, including but not limited to postgraduate program directors, individual physicians, government agencies, the National Practitioner Data Bank, the Healthcare Integrity and Protection Data Bank, the Federation of State Medical Boards, hospitals and other licensing bodies, and I agree that any person or agency may release to the Board the information requested. I also agree to sign any subsequent release for information that may be requested by the Board.

Charles John Nosa Akoda                    *Charles Akoda*            7 / 28 / 11

Applicant's Name (Printed)          Applicant's Signature               Date

**20. (OPTIONAL) Third Party Release:** Although the Board encourages you to complete all aspects of your application on your own, if you plan to use an intermediary to receive information about the status of your application, please complete this release.

I agree that the Maryland Board of Physicians may release any information pertaining to the status of my application to the following person:

Name: _____ N/A _____

Phone: _____            Applicant's Signature          Date

**21.** I agree that I will cooperate fully with any request for information or with any investigation related to my medical practice as a licensed physician in the State of Maryland, including the subpoena of documents or records or the inspection of my medical practice.

During the period in which my application is being processed, I shall inform the Board within 30 days of any change to any answer I originally gave in this application, any arrest or conviction, any change of address or any action that occurs based on accusations that would be grounds for disciplinary action under Md. Code Ann., Health Occ. § 14-404.

*Charles Akoda*                    7 / 28 / 11

Applicant's Signature                  Date

**22. Affidavit:** To be completed by the applicant in the presence of a notary public after the applicant's picture has been attached below.

I certify that I have personally reviewed all the responses to items 1-22 of this application and that the information I have given is true and accurate to the best of my knowledge. I understand and agree that I may not practice, attempt to practice or offer to practice medicine in Maryland unless licensed by the Board.

*Charles Akoda*                    8 / 3 / 11

Applicant's Signature                  Date

STATE OF ___Maryland___

CITY/COUNTY OF ___Prince George's___

I HEREBY CERTIFY that on this ___3rd___ day of ___August___, 20_11_, before me, a Notary Public of the State and City/County aforesaid, personally appeared the Applicant, ___Charles Akoda___, whose likeness is identifiable as that of (print applicant's name)

the person in the photograph attached to this application and who has made oath in due form of law to be the person referred to in the above application for license to practice Medicine and Surgery in the State of Maryland, and to have stated the

truth in all statements made in this application.

AS WITNESS my hand and notorial seal. _____
Notary Public

My Commission expires ___03-25-2012___         **SEAL**

GEORGE E. OKAI
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY, MARYLAND
MY COMMISSION EXPIRES 3-25-2012

STOP! Completed application and check must be mailed to Maryland Board of Physicians, P.O. Box 37217, Baltimore, Maryland 21297

Confidential

ECFMG_RUSS 0003963

**Kesting, Virginia**

| | |
|---|---|
| **From:** | Kesting, Virginia |
| **Sent:** | Wednesday, October 15, 2014 12:05 PM |
| **To:** | 'Dierdra Rufus -DHMH-' |
| **Subject:** | RE: Maryland Board |
| **Attachments:** | John Nosa Akoda United States Medical Licensing Examination® (USMLE)  Application and Identification Documents.pdf |

Dierdra,

Good afternoon.

This is in response to your e-mail.

Pursuant to receipt by ECFMG of the release Dr. Akoda signed for his Maryland Board of Physicians licensure application authorizing the Board to request any information relating to his license, please see attached copies of identification documents and a copy of one of the United States Medical Licensing Examination® (USMLE)  applications  John Nosa Akoda 0-553-258-5 submitted to ECFMG.

If you have any questions, please contact me.

Virginia Kesting, Manager
Credentials  Services



Educational Commission for Foreign Medical Graduates
3624 Market Street │ Philadelphia, PA 19104-2685
e-mail: vkesting@ecfmg.org │ Phone:215.823.2177

---

**From:** Dierdra Rufus -DHMH- [mailto:dierdra.rufus@maryland.gov]
**Sent:** Thursday, October 09, 2014 11:42 AM
**To:** Kesting, Virginia
**Subject:** Maryland Board

Good morning Ms. Kesting, thanks for your previous help with information concerning  Dr. Charles Akoda/ Ikwofemi Igberose.  I would like to ask for a copy of what the doctor provided to you for identification.( passport, resident card, visa)


Thanks in advance for all of your help.

