# Exhibit 43

| | | |
|---|---|---|
| MONIQUE RUSSELL, et al., | * | IN THE |
| Claimants | * | HEALTH CARE |
| v. | * | ALTERNATIVE DISPUTE |
| DIMENSIONS HEALTH CORPORATION, | * | RESOLUTION OFFICE |
| Healthcare Provider | * | HCA NO. 2017-400 |

\* \* \* \* \* \* \* \* \* \* \* \*

## CLAIMANTS' CERTIFICATE OF MERIT

1. I, Thomas Bojko, am competent to testify.

2. I have reviewed the captioned Class Action Amended Statement of Claim, the Final Decision and Order of the Board of Maryland Board of Physicians, the Department of Justice materials, the proceedings of the criminal case against Dr. Charles Akoda/Igberase, and/or other related materials regarding the above-captioned case.

3. I certify that there have been violations of the applicable standards of administrative care by Dimensions Health Corporation, and Dimensions Health Corporation d/b/a Prince George's Hospital Center, individually and through their duly authorized agents, apparent agents, servants and/or employees including, but not limited to, Charles J. Akoda/Oluwafemi Charles Igberase which have directly and proximately resulted in the damages, injuries and permanent disability to the Claimants, and other similarly situated.

4. I further certify that I am an expert in Health Care Administration and Credentialing/Privileging; that I have clinical and administrative experience; and have provided consultation relating to the issues involved in this litigation and/or have taught healthcare administration and credentialing/privileging in the fields of health care in which the Defendants have provided care and/or provided treatment to the Claimants, within five (5) years of the date of the alleged acts or omissions giving rise to this cause of action.

5. I do not devote more than 20% of my annual professional activities to activities that directly involve testimony in personal injury and corporate negligence claims.

_____
Thomas Bojko, M.D., M.S., J.D.

Plaintiffs0000005672



**Thomas Bojko, MD, MS, JD**
President & Managing Partner

February 26, 2018

Paul Vettori, Esq.
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street – 20th Floor
Baltimore, MD 21201

        Re:    Monique Russell, et al. v. Dimensions Health Corporation

Dear Mr. Vettori:

    This is to acknowledge that after a review of materials involved in the above-referenced case, I have concluded that there have been violations of the applicable standards of administrative care by Dimensions Health Corporation d/b/a Prince George's Hospital Center, individually and through their duly authorized agents, apparent agents, servants and/or employees including, but not limited to, Charles J. Akoda/Oluwafemi Charles Igberase ("Akoda"), which have directly and proximately resulted in injuries, damages, and permanent disability to the Claimants and others similarly situated.

    It is my opinion that the Defendants breached the applicable standards of administrative care by negligently failing to use required and reasonable care to investigate, credential, grant privileges, monitor and supervise their medical personnel including, but not limited to, Akoda and to discover, stop and report any professional misconduct of which they should have known. As a direct and proximate result of the Defendants' continuing negligence, the Claimants, and others similarly situated, suffered physical pain, emotional anguish, and damages as well as permanent disability. Had the Defendants complied with the applicable standards of administrative care the Claimants, and others similarly situated, would not have suffered their injuries, damages and permanent disability.

    I am an expert in Healthcare Administration and in Credentialing/privileging. I have had experience, provided consultation relating to practice and/or taught healthcare administration in the applicable specialties or related specialties of health care, within five (5) years of the date of the alleged acts and/or omissions giving rise to the causes of action.

    Accordingly, I have concluded that the case filed before the Health Care Alternative Dispute Resolution Office of Maryland is meritorious. I also acknowledge that less than twenty percent of my annual professional time directly involves testimony in personal injury or corporate negligence claims.

    This report represents a broad summary of my opinions for purposes of certifying the merits of this matter. I specifically reserve the right to modify, amend and/or supplement my

Plaintiffs0000005673

opinions as further information about this case is made available to me through discovery and/or other means.

Very truly yours,

Dr. Thomas Bojko

44 Woodland Street • Tenafly, NJ 07670 • (800) 530-5728
avivahealthsolutions.com • Tom@avivahealthsolutions.com
Page 2 of 2

Plaintiffs0000005674