# Exhibit 48

Case 2:18-cv-05629-JDW   Document 86-12   Filed 12/11/21   Page 1 of 2



Larry C. Gilstrap, III, M.D.
Executive Director
American Board of Obstetrics and Gynecology
2915 Vine Street
Dallas, TX 75204
Phone: (214) 871-1619
Fax: (214) 871-1943

January 31, 2014

John-Charles Akoda, M.D.

Dear Dr. Akoda,

Congratulations! In recognition of your fulfillment of all requirements, you are now a Diplomate of The American Board of Obstetrics and Gynecology, Inc. Your certification is effective January 31, 2014 through December 31, 2014. Your certificate must be renewed annually by completion of all the assignments in the ABOG Maintenance of Certification (MOC) process.

Please carefully review the spelling of your name on this letter as that name will be printed on the certificate you will receive. If there is a correction, please notify our office no later than February 14, 2014. If you have not heard from the printer regarding your diploma by April 30, 2014, please contact the Board office.

You may apply for the 2014 MOC process at www.abog.org. There is no fee for MOC for the first year. However, if you are not an ACOG fellow or junior fellow, you must pay for the category I CME credit, as that is a benefit of ACOG membership.

We hope you will maintain an active interest in the specialty, and you will continue to improve the care of women.

Best Wishes,



Larry Gilstrap, III M.D.
Executive Director

LG

ABOG ID: 9025829

Incorporated 1930
A founding member of The American Board of Medical Specialties
www.abog.org

610240

CONFIDENTIAL    ABOG_nonparty_000046