# Exhibit 49



**American Board of Obstetrics + Gynecology**
First in Women's Health®

August 30, 2017

CERTIFIED RETURN RECEIPT REQUESTED

John-Charles Akoda, MD

Dear Dr. Akoda:

The American Board of Obstetrics and Gynecology (ABOG) was recently made aware through a Disciplinary Action Notification System (DANS) report that the Maryland State Board of Physicians took adverse action on your license on July 10, 2017. Your Maryland medical license was revoked in a Final Decision and Order for the following:

1. You pled guilty to a crime involving moral turpitude on November 15, 2016.

2. You were convicted of social security number fraud, a felony, in violation of 42 U.S.C. 408(a)(7)(B) in the United States District Court for the District of Maryland.

3. You were sentenced to six months incarceration, three years of supervised release, home detention for six months, and an assessment of $100.00.

The ad hoc committee of the Credentials Committee has reviewed the above information and determined that you do not meet the terms of the requirements to maintain certification by the ABOG. The committee voted unanimously that you have violated the moral and ethical standards of the practice of medicine accepted by organized medicine because your license was revoked and you were convicted of a felony. Your ABOG certificate expired December 31, 2016. The committee has determined that you currently are ineligible to participate in the ABOG Re-entry exam/ MOC Process.

Disqualification or Diplomate revocation may occur whenever the physician's license has had his/her license revoked. Disqualification or Diplomate revocation may also occur whenever the physician has been convicted of a felony or has pled guilty to a felony. The ABOG policies require Diplomates to have an unrestricted license to practice in all states in which they are licensed. This information is under the Policies section at
https://www.abog.org/new/n_policies.aspx?title=revocation

The ad hoc committee also voted to refer your case to the Credentials Committee for consideration of revocation of certification. The Credentials Committee will review your case for possible revocation of your certification at the next Board of Directors meeting in January 2018. You may submit any additional information that you think may aid the Credentials Committee in consideration of the revocation of your certification. Please submit any information to me in writing or by email, and we will see that the committee has the information to consider at the meeting.

Please feel free to contact us if you have any further questions.

Sincerely,

*Susan M. Ramin MD*

Susan M. Ramin, M.D.
Associate Executive Director
Maintenance of Certification
American Board of Obstetrics and Gynecology
2915 Vine Street
Dallas, TX  75204
Phone: (214) 721-7510
Fax: (214) 871-1943

ABOG Diplomate # 9025829
SMR/kw