# Exhibit 50

| | |
|---|---|
| **Message** | |
| **From:** | Corrado, Kara [/O=ECFMG/OU=PHILADELPHIA/CN=RECIPIENTS/CN=KOLEYN] |
| **Sent:** | 3/18/2016 8:20:18 AM |
| **To:** | Cover, Lisa [/O=ECFMG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Cover, Lisa5df]; Paolini, Suzann [/O=ECFMG/OU=Philadelphia/cn=Recipients/cn=SPaolini] |
| **CC:** | Mizak, Roman [/O=ECFMG/OU=Philadelphia/cn=Recipients/cn=RMizak] |
| **Subject:** | RE: Prince George's County Police Department-Federal investigation |

Hi all,

Igbarse is a name that familiar to me -- he was a creds committee case from about 15 years ago. I'll follow up with Virginia to see if there is additional background to help with context.

Kara

---

Ms. Kara Corrado, J.D.
Director, Credentials Services
ECFMG
3624 Market Street
Philadelphia, PA 19104
United States of America

TEL: 001.215.823.2273
FAX: 001.215.386.9767
EMAIL: kcorrado@ecfmg.org

**From:** Cover, Lisa
**Sent:** Thursday, March 17, 2016 6:14 PM
**To:** Paolini, Suzann; Corrado, Kara
**Cc:** Mizak, Roman
**Subject:** Re: Prince George's County Police Department-Federal investigation

Great, let's connect w Kara in the am.

Sent from my iPhone

On Mar 17, 2016, at 5:33 PM, Paolini, Suzann <SPaolini@ECFMG.org> wrote:

> Lisa,
>
> No, he didn't elaborate on documentation previously received. I recorded the call, and he was pretty specific about next steps, so we can listen to the call tomorrow.
>
> This is a complex case and it appears that Dr. Charles is well known to the Credentials Committee. We have three recorded instances for which there has been allegation that Dr. Charles provided a false response to item 1 on an application for the USMLE and applied to take a Step that he had already passed. Our records also indicate that he received two ECFMG certificates, obviously obtained by falsifying information on subsequent applications.
>
> In addition Naima, who took the initial call from Detective Evan, was able to locate an additional Identification number under the name Oluwafemi Charles Igberase, 0-482-700-2, and has request for this file. Once we have the additional file we'll be in a better position to determine what the authorities might be looking for.
>
> I'll be in all day tomorrow so just let me know when you'd like to discuss this case.

Have a good evening!
Suzann

---

**From:** Cover, Lisa
**Sent:** Thursday, March 17, 2016 1:34 PM
**To:** Paolini, Suzann
**Subject:** RE: Prince George's County Police Department-Federal investigation

Did he receive the information that we sent to the agency in 2014?  Did he say what more he wants from us?

---

**From:** Paolini, Suzann
**Sent:** Thursday, March 17, 2016 1:32 PM
**To:** Cover, Lisa
**Subject:** FW: Prince George's County Police Department-Federal investigation

Lisa,

Here is the request from Detective Evans.  He indicated that his preference would be to come to the office to discuss this case and have the ability to conference in the Maryland AG's office.

Applicant details:
USMLE ID # 05532585
Certified 8/18/97
Medical school - University of Benin School of Medicine, NIGERIA
Citizenship – Nigerian
Exams for certification:
Step 2 CK – 8/28/96 (P)
English    - 8/28/96 (P)
Step 1     - 6/11/97 (P)

Address as of 5/30/2011
3013 Kasar Ct
Waldorf MD 20603

Suzann

---

**From:** Evans, Kenneth P. [mailto:KPEvans@co.pg.md.us]
**Sent:** Thursday, March 17, 2016 12:58 PM
**To:** Paolini, Suzann
**Subject:** Prince George's County Police Department-Federal investigation


Dear Susan,

Attached are the copies of the Federal Subpoena and response from your Custodian of Records.  Please get back to me when you can, either by phone or email is fine.  Again, thank you for calling back so quickly today in this matter.

\<image001.png\>

Detective Evans  #2434
Prince George's County Police Department
Criminal Investigation Division
Sexual Assault Unit
301-772-4908 main
301-772-4273 direct

---

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

---

Confidential             ECFMG_RUSS_0003416