# Exhibit 51

Message

**From:** Corrado, Kara [/O=ECFMG/OU=PHILADELPHIA/CN=RECIPIENTS/CN=KOLEYN]
**Sent:** 11/29/2016 11:30:07 AM
**To:** Cover, Lisa [/O=ECFMG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Cover, Lisa5df]
**Subject:** RE: Google Alert - "educational commission for foreign medical graduates"

Will do.

---

Ms. Kara Corrado, J.D.
Assistant Vice President for Operations
ECFMG
3624 Market Street
Philadelphia, PA 19104
United States of America

TEL: 001.215.823.2273
FAX: 001.215.386.9767
EMAIL: kcorrado@ecfmg.org

---

**From:** Cover, Lisa
**Sent:** Tuesday, November 29, 2016 11:29 AM
**To:** Corrado, Kara
**Subject:** RE: Google Alert - "educational commission for foreign medical graduates"

**Privileged**

Lisa

---

**From:** Corrado, Kara
**Sent:** Tuesday, November 29, 2016 11:14 AM
**To:** Cover, Lisa
**Subject:** RE: Google Alert - "educational commission for foreign medical graduates"

Lisa – please review! **Privileged**

**Privileged**

---

Ms. Kara Corrado, J.D.
Assistant Vice President for Operations
ECFMG

3624 Market Street
Philadelphia, PA 19104
United States of America

TEL: 001.215.823.2273
FAX: 001.215.386.9767
EMAIL: kcorrado@ecfmg.org

---

**From:** Amy Buono [mailto:ABuono@NBME.org]
**Sent:** Wednesday, November 23, 2016 12:09 PM
**To:** Corrado, Kara; Cover, Lisa
**Cc:** Shelley Green; Suzanne Williams; Katie DiMartino; Lola Greenwalt; Trish Weaver; Dave Johnson; Gerry Dillon
**Subject:** RE: Google Alert - "educational commission for foreign medical graduates"

Hi Kara,

Glad to know you are already aware of the case. Can you provide an update as to the work you've done so far with the US Attorney's Office?

Thanks again and Happy Thanksgiving!

Amy

---

**From:** Corrado, Kara [mailto:KCorrado@ecfmg.org]
**Sent:** Wednesday, November 23, 2016 11:31 AM
**To:** Amy Buono; Cover, Lisa
**Cc:** Shelley Green; Suzanne Williams; Katie DiMartino; Lola Greenwalt; Trish Weaver; Dave Johnson; Gerry Dillon
**Subject:** RE: Google Alert - "educational commission for foreign medical graduates"

Hi Amy,

We have been involved with this case and worked closely with the US Attorney's Office in Maryland on it. At Maryland's request, we did not move forward in our irregular behavior process until Maryland had completed its investigation. We are now moving forward with our process. As soon as we complete our irregular behavior process, we will certainly provide you with an update.

Have a happy thanksgiving!

Kara

---

Ms. Kara Corrado, J.D.
Assistant Vice President for Operations
ECFMG
3624 Market Street
Philadelphia, PA 19104
United States of America

TEL: 001.215.823.2273
FAX: 001.215.386.9767
EMAIL: kcorrado@ecfmg.org

---

**From:** Amy Buono [mailto:ABuono@NBME.org]
**Sent:** Wednesday, November 23, 2016 10:37 AM
**To:** Corrado, Kara; Cover, Lisa
**Cc:** Shelley Green; Suzanne Williams; Katie DiMartino; Lola Greenwalt; Trish Weaver; Dave Johnson; Gerry Dillon
**Subject:** FW: Google Alert - "educational commission for foreign medical graduates"

Confidential
ECFMG_RUSS_0007348

Good morning Kara and Lisa,

Hope you are well and taking some time off for the holiday.

I'm passing along the below notice from the US Attorney's Office in Maryland re: an individual who sat for USMLE under different aliases and allegedly obtained multiple fraudulent ECFMG Certifications. After you have conducted an investigation, please let me know your findings.

The aliases we've identified in USMLE records are:

**Oluwafemi Charles Igberase**, USMLE ID 0-482-700-2  (There is Irregular Behavior listed under this identity.)

**John Nosa Akoda**, USMLE ID 0-553-258-5

-Amy

---

**From:** Shelley Green
**Sent:** Tuesday, November 22, 2016 3:34 PM
**To:** Gerry Dillon; 'David Johnson (FSMB)'; Amy Buono; Mary Beth St. John; Suzanne Williams
**Cc:** Trish Weaver
**Subject:** FW: Google Alert - "educational commission for foreign medical graduates"

I thought you would be interested in the information below concerning prosecution of an individual who obtained fraudulent ECFMG certifications in the 1990s and a medical license in 2011. We are looking into his interactions with USMLE.

https://www.justice.gov/usao-md/pr/bowie-man-pleads-guilty-misusing-social-security-number-fraudulently-obtain-medical

NEWS

Bowie Man Pleads Guilty to Faking Medical License
Patch.com
Between 1992 and 1998, Igberase obtained three certifications from the **Educational Commission for Foreign Medical Graduates** under different …

   Flag as irrelevant

See more results | Edit this alert

Confidential

ECFMG_RUSS_0007349

*This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.*

---
This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

---

---
This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

---

Confidential

ECFMG_RUSS_0007350