# Exhibit 56



**KAISER PERMANENTE.**

### CERTIFICATION OF MEDICAL RECORDS

As custodian of records at Kaiser Permanente, I certify that the attached photocopies consisting of **19** pages are true photocopies of the medical records and **2** pages of the itemized billing statement pertaining to:

**PATIENT NAME:  Desire N Evans**        **MRN# 88245320**

Based on federal and state privacy rules that protect a patient's health information, we have redacted certain information from the enclosed records.  The information has been redacted because: (1)  We must have the patient's written consent or a court order before we can release certain health information , even in response to a subpoena and/or. (2)  <u>The information redacted is not responsive to the subpoena.</u> The information redacted in the attached records is specified below and/or marked accordingly.

*Billing Report:*

The original of said records are maintained by Kaiser Permanente.
Subsequent re-disclosure of this patient's medical records is prohibited by law.

Name: Esther T Ross Hict
Health Information Management Services Supervisor/Designee

8/17/2018



D. Clifton a.k.a. D. Evans: Smith 000001

# MA_PM1510_HIMS_Itemized_Billing_Statement_Report

**KAISER PERMANENTE.**

| | |
|---|---|
| **Report Date Option:** | Custom Date Range |
| **Date Range:** | 1/1/2003 - 8/17/2018 |
| **Home Center:** | CAMP SPRINGS |
| **Patient Name:** | EVANS,DESIRE N |
| **Patient MRN:** | 88245320 |

| Date Of Service | Provider Name | Diagnosis Code | Diagnosis Name | Department Name | Procedure Code | Payment Date | Modifier One | Procedure Name | Fee | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | REDACTED | | |
| 1/17/2018 | SMITH, SHANDA J (M.D.) | F33.2 | MAJOR DEPRESSV DISORDER, RECURRENT SEVERE W/O PSYCH FEATURES | PSYCHIATRY LARGO | 90792 | | | PSYCHIATRIC DIAGNOSTIC EVAL W/MEDICAL SERVICES | $455.00 | 0.0 |
| | | | | PSYCHIATRY LARGO | 1003 | 1/17/2018 12:0 | | POS MEMBER COPAY GUAR PAYMENT | | -20.0 |

**MA_PM1510_HIMS_Itemized_Billing_Statement_Report.rpt v1.0**

Report Run Date: 8/17/201

Kaiser Foundation Health Plan off tihe Mid\tilantic Stiaties
2101 Easti Jefferson Stireeti
Rockville, MD 20852- 6611

Tax I.D. number - 520954463

This reporti contiains conffdential and propriietiary iinformation and musti be tireatied accordinglyi is ffor intiernal use onlyiCopyrighti ©2010, Kaiser Permanentie

Plaintiffs000005736

D. Clifton a.k.a. D. Evans: Smith 000002

**Patient Name:** EVANS,DESIRE N
**Patient MRN:** 88245320

| Date Of Service | Provider Name | Diagnosis Code | Diagnosis Name | Department Name | Procedure Code | Payment Date | Modifier One | Procedure Name | Fee | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/2018 | 12SMITH, SHANDA J (M.D.) | F33.2 | MAJOR DEPRESSV DISORDER, RECURRENT SEVERE W/O PSYCH FEATURES | PSYCHIATRY LARGO | 99442 | | | PHYS/QHP TELEPHONE EVALUATION 11-20 MIN | $60.00 | 0.0 |

**Total Charges :** $1,883.0

**Total Patient Payments :** $(50.0(

**Total Patient Refund :**

Plaintiffs000005737

D. Clifton a.k.a. D. Evans: Smith 000003

MA_PM1510_HIMS_Itemized_Billing_Statement_Report.rpt v1.0

Kaiser Foundation Healtih Plan off tihe MidAtilantic Stiaties
2101 Easti Jefferson Stireetl
Rockville, MD 20852- 6611

Tax I.D. number - 520954463

Report Run Date: 8/17/201

This reporti contiains conffdential and proprietiary infformation and musti be tireatied accordingly is ffor intiernal use only.Copyrighti ©2010, Kaiser Permanentie

Patient History Report for Evans,Desire N [88245320]: Temporary report setting [3152712]  --  Submitted 8/17/2018 9:29:08 AM

| Date▼ | Tim▲ | Lenc | Status | Dept/Loc ▲ | Providers | Type |
|---|---|---|---|---|---|---|
| 02/16/2018 | 1:50 PM | 20 | No Show | PSY LA [1300030068] | Smith, Shanda J (M.D.) | VID VIS MM [4464] |
| 02/06/2018 | 3:30 PM | 20 | Completed | PSY LA [1300030068] | Smith, Shanda J (M.D.) | PHONE-20 BH [4360] |
| 01/17/2018 | 4:10 PM | 60 | Completed | PSY LA [1300030068] | Smith, Shanda J (M.D.) | NE [1090] |

