# Exhibit 70

```
 1      IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

 2   MONIQUE RUSSELL, et al.    :

 3       Plaintiffs             : Case No.:

 4           Vs.                : CAL17-22761

 5   DIMENSIONS HEALTH CORP.,   : CAL17-37091

 6   et al.                     : CAL18-07863

 7       Defendants             :

 8                  -----------------------

 9

10          Deposition of JASMINE RIGGINS was taken

11   via videotape on Monday, April 1, 2019, commencing

12   at 10:03 a.m., at Law Office of David Ellin, P.C.,

13   154 Westminster Pike, Reisterstown, Maryland,

14   before MICHELE D. LAMBIE, Notary Public.

15                  -----------------------

16

17

18

19

20

21   Reported By:   Michele D. Lambie, CSR-RPR
```

Page 74

1  opportunity to object before answering the next
2  series of questions.
3       MR. ELLIN: Objection.
4  BY MR. CATHELL:
5     Q.  Did you meet with your attorneys before
6  the Complaint was filed?
7     A.  Yes.
8     Q.  And do you recall how long?
9     A.  How long did we meet?
10    Q.  How long did you meet prior to the
11 Complaint being filed?
12    A.  I do not recall.
13    Q.  Since the Complaint was filed, have you
14 met with your attorneys?
15    A.  Yes.
16    Q.  And do you recall how many times you have
17 met with your attorneys?
18    A.  No. We've met multiple times.
19    Q.  And when was the last time you met with
20 your attorneys?
21    A.  Other than this morning?

Page 75

1     Q.  Yes.
2     A.  Friday, I believe.
3         MR. ELLIN: And just to clarify, too.
4  Meeting, like telephone conference I think that
5  she's using that as well --
6         THE WITNESS: Yeah.
7         MR. ELLIN: -- as well as an actual
8  meeting.
9  BY MR. CATHELL:
10    Q.  So, without getting into any of the
11 specifics of the communications, how often have you
12 communicated with your lawyers regarding this case?
13    A.  Often. I don't -- I don't have a
14 specific number.
15    Q.  Have you read any of the papers that have
16 been filed in court in this case, other than the
17 Complaint?
18    A.  Not that I can recall.
19    Q.  Have you gone to court to any of the
20 hearings that have occurred in this case?
21    A.  No. I've -- I was aware of them. I have

Page 76

1  not been physically there.
2     Q.  And why did you not attend those
3  hearings?
4     A.  My attorney didn't advise me that I
5  needed to be there.
6     Q.  Do you plan on going to court hearings in
7  this case regarding class certification?
8     A.  If my attorneys need me there.
9     Q.  Do you know what class certification is?
10    A.  Vaguely.
11    Q.  Okay. And what is your understanding as
12 to what class certification is?
13    A.  Well, I know that it's a process of
14 the -- the class action representative. It's
15 something that they're supposed to have or do. I'm
16 not honestly sure of exactly what it is.
17    Q.  Do you know what causes of action are
18 being asserted in the Complaint in this matter?
19        MR. ELLIN: Objection. You can answer to
20 the best of your ability.
21        THE WITNESS: Okay. What is the question

Page 77

1  again?
2  BY MR. CATHELL:
3     Q.  Sure. Do you know what causes of action
4  are being asserted in the Complaint in this matter?
5     A.  Can you rephrase that? I don't -- what
6  causes of action are being asserted? Not that
7  I -- no. Causes of action?
8     Q.  Do you want me to rephrase it
9  or --
10    A.  Please, yes.
11    Q.  Well, do you -- do you know what a cause
12 of action is?
13    A.  Yes.
14    Q.  Okay. And do you know what the causes of
15 action that you're bringing in this case are?
16    A.  The causes of action that I'm bringing to
17 the case?
18        MR. ELLIN: What -- what we're alleging
19 they did wrong.
20        THE WITNESS: Yes.
21        MR. ELLIN: Is that -- is that fair?

Page 78

1 Okay.
2     THE WITNESS: Okay. The fact that
3 the -- the hospital wasn't very -- what's the word?
4 Good at -- they weren't very good at who they
5 allowed practice in their hospital. They didn't do
6 a good job at checking into his background, making
7 sure everything was legit, making sure that he was
8 actually saying who he was.
9 BY MR. CATHELL:
10    Q. Do you know what damages the Complaint is
11 seeking?
12    A. What damages we're seeking?
13    Q. Yes.
14    A. The damages -- yes.
15       MR. ELLIN: Are you talking about like
16 the specific amount in the Complaint? I just want
17 to make sure we're --
18       THE WITNESS: Yeah, we are clear.
19 BY MR. CATHELL:
20    Q. Just any understanding. I mean, that's a
21 yes or no. Do you know what the damages the

Page 79

1 Complaint is seeking?
2    A. Yes.
3    Q. Okay. And what is your understanding as
4 to what the damages sought are?
5    A. So far as him not being legit and as far
6 being fraud, are you talking about that?
7 Like --
8    Q. I'm just asking your understanding of the
9 damages in your Complaint.
10       MR. ELLIN: And if you don't know them
11 all, it's fine.
12       THE WITNESS: Yeah.
13       MR. ELLIN: Again, it's not a trick
14 question.
15       THE WITNESS: Yeah, not at this time.
16 BY MR. CATHELL:
17    Q. Yeah. This is my opportunity just to
18 explore what you know, so I'm not --
19    A. Right.
20    Q. -- implying anything with my question. I
21 just want to know what your understanding of

Page 80

1 specific things in the lawsuit are, okay?
2    A. Okay.
3    Q. Do you know the names of the Defendants
4 that are being sued in this case?
5    A. Yes.
6    Q. Okay. And what are the names of the
7 Defendants?
8    A. Dimensions Healthcare.
9       MR. ELLIN: Oh. We lost the -- there you
10 go.
11 BY MR. CATHELL:
12    Q. Anyone else?
13    A. The Dimensions Healthcare. I'm sorry.
14    Q. Anyone else?
15    A. No, other than --
16    Q. Did --
17    A. Oh, go ahead.
18    Q. Were you finished your answer?
19    A. Yes.
20    Q. Have you met with any of the other
21 Plaintiffs?

Page 81

1    A. No.
2    Q. Other than Ms. Russell, who we've
3 discussed, are you aware of the names of any other
4 Plaintiff?
5    A. Not every -- no, not the names.
6    Q. Are you aware that the Complaint is
7 asking the court to certify this matter as a class
8 action?
9    A. Yes.
10   Q. And do you know what it means to proceed
11 as a class action?
12   A. Yes.
13   Q. And what does that mean, to proceed as a
14 class action?
15   A. That this is an act of a class of
16 multiple people. That it's more than one person.
17   Q. Anything else? Any further
18 understanding?
19   A. No.
20   Q. Do you know how many proposed class
21 members there are?