# Exhibit 72

Monique Russell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


- - - - - - - - - - - - - - - - X

MONIQUE RUSSELL, JASMINE          :

RIGGINS, ELSA M. POWELL           :

and DESIRE EVANS,                 : Civil Action No.

          Plaintiffs,             :  18-5629

v.                                :

EDUCATIONAL COMMISSION FOR        :

FOREIGN MEDICAL GRADUATES,        :

          Defendant.              :

- - - - - - - - - - - - - - - - X



Videotaped Deposition Of MONIQUE RUSSELL

Washington, D.C.

Monday, September 16, 2019

1:51 p.m.



Job No. 88394

Pages: 1 - 136

Reported by:  Dana C. Ryan, RPR, CRR, CSR (GA)

Monique Russell

1  of the head, we might be able to see it on the

2  video, but it might not be clear on the

3  transcript.  And, so, if I ask you for an audible

4  response or if I repeat your answer to make sure

5  that I heard it correctly, that's why I'm doing

6  it, so that the court reporter can take down the

7  questions and answers as best she can.

8              Is that understood?

9      A     Yes.

10     Q     This is not an endurance contest.  If

11 you need to take a break at any point in time, use

12 the facilities, talk to your counsel, that's fine.

13 Just let me know and we'll -- we'll go ahead and

14 do that, okay?

15     A     Okay.

16     Q     There may be questions that I have to

17 ask you today that relate to subjects of a

18 personal nature, and I'm not trying to pry or do

19 anything other than get facts that I need to have

20 to understand the basis for the lawsuit, and

21 that's why I'm asking those questions, okay?

22     A     Okay.

23     Q     If at any time you don't understand my

24 question or didn't hear my question and want me to

25 repeat it or rephrase it, just let me know, and

Monique Russell

1    either the court reporter will read it back to you

2    or I'll try again to do a better job of asking my

3    question, okay?

4         A    Okay.

5         Q    Are you on any medication today that

6    would affect your ability to remember things or to

7    testify truthfully?

8         A    No.

9         Q    Okay.  As you sit here today, can you

10   think of any reason why you couldn't testify

11   truthfully and answer questions to the best of

12   your ability?

13        A    No.

14        Q    Okay.  Do you have any questions for me

15   before we start?

16        A    Not at this time.

17        Q    Okay.  Can you give me your full name,

18   please?

19        A    Sure.  My name is Monique Melissa

20   Russell.

21        Q    Okay.  And your date of birth?

22        A    July 16th, 1977.

23        Q    And what's your current address?

24        A    In the States, it is 1906 Beeches Glory

25   Path, Annapolis, Maryland 21401, but I am

Monique Russell

1   currently residing in Costa Rica on a two-year

2   contract.

3        Q     Okay.  And when did you start your time

4   in Costa Rica?

5        A     On August of last year.

6        Q     So August of 2018?

7        A     Yes.

8        Q     And when are you scheduled to return

9   completely from the two-year contract?  August of

10  '20?

11       A     I'm in the second year of my two-year

12  contract.

13       Q     And who is the contract with?

14       A     Country Day School.

15       Q     And what job are you doing in Costa

16  Rica for them?

17       A     I'm the curriculum coordinator for the

18  early childhood and elementary schools.

19       Q     And what is your responsibilities in

20  that job?

21       A     I work with the principals of both

22  schools on alignment of curriculum from

23  prekindergarten to fifth grade, and provide

24  training and professional development to all of

25  the teachers and work with them in planning

Monique Russell

1    meetings.

2        Q        And when you say the two schools, there

3    are two separate schools in Costa Rica?

4        A        No, they call them schools.  Country

5    Day School is a campus that goes from early

6    childhood to high school, and so there are four

7    schools, the early childhood, elementary, middle

8    and high school, and I work with the two lower

9    schools.

10        Q        And are you in Costa Rica by yourself,

11    or is your family with you?

12        A        My family is with me.

13        Q        And who is that that's with you there?

14        A        My husband and my son.

15        Q        Okay.  And your husband's name is?

16        A        Christopher William Russell.

17        Q        Okay.  And how old is he?

18        A        He is -- how old am I? -- 46.

19        Q        And your son?

20        A        Is Luka.

21        Q        Okay.  And how old is Luka?

22        A        Three.

23        Q        Okay.  And was Luka born or May 25th,

24    2016?

25        A        Yes.

Monique Russell

1       Q       Okay.  Do you have any other children?

2       A       No.

3       Q       And how long have you been married?

4       A       For five years in October.

5       Q       Okay.  And you are here in Washington,

6   D.C. today having returned from Costa Rica;

7   correct?

8       A       Yes, I flew from Costa Rica.

9       Q       Okay.  And when did you arrive here in

10  Washington?

11      A       Last night.

12      Q       Okay.  And what, if anything, have you

13  done to prepare to come and testify here today in

14  this deposition?

15      A       I reviewed my interrogatories and the

16  paperwork of the course --

17      Q       Uh-huh.

18      A       -- of the case, but that's about it.

19      Q       Okay.  You -- you have filed, as I

20  understand it, two different lawsuits related to

21  your interactions with a Dr. Charles Akoda;

22  correct?

23      A       Yes.

24      Q       Did you review materials related to

25  both of those cases before coming in to testify

1    teacher?

2        A     When I was a classroom teacher, I

3    worked ten months.  I did not work summers.

4        Q     **Okay.  And what did you do during the**

5    **summers?**

6        A     Some summers I would work; I would wait

7    tables.

8        Q     **Uh-huh.**

9        A     Or -- I'm trying to think what other --

10   but jobs like that.  One summer I traveled.

