# Exhibit 75

   
 **Monique Russell**
Exactly. The state of Virginia suspended his license based on the federal conviction, but his Maryland license expired while he was awaiting trial.

2 yrs   Like   Reply   More

 **Karlena Walker**
I can't believe it was just suspended and not outright revoked permanently.

2 yrs   Like   Reply   More

 **Monique Russell**
Same here. The letter they wrote said that in order to reinstate the license, he would have to re-apply and fay the applicable fees. My FIL (who is a lawyer) thinks that is just CYA language and that they would not reinstate it. But something should be noted on the MD board. Also, I want to see background checks as a part of the process of getting a license. Checking SS numbers and fingerprinting could have kept him from being able to do this.

2 yrs   Like   Reply   More

 **Nakki A. Price**
I mean, is it even clear that he had some medical training?! I read the link above and that wasn't clear.

Plaintiffs0000140253


2 yrs   Like   Reply   More

 **HoneyDip Dani**
I think people should contact their personal lawyer at this point.

2 yrs   Like   Reply   More

 **Monique Russell**
Honestly, I'm not sure there's much to do at this point. I've been in touch with a lawyer. He's been convicted at the federal level, and we've spoken to the US Attorney who prosecuted the case. He's basically said it's over and done with, and he doubts he's still in the country. So I'm not sure if the state would pursue criminal charges. However, he's used at least 4 different social security numbers and a number of different names over the years to keep practicing under fraudulent licenses in MD and VA. If enough of his patients are identified, it could make way for a class action lawsuit, but individually, there's not much that can be done. However, I've found at least 1 settlement for a negligence claim against him. If there are others, those women could re-open their cases and fight for more money because he should have never been operating on them.

2 yrs   Like   Reply   More

 Write a reply...    Reply





**Karlena Walker**

**Monique Russell** This is horrifying. I am so, so, sorry you're having to deal with this. My only hope is that it opens more eyes and allows structures to be put in place that can prevent this from happening again. It's hard enough to trust medical professionals as it is, without the stress of worrying if your doctor actually earned their license. I don't know what I can do to help, but please let me know. *hugs*

 2

2 yrs   Love   Reply   More



**Monique Russell**

**Karlena Walker** Thanks, chica. I do consider myself lucky. Luka is perfect, and I seem to be healing as expected, though this really makes me second-guess things. I was in labor for 32 hours and ended up needing an emergency c-section. I think the route we went really was best/ necessary. But, what about mothers like the one in that settlement above, mothers who had complications or whose babies sustained injuries? They should know that he might be at fault for that. They have a right to know, and no one is notifying patients.

 1

2 yrs   Like   Reply   More



**Ebony Scott-Bey Cutchin**

Monique Russell, the State of Maryland now requires


Plaintiffs0000140255