IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 17th day of December, 2021, upon consideration of Plaintiff's letter requesting an extension of time to respond to Defendant's *Daubert* motions, it is **ORDERED** that Plaintiffs may file their responses to Defendant's *Daubert* motions on or before January 14, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.