IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Monique Russell, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Educational Commission for Foreign Medical Graduates | : | No.: 18-5629 |
| | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __**William R. Peterson**_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-5629

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, William R. Peterson, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a credit card payment, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Texas | 11/07/2008 | 24065901 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Exhibit A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_[signature]_
(Applicant's Signature)

12/30/21
(Date)

Name of Applicant's Firm: Morgan, Lewis, & Bockius LLP
Address: 1000 Louisiana St., Ste. 4000, Houston, TX 77002-5048
Telephone Number: 713-890-5188
Email Address: william.peterson@morganlewis.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/21
(Date)

_[signature]_
(Applicant's Signature)

DEBORAH A. RYPACEK
Notary Public, State of Texas
Comm. Expires 01-17-2023
Notary ID 12952

12/30/21

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __William R. Peterson__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Elisa P. McEnroe | *Elisa P McEnroe* (signed 2021/12/30 11:33:05 -8:00) | 09/21/2009 | 206143 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Morgan, Lewis, & Bockius LLP

1701 Market Street, Philadelphia, PA 19103-2921

215-963-5463

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/30/2021__        __*Elisa P McEnroe*__ (Signed 2021/12/30 11:33:05 -8:00)
                 (Date)                                              (Sponsor's Signature)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

SWORN TO and SUBSCRIBED BY ME
this 30th day of December, 2021.



Judith Hanratty, Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Judith Hanratty, Notary Public
Philadelphia County
My Commission Expires Apr 02, 2023
Commission Number 1348913
```

Notarial act performed by audio-visual communication

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Monique Russell, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Educational Commission for Foreign Medical Graduates | : | No.: 18-5629 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of William R. Peterson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via the court's electronic filing system

/s/ Elisa P. McEnroe
_____
(Signature of Attorney)

Elisa P. McEnroe
_____
(Name of Attorney)

William R. Peterson
_____
(Name of Moving Party)

01/03/2022
_____
(Date)

## EXHIBIT A

### William R. Peterson

### Admissions to Federal Jurisdictions

| Court Where Admitted | Admission Date | Attorney Identification No. |
|---|---|---|
| Supreme Court of the United States | 5/21/2012 | N/A |
| Federal Circuit | 7/13/2016 | N/A |
| First Circuit | 9/10/2019 | No. 1190325 |
| Second Circuit | 4/5/2017 | N/A |
| Third Circuit | 3/31/2020 | No. 62340 |
| Fifth Circuit | 8/26/2009 | N/A |
| Sixth Circuit | 10/1/2018 | N/A |
| Eighth Circuit | 8/28/2019 | N/A |
| Ninth Circuit | 4/5/2017 | N/A |
| Tenth Circuit | 6/15/2017 | N/A |
| Eleventh Circuit | 10/19/2017 | N/A |
| D.C. Circuit | 3/19/2020 | N/A |
| Eastern District of Texas | 10/20/2009 | N/A |
| Northern District of Texas | 10/1/2015 | N/A |
| Southern District of Texas | 12/2/2009 | No. 1035932 |
| Western District of Texas | 5/19/2015 | N/A |