IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Monique Russell, et al. | : | Civil Action |
| | : | |
| v. | : | |
| Educational Commission for Foreign Medical Graduates | : | No.: 18-5629 |

ORDER

AND NOW, this __4th__ day of __January__ 20 __22__, it is hereby

ORDERED that the application of __William R. Peterson_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

BY THE COURT:

/s/ Joshua D. Wolson

JOSHUA D. WOLSON, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.