IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 18-5629<br><br>Honorable Joshua D. Wolson |

## STIPULATION

AND NOW, this 14th day of January 2022, it is hereby STIPULATED and AGREED by and between the undersigned counsel that Plaintiffs Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans (collectively, "Plaintiffs") and Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") stipulate as follows:

1. On December 10, 2021, ECFMG filed a Motion to Exclude the Opinions and Anticipated Testimony of Plaintiffs' Expert Dr. Annie Steinberg (ECF 82). ECFMG filed the motion contemporaneously with its Motion for Summary Judgment (ECF 81).

2. On January 8, 2022, Plaintiffs' counsel notified ECFMG's counsel of its intent to withdraw Dr. Steinberg as an expert witness.

3. Plaintiffs withdraw and will not call Dr. Steinberg as a witness, and will not rely on her opinions, in the above-captioned case.

4. Plaintiffs and ECFMG agree that as a result of Plaintiffs' withdrawal of Dr. Steinberg, ECFMG's Motion to Exclude the Opinions and Anticipated Testimony of Plaintiff's Expert Dr. Annie Steinberg (ECF 82) is moot.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 14, 2022 | /s/ Nicholas M. Centrella |
| | Nicholas M. Centrella (Pa. I.D. No. 67666) |
| | Howard M. Klein (Pa. I.D. No. 33632) |
| | Robin S. Weiss (Pa. I.D. No. 312071) |
| | CONRAD O'BRIEN PC |
| | 1500 Market Street, Suite 3900 |
| | Centre Square, West Tower |
| | Philadelphia, PA 19102-2100 |
| | (215) 864-9600 (phone) |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| | /s/ Brian W. Shaffer |
| | Brian W. Shaffer, PA Bar No. 78851 |
| | Elisa P. McEnroe, PA Bar No. 206143 |
| | Matthew D. Klayman, PA Bar No. 319105 |
| | MORGAN, LEWIS & BOCKIUS, LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | Telephone:    +1.215.963.5000 |
| | Facsimile:    +1.215.963.5001 |
| | brian.shaffer@morganlewis.com |
| | elisa.mcenroe@morganlewis.com |
| | matthew.klayman@morganlewis.com |
| | |
| | *Attorneys for the Educational Commission for Foreign Medical Graduates* |
| | |
| | SO ORDERED: |
| | |
| | /s/ Joshua D. Wolson |
| Dated:  January 14, 2022 | JOSHUA D. WOLSON, J. |
| | U.S. DISTRICT JUDGE |

2