IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,**  **Plaintiffs,**  v.  **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**  **Defendant.** | **CIVIL ACTION NO. 18-5629**  Honorable Joshua D. Wolson |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the attached Memorandum of Law, Plaintiffs, Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, by and through their undersigned counsel, oppose Defendant Educational Commission for Foreign Medical Graduates' Motion for Summary Judgment and respectfully request that the Motion for Summary Judgment be denied.

Dated: January 14, 2022                                                      Respectfully submitted,


JANET, JANET & SUGGS, LLC                         CONRAD O'BRIEN PC

*/s/ Patrick Thronson*                                             */s/ Robin S. Weiss*
  Patrick A. Thronson                                                Nicholas M. Centrella (Pa. ID 67666)
  Brenda A. Harkavy                                                  Robin S. Weiss (Pa. ID 312071)
  4 Reservoir Circle, Suite 200                                  1500 Market Street, Suite 3900
  Baltimore, MD 21208                                              Philadelphia, PA 19102-2100
  (410) 653-3200                                                        (215) 864-9600

| | |
|---|---|
| LAW OFFICES OF PETER G. ANGELOS, P.C.<br><br>Paul M. Vettori<br>One Charles Center<br>100 N. Charles Street, 20th Floor<br>Baltimore, Maryland 21201<br>(410) 649-2000 | SCHOCHOR, FEDERICO AND STATON<br><br>Brent Ceryes<br>The Paulton<br>1211 St. Paul Street<br>Baltimore, Maryland 21202<br>(410) 234-1000 |
| Z LAW, LLC<br><br>Cory L. Zajdel<br>2345 York Rd. Suite B-13<br>Timonium, MD 21093<br>(443) 213-1977 | THE COCHRAN FIRM<br><br>Karen E. Evans<br>David E. Haynes<br>1100 New York Avenue, N.W.<br>Suite 340, West Tower<br>Washington, DC 20005<br>(202) 682-5800<br><br>*Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated* |