IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>**Defendant.** | **CIVIL ACTION NO. 18-5629**<br>Honorable Joshua D. Wolson |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of _____ 2022, upon consideration of Defendant, Educational Commission for Foreign Medical Graduates' Motion for Summary Judgment and Plaintiffs, Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans' Response in Opposition thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

_____
Wolson, J.