# Exhibit 2



Deposition of:

**Kara Corrado**

*September 10, 2019*

In the Matter of:

**Russell, Monique  Vs. Educational Commission For Foreign Medical Graduates**

Veritext Legal Solutions

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                     -  -  -
 4  MONIQUE RUSSELL, JASMINE  :  Case No.
    RIGGINS, ELSA M. POWELL    :
 5  AND DESIRE EVANS,          :  2:18-cv-05629-JW
                               :
 6          Plaintiffs,        :
                               :
 7          vs.                :  Hon. Joshua D. Wolson
                               :
 8  EDUCATIONAL COMMISSION     :
    FOR FOREIGN MEDICAL        :
 9  GRADUATES,                 :
                               :
10          Defendant.         :
11                     -  -  -
12              September 10, 2019
13                     -  -  -
14          Oral deposition of KARA CORRADO, taken
15     at the offices of MORGAN LEWIS BOCKUS, LLP,
16   1701 Market Street, Philadelphia, Pennsylvania
17          beginning at 10:48 a.m., before
18    Jennifer L. McDonald, a Professional Reporter
19   and a Notary Public in and for the Commonwealth
20              of Pennsylvania.
21                     -  -  -
22     VERITEXT NATIONAL COURT REPORTING COMPANY
               MID-ATLANTIC REGION
23       1801 Market Street - Suite 1800
         Philadelphia, Pennsylvania 19103
24
```

KARA CORRADO

Page 6

1    as a representative of ECFMG?

2            A.        Yes, that's correct.

3            Q.        You're providing testimony today

4    in the capacity of a representative of ECFMG?

5            A.        Yes.

6            Q.        So for clarity sake, I will try

7    to refer, ask questions as refer to ECFMG, but

8    if I happen to say "U" or something like that,

9    if you could just interpret that as referring

10   to ECFMG I'd appreciate that?

11           A.        Yes.

12           Q.        Do you work at ECFMG?

13           A.        Yes.

14           Q.        Can you tell us what ECFMG

15   stands for?

16           A.        Educational Commission for

17   Foreign Medical Graduates.

18           Q.        What is your position there?

19           A.        I'm the Vice President for

20   Operations.

21           Q.        Is it fair to say you're an

22   officer of ECFMG?

23                     MS. McENROE:  Objection to form.

24                     You can answer, if you know.

KARA CORRADO

Page 41

1    residency programs?

2                    MS. McENROE:  Objection to form.

3                    THE WITNESS:  So ECFMG has a

4           certification program that is required

5           for entrance into ACGME accredited

6           residency programs.

7    BY MR. THRONSON:

8           Q.        Any other ways in which ECFMG

9    severs medical residency programs?

10                   MS. McENROE:  Objection to form.

11                   THE WITNESS:  So we also have an

12          exchange visitor sponsorship program.  We

13          are responsible for physicians who are

14          seeking residency and training in the

15          United States on a J-1 nonimmigrancy

16          step.

17   BY MR. THRONSON:

18          Q.        Beyond the ways in which you

19   serve medical residency programs that you

20   described, how else does ECFMG serve hospitals?

21                   MS. McENROE:  Objection to form.

22                   THE WITNESS:  I don't know that

23          I would say that we serve hospitals,

24          however, we do provide a service for

KARA CORRADO

Page 47

1   worldwide.

2                        So I don't know when the ACGME

3   determined that in order to accept

4   international graduates they would have this

5   requirement of certification; but I think it's

6   important for them from a credentialing

7   perspective to make sure to know what the

8   status of the person is entering their program.

9        Q.        Part of ECFMG's mission is to

10  promote public health, correct?

11       A.        Part of ECFMG's mission is to

12  promote public health and to protect the

13  public, yes.

14       Q.        Is part of ECFMG's mission also

15  to promote patient safety?

16                 MS. McENROE:   Objection to form.

17                 THE WITNESS:   ECFMG's mission is

18        broader in terms of what we state about

19        the improvement of the world's health

20        essentially.

21  BY MR. THRONSON:

22       Q.        Why is primary-source

23  verification of an applicant's identity and

24  credentials important?

KARA CORRADO

Page 53

1          Q.          Sure.   Do you believe patients

2     have the right to be treated by physicians who

3     did not obtain ECFMG certification through

4     misrepresentations?

5                         MS. McENROE:   Objection to form.

6     BY MR. THRONSON:

7          Q.          That is who obtained ECFMG

8     certification by providing accurate

9     information?

10                        MS. McENROE:   Objection to form.

11                        THE WITNESS:   So you're asking,

12        if they have the right not to be; is that

13        what you said?   I'm sorry.

14    BY MR. THRONSON:

15         Q.          No, it's okay.   It's my fault.

16    Do you believe that patients have the right to

17    not be treated by physicians who have obtained

18    ECFMG certification based on false pretenses?

19                        MS. McENROE:   Objection to form.

20                        THE WITNESS:   Yes.

21    BY MR. THRONSON:

22         Q.          Do you believe in providing the

23    services that we've been discussing to

24    hospitals and residency programs that ECFMG is

KARA CORRADO

Page 60

1    on our website and that is given to

2    individuals.

3                 The document that I'm referring

4    to that says "draft" is the procedures that

5    staff had been doing probably -- was probably

6    drafted around 2015 time frame, was put to

7    paper in 2015.

8          Q.        Did any procedure exist before

9    that time that applied to how the organization

10   should conduct irregular behavior

11   investigations and when the staff should refer