 Charles Ako


--
Dierdra Rufus
Supervisor, Licensure Unit
Maryland Board of Physicians
410-764-5977

CONFIDENTIALITY NOTICE: This message and the accompanying documents are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this email in error, please notify the sender immediately and destroy the original transmission.

1

Confidential

ECFMG_RUSS_0003964

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

Confidential

ECFMG_RUSS_0003965

## PLEASE DO   NOT DETACH

**UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE)**
**STEP 1 AND/OR STEP 2 EXAMINATIONS**

ADMINISTERED TO STUDENTS/GRADUATES OF FOREIGN MEDICAL SCHOOLS BY
THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, 3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, USA
PHONE: 215 386-5900   CABLE: EDCOUNCIL,PHA

**PART A**

NOTE: All items on all sides of the application must be filled out completely for initial and reexamination or application will not be accepted.
Use typewriter or block print in ink.

| | | | |
|---|---|---|---|
| ① **ECFMG EXAMINATION HISTORY:** | Have you ever submitted an application to ECFMG for any examination, even if you did not take the examination?  ☑ Yes  ☐ No | | If yes, enter your USMLE Identification Number (ECFMG Applicant Number) in this box.  O-553-258-5 |

② **NAME:**
Print your name as you want it to appear on the Standard ECFMG Certificate and on your official USMLE record

First Name: J O H N
Middle Name: A K D A   M O S A
Last Name (Surname):

Full Maiden Name (For married women only)

②① If you have previously applied to ECFMG under another name, provide that name

Previous Name
Please include a copy of the legal document that verifies this name change.

③ **ADDRESS:**
Use address to which admission permit and other notification from ECFMG should be sent

Number/Street: 5 8 0 0 QUANTRELL AVENUE
Apartment Number: APT NO 8 1 0        Post Office Box Number
City: ALEXANDRIA
State/Country: VIRGINIA        Zip or Postal Code: 2 2 3 1 2

④ **U.S. SOCIAL SECURITY AND/OR NATIONAL IDENTIFICATION NUMBERS:**
Enter U.S. Social Security Number
Enter National Identification Number and Country
Country:

⑤ **STATUS OF MEDICAL SCHOOL STUDENT:** *Must* be completed by students.
If you are applying for Step 1, will you have completed two years of medical school by the date of that examination?  ☑ Yes  ☐ No
If you are applying for Step 2, will you have completed or be within 12 months of completion of the formal didactic curriculum at your medical school by the date of that examination?  ☐ Yes  ☐ No

⑥ **REGISTRATION:**
Select no more than one box for each Step and/or ECFMG English test for which you are applying.

| Step 1 (Check one box only) | Step 2 (Check one box only) | ECFMG English Test (Check one box only) |
|---|---|---|
| ☐ June 11-12, 1996 | ☐ March 5-6, 1996 | ☐ March 6, 1996 |
| **or** | **or** | **or** |
| ☑ October 15-16, 1996 | ☐ August 27-28, 1996 | ☐ August 28, 1996 |

⑥① **TEST CENTER:**
Select three different ECFMG centers in order of preference for each Step and/or ECFMG English Test. See the information Booklet in which this application was enclosed for a list of ECFMG centers.

If your center selections are not available, ECFMG reserves the right to assign a center

Step 1: (1) NEW YORK 330   City   Center No. (2) NEW YORK 330   City   Center No. (3) ___ City   Center No.

Step 2 and/or ECFMG English Test: (1) ___ City   Center No. (2) ___ City   Center No. (3) ___ City   Center No.

⑦ **EXAMINATION FEE(S):**
Enter the amount enclosed on the line provided

Fees must be paid in United States funds. Checks, bank drafts or money orders are to be made payable to the ECFMG. Do not send cash.

Step 1 Basic Medical Science Examination   $440
Step 2 Clinical Science Examination   $440
ECFMG English Test   $ 40

Enter amount enclosed  $ PAID/Credit

FOR OFFICE USE ONLY

⑧ **HANDEDNESS:**   ☑ Right Handed   ☐ Left Handed

APPLICATION FORM 104S, February, 1996

®ECFMG 1996 All Rights Reserved

## PART B

| | | | | Dates Attended | | | | No. School Years |
|---|---|---|---|---|---|---|---|---|
| | | | | From | | To | | |
| | | | | MO. | YR. | MO. | YR. | |

**⑨ SECONDARY SCHOOL/ COLLEGE/ UNIVERSITY ATTENDED:**
List any secondary school, college, or university attended.

Name: University OF Benin, Nigeria
City/State/Country — 1081 · 1087 · 6yrs

Name: KINGS COLLEGE LAGOS NIGERIA
City/State/Country — 0674 0679 5yrs

**⑩ MEDICAL DEGREE AND**
Title of Medical Degree M.B.B.S. Date Conferred:/Expected: * MO. 10 YR. 87
* If the degree has been conferred, a photocopy must be sent to ECFMG. See *Medical Education Credentials* section of the ECFMG Information Booklet.