Plaintiffs0000005738

D. Clifton a.k.a. D. Evans: Smith 000004

# Encounters

D. Clifton a.k.a. D. Evans: Smith 000005

 **KAISER PERMANENTE.®**

## Patient Demographics

| Patient Name | MRN | Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Evans, Desire N | 882453 20 | Female | 3/25/19 79 | 11529 LELAND PLACE WALDORF MD 20601 | 301-256-7195 (Home) 000-000-0000 X00000 (Work) 301-256-7195 (Mobile) |

## Registration

Non- EpicCare Patient

## PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Dilasha (M.D.) Katwal, M.D. | 301-702-6100 | None |

## PCP and Location

| PCP | Location |
|---|---|
| DILASHA KATWAL MD, MEDICAL DOCTOR | CAMP SPRINGS[130014] |

## Immunization Summary

Reviewed on 11/14/2017

No immunizations on file.

## Allergies

Reviewed On: **11/14/2017** By: Sinkiewicz, **Melissa (D.O.), D.O.**

### Allergies as of 8/17/2018

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| **Iodine [iodinated Glycerol]** | Not Specified | 11/10/2017 | | Anaphylaxis |

## Problem List

### Problem List as of 08/17/2018

| Problem | Noted |
|---|---|
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, SEVERE W ANXIOUS STRESS** | 1/17/2018 |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **LORazepam (ATIVAN) 0.5 mg Oral Tab** | 20 | 0/0 | 2/6/2018 | 2/26/2018 |
| Sig - Route: Take 1 to 2 tablets orally up to once a day ONLY AS NEEDED for severe anxiety**TAKE SPARINGLY** - Oral | | | | |
| Class: Fill in 4 hours | | | | |
| **traZODone (DESYREL) 50 mg Oral Tab** | 60 | 1/1 | 1/23/2018 | 1/23/2019 |
| Sig - Route: Take 1 to 2 tablets at bedtime ONLY AS NEEDED for insomnia; may take up to 4 tablets if needed - Oral | | | | |
| Class: Fill in 4 hours | | | | |
| **FLUoxetine (PROZAC) 10 mg Oral Cap** | 60 | 1/1 | 1/17/2018 | 1/17/2019 |
| Sig - Route: Take 1 capsule daily for 1 week then increase to 2 capsules - Oral | | | | |
| Class: Fill Now | | | | |
| **hydrOXYzine HCl (ATARAX) 50 mg Oral Tab** | 60 | 1/1 | 1/17/2018 | 1/17/2019 |

Evans, Desire N
MRN: 88245320

Page 1

Plaintiffs0000005740

D. Clifton a.k.a. D. Evans: Smith 000006

## Medications (continued)

**Medications at Start of Encounter (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: take 1-2 tablets at bedtime ONLY AS NEEDED for insomnia; may take one-half to 1 tablet up to twice a day as needed for anxiety - Oral | | | | |
| Class: Fill Now | | | | |
| **Diclofenac Sodium (VOLTAREN) 50 mg Oral TBEC DR Tab** | 60 | 2/2 | 11/14/2017 | 11/14/2018 |
| Sig - Route: Take 1 tablet by mouth 2 times a day as needed for pain - Oral | | | | |
| Class: Fill Now | | | | |

## Medical and Surgical History

**Medical History**

No past medical history on file.

**Surgical History**

No past surgical history on file.

## Obstetric History

**Obstetric History**

The patient has not been asked about pregnancy.

## Social History

**Family and Education**

Marital Status
Married

**Substance & Sexual Activity**

No substance use or sexual activity history on file.

**Social Documentation**

No social documentation on file.

## Family and Employment History

**Family History**

No family history on file.

**Employment History**

No employment history on file.

**Encounter Status**

Open

## END OF REPORT



KAISER
PERMANENTE®

Evans, Desire N
MRN: 88245320

Plaintiffs0000005741

D. Clifton a.k.a. D. Evans: Smith 000007

Family and Employment History (continued)

**Desire N Evans**
1/17/2018 4:10 PM  Office Visit
MRN: 88245320

Encounter #: **250876505**
Center: **LARGO**

Description: **38 year old female**
Provider: **SHANDA J SMITH MD**
Department: **Psychiatry Largo**

---

## Visit Summary

### PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Dilasha (M.D.) Katwal, M.D. | 301-702-6100 | CAMP SPRINGS |

### Registration
Non- EpicCare Patient

### Reason for Visit
**PSYCHIATRIC EXAM**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, SEVERE W ANXIOUS STRESS**  - Primary | F33.2 | |

---

## Progress Notes

Smith, Shanda (M.D.), M.D. at 1/17/2018  4:10 PM
Status: Signed

**PSYCHIATRIC EVALUATION**
New Evaluation.

**CC**: depression and anxiety
**ID: Desire N Evans** is a 38 yr old  female  who presents voluntarily to Kaiser Permanente Largo  Medical Center  Behavioral Health for psychiatric evaluation. She
is self-referred after consultation with her primary care doctor DILASHA KATWAL MD, M.D.