11       Q     **Okay.  Recuperated and got ready for**

12   **the next school year?**

13       A     Yes.

14       Q     **I don't blame you.**

15             **I want to talk a little bit about --**

16   **what do I want to talk about?  Strike that.**

17             **Let me ask you some background**

18   **questions about the lawsuit so I understand**

19   **what -- what you know and what you're familiar**

20   **with.**

21             **When did you first decide to retain**

22   **Mr. Zajdel as your -- as your counsel?**

23       A     I don't know exactly what month, but it

24   was probably more than a month after I found out

25   about Akoda.

Monique Russell

1      Q      And if I understand from your discovery

2   responses in the case, you believe that you found

3   out about the fact that Dr. Akoda, who I believe

4   helped deliver your son, Luka, you found out he

5   had pled guilty in June of 2017?

6      A      I'm not sure if that's the time, but if

7   that's what your record shows, probably.

8      Q      We can go through, and we probably will

9   go through, some of the questions.  I'm not trying

10   to -- to trick you on that, so . . .

11             Why don't you tell me just generally

12   how you came to learn about any issues with

13   Dr. Akoda?

14      A      Sure.  So I -- in the neighborhood

15   where I lived at the time, there was a parent

16   listserv where people would post recommendations

17   or ask for advice and things like that.  And

18   someone asked for a recommendation for an OB/GYN.

19   And I wanted to recommend my OB/GYN, Dr. Waldrop,

20   but I wanted to make sure that the person knew if

21   they went to Dr. Waldrop that there was a chance

22   that they would end up having their baby delivered

23   with Akoda, and I did not have a good experience

24   with him during the delivery, and so I wanted to

25   make sure the person was aware of that.

Monique Russell

```
 1                    And I went to his Web site to confirm
 2   the spelling of his name, and he wasn't on their
 3   Web site anymore.  So I went and looked at my
 4   paperwork, confirmed the spelling, I looked him up
 5   to see like, maybe he moved somewhere else so that
 6   wouldn't be an issue for this person.  And I
 7   discovered a press release from the Department of
 8   Justice saying that he had been arrested for
 9   charges of fraud very shortly after he performed a
10   C-section on me.
11        Q     And the physician that you mentioned,
12   Dr. Waltrop?
13        A     Waldrop.
14        Q     Waldrop.  That was your OB/GYN?
15        A     Yes.
16        Q     How long -- when did you first start
17   going to see Dr. Waldrop?
18        A     I'm not sure.  Maybe three months into
19   my pregnancy.
20        Q     And how did you come to start visiting
21   Dr. Waldrop?
22        A     She was recommended by a woman that I
23   met on the hospital tour.
24        Q     Okay.  And what hospital was that?
25        A     P.G. County, Dimensions Hospital.
```

Monique Russell

Page 33

1      Q      And did you have a OB/GYN before
2  Dr. Waldrop?
3      A      I had a -- I saw a high-risk
4  specialist, but I didn't have a regular OB/GYN.
5      Q      Okay.  And what was the name of the
6  high-risk specialist?
7      A      I don't remember.  I didn't see that
8  doctor for the most of my pregnancy.
9             Dr. Footer, I think.
10     Q      F-O-O-T-E-R?
11     A      Yes.  But there are two Dr. Footers.
12     Q      Okay.
13     A      The older Dr. Footer.
14     Q      And that was -- and, again, I'm not
15  trying to be overly personal on this.  I'm just
16  trying to get the information.
17            Were you at high risk because of your
18  age or because of other conditions?
19     A      Yes, primarily because of my age, and I
20  had bleeding at the beginning of my pregnancy, and
21  so they wanted to monitor that.
22     Q      And, so, who was it that -- if anyone,
23  that directed you to Dr. Footer as the high-risk
24  specialist?
25     A      A coworker.

Monique Russell

1      Q      Okay.  So this was someone at the D.C.

2   Public Schools who said here's someone to -- to go

3   see as a high-risk specialist?

4      A      Yes.

5      Q      Okay.  And I think you were saying that

6   you didn't see Dr. Footer for all that long during

7   your pregnancy, but within about the first three

8   months, you had decided to go see Dr. Waldrop?

9      A      Yes.

10      Q      And how did you come to see

11   Dr. Waldrop?  That was a recommendation on the

12   hospital tour?

13      A      Yes, from another -- another woman in

14   the tour was asking a lot of the same questions

15   that I would be asking, and so she seemed to want

16   the same things in her birth, and I asked her who

17   she -- who her doctor was, and she recommended

18   Dr. Waldrop.

19      Q      Okay.  I saw references in your

20   discovery responses to a Dr. Moore?

21      A      Yes.

22      Q      Who is Dr. Moore?

23      A      Dr. Moore owns the practice that

24   Dr. Waldrop works for and Akoda was working for.

25      Q      And -- and is that Moore and

Monique Russell

1    Associates; is that --

2        A    Yes.

3        Q    -- how they're known as?

4        A    Yes.

5        Q    Okay.  And did you ever meet Dr. Moore

6    during your pregnancy?

7        A    I did.

8        Q    Okay.

9        A    I may have been seen by Dr. Moore once.

10   I met him for sure, like, just to see -- know who

11   he was in case he were to deliver my baby, and I

12   may have been seen by him once when Dr. Waldrop

13   wasn't available.

14       Q    Okay.  Do you know how many other

15   doctors besides Dr. Akoda and Dr. Waldrop and

16   Dr. Moore that were in the practice when you were

17   going there?

18       A    I believe there were only those three.

19       Q    Okay.  Did you ever hear of a

20   Dr. Chaudry?

21       A    I have heard of him.

22       Q    And how do you know of Dr. Chaudry?

23       A    I believe that Akoda was working for

24   him in a separate practice at the time.