12   matters to the creds committee?

13         A.        Yes, those procedures that were

14   documented in 2015 were the procedures that

15   staff had been using at least since I started

16   working directly on cases of irregular

17   behavior, which is 2008 onward, and my

18   understanding would be prior to that as well.

19   I just wasn't working on those cases then.

20         Q.        So is it fair to say that up

21   until 2015, those procedures were a custom of

22   the organization in terms of how to conduct

23   investigations and when to refer matters to the

24   committee and then they were written down in

KARA CORRADO

Page 80

1          Q.          Do you know the names of any of

2   those databases?

3          A.          I don't know if we have a name

4   for the database or if there's multiple

5   databases.  We have a variety of software

6   programs that we use, and this is saying to

7   make sure we check in each of our lines of

8   service to see if the applicant exists in those

9   lines of service.

10          Q.          As a general matter, if a charge

11   letter is sent to an applicant should the

12   matter be referred to the credentials committee

13   for review?

14                    MS. McENROE:  Objection to form.

15                    THE WITNESS:  That is our

16        current process.

17   BY MR. THRONSON:

18          Q.          How long has that been a

19   process?

20          A.          That has been the process at

21   least since I've been working with the

22   credentials committee which is since 2008, and

23   I believe prior to that probably somewhere

24   around the late 90s early 2000s.

KARA CORRADO

1           graduation date on the diploma.

2    BY MR. THRONSON:

3           Q.        How did you obtain source

4    verification from the school?

5           A.        For those diplomas?

6           Q.        For those diplomas.

7           A.        We followed our processes at the

8    time for source verification which was to send

9    a copy of the diploma to the medical school

10   directly with a form for the school official to

11   complete, it's a safety paper form, and a

12   prepaid envelope, -- I'm sorry, it's not a

13   prepaid envelope, but an envelope addressed to

14   ECFMG to be returned to us.

15          Q.        At this time, did you also

16   request, we're talking about between 1992 to

17   2000, did you also request verification of

18   whether an individual was registered as a

19   medical practitioner or licensed to practice

20   medicine in his or her home country?

21          A.        The credentialing requirements

22   for certification at that time included source

23   verification of the diploma only, and the

24   individual was required to also submit a copy

KARA CORRADO

Page 89

1    of their certificate of their full registration

2    or license, but those were not source-verified.

3         Q.        Why not?

4         A.        I don't know why they were not,

5    but the decision prior to me had been source

6    verification of diploma with a submission of

7    the license, which is not a requirement now.

8         Q.        Why did it cease becoming a

9    requirement?

10        A.        We introduced a clinical skills

11   assessment examination in 1998, and at that

12   time the organization determined it did not

13   need the license or certificate of registration

14   from an international medical graduate when it

15   introduced a clinic skill assessment which is

16   an in-person exam simulated with patients.

17        Q.        It has never been a requirement

18   for international medical graduates applying

19   for ECFMG certification to provide government

20   issued photoed identification, correct?

21        A.        It is a requirement to submit

22   photo identification currently, but it was not

23   in the past.

24        Q.        When did it become a

KARA CORRADO

Page 130

1          Q.          When ECFMG received a request

2     like this, would it look anything up in the

3     system about the applicant before granting the

4     request?

5          A.          ECFMG would process these in the

6     system, the information you would be looking up

7     would be related to the certification status;

8     keying in the ID number and pulling up the

9     correct record.

10          Q.          Is part of that process -- was

11     it the procedure of ECFMG to verify that the

12     applicant's name was consistent between the

13     request for permanent revalidation and the name

14     that was on file for the applicant?

15          A.          That was not part of the process

16     that I'm aware of.

17          Q.          Was it the process of ECFMG to

18     verify that the date of birth given on the

19     request for permanent revalidation was

20     consistent with the date of birth on file with

21     ECFMG for the applicant?

22          A.          Not that I'm aware of.

23          Q.          Was there -- did ECFMG have any

24     requirements for its staff as to verifying

KARA CORRADO

Page 161

1    have been an admin support for the board or for

2    the committee as well, but I'm not sure what

3    her specific role was.

4         Q.        Did ECFMG do anything to

5    determine whether the passport and

6    international driving certified that Akoda

7    provided to ECFMG in 2000 were genuine or

8    authentic?

9         A.        Other than their appearance of

10   being genuine or authentic, no.

11        Q.        What would it have done to

12   investigate -- what did it do to investigate

13   the appear -- when you say appearance were

14   there particular things that ECFMG assessed

15   from the document?

16        A.        My assumption would be that if

17   Dr. Akoda came in with a photocopy of a

18   passport and tried to pass it as an original

19   that would have triggered a question about it.

20             So I don't know that we were

21   looking at any specific details on the

22   passport, but if somebody hands you a passport

23   it looked and felt to Mr. Kelly to be an actual

24   passport and driver's license.

KARA CORRADO