**⑩.1 MEDICAL SCHOOL:**
Name of Medical School from which you graduated or expect to graduate. LIST EXACT NAME AND ADDRESS.

UNIVERSITY OF IBENIN
City/State/Country EDO STATE NIGERIA.

| From | | To | | No. of Years Attended |
|---|---|---|---|---|
| MO. | YR. | MO. | YR. | |
| 10 | 81 | 10 | 87 | 6 |

**⑩.2 OTHER MEDICAL SCHOOLS ATTENDED:**
Name
City/State/Country
Name
City/State/Country
Name
City/State/Country

**⑩.2 CLINICAL CLERKSHIPS:**

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | See Part D of this application for entering clinical clerkships. | | | |

**⑪ MEDICAL LICENSURE: Present or Future**
Date you received (or expect to receive) an unrestricted license or certificate of full registration to practice medicine:
MO. 01 YR. 89 Country or state in which you are licensed: * NIGERIA
* If the license has been issued, a photocopy must be sent to ECFMG. See *Medical Education Credentials* section of the ECFMG Information Booklet.

**⑫ HOSPITAL TRAINING: Residency or fellowship**

| Hospitals | Position(s) | Dates |
|---|---|---|
| | | |

**⑬ EMPLOYMENT: Present employment only**

| Institution/Company | Position | Dates |
|---|---|---|
| Name: | | |
| Street: | | |
| City/State/Country: | | |

**⑭ BIRTHDATE/ BIRTHPLACE:**
Day 01 Month 01 Year 59 Location: BENIN CITY EDO STATE
City, Province, Country

**⑮ GENDER:** Please check one: ✓ Male ___ Female

**⑯ NATIVE LANGUAGE:** EDO

**⑰ CITIZENSHIP:** (Complete all three)
A. AT BIRTH NIGERIAN USA ☐ or Other ☐ (Specify) _____
B. UPON ENTERING MEDICAL SCHOOL USA ☐ or Other ☐ (Specify) _____
C. NOW NIGERIAN USA ☐ or Other ☐ (Specify) _____

**⑱ OTHER EXAMINATION HISTORY AND APPLICANT NUMBERS:**
Check below the organizations to which you may have applied previously; enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

| ORGANIZATION | DATE OF MOST RECENT EXAMINATION TAKEN | | APPLICANT IDENTIFICATION NUMBER |
|---|---|---|---|
| ☐ NATIONAL BOARD OF MEDICAL EXAMINERS | MO. | 1 9 YR. | NBME Parts I/II |
| | MO. | 1 9 YR. | USMLE Steps 1/2 |
| ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES | MO. | 1 9 YR. | FLEX — FEDERATION IDENTIFICATION NUMBER (FIN) |

## PART C

Confidential

ECFMG_RUSS_0003967

## PART C

Students and graduates must sign the application in the presence of their Medical School Dean, Medical School Vice Dean, or Medical School Registrar. (See A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See B below) *and* must explain in writing why the application form could not be signed in the presence of a medical school official. (See B.1 below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature.

All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

**(19) CERTIFICATION BY APPLICANT**

I hereby certify that the information in this application is true and accurate to the best of my knowledge and that the photographs enclosed are recent photographs of me.

I also certify and acknowledge that I have received the current edition (that which pertains to the administration for which I am registering) of the combined Information Booklet on ECFMG Certification and Application for USMLE Step 1 and Step 2 examinations and USMLE Bulletin of Information, am aware of the contents of both sections and meet the eligibility requirements set therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified educational documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See Information Booklet for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the ECFMG certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

Signature of Applicant   x _John Doe Akoda_   Date _8/29/96_
(In Latin Characters)

**(19) CERTIFICATION BY MEDICAL SCHOOL OFFICIAL**

A. I hereby certify that the photograph, signature, and information entered on Section 10 of this form accurately apply to the individual named above.