**HPI:** Desire N Evans is a 38 yr old African-American female who presents for a psychiatric evaluation.
Pt reports feeling anxious/depressed for most of her life but worse over the past near one year since her birthday in March.  Reports significant anxiety described as excess worry that is difficult to control, intermittent panic sx's (SOB/palpitations/insolable weeping).  Cries seemingly out of the blue for no reason.
Has had passive thoughts of death related to hopelessness but denies any intent/plans b/c of her strong attachment to her 2yo son; "he keeps me going".
Endorses depressed mood, anhedonia, initial/middle insomnia related to anxious thoughts, low energy, and low appetite. Also poor focus at times because of anxiety/thoughts jumping around.
Works from home so she can watch her son but he's growing/more active and this is becoming more of a challenge.
Denies any specific stressors/changes.  Does note not feeling satisfied with where she is in life; "I have so many ideas"; says she cannot focus or pursue any of her goals b/c of anxiety.
Pt describes herself as very private; husband aware of her depression but feels he doesn't know how to respond; mother as well but their response is to give her space as she often can be short/easily irritated

Evans, Desire N
MRN: 88245320

Plaintiffs0000005742

D. Clifton a.k.a. D. Evans: Smith 000008

**Progress Notes (continued)**

Smith, Shanda (M.D.), M.D. at 1/17/2018  4:10 PM (continued)

which pushes them away.
Open to start both medication and psychotherapy to target depression.

**Past Psychiatric History**:
Hx of symptoms on/off through-out adult life;
One suicide attempt by overdose in '09; admitted for psychiatric tx for about 5d;
Started on Fluoxetine but stopped soon after d/c;
No additional/continued care

**Family Psychiatric History**:
None known

**Social History:**
B/R by grandparents as father was incarcerated on/off and mother was often out of the home;
Has one brother 9y younger by her parents who were married/divorced in '09;
Functioned as a parent to younger brother;
Moved often while growing up b/t family
Completed education through HS and some college
Works FT for Care First Blue Cross; works from home
Married x 2y and has a 2yo son

**Substance Use:**
Alcohol: rarely
Tobacco: denies
**Drug use**: daily MJ use to help with sleep

**Medical History**:
No past medical history on file.

**ALLERGIES**

| Allergen | Reactions |
|---|---|
| • Iodine [Iodinated Glycerol] | Anaphylaxis |

**Medications**: No active medications on file as of 01/17/2018

**MENTAL STATUS EXAMINATION.:**
**Orientation**: Alert and Oriented to self, time, place, situation; **Appearance:** Appropriately groomed with good hygiene; **Psychomotor**: mild  PMA/ noPMR;  **Speech**: normal rate, tone, volume;  **Mood**: depressed; **Affect**: Sad/tearful and mood congruent
**Thought Process**: Linear, goal-directed, organized;  **Thought Content:** centered on the situation, denies active SI, intent/plan to harm self; no overt evidence of psychosis or ideas of reference  **Cognition**: Grossly intact based on overall recall of recent and remote memory;   **Insight/Judgment**: fair/intact

**Risk Assessment:**
Risk Factors: hx of suicide attempt in '09
Protective Factors: no active desire to die; is help seeking; strongly attached to 2yo son; +supports; future oriented
Overall Risk Level: low

Evans, Desire N
MRN: 88245320

Page 4

5 of 19

Plaintiffs0000005743

D. Clifton a.k.a. D. Evans: Smith 000009

**Progress Notes (continued)**

Smith, Shanda (M.D.), M.D. at 1/17/2018 4:10 PM (continued)

Patient is at low risk of self-harm given no active suicidal ideation/intent or plan to harm herself; strong attachment to her 2yo son and says she would never harm herself/be away from him.

Safety plan has been reviewed. Patient agrees to call 911 and inform family/friends of crisis and/or reach out for support if active self-harm thoughts develop.

**Diagnoses:**
Major Depressive D/O, Recurrent, Severe with Anxious Stress
Unhealthy Substance Behavior

**Treatment plan:**
Risk Assessment: Patient was found to be at low risk for danger to self or danger to others and is safe for treatment on the outpatient level of care.

Psychoeducation was provided.