25       Q    And how did you come to learn that?

Monique Russell

1          A       From Dr. Moore.

2          **Q       When you -- when you decided to go with**

3    **Dr. Waldrop of Dr. Moore's practice as your**

4    **primary OG -- OB/GYN, what type of research did**

5    **you do on Dr. Waldrop?**

6          A       I looked up her -- I looked up reviews.

7    I looked her up on different sites where they give

8    information about credentials and patient reviews.

9          **Q       Do you remember what any of those were**

10   **called?**

11         A       I don't know all of them.  I know I

12   looked on Yelp because they give patient reviews,

13   and I think they're pretty honest, but I don't

14   know where I looked up her affiliations.

15         **Q       Okay.  Do you know whether you went to**

16   **State of Maryland licensing or credential sites to**

17   **look up Dr. Waldrop?**

18         A       No, I did not.

19         **Q       Do you know whether you went to the**

20   **American Medical Association to look up**

21   **Dr. Waldrop?**

22         A       I may have gone to the American Medical

23   Association.

24         **Q       Okay.**

25         A       Or the association for gynecologists.

Monique Russell

1      Q      Okay.  And do you know whether there
2   was information on Dr. Waldrop there?
3      A      If there was, I didn't find anything
4   negative.
5      Q      Okay.  And when you went to meet with
6   Dr. Waldrop -- I think you mentioned already you
7   met with Dr. Moore at least once, perhaps, as
8   well -- did you ever meet with Dr. Akoda?
9      A      I did not before I was in labor.
10      Q      Okay.  But you understood he was a
11   member of the practice of Dr. Moore; correct?
12      A      Yes, but he did not see patients.
13      Q      How do you know he didn't see patients?
14      A      They told me that he did not see
15   patients; that he only assisted them at the
16   hospital.
17      Q      Okay.  Who told you that?
18      A      Dr. Moore.
19      Q      Okay.  And was that after you gave
20   birth to Luka or was that in an earlier meeting
21   while you were --
22      A      That was before.
23      Q      Okay.  Did you understand from
24   Dr. Waldrop that it was possible that she would
25   not be available to help you in labor and

Monique Russell

1    delivery, including a C-section if that were

2    necessary?

3         A     Yes, I did.

4         Q     How did you know that?

5         A     Because Dr. Moore told me that there

6    were three doctors and that if Dr. Waldrop was not

7    available, that Dr. Moore or Akoda would deliver

8    the baby.  And that if Waldrop was not available

9    during the practice, then he could see me --

10   Dr. Moore could see me but Akoda would not see me

11   because he only worked at the hospital.

12        Q     And do you recall whether you filled

13   out a consent with Dr. Waldrop that acknowledged

14   that that could be the case and that you could be

15   seen by other doctors other than her if she was

16   not available?

17        A     I don't recall, but I'm sure that I

18   did.

19        Q     Okay.

20              MR. SHAFFER:  I'll mark this.  Well,

21   hold on.  We'll get to it.

22              BY MR. SHAFFER:

23        Q     Did you have any issues with your

24   pregnancy?

25        A     I did have some complications.  As I

Monique Russell

1    mentioned, I had some bleeding early on.  I also

2    have a -- a uncommon but benign

3    cardio-neurological disorder called vasovagal

4    syncope that under everyday conditions is truly

5    benign, but pregnancy exacerbated the condition.

6         **Q       Uh-huh.  And what are some of the risks**

7    **or symptoms that go along with that condition?**

8         A       Getting dizzy and passing out.

9         **Q       Okay.**

10        A       Which is benign unless you hurt

11   yourself on the way down.

12        **Q       Right.  Or -- or a baby if you have a**

13   **baby?**

14        A       Yes.

15        **Q       And, so, as a result of that, were you**

16   **taking any extra precautions while you were**

17   **pregnant?  Were you anticipating the possibility**

18   **of having to have medication or anything like**

19   **that?**

20        A       I was not anticipating the need for any

21   medication.  I was seeing a cardiologist in

22   conjunction with my gynecological visits.  And

23   after seven months, I was put on essentially kind

24   of house arrest where I could do everything.  I

25   just couldn't be alone for much unless -- in case

Monique Russell

1    I got dizzy.

2         **Q      Uh-huh.  And did you get -- I saw some**

3    **reference in your -- your medical records to an**

4    **accommodation from D.C. Public Schools where maybe**

5    **you were able to work at home for a period of**

6    **time.**

7              **Was that part of this situation?**

8    A      Yes.

9         **Q      Okay.  And . . .**

10   A      So and --

11        **Q      I'm sorry.  Go ahead.**

12   A      I could be alone.  I couldn't be, like,

13   out driving alone or, so I worked from home.  But

14   if I was going to go out and do things, then I

15   needed somebody to be with me.

16        **Q      Okay.  Did -- did this condition and**

17   **having this condition and worrying about it cause**

18   **you stress during the time that you were pregnant?**

19   A      No, not really because I've had the

20   condition for most of my life.

21        **Q      Uh-huh.**

22   A      It was -- once I realized that it

23   wouldn't impact my job, there wasn't much stress

24   related to it.

25        **Q      Okay.  And -- and I think you said**

Monique Russell

1    earlier that -- that Luka was born in May of 2017;

2    correct?

3          A    Yes.

4          Q    And was he born by C-section?

5          A    Yes.

6          Q    And was that a planned C-section?

7          A    No, it was not.

8          Q    What were the circumstances that led to

9    him being born by C-section?

10         A    I had been in labor for, I believe, 32

11   hours at that point, and after a period of time,

12   they recommended that I take a drug called Pitocin

13   that they hoped would -- Akoda recommended it to

14   speed up contractions so that I would dilate.

15         Q    Uh-huh.

16         A    It did not have that effect.

17              And then after 30, 32 hours, he

18   recommended an epidural.  Immediately after he did

19   the epidural, he said that my baby was in distress

20   and that he needed an emergency C-section.