1   to page two of that.   This is an application

2   that Akoda submitted to ECFMG?

3          A.        Yes.

4          Q.        What's the place of birth listed

5   there?

6          A.        Benin City, Nigeria.

7          Q.        Those are different cities?

8          A.        Yes, that's my understanding.

9          Q.        If you turn to Exhibit 15, it's

10  an application that Igberase submitted to

11  ECFMG?

12         A.        Yes.

13         Q.        Dated, I guess, he signed it

14  10/18/2000 on the last page?

15         A.        Yes.

16         Q.        Turn to the third page of the

17  application Bates 3467?

18         A.        Yes.

19         Q.        I'm sorry.   The first page of it

20  3465.   What's the place of birth that Igberase

21  listed on his application?

22         A.        Lagos, Nigeria.

23         Q.        Obviously this is an exercise

24  that Mr. Kelly could have done at the time?

KARA CORRADO

Page 200

1     word inappropriate, but it wasn't part of

2     our process to go further or to see if

3     some -- I don't know what other

4     organization we could have gone to at the

5     time to see if the two people were the

6     same; if that's what you are asking.

7   BY MR. THRONSON:

8         Q.        Could you have consulted with

9   someone from the Nigeria Consulate to determine

10  if the passport was authentic from their

11  perspective?

12             MS. McENROE:  Objection to form.

13             THE WITNESS:  I suppose we could

14     have, but that wasn't part of our process

15     at the time.

16  BY MR. THRONSON:

17        Q.        Could you have called any of the

18  references that Akoda gave to determine whether

19  the letters of recommendation were authentic?

20             MS. McENROE:  Objection to form.

21             THE WITNESS:  We could have, and

22     we may have.  I just don't have any

23     documentation in the file that we made

24     the phone calls.

KARA CORRADO

Page 204

1      Q.      Did you ever reach out to the

2  alleged cousin after Akoda came into the

3  office?

4      A.      You mean Igberase?

5      Q.      Yeah, and describe the

6  situation, say we have this allegation, Akoda

7  showed up, he says you're his cousin, and used

8  his social security number, is that true?

9      A.      I don't believe that we did

10 that.

11     Q.      Why not?

12     A.      I don't know.

13     Q.      So essentially if I understand

14 it, ECFMG's reason for believing that it

15 compared the two files of Akoda and Igberase at

16 the time in 2000, is that that was the standard

17 practice?

18     A.      In investigations like that,

19 yes.

20     Q.      But there is no direct evidence

21 that you are aware of that that was, in fact,

22 performed?

23             MS. McENROE:  Objection to form.

24             THE WITNESS:  Correct.

KARA CORRADO

1          Q.          Igberase and Akoda both needed

2    ECFMG certification in order to be able to --

3    strike that.  The individual identifying

4    himself as Igberase and Akoda needed ECFMG

5    certification to be able to practice medicine

6    in the United States, correct?

7                    MS. McENROE:  Objection to form.

8                    THE WITNESS:  I would say he

9         needed a license to practice medicine,

10         but as an international medical graduate,

11         part of the requirements for him to get

12         into a training program, which would be a

13         requirement for licensure and to take

14         Step 3, was that he have a valid ECFMG

15         certificate.

16    BY MR. THRONSON:

17          Q.          So an ECFMG certificate was a

18    necessary condition for him to be able to

19    practice medicine in --

20                    MS. McENROE:  Objection to form.

21                    THE WITNESS:  Generally

22         speaking, unless the state board made an

23         exception for him.  The state boards, the

24         regulatory authorities, have autonomy and

KARA CORRADO

Page 233

1        Q.        Are you aware of any other

2   routes, beside through ECFMG certification, by

3   which Akoda could have obtained a license to

4   practice medicine in Maryland?

5        A.        Other than the exception process

6   by the licensing board, that I sort of just

7   described, no.

8        Q.        Do you know if Maryland has that

9   exception process?

10       A.        I do not know.

11       Q.        Have you ever spoken with Akoda?

12       A.        No, I don't believe so.

13       Q.        If ECFMG had believed that the

14   letters of recommendation it received in

15   connection with Akoda's eras*** application,

16   residency application, were not authentic,

17   would ECFMG have had an obligation to inform

18   the residency programs to which he was a part

19   of?

20                 MS. McENROE:  Objection to form.

21                 THE WITNESS:  I wouldn't say

22        that we would have an obligation, but if

23        we determine that letters of

24        recommendation were fraudulent, we would

KARA CORRADO

Page 234

1          report it to the residency programs.   It

2          would be reported to residency programs

3          in general through our official

4          notification process.

5   BY MR. THRONSON:

6          Q.        Is the public entitled to have

7   confidence that ECFMG is acting in a reasonably

8   prudent fashion in assessing and verifying the

9   credentials and qualifications of international

10  medical graduates?

11              MS. McENROE:  Objection to form;

12          calls for legal conclusion.

13              THE WITNESS:  I wouldn't say

14          that they're entitled.  I would say that

15          they may have an expectation that ECFMG

16          or any organization is following its

17          procedures appropriately et cetera.

18  BY MR. THRONSON:

19          Q.        Should they have that

20  confidence?

21              MR. McENROE:  Objection to form.

22              THE WITNESS:  I mean, yes, I

23          think they could have that expectation.

24  BY MR. THRONSON:

KARA CORRADO

Page 247