x _____
Signature of Medical School Official (In Latin Characters)

_Perm. of college_   _29/7/96_   _Benin city_
Official Title    Date    Institution

**OR**

**CERTIFICATION OF IDENTIFICATION WITH EXPLANATION**
(Pertains to graduates only)

B. I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant on this _____ day of _____, 19___.

x _____
Signature of Consular Official, First Class Magistrate, Notary Public (In Latin Characters)   Official Title

| FOR OFFICE USE ONLY | |
|---|---|
| FORM | DATE |
| S.A. | |
| I.D. | |
| 338 | |
| 339 | |
| 325 | |
| P. | M 9/11/96 |

B.1 Explain in the space below why the application could not be signed in the presence of your medical school dean, vice dean or registrar. Any explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG.

**(20)** Have you ever been denied licensure or authority to practice medicine by any medical licensing or registering authority, or has any such license or authority to practice medicine ever been suspended or revoked?   ☐ Yes   ☐ No

If the answer to this question is "Yes," please explain fully on a separate sheet of paper, giving details such as date, location, charge, and action taken; and provide any supporting documents.

**(21)** Provision of the following information is voluntary. The information will be used for research purposes only. You are encouraged to provide the information; however, the processing of your application will not be affected if you choose to leave item (21) blank.

Select the one which best describes your racial/ethnic background.

| 1 ☐ | 2 ☐ | 3 ☐ | 4 ☑ | 5 ☐ | 6 ☐ |
|---|---|---|---|---|---|
| American Indian/ Alaskan Native | Asian Pacific Islander | Hispanic | Black (not of Hispanic Origin) | White (not of Hispanic Origin) | Other |

RECEIVED AUG 30 1996 ECFMG

Confidential

ECFMG RUSS 0003968

PART D

| (10.2) CLINICAL CLERKSHIPS: Refers to that period of medical education in the clinical disciplines during which as a medical student you gained practical experience in hospitals or clinics.

List clerkships (rotations, pregraduate internships) for each clinical discipline. | Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|---|
| | medicine | specialist Hosp. | Benn/warri | Dr Onwuka | 1988 |
| | Pediatrics | specialist Hosp | Benn/warri | Dr Asenota | 1987-18 |
| | OBGyn | specialist Hosp | Benn/warri | Dr Iyinfo | 1988 |
| | Surgery | specialist Hosp | Benn/warri | Dr Idabhea | 1988 |
| | | | | | |

ECFMG RUSS 0003969

## REPUBLIC OF NIGERIA

INTERNATIONAL MOTOR TRAFFIC

## INTERNATIONAL DRIVING PERMIT

Convention on Road Traffic of 19th September 1949

No. 222541

**NOT VALID FOR DRIVING IN NIGERIA**

Issued at.............. LAGOS-NIGERIA

Date.......... 6 — 12 — 95

VALID FOR FIVE YEARS



+ Signature or Seal of the
Association empowered
by the Authority

REPUBLIC OF NIGERIA
PRINCIPAL
LICENSING AUTHORITY 6/13/95

Confidential

ECFMG_RUSS_0003070



ECFMG_RUSS_0003971

Confidential



**CAUTION**

*This passport remains the property of the Government of the Federal Republic of Nigeria and may be withdrawn at any time. It is a valuable document and should not be altered in any way or allowed to pass into the possession of unauthorised person. If lost or destroyed the fact and circumstances should be immediately reported to the Passport Office, Abuja, or the nearest Nigerian Mission or Consulate and to the local police. New passports can be issued in such cases only after exhaustive enquiries.*

EGFMG-RUSS_0003070

VISAS

**FEDERAL REPUBLIC OF NIGERIA**

| PASSPORT | Type / Type | Country code / Code du pays | | Passport No. / Passeport N° |
|---|---|---|---|---|
| PASSEPORT | P | NGA | | A0662562 |

Surname / Nom
**AKODA**

Given names / Prénoms
**JOHN NOSAKHANE CHARLES**

Nationality / Nationalité
**NIGERIAN**

| Date of birth / Date de naissance | Authority / Autorité |
|---|---|
| 01 JAN / JAN 59 | 370 |

| Sex / Sexe | Place of birth / Lieu de naissance |
|---|---|
| M | LAGOS |

Date of issue / Date de délivrance
11 SEP / SEPT 00

Date of expiry / Date d'expiration
10 SEP / SEPT 05

Holder's signature / Signature du titulaire
*Charles Akoda*

P<NGAAKODA<<JOHN<NOSAKHANE<CHARLES<<<<<<<<<<
A0662562<7NGA5901010M0509101<<<<<<<<<<<<<<02

ECFMG_RUSS_0003973

Confidential

A06B2562

Renewals / Renouvellements

This passport is valid for all countries
Ce passeport est valable pour tous pays

Previously held Passport No. A29 4517

Issued at 313 on 29|6|89 which
has been cancelled and a new one issued.