1. Prozac 10mg: one cap daily for 1 week then increase to 2 capsules daily
2. Hydroxyzine 50mg: **one to two** tablets ONLY AS NEEDED for difficulty **sleeping**;
   **1/2 to 1** tablet as needed for severe anxiety
3. Video Visit: Friday Feb 16th at 1:50pm
4. Psychotherapy NE on Friday 1/19 at 3pm at Marlow Heights

Please feel free to secure message me through kp.org or call this clinic at 301 386-6800 for any questions or concerns related to your medication(s) prior to our next appointment

Electronically signed by Smith, Shanda (M.D.), M.D.,1/19/2018 4:44 PM

**Visit Disposition**

Disposition
Return in about 1 month (around 2/17/2018).

**Medications**

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| FLUoxetine (PROZAC) 10 mg Oral Cap | 60 | 1/1 | 1/17/2018 | 1/17/2019 |
| Take 1 capsule daily for 1 week then increase to 2 capsules - Oral | | | | |
| hydrOXYzine HCl (ATARAX) 50 mg Oral Tab | 60 | 1/1 | 1/17/2018 | 1/17/2019 |
| take 1-2 tablets at bedtime ONLY AS NEEDED for insomnia; may take one-half to 1 tablet up to twice a day as needed for anxiety - Oral | | | | |

**Infusion Orders**

No relevant orders to display.

**Level of Service**

Evans, Desire N
MRN: 88245320

Page 5

Plaintiffs0000005744

D. Clifton a.k.a. D. Evans: Smith 000010

**Level of Service (continued)**

Level of Service
**PSYCHIATRIC DIAGNOSTIC EVAL W MEDICAL SERVICES [90792A]**

**Encounter Status**

Completed By Smith, Shanda (M.D.), M.D. on 1/19/18 at 4:44 PM

**Delivery Summary - Mom**

## END OF REPORT

 KAISER
PERMANENTE®

**After Visit Summary**                          Desire N Evans
**1/17/2018**                                     MRN: 88245320

### Visit Information

**Visit Information**

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 1/17/2018  4:10 PM | Smith, Shanda J (M.D.), M.D. | PSYCHIATRY LARGO | 250876505 |

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, SEVERE W ANXIOUS STRESS**   - Primary | F33.2 |  |

### Instructions and Follow-Up

**Patient Instructions**

1. Prozac 10mg: one cap daily for 1 week then increase to 2 capsules daily
2. Hydroxyzine 50mg: **one to two** tablets ONLY AS NEEDED for difficulty **sleeping**;
   **1/2 to 1** tablet as needed for severe anxiety
3. Video Visit: Friday Feb 16th at 1:50pm
4. Psychotherapy NE on Friday 1/19 at 3pm at Marlow Heights

Please feel free to secure message me through kp.org or call this clinic at 301 386-6800 for any questions or concerns related to your medication(s) prior to our next appointment

**Follow-up and Disposition**

Return in about 1 month (around 2/17/2018).

Evans, Desire N
MRN: 88245320

Page 6

Plaintiffs0000005745

D. Clifton a.k.a. D. Evans: Smith 000011

**Instructions and Follow-Up (continued)**

**Medications**

**Medications Started This Visit**

FLUoxetine (PROZAC) 10 mg Oral Cap
hydrOXYzine HCl (ATARAX) 50 mg Oral Tab

**Additional Information**

**Do you need to cancel an appointment?**

Please inform us at least 24 hours in advance if you need to cancel an appointment.  You can cancel appointments online at kp.org or by calling our appointment line at 703-359-7878 or toll free at 1-800-777-7904 (TTY 703-359-7919 or toll free at 1-800-700-4901) and selecting option 1. For Behavioral Health, please call 1-866-530-8778.

**kp.org Information**

Are you a registered member of kp.org?  If not, please visit **www.kp.org** to register and to begin using this exceptional feature.  Via the website, you can view recent lab test results, past office visit information, immunizations, and medication allergies.  You can also  send secure e-mail messages with questions to your provider or to the advice nurse, and you can refill prescriptions as well as have the ability to check your eligibility and benefits.  Secure, easy to access and always available.

Evans, Desire N
MRN: 88245320

Plaintiffs0000005746

D. Clifton a.k.a. D. Evans: Smith 000012

 **KAISER PERMANENTE**

**Desire N Evans**
1/22/2018 5:47 PM   **Patient Secure Message**
MRN: 88245320

Encounter #: **251670299**
Center: **LARGO**

Description: **38 year old female**
Provider: **SHANDA J SMITH MD**
Department: **Psychiatry Largo**

---

**Visit Summary**

**Reason for Visit**

---

**Telephone Contact Summary**

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 1/22/2018 5:47 PM | Smith, Shanda (M.D.), M.D. | Psychiatry Largo | LARGO |

**Encounter Documentation**
No notes of this type exist for this encounter.

**Encounter Messages**

RE: Medication Question

| From | To | Sent and Delivered |
|---|---|---|
| Shanda J (M.D.) Smith, M.D. | Desire N Evans | 1/23/2018 2:16 PM |

Last Read in kp.org
2/2/2018 3:16 PM by Desire N Evans
Good afternoon,

Yes there are other options.