21         Q    Okay.  And was your original plan for

22   birth to go to the hospital and have someone from

23   Dr. Moore's practice deliver vaginally?

24         A    Yes, that was my original plan.

25         Q    Okay.  I saw a reference in your

Monique Russell

1    records to a doula or maybe two doulas?

2        A    Yes.

3        Q    **What role, if any, had you anticipated**

4    **doulas playing in the birth?**

5        A    Doulas provide emotional support during

6    the birth.  They also help to give the father a

7    break and help the father or partner --

8        Q    **Uh-huh.**

9        A    -- to be a more supportive partner.

10       Q    **And had you planned on having a doula**

11   **present for your birth?**

12       A    I did.

13       Q    **Okay.  And did that occur?**

14       A    Yes.

15       Q    **Okay.  And who was that?**

16       A    Her name is Emily.  I forget her last

17   name right now.  But it was Doulas of Capitol

18   Hill.

19       Q    **Uh-huh.**

20       A    And in the contract, the doula is

21   present for the first 24 hours and then after that

22   they can switch to a backup.  I believe that Emily

23   was there for maybe 28 hours before she switched

24   to a backup which was her partner Nicole.

25       Q    **And did the doula meet you at the**

```
1    hospital or were you with the doula before you
2    went to the hospital?
3         A     I believe that she met me at the
4    hospital.
5         Q     And when you were describing the length
6    of your labor -- and I'm sorry for that length of
7    labor -- was that all at the hospital, or did it
8    start at home and then continue while you were
9    there?
10        A     It started at Dr. Waldrop's office --
11        Q     Okay.
12        A     -- during an examination.  My water
13   broke.
14        Q     And -- and my understanding, because I
15   have children, too, is that sometimes when your
16   water breaks, the rest of the body may not be
17   ready to give birth vaginally, but that once the
18   water breaks, there's a certain period of time
19   before a baby is supposed to be gotten out.
20              Is that -- is that a fair summary of
21   your understanding at the time?
22        A     That is my understanding.
23        Q     Okay.  And Pitocin, which you indicated
24   Dr. Akoda gave you, is one of the very common
25   medicines that they will give to try to move along
```

Monique Russell

1    contractions when somebody's water breaks, isn't

2    it?

3        A      That is my understanding.

4        Q      Okay.  And -- and -- and is it also

5    your understanding that sometimes it works and

6    sometimes it doesn't work as well?

7        A      I did not have much -- much

8    understanding of Pitocin.

9        Q      Okay.  Did you receive any information

10   from your husband or either of the doulas that

11   were in the room with you that -- when Dr. Akoda

12   said a C-section was necessary because of the baby

13   being in distress, that that wasn't a good idea;

14   that you shouldn't go ahead with that?

15       A      My husband did not agree.

16       Q      Okay.  What did he want to do?

17       A      He had been watching the monitors, and

18   he saw that the stats had gone back up and thought

19   that, you know, it looked better; that it should

20   be waited out.

21       Q      Okay.  And what about the doulas?

22       A      The doulas do not advise on medical

23   decisions.

24       Q      Okay.

25       A      They're there for emotional support.

Monique Russell

1      Q      And ultimately, the decision to have

2   the C-section was yours then?

3      A      Yes.

4      Q      And --

5      A      I followed Akoda's advice because at

6   the time I believed him to be a real doctor.

7      Q      And when you say "a real doctor," you

8   believe today that he is not a real doctor;

9   correct?

10     A      He is a fake doctor.

11     Q      And what do you mean when you say he's

12  a fake doctor?

13     A      That he was not properly trained as a

14  doctor or credentialed as a doctor.

15     Q      What -- what is it about his training

16  that you believe either does or does not make him

17  a doctor?

18     A      That he used fake documents to get into

19  the country and was allowed to take medical boards

20  without proper credentials.

21     Q      As you sit here today, do you know

22  whether or not Dr. Akoda has gone to medical

23  school?

24     A      I do not know.  The federal trial

25  transcript that I read, the U.S. government said

Monique Russell

1  that there was no evidence that he ever attended

2  or graduated from medical school.

3       **Q     Okay.  Do you know whether or not**

4  **Dr. Akoda's medical school in Nigeria ever**

5  **verified the authenticity of his diploma to**

6  **anyone?**

7       A     I do not --

8            MR. ZAJDEL:  Objection.  Hold on for a

9  second.

10            Objection:  The question assumes facts.

11            But you can answer.

12            THE WITNESS:  I don't know.

13       BY MR. SHAFFER:

14       **Q     Do you know whether Dr. Akoda's medical**

15  **school in Nigeria ever verified the authenticity**

16  **of Dr. Akoda's diploma to ECFMG?**

17            MR. ZAJDEL:  Objection:  The question

18  assumes facts.  You can answer it.

19            THE WITNESS:  I'll decline.

20            Should I answer these?

21            MR. ZAJDEL:  Yeah, you can answer.

22            THE WITNESS:  I don't know.

23            MR. ZAJDEL:  Okay.

24       BY MR. SHAFFER:

25       **Q     Did -- I take it from your answers that**

Monique Russell

```
 1    looked them up, but that was two years ago.
 2         Q    Okay.  Do you know whether or not --
 3    strike that.
 4              You mentioned that you understood that
 5    ECFMG -- I forget what the word is -- verifies
 6    documentation of foreign medical students or
 7    graduates; correct?
 8         A    Yes.
 9         Q    What documents is it your understanding
10    ECFMG is supposed to verify?
11         A    I don't know exactly, but I would
12    understand a diploma --
13         Q    Okay.
14         A    -- for one.  From my -- it's been a
15    while since I looked this up, but I remember that
16    there were schools that were specifically, like,
17    vetted or listed with the commission, and so they
18    would have to verify that those diplomas were real
19    or that the person graduated from that
20    institution.
21         Q    Anything else?
22         A    I don't know.
23         Q    Do you know where Dr. Waldrop went to
24    medical school?
25         A    I believe she did a residency at
```