```
 1        A.        That is the Federation of State

 2    Medical Boards.

 3        Q.        Is that an entity under ECFMG's

 4    control?

 5        A.        No.

 6        Q.        That's a separate entity?

 7        A.        Yes.

 8        Q.        Thank you.

 9                  I have no further questions of

10    this witness.

11                  MR. THRONSON:  Just a few follow

12        ups to echo a few of Counsel's questions.

13                       - - -

14                  REDIRECT EXAMINATION

15                       - - -

16    BY MR. THRONSON:

17        Q.        Is it ECFMG's expectation that

18    state medical boards will rely on reports of

19    ECFMG certification status for any purpose?

20        A.        Yes.  To meet the requirement

21    that the board might have for ECFMG

22    certification.

23        Q.        Is it ECFMG's expectation that

24    residency programs, such as that at Howard
```

KARA CORRADO

Page 248

```
 1   University, would rely on ECFMG status for any
 2   purpose?
 3         A.        Yes, to demarcate that that
 4   person met the certification so they could
 5   enter GME among whatever other requirements the
 6   program had.
 7         Q.        It is ECFMG's expectation that
 8   hospitals that are considering whether to grant
 9   clinical privileges to a physician rely on
10   ECFMG status for any purpose?
11         A.        I think it would be fair to say
12   that they have the same expectation as the
13   licensing board and the residency programs have
14   on the status reports; on ECFMG providing
15   information about certificate status.
16         Q.        The status report that was
17   provided to the Howard residency program
18   regarding Akoda, what was all the information
19   that that status report contained?
20         A.        The status report would contain,
21   his name; his USMLE identification number; his
22   medical school; the year he graduated; the
23   country of medical school; the validity of his
24   ECFMG certificate, what the status is; whether
```