Passport Control Officer

Observations

A06B2562
THIS PASSPORT CONTAINS 32 NUMBERED PAGES
CE PASSEPORT CONTIENT 32 PAGES NUMÉROTÉES



FEDERAL REPUBLIC OF

# NIGERIA

RÉPUBLIQUE FÉDÉRALE DU
NIGÉRIA



These are to request and require
in the name of the President and
Commander-in-Chief of the Armed
Forces of the Federal Republic of Nigeria
all those whom it may concern to allow
the bearer to pass freely without let or
hindrance and to afford him or her
every assistance and protection of which
he or she may stand in need.

PASSPORT
PASSEPORT

A0662562

ECFMG_RUSS_0003975

Confidential

Confidential

**motorfordon:**

| | |
|---|---|
| rdon och motorfordon på | A |
| r och som, utover plats for t for befordran av gods och kg (7.700 lbs). Till dyllikt | B |
| ich vars tillatna maximivikt ordon far kopplas ett latt | C |
| r och som har mer an atta rfordon far kopplas ett latt | D |
| D, och for vilka foraren ar | E |

av fordonets vikt, då det ar fardigt
s av vederborande myndighet i det
-ikt icke överstiger 750 kg (1,650 lbs)

| | Indragning av (land I - VIII) |
|---|---|
| | |

### Indication relatives au conducteur:

Tilnamn 1
Fornamn 2
Fodelseort 3
Fodelsedag 4
Hemvist 5

Nom 1
Prénoms 2
Lieu de naissance 3
Date de naissance 4
Domicile 5

### Catégorie de véhicules pour lesquels le permis est valable:

| | |
|---|---|
| Motorcycles avec ou sans sidecar, voitures d'infirmes et automobiles à trois roues dont le poids à vide n'excede pas 400 kg (900 livres). | A |
| Automobiles affectés au transport des personnes et comportant, outre le siège du conducteur, huit places assises au maximum ou affectées au transport des marchandises et ayant un poids maximum autorisé qui n'excede pas 3,500 kg (7,700 livres). Aux automobiles de cette catégorie peut être attelée une remorque légère. | B |
| Automobiles affectés au transport des marchandises et dont le poids maximum autorisé excede 3,500 kg (7,700 livres). Aux automobiles de cette catégorie peut etre attelée une remorque légère. | C |
| Automobiles affectées au transport des personnes et comportant, outre le siège du conducteur, plus de huit places assises. Aux automobiles de cette catégorie peut etre attelée une remorque légère. | D |
| Automobiles des catégories B, C ou D pour lesquelles le conducteur est habilité, avec remorques autres qu'une remorque légère. | E |

e terme "poids maximum autorisé" d'un véhicule désigne le poids du véhicule en ordre de arche et de la charge maximum. Le terme "charge maximum" désigne le poids du argement déclaré admissible par l'autorité compétente du pays d'immatriculation du hicule. Les remorques légères sont telles dont le poids maximum autorisé ne dépasse pas 00 kg (1,650 livres).

| EXCLUSION | Exclusions |
|---|---|
| titulaire est déchu du droit de conduire sur le territoire (pays) aison de _____ Sceau ou aches de l'autorité | (pays I - VIII) |
| | Lieu _____ Date _____ |

**Signature**

crire l'exclusion dans tout autre espace prévu à cet
et, si l'espace réservé ci-dessus est déjà utilisé.



1. _AKOLA_
   _JOHN NOSACHARLES IGBERASE_
   _LAGOS_
2. _01 __ 1955_
3. _21 CARTER STREET YABA LAGOS_

EXCLUSIONS
(pays)

| I. | V. |
|---|---|
| II. | VI. |
| III. | VII. |
| IV. | VIII. |

ECFMG_RUSS_0003877

This permit is valid in the territory of all the Contracting States with the exception of the territory of the Contracting State where issued, for the period of one year from the date of issue, for the driving of vehicles included in the category or categories mentioned on the last page of this permit.