Please stop the Hydroxyzine.

I will send a Rx for Trazodone to the Camp Springs pharmacy.  You can take 1-2 tablets at bedtime as needed for insomnia.

The maximum dosage is 200mg so you if needed you can increase up to 4 tabs at bedtime.

Dr. Smith

Previous Messages
----- Message -----
From: Desire N. Evans
Sent: 1/22/2018 5:47 PM EST
To: SHANDA SMITH MD, M.D.
Subject: Medication Question

Good Evening

I'm writing because the sleep medication I was prescribed gives me migraines. I even tried to take half, and although the headache was not as severe, taking half did not get rid of my symptoms. Are there any other

Evans, Desire N
MRN: 88245320

Page 8

Plaintiffs0000005747

D. Clifton a.k.a. D. Evans: Smith 000013

**Telephone Contact Summary (continued)**

<u>Encounter Messages (continued)</u>

options?

Medication Question

| From | To | Sent |
|---|---|---|
| Desire N Evans | Shanda J (M.D.) Smith, M.D. | 1/22/2018 5:47 PM |
| Good Evening | | |

I'm writing because the sleep medication I was prescribed gives me migraines. I even tried to take half, and although the headache was not as severe, taking half did not get rid of my symptoms. Are there any other options?

**Patient Secure Message Encounter Routing History**

<u>Patient Instructions</u>

None

## END OF REPORT

Evans, Desire N
MRN: 88245320

Plaintiffs0000005748

D. Clifton a.k.a. D. Evans: Smith 000014



**KAISER PERMANENTE.**

**Desire N Evans**
1/23/2018 2:15 PM   Orders Only
MRN: 88245320

Description: **38 year old female**
Provider: **SHANDA J SMITH MD**

Encounter #: **251837674**
Center:

Department: **Lab Services Regl Lab**

## Visit Summary

### PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Dilasha (M.D.) Katwal, M.D. | 301-702-6100 | CAMP SPRINGS |

### Registration
Non- EpicCare Patient

### Reason for Visit

### Progress Notes
No notes of this type exist for this encounter.

### Medications

#### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 mg Oral Tab** | 60 | 1/1 | 1/23/2018 | 1/23/2019 |
| Take 1 to 2 tablets at bedtime ONLY AS NEEDED for insomnia; may take up to 4 tablets if needed - Oral | | | | |

### Infusion Orders
No relevant orders to display.

### Encounter Status
Completed By Mas Interface, Default User on 1/25/18 at 2:04 AM

### Delivery Summary - Mom

## END OF REPORT

Evans, Desire N
MRN: 88245320

Plaintiffs0000005749

D. Clifton a.k.a. D. Evans: Smith 000015

 **KAISER PERMANENTE®**

**Desire N Evans**
2/6/2018 3:30 PM   Scheduled Telephone Encounter
MRN: 88245320

Description: **38 year old female**
Provider: **SHANDA J SMITH MD**

Encounter #: **253087182**
Center: **LARGO**

Department: **Psychiatry Largo**

---

## Visit Summary

### Reason for Visit
**ANXIETY**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE, SEVERE W ANXIOUS STRESS**   - Primary | F33.2 |  |

### Telephone Contact Summary

#### Outgoing Call

|  | Provider | Department | Center |
|---|---|---|---|
| 2/6/2018 3:32 PM | Smith, Shanda (M.D.), M.D. | Psychiatry Largo | LARGO |

### Encounter Documentation

Smith, Shanda (M.D.), M.D. at 2/6/2018  3:55 PM

Status: Signed

#### Scheduled Telephone Medication Management Visit

**S:** Pt called for scheduled follow-up, symptoms assessment and medication review.  Chart and history reviewed.  Called pt in response to secure message; notes initial improvement in mood; not crying as much after starting Prozac and titrated to 20mg successfully; however about 1.5 week after increasing to 20mg experienced heightened anxiety, chest palpitations, shakiness; on further discussion pt under significant stress; feels bad about still living in her mother's home after 1y; "I"m almost 40, married, and have a son"; some issues w/ mother's mate; also pt in the process of buying a home which has been stressful. Feels she is tolerating Prozac well.
Rec pt continue Prozac 20mg and also discussed r/b/se of sparing use of Ativan for severe anxiety/palpitations; discussed it can be habit forming and cautioned against regular use. Appeared to understand.
No SI