Monique Russell

```
 1   Howard.
 2        Q     Okay.  And how about medical school
 3   before that?
 4        A     I don't remember.
 5        Q     Okay.  And do you know where Dr. Moore
 6   went to medical school?
 7        A     I don't remember.
 8        Q     Okay.  Do you know whether Dr. Moore is
 9   a -- went to a U.S. medical school or a foreign
10   medical school?
11        A     I do not know.
12        Q     Okay.  I'll finish up on -- on the
13   birth of Luka.  You had the C-section after a very
14   lengthy labor.
15              Was -- how was Luka's birth?  Was he
16   born okay?  Any health problems?
17        A     Luka has had no health problems.
18        Q     Great.
19              And did you have any symptoms or
20   physical conditions after the C-section?
21        A     No, I did not, nothing atypical.
22        Q     Right.
23              It's a major abdominal surgery, so
24   there was probably some recovery; right?
25        A     Yes.
```

Monique Russell

1      Q      Okay.

2      A      Having knowing what -- that Akoda is a

3   fraud, I do question whether or not my C-section

4   was necessary.

5      Q      Okay.  And that was something that you

6   started -- you thought of after you found the

7   information sometime in 2017 related to

8   Dr. Akoda's guilty plea?

9      A      Well, before that because my husband at

10  the time did not believe that it was necessary,

11  and then once I found that information out, it

12  made me question it more.

13     Q      Okay.  Do you know what the -- did you

14  ever ask Dr. Moore or Dr. Waldrop whether they

15  would have had you do a C-section after 32 hours

16  of labor and a baby in distress?

17     A      I did not speak to Dr. Moore --

18  Dr. Waldrop once I found out Akoda was a fraud.

19     Q      Did you speak with Dr. Moore at any

20  point after you learned the information about

21  Dr. Akoda?

22     A      I did.

23     Q      Okay.  Tell me about that.

24     A      I went to him to find out, A, if he

25  knew; and why he had not notified patients that

Monique Russell

Page 55

1  Akoda was a fraud.

2      Q      And at this point in time, you were not

3  a patient in that practice anymore; correct?

4      A      No, I was no longer --

5      Q      Okay.  And --

6      A      I would have still been, but I wasn't

7  pregnant or needing women's care.

8      Q      Right.

9             So you -- why did you go to Dr. Moore

10  instead of Dr. Waldrop?

11     A      Because Dr. Moore is the head of the

12  practice.

13     Q      Okay.  And how did you make contact to

14  go meet with Dr. Moore?

15     A      I set an appointment.

16     Q      Okay.

17     A      I called the office.

18     Q      Okay.  Did you tell them what you

19  wanted to talk about?

20     A      No.  I might have.  I don't know.

21     Q      Okay.  And do you remember how long

22  after you had met with -- you had seen the

23  information of Dr. Akoda's guilty plea that you

24  went to talk to Dr. Moore?

25     A      I don't know, but it was fairly soon.

Monique Russell

1      Q      Okay.  And what do you recall about

2    that meeting with Dr. Moore?

3      A      Dr. Moore seemed just as surprised, and

4    he told me that he had also been working for

5    another doctor's office, Dr. Chaudry.

6      Q      Okay.  Did you ask Dr. Moore any

7    questions or express any views to him?

8      A      I did.  I asked him -- I was trying to

9    make sense of what happened, and he told me they

10   raided his -- Akoda's office, I believe, at

11   Chaudry's office and his home, and they discovered

12   machines that make, like things to make diplomas

13   with and details like that.

14            I asked him why he didn't notify

15   patients.

16     Q      Uh-huh.

17     A      And he said that wasn't a requirement

18   or . . .

19     Q      How did you feel about that response?

20     A      It's upsetting because I think every

21   woman who has ever been a patient of Akoda should

22   know that he was not a real doctor.

23     Q      And the response you got from Dr. Moore

24   who, if I'm understanding it correctly, had hired

25   Dr. Akoda into his practice, was it wasn't his

Monique Russell

1    place to do it or he didn't have to do it; it

2    wasn't a requirement for him to do it?

3        A    He felt -- and I don't remember exactly

4    how he said it, but he felt that he had been duped

5    as well.

6        Q    Okay.  Did you ask him what type of

7    investigation or vetting he had done of Dr. Akoda

8    before hiring him?

9        A    I did, and he said he had worked with

10   him in the residency program at Howard University.

11       Q    Did you ask him about doing any kind of

12   background check or investigation of him before

13   hiring him?

14       A    I did, and he said that he had worked

15   with him in the Howard residency program.

16       Q    Okay.  Did he tell you whether he had

17   done a background check or not?

18       A    He did not.

19       Q    He did not tell you or he did not do

20   one?

21       A    He said he did not do one.

22       Q    Okay.  What was your reaction to that

23   answer?

24       A    I was surprised, but he said that

25   because of all of the certifications and everyone

Monique Russell

1    who had would have had to do it by contracts, that
2    he didn't feel it was necessary --
3        **Q       Okay.**
4        A       -- because he had been -- he had gotten
5    privileges at P.G. County; he had been approved
6    from these other organizations.
7        **Q       Did he tell you whether or not he in**
8    **the future would be considering doing background**
9    **checks of people he hired to be doctors in his**
10   **practice?**
11       A       Yes, he did.
12       **Q       What did he say?**
13       A       He said he would consider doing that.
14       **Q       And what was your reaction to that?**
15       A       I thought that that would be a good
16   idea.
17       **Q       In your position at D.C. Public**
18   **Schools, did they have to do a background check on**
19   **you before hiring you?**
20       A       Yes, they do.
21       **Q       And they're your employer; right?**
22       A       Yes.
23               MR. SHAFFER:  Let's take a short --
24   short five-minute break --
25               THE WITNESS:  Okay.