### LIST OF CONTRACTING STATES

United Kingdom (together with
    Aden State
    Bahamas
    Barbados
    British Honduras
    Fiji
    Gibraltar
    Grenada
    Guernsey
    Hong Kong
    Isle of Man
    Jersey
    Mauritius
    Southern Rhodesia
    St. Lucia
    St. Vincent
    Seychelles
    Swaziland)
Algeria
Argentina
Australia (together with Papua and the Trust Territory of New Guinea)
Austria
Bulgaria
Botswana
Bulgaria
Burundi
Cambodia
Cameroon
Canada
Central African Republic
Ceylon
Chad
Chile
Congo (Brazzaville)
Zaire
Cuba
Cyprus
Czechoslovakia
Dahomey
Denmark
Dominican Republic
Ecuador
Finland
Formosa
France (together with all French Overseas Territories and the Principality of Andorra)
Gabon
Gambia
Ghana
Greece
Guatemala
Guinea
Guyana
Haiti
Holy See
Hungary
India
Ireland, Republic of

Israel
Italy
Ivory Coast
Jamaica
Japan
Jordan
Laos
Lebanon
Luxemburg
Malagasy, Republic of
Malawi
Malaysia
Mali
Malta
Mauritania
Monaco
Morocco
Netherlands (together with Netherlands Antilles, Netherlands New Guinea and Surinam)
New Zealand
Niger
Nigeria
Norway
Paraguay
Peru
Philippines
Poland
Portugal (together with all Overseas Provinces except Macao)
Rumania
Rwanda
San Merino
Senegal
Sierra Leone
Republic of South Africa (together with South West Africa)
Spain (together with African localities and provinces)
Sweden
Syria
Tanzania, United Republic of
Thailand
Togo
Trinidad and Tobago
Tunisia
Turkey
Uganda
U.S.S.R.
United Arab Republic
U.S.A. (together with all territories for whose international relations the U.S.A. is responsible)
Upper Volta
Venezuela
Viet Nam, Republic of
Western Samoa
Yugoslavia
Zambia

It is understood that this permit shall in no way affect the obligation of the holder to conform himself to the laws and regulations relating to residence or to the exercise of a profession which are in force in each country through which he travels.

---

**Particular Concerning the Driver**

**NOT VALID FOR DRIVING IN NIGERIA**

Vehicle for which the permit is valid: s valid:

| | |
|---|---|
| Motor cycles, with or without a side-car, invalid carriages and three-wheels motor vehicles with an unladen weight not exceeding 400 kg (900 lb). | A |
| Motor vehicles used for the transport of passengers and comprising, in addition to the driver's seat, at most eight seats, or those used for the transport of goods and having a permissible maximum weight not exceeding 3,500 kg (7,700 lb). Vehicles in this category may be coupled with a light trailer. | B |
| Motor vehicles used for the transport of goods and of which the permissible maximum weight exceeds 3,500 kg (7,700 lb). Vehicles in this category may be coupled with a light trailer. | C |
| Motor vehicles used for the transport of passengers and comprising, in addition to the driver's seat, more than eight seats. Vehicles in this category may be coupled with a light trailer. | D |
| Motor vehicles of categories B, C or D, as authorized above, with other than a light trailer. | |

"Permissible maximum weight of a vehicle means the weight of the vehicle and its maximum load when the vehicle is ready for the road.
"Maximum load" means the weight of the load declared permissible by the competent authority of the country of registration of the vehicle.
"Light trailers" shall be those of a permissible maximum weight not exceeding (1,650 lb).

**EXCLUSION**

Holder of this permit is deprived of the right to drive in (country) ................................
by reason of .................................

Seal or stamp of authority    Place ..............
              Date ..............
              Signature

Should the above space be already filled, use any other space provided for "Exclusion".

Exclusions: (countries I–VIII)

---

**THIS PERMIT MUST BE PRODUCED TO THE AUTHORITIES OF THE COUNTRIES VISITED FOR RECOGNITION**

Surname ....... 1
Names 2
.... of birth 3
.... of birth 4
Permanent place of residence 5



1   AKODA
2   JOHN POSACHARL
3   LASOS
4   ...07...
5   21 CARTER STREET

EXCLUSIONS (pays)

I. ............    V. ............
II. ...........    VI. ...........
III. ..........    VII. ..........
IV. ...........    VIII. .........