**Current Meds:**
Prozac 20mg
Trazodone 50mg hs prn

**Mental Status Exam:**
She sounds awake alert, cooperative.

---

Evans, Desire N
MRN: 88245320

Page 11

12 of 19

Plaintiffs0000005750

D. Clifton a.k.a. D. Evans: Smith 000016

**Encounter Documentation (continued)**

Smith, Shanda (M.D.), M.D. at 2/6/2018  3:55 PM (continued)
Speech: spontaneous, nl rate/volume/tone
Mood: anxious/stressed
Thought Process: logical, goal-directed.
Thought Content: Denies suicidal ideation/intent/plan. No evidence of homicidal ideation, delusions, or
hallucinations.
Cognition: grossly intact
Insight/Judgment: intact

**Diagnosis:**
MDD, Rec, Mod with Anxious Stress

**Plan:**
1. Start Ativan 0.5mg: 1-2 prn severe anxiety
2. Continue Prozac 20mg
3. F/u with me on 2/16 as scheduled

**Encouraged to f/u** via kp.org sooner if needed.

The risks, benefits, side effects and alternatives for the various medications (including not taking medications)
started today were reviewed with the pt.

I have confirmed the presence of the above clinical diagnoses, which were considered in the current and
ongoing care of the patient. At the time of this visit, the patient states, and/or the medical record indicates, that
there are no changes in these conditions, unless otherwise noted, and the patient has been advised to follow
up with PCP or specialist as treatment warrants.

Electronically signed by Smith, Shanda (M.D.), M.D., 2/6/2018  3:59 PM

**Contacts**

|  | Type | Contact | Phone |
|---|---|---|---|
| 02/06/2018 03:32 PM | Phone (Outgoing) | Evans, Desire N (Self) | |

**Level of Service**
Level of Service
**PHYS TAV, EST PAT, 11-20 MIN OF MEDICAL DISCUSSION [99442A]**

**Encounter Messages**
No messages in this encounter

**Patient Secure Message Encounter Routing History**

**Patient Instructions**
None

## END OF REPORT

Evans, Desire N
MRN: 88245320

Page 12

Plaintiffs0000005751

D. Clifton a.k.a. D. Evans: Smith 000017

 **KAISER PERMANENTE.**

**Desire N Evans**
2/6/2018 11:48 AM   **Patient Secure Message**
MRN: 88245320

Description: **38 year old female**
Provider: **SHANDA J SMITH MD**

Encounter #: **253059819**
Center: **LARGO**

Department: **Psychiatry Largo**

---

## Visit Summary

### Reason for Visit

### Telephone Contact Summary

#### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/6/2018 11:48 AM | Smith, Shanda (M.D.), M.D. | Psychiatry Largo | LARGO |

#### Encounter Documentation
No notes of this type exist for this encounter.

#### Encounter Messages

RE: Medication Question

| From | To | Sent |
|---|---|---|
| Desire N Evans | Shanda J (M.D.) Smith, M.D. | 2/6/2018  2:14 PM |

The hydroxyzine was giving me migraines, and you changed me to trazadone which doesn't work at all. The nausea is not coming from the medicine. My anxiety/nervousness is causing my stomach to feel this way and unable to eat. I literally feel like I'm sitting in the doctors office waiting to hear the worst news of my life. I don't know why I feel so nervous and scared.

Previous Messages

----- Message -----
From: SHANDA SMITH MD, M.D.
Sent: 2/6/2018  1:58 PM EST
To: Desire N. Evans
Subject: RE: Medication Question

Good afternoon,

Thank-you for the update.

It doesn't sound like this medication is working well.

For now I recommend you reduce the Prozac back down to just one tablet daily (10mg) to reduce the side effects (shakiness, nausea etc).

Prozac (Fluoxetine) typically takes 4-6 weeks for maximal effect of your anxiety.

The Hydroxyzine can be used short term to help with your anxiety/nervousness until the Prozac is effective. What has your response been to the Hydroxyzine?

---

Evans, Desire N
MRN: 88245320

Page 13

14 of 19

Plaintiffs0000005752

D. Clifton a.k.a. D. Evans: Smith 000018

**Telephone Contact Summary (continued)**

Dr. Smith

----- Message -----
From: Desire N. Evans
Sent: 2/6/2018 11:48 AM EST
To: SHANDA SMITH MD, M.D.
Subject: Medication Question

Good Morning
I have been trying to email since last wee, I hope this one make it through. I am writing because the first week and half on my medication, I was doing a lot better. I still have extreme anxiety, but I was not as depressed or sad. Fast forward to last week I began to feel worse than I was before even with the medication. I became really sad and depressed again almost angry. My anxiety is to the put that I'm feeling nauseous I can't eat because I'm so nervous I feel like I'm going to vomit. I don't know what I should do at this point my hands are literally shaking.