Page 59

```
1                  MR. SHAFFER:  -- and then we'll pick
2     back up.
3                  THE VIDEOGRAPHER:  Off the record at
4     2:50.
5                  (Recess -- 2:50 p.m.)
6                  (After recess -- 3:15 p.m.)
7                  THE VIDEOGRAPHER:  We are back on the
8     record at 3:15.
9          BY MR. SHAFFER:
10         Q     Ms. Russell, we're back on the record
11    after a short break.  You understand you're still
12    under oath?
13         A     Yes.
14         Q     Okay.  I'm going to talk a little bit
15    about some of the doctors that you've seen over
16    your adult life and I'll just make sure I
17    understand some of the chronology on that.
18                Do you currently have a primary care
19    doctor that you see?
20         A     Not really.
21         Q     Do you have a doctor that you've seen
22    from time to time for general issues, colds or
23    antibiotics or anything like that?
24         A     I did, but not since discovering about
25    Akoda.  I have not found a primary care doctor.
```

Monique Russell

1      Q      So as of today, you don't have a
2   primary care doctor?
3      A      No.
4      Q      Have you seen -- have you seen any
5   doctor of any kind since June of 2017?
6      A      Yes.
7      Q      Who is that?
8      A      I have seen -- I don't know the
9   doctor's name.  It was at an urgent care facility
10  in Costa Rica called (speaking Spanish).
11     Q      Okay.  And why did you go there?
12     A      I -- Dr. Waldrop, after my son was
13  born --
14     Q      Uh-huh.
15     A      -- placed an IUD --
16     Q      Uh-huh.
17     A      -- and I was having complications from
18  the IUD.
19     Q      Okay.  And, again, just so I get the
20  timeline correct, Luka was born in May of '16.
21     A      Yes.
22     Q      When did you have the IUD implanted?
23     A      Probably six months after.
24     Q      Okay.  So end of 2016?
25     A      That's pretty -- yes.

Monique Russell

1       Q       Beginning of 2017, something like that?

2       A       Something around there.

3       Q       Okay.  And when did your contract

4    with -- when did you go to Costa Rica?

5       A       In the last week of July of 2018.

6       Q       And -- and since July of 2018, when

7    have you come back to the States?

8       A       I came back for the December break last

9    year.

10       Q       So that would have been December of

11    '18?

12       A       Yes.

13               And then I came back this summer in

14    July -- essentially the month of July.

15       Q       Okay.  And in neither December of

16    '18 or summer of '19, you didn't see any doctors

17    here in the U.S.; correct?

18       A       No.

19       Q       Okay.  And before going to Costa Rica

20    in around July of '18, had you seen any doctors

21    between when you got the IUD put in and you went

22    to Costa Rica?

23       A       I -- I'm not sure when I last saw

24    Dr. Major.  Dr. Major was my primary care

25    physician for about ten years.

Monique Russell

1    I go for urgent care.

2         Q      Okay.  And, excuse me, what -- what are

3    you doing physical therapy for?

4         A      My back.

5         Q      Okay.  And is that -- how long have you

6    had that condition?

7         A      Probably since my son was about a year

8    old, so about 2017.

9         Q      And has it -- has it been diagnosed

10   as --

11        A      Stress related.

12        Q      Okay.  And when did the stress start or

13   the stress that -- that you've been told relates

14   to the back injury?

15        A      The pain started after my son was about

16   a year, which would have been June of 2017.

17        Q      And had you ever suffered from stress

18   or anxiety prior to June of 2017?

19        A      Yes.

20        Q      Okay.  And what -- what can you tell me

21   about that?

22        A      When I lost my sister in 2007, I had

23   stress-related back pain.

24        Q      Okay.  And that was -- were you treated

25   for depression or anxiety or stress in -- in 2007?

Monique Russell

1      A      I was treated for depression, briefly.

2      **Q      Okay.**

3      A      And for, maybe two weeks, given

4   medication for my back and then taught breathing

5   exercises to alleviate the pain when stressful

6   situations occurred.

7      **Q      Okay.  Were you ever provided an**

8   **antidepressant or anything like that?**

9      A      I was shortly after my sister's death.

10     **Q      Okay.  And do you remember which one?**

11     A      I think it was Lexapro.

12     **Q      Okay.  And for how long did you take**

13  **that?**

14     A      Several months, maybe -- no more than

15  six months.

16     **Q      Okay.  Are you on any medications**

17  **today?**

18     A      No.

19     **Q      Okay.**

20     A      Just vitamins.

21     **Q      In terms of other types of treatment,**

22  **have you ever in your adult life seen a**

23  **psychologist or a psychiatrist for treatment?**

24     A      No.

25     **Q      Have you ever gone into therapy at any**

Page 70

1    point in your adult life?

2        A      No.

3        Q      And, so, you're not currently being

4    treated by a psychiatrist or psychologist?

5        A      No, I'm not.

6        Q      Other than Dr. Major and Dr. Moore's

7    practice, and the doctor at urgent care and the

8    doctor that you saw in Costa Ricia -- Rica

9    regarding the IUD and your physical therapist,

10   what other doctors have you seen in your adult

11   life?

12       A      I have a cardiologist who helped

13   diagnose my condition.

14       Q      And that's the --

15       A      Dr. Howell, Shawn Howell.

16       Q      And that's the condition you were

17   talking about earlier?