RE: Medication Question

| From | To | Sent and Delivered |
|---|---|---|
| Shanda J (M.D.) Smith, M.D. | Desire N Evans | 2/6/2018 1:58 PM |

Last Read in kp.org
2/6/2018 2:33 PM by Desire N Evans
Good afternoon,

Thank-you for the update.

It doesn't sound like this medication is working well.

For now I recommend you reduce the Prozac back down to just one tablet daily (10mg) to reduce the side effects (shakiness, nausea etc).

Prozac (Fluoxetine) typically takes 4-6 weeks for maximal effect of your anxiety.

The Hydroxyzine can be used short term to help with your anxiety/nervousness until the Prozac is effective. What has your response been to the Hydroxyzine?

Dr. Smith

Previous Messages

----- Message -----
From: Desire N. Evans
Sent: 2/6/2018 11:48 AM EST
To: SHANDA SMITH MD, M.D.
Subject: Medication Question

Good Morning
I have been trying to email since last wee, I hope this one make it through. I am writing because the first week and half on my medication, I was doing a lot better. I still have extreme anxiety, but I was not as depressed or sad. Fast forward to last week I began to feel worse than I was before even with the medication. I became really sad and depressed again almost angry. My anxiety is to the put that I'm feeling nauseous I can't eat because I'm so nervous I feel like I'm going to vomit. I don't know what I should do at this point my

Evans, Desire N
MRN: 88245320

Page 14

15 of 19

Plaintiffs0000005753

D. Clifton a.k.a. D. Evans: Smith 000019

Telephone Contact Summary (continued)

Encounter Messages (continued)

      hands are literally shaking.

Medication Question

| From | To | Sent |
|---|---|---|
| Desire N Evans | Shanda J (M.D.) Smith, M.D. | 2/6/2018 11:48 AM |

Good Morning

  I have been trying to email since last wee, I hope this one make it through. I am writing because the first week and half on my medication, I was doing a lot better. I still have extreme anxiety, but I was not as depressed or sad. Fast forward to last week I began to feel worse than I was before even with the medication. I became really sad and depressed again almost angry. My anxiety is to the put that I'm feeling  nauseous I can't eat because I'm so nervous I feel like I'm going to vomit. I don't know what I should do at this point my hands are literally shaking.

Patient Secure Message Encounter Routing History

Patient Instructions

  None

# END OF REPORT

Evans, Desire N
MRN: 88245320

Plaintiffs0000005754

D. Clifton a.k.a. D. Evans: Smith 000020

 **KAISER PERMANENTE**®

**Desire N Evans**
2/16/2018 1:59 PM   Telephone
MRN: 88245320

Encounter #:  **253752948**
Center:  **LARGO**

Description:  **38 year old female**
Provider:  **SHANDA J SMITH MD**
Department:  **Psychiatry Largo**

## Visit Summary

### Reason for Visit

## Telephone Contact Summary

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/16/2018 1:59 PM | Smith, Shanda (M.D.), M.D. | Psychiatry Largo | LARGO |

### Encounter Documentation

#### Smith, Shanda (M.D.), M.D. at 2/16/2018  1:59 PM

Status:  Signed

Attempted to reach pt who didn't log in for today's Video Visit.

Reached her VM and left message w/ my name/return number.

Encouraged her to reach out to me either through kp.org or by phone for any questions/concerns

Electronically signed by Smith, Shanda (M.D.), M.D., 2/16/2018  2:00 PM

### Encounter Messages

No messages in this encounter

### Patient Secure Message Encounter Routing History

### Patient Instructions

None

## END OF REPORT

Evans, Desire N
MRN: 88245320

Plaintiffs0000005755

D. Clifton a.k.a. D. Evans: Smith 000021

RW MDL   RH 1417974

**KAISER PERMANENTE.**
(*Kaiser Permanente entities are listed on reverse side of this form)

**AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT HEALTH INFORMATION**
Note: Fees may apply to certain requests

Patient Name: _____
Medical Record number: _____ Birth Date: _____
Address: _____
City: _____ State: _____
Zip Code: _____ Phone #: _____
Email: _____

Kaiser Permanente may release this information to: ☑ Check if same as above
Recipient Name: _____
Address: _____ City: _____ State: _____ Zip Code: _____
Phone # ( ) _____ Email: _____

This disclosure can be used for the following purpose(s): ☐ Personal Use ☐ Legal ☐ Insurance
☐ Medical Treatment ☐ Medical Condition Verification ☐ Disability ☑ FMLA ☐ Workers' Comp