18       A      Yes, vasovagal syncope.

19       Q      You said it better than me.

20       A      And I did see her periodically

21   throughout my pregnancy for monitoring.

22       Q      And this is Shawn Howell?

23       A      Yes.

24       Q      And where is she -- where does she

25   practice?

Monique Russell

```
 1        A       I believe on K Street.
 2        Q       A couple of blocks from us here?
 3        A       Yes, very close by.
 4        Q       Does she have hospital privileges?
 5        A       I don't know.
 6        Q       Okay.  Do you know where she went to
 7   medical school?
 8        A       I don't remember.  It might have been
 9   Howard.
10        Q       Okay.  And do you know if she's board
11   certified?
12        A       I believe she is.
13        Q       Okay.  Do you know by what board?
14        A       I do not.
15        Q       Okay.  Any other doctors?
16        A       In my adult life, certainly.  I don't
17   remember any more than that.  I know there are --
18   I know it -- before Dr. Major I had a different
19   primary care physician and a different OB/GYN.  I
20   don't remember their names.
21        Q       Okay.  And do you know how you went to
22   start seeing Dr. Howell?
23        A       I was recommended by Dr. Major.
24        Q       Okay.  And I apologize if I asked you
25   this already, but I can't remember the answer.
```

Monique Russell

1              And I don't feel equipped to do

2     background checks on doctors myself.

3              I feel violated, and it makes it very

4     difficult to -- I'm sorry.  It makes it very

5     difficult to see an OB/GYN.

6       **Q     And I take it that when you found out**

7     **about Dr. Akoda's guilty plea regarding the use of**

8     **Social Security numbers, that . . .**

9              MR. SHAFFER:  There's some tissues back

10    there.

11         BY MR. SHAFFER:

12      **Q     Here you go.**

13           **I take it when you found out about the**

14    **guilty plea, you -- you were angry with Dr. Moore**

15    **and Dr. Waldrop who you had seen in connection**

16    **with that pregnancy; right?**

17      A     No.  I was angry in general, but I

18    don't necessarily hold blame or anger towards

19    Dr. Waldrop and Dr. Moore because they relied on

20    sources they should have been able to trust.  For

21    example, I was a teacher.  I had to have

22    background -- extensive background checks done in

23    order to hold a job within DCPS.  So when I rented

24    my basement apartment, and as a mother I wanted to

25    find somebody safe to live in the home with us,

Monique Russell

1  and a teacher applied, I didn't feel like I needed
2  to run the full background check on them because I
3  knew that they had gone through that background
4  check with the public school system.  So, instead,
5  I could do -- rely on other sources because I
6  trusted the school system's background check.
7          So I didn't hold anger.  I was very
8  surprised that Dr. Moore hadn't done a background
9  check, but I understood why he relied on
10  institutions like the commission to certify
11  foreign medical graduates instead of doing it all
12  over again himself.
13      Q     And your view there is that your
14  understanding of ECFMG as a governmental entity,
15  that it would do background checks on people like
16  Dr. Akoda --
17      A     Yes.
18      Q     -- correct?
19             And I --
20      A     Yes --
21      Q     I'm sorry.  Go ahead.
22      A     At least to verify that they had
23  attended and graduated school.
24      Q     And do you know whether ECFMG tried to
25  do that?

Monique Russell

```
 1        A      I do not know.
 2        Q      Okay.
 3        A      But if they did, they seemed to have
 4   failed.
 5        Q      Do you know whether ECFMG ever
 6   identified that Dr. Akoda had used multiple names
 7   to try to come and take examinations with ECFMG?
 8        A      I do not know.
 9        Q      Do you know whether ECFMG ever helped
10   the Department of Justice build a case and
11   prosecute a case against Dr. Akoda?
12        A      I do not know.
13        Q      Okay.  And do you know whether or not
14   ECFMG ever received verification from Dr. Akoda's
15   Nigerian medical school as to whether or not his
16   diploma was authentic?
17               MR. ZAJDEL:  Objection.  That assumes
18   facts.
19               You can answer.
20               THE WITNESS:  I do not know.
21               MR. SHAFFER:
22        Q      You filed a suit against Dimensions
23   Health Care in Maryland; correct?
24        A      Yes.
25        Q      When did you do that?
```

Monique Russell

1    that you believe it started about a year after

2    your -- his pregnancy.  That's not reflected in

3    this report; right?

4         A    No.

5              MR. ZAJDEL:  Objection.  I think that

6    misstates facts.  I just think you misspoke.

7              THE WITNESS:  Can you restate?

8         BY MR. SHAFFER:

9         Q    I'll ask you the question again just to

10   make sure we're clear.

11        A    Thank you.

12        Q    You were -- you were saying that -- I

13   think you testified here earlier today that the

14   back pain that you were experiencing you think

15   started about a year after Luka was born; right?

16        A    Yes.

17        Q    Okay.  And this report doesn't

18   reference --

19        A    It does --

20        Q    -- Monique has had back pain for the

21   past year; it just says muscle spasm since after

22   pregnancy.  It's not specific as to time.

23        A    Correct.

24        Q    Okay.  It also makes reference to right

25   elbow pain.  Do you know what that was?

Monique Russell

1      A      It was a pain in my right elbow.   I

2  don't know why.

3      **Q      Okay.  Do you recall being treated for**

4  **it?**

5      A      The pain in my elbow?

6      **Q      Uh-huh.**

7      A      Yes.

8      **Q      Okay.**

9      A      Dr. Major recommended that I get a

10  brace -- a compression brace.