Check ONLY one of the following three options to identify the health information to be released.
☑ **Option 1:** Form Completion (a substitute form or relevant medical records may be released)
☐ **Option 2:** Last 2 years of Kaiser Permanente Medical Office and Kaiser Foundation Hospital records
☐ **Option 3:** Records as specified. You must complete Step 1 and Step 2 below.
  Step 1. Enter date range or date(s) of the records to be released: _____
  Step 2. Select types of records to be released:
  ☐ KP Medical Office ☐ Kaiser Foundation Hospital ☐ Immunization ☐ Lab Results
  ☐ Diagnostic Images ☐ Copays & Deductibles ☐ Itemized Billing ☐ Pharmacy
  ☐ Other (provider, department, specialty): _____

NOTE: Hospital and Medical Office records released as part of this authorization may contain references related to mental health, addiction, and HIV medical conditions.
Check the boxes below if you want this release to include the following information, Otherwise, this information will be excluded.
☒ Mental Health Treatment Records ☐ Addiction Medicine Treatment Records ☐ HIV Test Results

Media Type: ☐ Electronic ☑ Paper Delivery Preference: ☑ Electronic ☑ Mail ☒ Pickup

**DURATION:** Authorization shall remain in effect for one year from the date of signature below. However, in Washington, D.C. permission to release addiction medicine treatment records expires after six (6) months.

**REVOCATION:** You or your personal representative may cancel this authorization for future releases by submitting a written request to the Release of Information Unit listed for your region of service on the reverse side of this form. Your cancellation will not affect information that was released prior to receipt of the written request.

**REDISCLOSURE:** Once this information is released, it may not be protected under federal privacy law (HIPAA). State or other federal law may require the recipient to obtain your authorization before further disclosure.

Kaiser Permanente may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization. This disclosure is made at your request. For Virginia patients, a copy of this authorization, and a note stating to whom your information was disclosed will be included in your medical record. A copy of the original authorization is valid. You have a right to a copy of this completed authorization.

_____ _____
Date          Signature                    If personal representative, print name/relationship

KPMA-0122 (REV-4-17)          ORIGINAL - BILLING PARTY   CANARY - PATIENT                    242168

Plaintiffs0000005756

D. Clifton a.k.a. D. Evans: Smith 000022

### Health Care Provider Certification for the Family Medical Leave Act (FMLA)
Employee's Own Serious Health Condition

15

| Employee Section |
| --- |

**⚠ Important!**
1. Your health care provider must complete **all** questions on this form.
2. You **must** call Aon Hewitt at 1-888-763-6468, option 2, to initiate your leave of absence **before** you submit this form. Failure to contact Aon Hewitt to report your leave may affect your job, pay, and benefits.
3. Fax this **completed** form to 1-847-554-1934 **or** mail it to Aon Hewitt, P.O. Box 785002, Orlando, FL 32878-5002.

Name (Print) Desire Evans          Employee ID

| Health Care Provider Section – Answer ALL Questions |
| --- |

**1. Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information.)*
☐ Absence Plus Treatment   ☐ Chronic Conditions Requiring Treatment   ☐ Hospital Care   ☐ Pregnancy
☐ Permanent/Long-Term Conditions Requiring Supervision   ☑ Multiple Treatments (Nonchronic Conditions)

**2. Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Major Depressive Disorder, Recurrent Episode Severe w/Anxious Stress

**3. Can the employee do work of any kind?  (Check one.)**
☑ Yes, the employee can do his or her job.
☐ Yes, the employee can do *part* of his or her job.
☐ No, the employee cannot do any work.
☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: _____

**4. The employee needs to miss work:**
☐ Continuously-An uninterrupted absence for a single illness or injury
☑ Intermittently-Occasional absences due to a single illness or injury (includes reduced schedule)

**If intermittently,**
a) Check **one** and provide the related information:
☐ **Planned, Regular Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? _____
How many hours can this employee work each day (for example, 5 hours)? _____

☑ **Unplanned, Unknown, or As Needed**
How often will this employee be away from work (for example, twice a month)? twice / month
How long will this employee be away from work each time (for example, four hours)? 8 hours

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☑ Yes ☐ No
*Note: The employee is required to provide a requested leave schedule to his or her manager.*

**5. Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above: 01 / 17 / 2018 mm dd yyyy
*If intermittent, use the first date of the most recent period of absence.*

**6. Return Date:** Date employee can return to work at his or her normal schedule: 01 / 17 / 2019 mm dd yyyy
*If chronic or permanent condition(s), the return date will be no greater than one year after the leave start date.*

**Health Care Provider Acknowledgment**
Name (Print): Shanda Smith MD.    Date: 1/22/18    Phone: 301-618-5500
Address: 12201 Mercantile La Largo MD 20721
☞ Signature: _____ MD

KAISER PERMANENTE
LARGO MEDICAL CENTER
1221 Mercantile Lane
Largo, Maryland 20774

Copyright © 2010 Hewitt Associates LLC
19 of 19
000020194 0002-V000001



D. Clifton a.k.a. D. Evans: Smith 000023