11      **Q      Uh-huh.**

12      A      That helped.

13      **Q      Okay.  Looking again at the report**

14  **again here from June of 2018, under the ROS**

15  **section, this is on page 670.**

16      **It references that you were reporting**

17  **arthralgias and joint pain.**

18      A      It was a shooting pain up my legs.

19      **Q      Okay.  And so that was accurate in**

20  **terms of what was reflected there; correct?**

21      A      Yes.

22      **Q      Okay.  And then later down in the**

23  **report there, it states that she -- referring to**

24  **you -- reports no depression, no sleep**

25  **disturbances, feeling safe in a relationship, no**

Monique Russell

1    alcohol abuse, no anxiety, no hallucinations, and

2    no suicidal thoughts; correct?

3        A    Yes.

4        Q    And that's what you would have reported

5    at that time to Dr. Major?

6        A    If he asked, then I would.  But when I

7    go see a doctor, they don't ask you all of those

8    questions every time.

9        Q    Okay.  If we turn to page 672 are the

10   last three, this is -- it looks like a visit to

11   see Dr. Major again in July of 2018?

12       A    Yes.

13       Q    Do you see that?

14            Okay.  So that was an additional time

15   you went to see Dr. Major, after the June visit?

16       A    Yes.  I'm looking to see why.

17       Q    Under the chief complaint box on 672,

18   it says, Patient was seen in office today for a

19   physical exam only.

20       A    That may have been a requirement for my

21   new job.

22       Q    Okay.  You had to get a physical exam

23   before you went to --

24       A    Costa Rica.

25       Q    -- Costa Rica?

Monique Russell

1              Okay.  And you would have gone to see

2      Dr. --

3          A      Major.

4          Q      -- Major for that?

5          A      Yes.

6          Q      And, again, looking at the report of

7      that visit, if we turn to the page 674, there's

8      the ROS section.  Again it reports, No fever, no

9      night sweats, no significant weight gain, no

10     significant weight loss, no exercise intolerance,

11     a bunch of other negative responses.

12              And then it again states, She reports

13     no depression, no sleep disturbances, feeling safe

14     in a relationship, no alcohol abuse, no anxiety,

15     no hallucinations and no suithidal -- suicidal

16     thoughts.

17              Correct?

18         A      It also says that I report no GERD, no

19     vomiting blood, no hematuria, which are not things

20     that I would have been asked.

21         Q      Okay.  So you don't believe you were

22     asked about these things?

23         A      I do not believe I was asked about

24     these each visit.

25         Q      Okay.  You were asked about them at

Monique Russell

1    University Hospital?

2        A      I did not.

3        Q      How about --

4        A      I saw that he was board certified.

5        Q      How about through his licensure to

6    practice medicine in the state of Maryland?

7        A      I did look to see that he was on the

8    Web site for licensed doctors.

9        Q      How about whether he was licensed to

10   practice medicine in the Commonwealth of Virginia?

11       A      No.

12       Q      And how about if he was board certified

13   by the American College of Obstetricians and

14   Gynecologists?

15       A      I saw it, but I did not go to the

16   board.

17       Q      Okay.  Request number 12, turning back

18   to page 791, says, You claim that you suffer from

19   post-traumatic stress disorder as result of

20   allegations against defendants.

21              And you denied that; correct?

22       A      Yes.

23       Q      You're not claiming post-traumatic

24   stress disorder?

25       A      No.

Monique Russell

Page 122
1      Q      Request number 18 at the bottom of 792
2  says, You do not suffer depression as a result of
3  the events giving rise to your claim.
4             And you admit that; correct?
5      A      Correct.
6      Q      You're not claiming that you suffer
7  from depression as a result of the events
8  involving Dr. Akoda?
9      A      No.
10     Q      And request number 24 -- I'm jumping
11 ahead a little bit to try to move this along, 794,
12 question number 24, says, You have never been
13 formally diagnosed with depression.
14            And you admit that; correct?
15     A      Correct.  I did see a doctor after --
16 my family doctor after my sister died who
17 prescribed antidepressants --
18     Q      Uh-huh.
19     A      -- but I was not formally diagnosed.
20     Q      And since June of 2017, no diagnosis or
21 treatment for depression of any kind?
22     A      No.
23     Q      On page 795, request 31 says, You claim
24 that you suffer from anxiety as a result of your
25 allegations against the defendants.

Page 123

```
 1      A     Yes.
 2      Q     And you admit that, so you do say you
 3  have anxiety from these issues; correct?
 4      A     Yes.
 5      Q     Okay.  And 32 says, You claim that
 6  you're alleged anxiety has affected your
 7  relationship with your family.
 8            And you deny that --
 9      A     Yes.
10      Q     -- correct?
11            So you have anxiety, but it's not
12  affected your relationship with your family?
13      A     Correct.
14      Q     Okay.  And 37 on the next page says,
15  You have never been formally diagnosed with
16  anxiety.
17            That's correct?
18      A     Correct.
19      Q     And 39 says, You claim that you suffer
20  from physical pain as a result of your allegations
21  against the defendants.
22            And that is denied?
23      A     That is correct.
24      Q     Okay.
25      A     That's what I wrote.
```

Monique Russell

1       Q       Is that true today?

2       A       Since you brought up the timeline of

3    when my back pain started, I'm not sure that it's

4    true.

5       Q       Okay.  And this is your reference to

6    your testimony that about a year after your son

7    was born, you started having back pain?

8       A       Yes.

9       Q       And request number 40 says, You have

10   never been diagnosed with a physical injury

11   resulting from your allegations against the

12   defendants.

13              And that's admitted; correct?

14      A       Correct.

15      Q       Is that true today?

16      A       Again, I don't know if my back pain is

17   related to that because of the timeline.

18      Q       Okay.  And no doctor has told you that

19   it is related to that --

20      A       No.

21      Q       -- correct?

22      A       But I've not talked to any doctor I've

23   seen for my back pain about Akoda.

24      Q       Other than Dr. Major?

25      A       Yes, but Dr. Major didn't treat my back