# Exhibit 3



## Planet Depos
### We Make It *Happen*™

# Transcript of William C. Kelly

**Date:** August 20, 2019
**Case:** Russell, et al. -v- Educational Commission for Foreign Medical Graduates

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1
              Volume I

2
              Pages 1-224

3
    IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

4
      Case No. 2:18-cv-05629-JW

5
      Hon. Joshua D. Wolson

6

7

8
MONIQUE RUSSELL, JASMINE RIGGINS

9
ELSA M. POWELL AND DESIRE EVANS,

10
  Plaintiffs,

11
vs.

12
EDUCATIONAL COMMISSION FOR

13
FOREIGN MEDICAL GRADUATES

14
  Defendant.

15

16

17
    DEPOSITION OF WILLIAM C. KELLY

18
   Tuesday, August 20, 2019 at 9:40 a.m.

19
  Law Offices of Morgan, Lewis & Bockius, LLP

20
      One Federal Street

21
    Boston, Massachusetts 02110-176

22

23

24
 ----------Jennifer A. Doherty, CSR--------------

25
    Certified Shorthand Reporter

Transcript of William C. Kelly
Conducted on August 20, 2019

3

```
1                          I N D E X
     Testimony of:              Direct  Cross
2
     WILLIAM KELLY
3        by Mr. Vettori          6
         by Mr. Ceryes                    179
4
5
6                    E X H I B I T S
7    No.          Description              For I.D.
8    Exhibit 1 Bates ECFMG RUSS 0000982-1032    15
9    Exhibit 2 Bates ECFMG RUSS 0000155-158     27
10   Exhibit 3 Bates ECFMG RUSS 0000105         31
11   Exhibit 4 Bates ECFMG RUSS 0000407-409     35
12   Exhibit 5 Bates ECFMG RUSS 0003572-3573    40
13   Exhibit 6 Bates ECFMG RUSS 0000433-437     41
14   Exhibit 7 Bates ECFMG RUSS 0000167         45
15   Exhibit 8 Bates ECFMG RUSS 0000074-167     47
16   Exhibit 9 Bates ECFMG RUSS 0000440         54
17   Exhibit 10 Bates ECFMG RUSS 0003465-3468   55
18   Exhibit 11 Bates ECFMG RUSS 0003463-3468   58
19   Exhibit 12 Bates ECFMG RUSS 0000446-447    60
20   Exhibit 13 Bates ECFMG RUSS 0000202        61
21   Exhibit 14 Bates ECFMG RUSS 0000268-269    63
22   Exhibit 15 Bates ECFMG RUSS 0000116-119    65
23   Exhibit 16 Bates ECFMG RUSS 0000267        67
24   Exhibit 17 Bates ECFMG RUSS 0003471-3472   68
25   Exhibit 18 Bates ECFMG RUSS 0004007-4014   70
```

Transcript of William C. Kelly
Conducted on August 20, 2019                                    4

```
 1                    E X H I B I T S

 2   No.      Description                        For I.D.

 3   Exhibit 19 Bates ECFMG 000464-462              78

 4   Exhibit 20 Bates ECFMG RUSS 0000348-351        81

 5   Exhibit 21 Bates ECFMG RUSS 0000021-22         86

 6   Exhibit 22 Bates ECFMG RUSS 0000023            86

 7   Exhibit 23 Bates ECFMG RUSS 0000703-706        87

 8   Exhibit 24 Bates ECFMG RUSS 0000643            90

 9   Exhibit 25 Bates ECFMG RUSS 0000586            94

10   Exhibit 26 Bates IGBERASE 1908                 95

11   Exhibit 27 Bates ECFMG RUSS 0000567            97

12   Exhibit 28 Bates ECFMG RUSS 0000666            99

13   Exhibit 29 Bates ECFMG RUSS 0000679           100

14   Exhibit 30 Bates ECFMG RUSS 0000568           102

15   Exhibit 31 Bates ECFMG RUSS 0000640-641       103

16   Exhibit 32 Bates ECFMG RUSS 0000576           105

17   Exhibit 33 Bates ECFMG RUSS 0000617           106

18   Exhibit 34 Bates ECFMG RUSS 0000559           110

19   Exhibit 35 Bates ECFMG RUSS 0000552-553       112

20   Exhibit 36 Bates ECFMG RUSS 0004194-4195      115

21   Exhibit 37 Bates ECFMG RUSS 0000560           118

22   Exhibit 38 Bates ECFMG RUSS 0000557           119

23   Exhibit 39 Bates ECFMG RUSS 0000555           120

24   Exhibit 40 Bates ECFMG RUSS 0004476           121

25   Exhibit 41 Bates ECFMG RUSS 0000556           123
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    7

1   tell me.

2           A.   I will.

3           Q.   Because if you answer the question, I'm

4   going to assume you understood it.   Fair enough?

5           A.   Fair enough.

6           Q.   Can we have, for the record, your full

7   name and address?

8           A.   My name is William Kelly, K-E-L-L-Y.   My

9   home address is 47 Powerhouse, P-O-W-E-R-H-O-U-S-E,

10  Hill, H-I-L-L, Lane.   That's in Rockport, Maine

11  04856.

12          Q.   So you at one time worked for ECFMG, the

13  Educational Commission for Foreign Medical

14  Graduates?

15          A.   Yes.

16          Q.   And when did you leave that company's

17  employment?

18          A.   I retired in May 2015.

19          Q.   So when you left ECFMG, you didn't take

20  employment elsewhere?

21          A.   When I left ECFMG, I worked full-time.   I

22  worked as a consultant for them for one year

23  part-time.

24          Q.   What years would that be?

25          A.   That would be May 2015 until I think it

Transcript of William C. Kelly
Conducted on August 20, 2019                                    8

1    was June 2016.

2         Q.    Okay.  But since June 2016 you've been

3    completely retired?

4         A.    No.  I do contracting work with the State

5    Department, their International Visitor Leadership

6    Program.  I'm a liaison officer.

7         Q.    How much of your time does that take?

8         A.    It varies from year to year and this year

9    it will be a total of maybe ten weeks.

10        Q.    What's your educational background?

11        A.    My undergraduate, I have a Bachelor of

12   Arts from LaSalle University in Philadelphia and

13   graduate school I have a Master of Science from the

14   University of Pennsylvania.

15        Q.    Did you work in Pennsylvania?

16        A.    Yes.

17        Q.    When you graduated from college, did you

18   go immediately into your master's program or did you

19   work first?

20        A.    I worked first.

21        Q.    For how long?

22        A.    About twenty years.

23        Q.    So who did you work for in that twenty

24   year period?

25        A.    From when I graduated from college?

Transcript of William C. Kelly
Conducted on August 20, 2019                          9

1        Q.   Yes, sir.

2        A.   I first worked for an insurance company,

3   Liberty Mutual Insurance Company.  And then I worked

4   for ECFMG.

5        Q.   When did you start with ECFMG?

6        A.   October 1977.

7        Q.   Is that thirty-eight years you were with

8   the company?

9        A.   Almost.

10        Q.   Congratulations.

11        A.   Thank you.

12        Q.   And congratulations on your

13   semi-retirement.

14        A.   Okay.

15        Q.   I need to ask you, what did you do to

16   prepare for this deposition once you learned you

17   were coming here for this deposition?

18        A.   On my own?

19        Q.   Well, in any way.  Did you do anything on

20   your own?  Did you talk with anybody?  Did you

21   review any documents?  I can ask those as separate

22   questions, but basically I will start with:  What

23   did you do to prepare for this deposition?

24             MS. MCENROE:  Objection to form.

25        A.   Well, I met with counsel.

1      A.    Could you repeat the question?

2      Q.    Could you explain how that certification

3  process works or worked at the time you were

4  employed at ECFMG?

5              MS. MCENROE:  Objection to form.

6      A.    There was an evaluation and certification

7  process where international medical graduates passed

8  a series of examinations, documented their education

9  and credentials and -- that were verified by

10 ECFMG.

11     Q.    So fair enough.  What is the first step in

12 this process that ultimately leads to certification

13 by ECFMG?

14             MS. MCENROE:  Objection to form.

15 BY MR. VETTORI:

16     Q.    Do you understand my question?

17     A.    The first step related to ECFMG?

18     Q.    Yes, yes.

19     A.    My recollection is it would be an

20 application to ECFMG.

21     Q.    So is that an application to take steps

22 one and/or two of the USLME?  Is that what that

23 application is all about?

24     A.    Those were some of the exams.  There were

25 different exams over time, but those were some of

1    me fast-forward.  If that same applicant to whom a

2    number had been assigned, when he filed his

3    application or her application, ultimately became

4    certified, would the certification number be the

5    same as that identification number?  Again, I'm

6    talking abut the '92, '93 period.

7         A.   Yes.

8                   MR. VETTORI:  So can you mark

9    Exhibit 1?

10                  (Exhibit No. 1 marked for

11   identification.)

12   BY MR. VETTORI:

13        Q.   So again, I'm not trying to mislead you.

14   This is a 1996 booklet, not a 1992 or 1993 booklet.

15   Okay?

16        A.   Okay.

17        Q.   But do you recognize the document that's

18   been marked as Exhibit 1?

19        A.   Yes.

20        Q.   And is this the type -- is this document

21   given to any applicant -- was this document given

22   to any IMG applicant who applied to take any of the

23   USLME exams in 1996?

24                  MS. MCENROE:  Objection to form.

25        A.   I think they would have had to have it in

Transcript of William C. Kelly
Conducted on August 20, 2019                    18

1    meant.

2           A.    Yes.

3           Q.    And was step two basic clinical science

4    material?

5           A.    Yes.

6           Q.    And both were, at that time, two-day

7    multiple choice tests administered by ECFMG; is that

8    correct?

9           A.    My -- that -- I have no independent

10   recollection of that.  Just from what's on the form

11   the answer would be yes.

12          Q.    So am I correct that in addition to

13   successfully -- again, I'm in this 1992 to 1996

14   period.  Am I correct that in addition to pass --

15   successfully completing steps one and two of the

16   USLME exams an applicant would also -- an IMG

17   applicant would also have to pass an English test?

18          A.    Yes.

19          Q.    And in addition, before ECFMG would

20   certify an applicant there had to be primary source

21   verification of that applicant's medical

22   credentials; is that correct?

23          A.    Of their medical diploma, yes.

24          Q.    Nothing more than their diploma?

25          A.    Generally not.

Transcript of William C. Kelly
Conducted on August 20, 2019                          19

1        Q.    And am I correct also that in that same

2   time period in order -- I'm sorry, was -- in that

3   time period were steps one and two and was the

4   English exam administered by ECFMG?

5        A.    To the best of my recollection, yes.

6        Q.    Step three was not administered by ECFMG,

7   was it?

8        A.    It was not.

9        Q.    It was administered by whom?

10        A.    My recollection was that it was

11   administered by state medical boards.

12        Q.    And am I correct in saying that an IMG

13   applicant could not sit for step three of the USLME

14   unless he or she was certified by ECFMG?

15             MS. MCENROE:  Objection to form.

16        A.    I believe that was the process in most, if

17   not all states, yes.

18   BY MR. VETTORI:

19        Q.    So again, this is just a general question,

20   Mr. Kelly.  And again, we're referring to this time

21   period that I framed from 1992 through 2000.  Let's

22   say through 1996.

23             Is it correct to say that an IMG couldn't

24   practice medicine in the United States without being

25   certified by ECFMG?

Transcript of William C. Kelly
Conducted on August 20, 2019                          22

1    BY MR. VETTORI:

2          Q.    Do you agree with that statement?

3          A.    Would you repeat that for me, please?

4    BY MR. VETTORI:

5          Q.    ECFMG works on behalf of domestic and

6    international regulatory authorities to protect the

7    public through its programs and services, including

8    primary source verification of physician

9    credentials?

10                   MS. MCENROE:   Objection to form.

11         A.    That appears to be a statement of what it

12   currently does and I really don't have any direct

13   knowledge of that.  It appears to be a contemporary

14   statement.

15   BY MR. VETTORI:

16         Q.    You don't believe that statement applied

17   during the period of time you were employed by

18   ECFMG?

19         A.    During part of that period.

20         Q.    When did that --

21         A.    The international part I don't think was

22   part of it back in the time frame you're talking

23   about.

24         Q.    Okay.  So let me rephrase it, give you --

25   ask you if you agree with the following statement.

1    ECFMG works on behalf of domestic regulatory

2    authorities to protect the public through its

3    programs and services including primary source

4    verification of physician credentials?

5              MS. MCENROE:  Objection to form.

6        A.   I would say yes.

7    BY MR. VETTORI:

8        Q.   Would it be accurate to say that ECFMG

9    protects the public by, among other ways, seeing

10   that foreign medical graduates have completed an

11   acceptable medical education?

12             MS. MCENROE:  Objection to form.

13       A.   In that that's part of the certification

14   process, yes.

15   BY MR. VETTORI:

16       Q.   And would it be accurate to say that ECFMG

17   serves to protect the public by seeing to it that

18   foreign medical graduates can successfully pass the

19   requirements of the USLME examinations?

20             MS. MCENROE:  Objection to form.

21       A.   Yes.

22   BY MR. VETTORI:

23       Q.   Would it also be accurate to say that

24   ECFMG protects the public by ensuring that foreign

25   medical graduates meet certain standards of

Transcript of William C. Kelly
Conducted on August 20, 2019                          29

1    left, it looks like it was filed, that is received

2    by ECFMG on April 6, 1992; is that correct?

3        A.   Yes.

4        Q.   And do you see in the middle of page 1

5    that he submitted a Social Security number ending in

6    5054?

7        A.   Yes.

8        Q.   Item four?

9        A.   Yes, I see that.

10       Q.   If you'll turn to page 2, what is the date

11   of birth he provided?

12       A.   It looks as though it says the 17th of

13   April 1962.

14       Q.   When ECFMG receives -- I'm sorry.  When

15   ECFMG received this application, was any of the

16   information contained on this form, I guess it's

17   Exhibit 2, inputted into a -- this is a dinosaur

18   talking, I don't know computer terminology -- into a

19   computer program?

20             MS. MCENROE:  Objection to form.

21       A.   That was the procedure at this time.  What

22   happened to this specific one, I could not say for

23   certain.

24   BY MR. VETTORI:

25       Q.   And this may be difficult to answer, but

1    outside.

2          Q.    And how about in 1996?

3          A.    I don't recall.

4                     (Exhibit No. 3 marked for

5    identification.)

6    BY MR. VETTORI:

7          Q.    As part of your review in preparation for

8    this deposition, did you review this document?

9          A.    I don't recall this specific one, but I

10   may have.

11         Q.    For the record, this is what purports to

12   be a diploma from the University of Ibadan for

13   someone by the name of Charles Olufemi,

14   O-L-U-F-E-M-I, Igberase, I-G-B-E-R-A-E-S-E.  Would

15   it be the normal practice of ECFMG in 1992 to

16   require someone like Mr. Igberase who filled out the

17   application we just reviewed to also submit a

18   diploma?

19         A.    Yes.

20         Q.    But you don't have any specific

21   recollection about this diploma?

22         A.    No.

23         Q.    Do you have an independent recollection or

24   a recollection that's been refreshed by your review

25   of documents in this case as to whether ECFMG issued

Transcript of William C. Kelly
Conducted on August 20, 2019                        34

1         Q.    Thank you.  You testified a little earlier

2    that ECFMG required IMGs to submit diplomas,

3    correct?

4         A.    Yes.

5         Q.    And it was only the diploma that had to be

6    verified; is that your testimony?

7         A.    At that time, yes.

8         Q.    When did that change?

9         A.    I don't know that it changed.  I have no

10   independent knowledge that it changed.

11        Q.    So your recollection is that during the

12   entire -- what did we say, thirty-five, thirty-eight

13   years that you were at ECFMG?

14        A.    Thirty-seven and a half.

15        Q.    It didn't change, only the diplomas were

16   required?

17        A.    Not the whole time.  And there was a

18   period before 1986 -- 1984 or 1986 where we did not

19   require primary source verification directly with

20   the medical school.

21        Q.    But in the period of time that we're

22   talking about here today, which I've mentioned

23   probably too many times already, the diploma was the

24   only thing that had to be verified?

25              MS. MCENROE:  Objection to form.

Transcript of William C. Kelly
Conducted on August 20, 2019                    35

1          A.    As a general rule, yes.

2    BY MR. VETTORI:

3          Q.    IMGs who applied for certification by

4    ECFMG were not required to submit transcripts of

5    their medical school, were they, or were they?

6                     MS. MCENROE:    Objection to form.

7          A.    At that time, no.

8    BY MR. VETTORI:

9          Q.    So when an applicant such as Mr. Igberase

10   provided you -- I'm sorry -- provided ECFMG with a

11   diploma, would I be correct in stating that ECFMG

12   would forward that with a form to the medical school

13   for the medical school to verify the accuracy or the

14   authenticity of that document, the diploma?

15         A.    That was the procedure, yes.

16                     (Exhibit No. 4 marked for

17   identification.)

18   BY MR. VETTORI:

19         Q.    Do you recall reviewing this document as

20   part of the review you did in preparation for this

21   deposition?

22         A.    I have no recollection of this specific

23   document.

24         Q.    I'll represent to you that this is an

25   application filed by someone with the last name

Transcript of William C. Kelly
Conducted on August 20, 2019                                    36

1    Charles, first name Igberase, middle name Oluwafemi,

2    and this looks like -- I'm going to ask you to

3    verify this -- that it was received by ECFMG on

4    March 30, 1994?

5        A.   I can't make out the date, but it could be

6    that, yes.  It's difficult to read.

7        Q.   Do you see anywhere -- do you see in item

8    four whether a Social Security number was

9    provided?

10       A.   I do not see one on this copy.

11       Q.   And again, I'm sorry, for the record this

12   is Bates number 0000407, correct?

13       A.   Yes.

14       Q.   So turn to page 408, the next page.  What

15   date of birth is provided?

16       A.   17th day, fourth month, year '61.

17       Q.   So I take it since you don't recall

18   reviewing this, you can't tell me whether the

19   medical information -- the medical school

20   information on that form is almost identical to the

21   information on the form filed by Mr. Igberase,

22   correct?

23               MS. MCENROE:  Objection to form.

24   BY MR. VETTORI:

25       Q.   You didn't make that comparison?

Transcript of William C. Kelly
Conducted on August 20, 2019                          42

```
1    identification.)
2                    (Discussion off the record.)
3    BY MR. VETTORI:
4        Q.   So Mr. Kelly, Exhibit 6 is a handwritten
5    letter, which is dated in the upper right-hand side
6    July 14, 1995, and received at ECFMG on July 20,
7    1995.  Can we agree on that?
8        A.   Yes.
9        Q.   And it's Bates number 0000433 through 437.
10   Can we agree on that?
11       A.   Yes.
12       Q.   And it is signed -- well, it says,
13   "Sincerely, Igberase Oluwafemi Charles" and it has
14   that 519 certification number.  Do you see that?
15       A.   Yes.
16       Q.   And is it your understanding -- I'm sorry,
17   have you had time to look at it?
18       A.   Give me a minute.  I can look at this,
19   yeah.
20           (Complies.)
21             MS. MCENROE:  I've finished reviewing
22   it.
23   BY MR. VETTORI:
24       Q.   Okay.  Do you remember this letter?
25       A.   Remember?
```

Transcript of William C. Kelly
Conducted on August 20, 2019                              43

1       Q.   Do you have an independent recollection of
2   receiving this letter?
3       A.   No.
4       Q.   As part of your review to prepare for this
5   deposition, did you review it?
6       A.   This letter, yes.
7       Q.   So would you agree with me that this is a
8   letter in response to the prior exhibit when you
9   wrote to him saying you were investigating the
10  matter and he should write to you?
11      A.   Yes.
12      Q.   And would you agree with me that in this
13  letter he confesses to the fact that he's really
14  Igberase, that he and Igberase are one and the same
15  person?
16      A.   Yes.
17      Q.   And would you agree with me that basically
18  he blamed what he did on his friends?
19           MS. MCENROE:  Objection to form.
20      A.   I don't know that I would characterize it
21  that way.
22  BY MR. VETTORI:
23      Q.   Well, take a look at the middle of page 2.
24  He says, "As a result of these" -- meaning his
25  inability to get into 150 residency programs, any of

Transcript of William C. Kelly
Conducted on August 20, 2019                              45

```
1     future -- that the future records he was going to
2     use the name Igberase Oluwafemi Charles?
3          A.   Yes.
4          Q.   So after receiving this handwritten letter
5     in response to your letter, did the committee on
6     medical education credentials meet to review the
7     matter?
8          A.   That is my recollection, yes.
9               MR. VETTORI:  Let me show him the
10    letter and we can stop right here after this.
11              (Exhibit No. 7 marked for
12    identification.)
13    BY MR. VETTORI:
14         Q.   It's a short letter.  Why don't you read
15    it, please.
16         A.   (Complies.)  I finished reading it.
17         Q.   So this letter is signed by you?
18         A.   Yes.
19         Q.   And this letter is telling, I guess both
20    Charles and Igberase, what the results are of the
21    meeting of the education -- ECFMG committee on
22    medical education credentials; is that correct?
23         A.   Yes.
24         Q.   And as I understand it, the decision of
25    the committee was to invalidate the ECFMG
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    46

1   certificate issued as 0519573-0, correct?

2        A.   Yes.

3        Q.   That's the one that was issued to the

4   gentleman by the name of Charles, correct?

5        A.   I have no independent knowledge of that.

6        Q.   And also is telling Charles and Igberase

7   that ECFMG was revoking the certificate issued under

8   0482700-2, correct?

9        A.   Yes.

10       Q.   And isn't that the certificate issued to

11  Mr. Igberase?

12       A.   That I don't know.

13            MR. VETTORI:  This is a good time to

14  take a break.

15            MS. MCENROE:  Off the record.

16            (Discussion off the record.)

17            MS. MCENROE:  So can we hop back on

18  the record just for two quick things for the

19  purposes of the record?

20            On behalf of ECFMG we are reserving

21  the right to review and sign today's transcript.

22  And we've also discussed with counsel a stipulation

23  that all objections, except as to the form, are

24  reserved for the time of trial, if that is

25  acceptable with you-all as well.

Transcript of William C. Kelly
Conducted on August 20, 2019                                        51

1   the diploma and the person whose name is on the

2   application are really the same person?

3              MS. MCENROE:  Objection to form.

4        A.   Yes.

5   BY MR. VETTORI:

6        Q.   Okay.  When did that policy, practice, or

7   procedure first go into effect?

8        A.   I don't recall the date.

9        Q.   Was it effective as of 1995?

10       A.   I don't recall it being in effect at that

11  time.

12       Q.   What is that policy, practice, or

13  procedure?

14       A.   Okay.  And I'm -- again, this is at the

15  time it was in place when I was there.  I mean,

16  again, I don't know what it is now, that if there is

17  a -- a significant -- a discrepancy between the name

18  on the diploma and the name they're using when they

19  apply for the examination that they provide

20  certain -- some sort of documentation to connect

21  that -- to indicate the two names belong to the same

22  person.

23       Q.   But is it your testimony that you don't

24  believe that policy was in effect, at least not in

25  1995?

Transcript of William C. Kelly
Conducted on August 20, 2019                    53

1        Q.   Okay.  And so it looks to me like the

2    person who took the July 1992 day one and day two

3    exams failed; is that correct?

4        A.   Failed in July 1992.

5        Q.   Correct.

6        A.   Yes.

7        Q.   And failed step one in September 1992; is

8    that correct?

9        A.   Yes.

10       Q.   And failed day one in January 1993; is

11   that correct?

12       A.   Yes.

13       Q.   Do you have an independent recollection or

14   a recollection refreshed by any review of documents

15   you made prior to this deposition as to whether the

16   applicant by the name of Charles took an appeal from

17   the decision of the committee that's reflected in

18   your December 7, 1995, letter?

19       A.   My recollection is that he took an appeal,

20   but I don't know which -- I don't recall which

21   decision.

22       Q.   Do you remember whether that appeal

23   resulted in a hearing?

24       A.   My recollection is that there was a

25   hearing, yes.

1         Q.    And bear with me one second.

2               Do you remember when that appeal hearing

3    took place?

4         A.    No.

5         Q.    I'll come back to that later.  Do you

6    remember the outcome of the appeal?

7         A.    Yes.

8         Q.    What was the outcome?

9         A.    My recollection is that the appeal was

10   denied.

11        Q.    Is that the same thing as saying the

12   decision to invalidate one certificate and revoke

13   the other was affirmed?

14        A.    Yes, but that there was a -- a change in I

15   believe the length of time of the revocation of the

16   one certificate, the specification of the date.

17              (Exhibit No. 9 marked for

18   identification.)

19   BY MR. VETTORI:

20        Q.    It's a one-page letter, sir.  If you take

21   your time to read it, I'd appreciate it.  Thank you,

22   Mr. Kelly.

23        A.    (Complies.)  Yes, I've read it.

24        Q.    So who is Marie Shafron?

25        A.    At that time Ann Marie Shafron was the

Transcript of William C. Kelly
Conducted on August 20, 2019                          55

1    vice president of operations at ECFMG.

2         Q.    And would you agree with me that this

3    letter is outlining to the gentleman by the name of

4    Charles the results of the appeal hearing?

5         A.    Yes.

6         Q.    And do you see where this letter recites

7    that the appeal was considered on July 10, 1996?

8    It's in the middle paragraph.

9         A.    Yes.

10        Q.    In Washington, DC?

11        A.    Yes.

12        Q.    And would you agree with me that the

13   decision of the review committee affirmed the

14   decision invalidating one certificate and revoking

15   the other, but limited the length of the revocation

16   of certificate 04827002 to five years from July 10,

17   1996, until July 10, 2001?

18        A.    Yes.

19        Q.    Thank you.

20               (Exhibit No. 10 marked for

21   identification.)

22   BY MR. VETTORI:

23        Q.    So Mr. Kelly, what is this document?

24        A.    It appears to be a photocopy of an

25   application for USMLE exams.

Transcript of William C. Kelly
Conducted on August 20, 2019                                    56

1        Q.   Which exams was he applying for?

2        A.   According to the application, the -- both

3    the step one and the step two.

4        Q.   And what is the name of the applicant?

5        A.   On the application it's Femi Charles

6    Igberase.

7        Q.   Do you see whether any Social Security

8    number was provided?

9        A.   I see no Social Security number on the

10   application.

11       Q.   And can you tell from the Bates stamp on

12   the document when it was received by ECFMG?

13       A.   Yes.

14       Q.   When was it received?

15       A.   October 23, 2000.

16       Q.   Do you see the date of birth on the --

17   towards the bottom of Page 1 of that application?

18       A.   Yes.

19       Q.   What is the date of birth?

20       A.   17th day of the fourth month in 1962.

21       Q.   April 17?

22       A.   Yes.

23       Q.   Isn't that the same date as on the 1992

24   application by Igberase?

25       A.   I would have to look.

1      Q.   Please do.  It's one of the early -- it's

2   the second exhibit, I think.

3      A.   Yes, it is.

4      Q.   So did you review this document, the

5   application, Exhibit 10, in preparation for this

6   deposition?

7      A.   I don't recall this specific -- no.

8      Q.   Am I correct that ECFMG pretty quickly

9   picked up on the fact this is the same Igberase

10  whose certificate had been revoked for five years

11  through and including July 10, 2001?

12     A.   My recollection is that at some point, I

13  don't know the time period, but I know subsequent to

14  this, there was an allegation that he provided false

15  information on his application, yes.

16     Q.   What do you mean by there was an

17  allegation?

18     A.   My recollection is subsequent to this we

19  alleged that he had engaged in irregular behavior.

20     Q.   Just to help answer this question, I'm

21  going to show you in a minute your letter dated

22  November 16, 2000, about this application.

23     A.   Okay.

24     Q.   So it appears to me that within less than

25  a month's time ECFMG has concluded that this is the

Transcript of William C. Kelly
Conducted on August 20, 2019                                      58

1    same Igberase who had been told that his

2    certification was revoked through July 10, 2001.

3    Would you agree with me?

4                    MS. MCENROE:   Objection.

5         A.   We made that allegation, yes.

6    BY MR. VETTORI:

7         Q.   So do you have an independent recollection

8    as to how you came to that determination?

9         A.   No.

10        Q.   So do you remember me reading to you from

11   Charles's handwritten letter that for future records

12   he is going to use the name Igberase Oluwafemi

13   Charles?  Do you recall that?

14        A.   Yes, I do.

15        Q.   He didn't do that here, did he?

16        A.   No, he did not.

17                    (Exhibit No. 11 marked for

18   identification.)

19   BY MR. VETTORI:

20        Q.   Let me know after you've read it, okay,

21   Mr. Kelly?  Thank you.

22        A.   (Complies.)  I finished reading it.

23        Q.   Okay.  Can we go back to the prior

24   exhibit, No. 10?  Put that in front of you, please.

25                    Would you agree with me that this

1    look on his face and I think I had the same one, but

2    I think I got the answer.

3         A.   Okay.  I finished reading.

4    BY MR. VETTORI:

5         Q.   So this is a letter dated May 22, 2002,

6    this being Exhibit 14, correct?

7         A.   Yes.

8         Q.   And it's your letter?

9         A.   It's from me, yes.

10        Q.   This is approximately a year after your

11   previous letter, correct?

12        A.   Yes.

13        Q.   Can I offer what I think is the

14   explanation for that period of time and see if you

15   agree with me?

16        A.   Yes.

17        Q.   I think in an earlier letter you wrote

18   that you would reconsider the matter after the

19   decision by the USMLE and their remand to you.  Do

20   you remember that?

21        A.   Yes.

22        Q.   Is that the reason for this letter being

23   almost a year later?

24        A.   That would have been the process, yes.

25        Q.   Thank you.

1    received April 18th?

2        Q.    March 18th.

3        A.    March 18th, yes, that would have been.

4              MS. MCENROE:  Do you want to take a

5    break?

6              MR. VETTORI:  No.

7              (Exhibit No. 16 marked for

8    identification.)

9    BY MR. VETTORI:

10       Q.    Mr. Kelly, Exhibit 16, which is Bates

11   number 0000267, appears to be a copy of something

12   that purports to be a diploma from the University of

13   Ibadan for a person named Charles Igberase

14   Oluwafemi.  Do you see that?

15       A.    Yes.

16       Q.    Do you know whether this was submitted to

17   ECFMG as part of the application we just

18   discussed?

19       A.    I do not know.

20       Q.    You don't have any independent

21   recollection of this?

22       A.    I do not.

23       Q.    Do you have any recollection whether this

24   diploma was ever verified with the University of

25   Ibadan?

Transcript of William C. Kelly
Conducted on August 20, 2019                    68

```
1        A.    I have no knowledge.
2        Q.    Do you have any knowledge whether any
3    information was inputted into the computer system
4    when this application was filed?
5        A.    I have no knowledge.
6        Q.    Do you have a recollection that ECFMG
7    determined within a short period of time after this
8    application was filed by this gentleman with the
9    last name Oluwafemi that it was the same person that
10   applied as Igberase and as Charles?
11       A.    I don't recall that, no.
12                    (Exhibit No. 17 marked for
13   identification.)
14   BY MR. VETTORI:
15       Q.    March 18, 2002.
16       A.    Okay, I finished.  I read -- reviewed the
17   letter.
18       Q.    So does this refresh your recollection
19   that ECFMG realized pretty quickly after the March
20   18, 2002, application that this person by the name
21   of Oluwafemi is really the same as the person
22   identified as Charles and as Igberase?
23       A.    It doesn't refresh my recollection, but
24   the letter tells me that that is what happened.
25       Q.    You wouldn't have written that if it
```

1    already established that, Mr. Kelly.

2              MS. MCENROE:  Objection to form.

3    BY MR. VETTORI:

4       Q.   Isn't that correct?

5       A.   If that is what we did, then this was a

6    different applicant, yes.

7       Q.   Correct.  Are you aware that this is the

8    identical diploma submitted by the person with the

9    name Charles Oluwafemi Igberase that you verified

10   with the school?

11      A.   I'm not aware of that.

12      Q.   So again, we have a situation where the

13   applicant's name is different than the name on the

14   diploma, correct?

15              MS. MCENROE:  Objection.

16      A.   The name -- the sequence of names is

17   different, yes.

18   BY MR. VETTORI:

19      Q.   Correct.  And is there any documentation

20   to indicate to ECFMG an explanation for that?

21      A.   I see none.

22      Q.   So as I -- is it correct to say that ECFMG

23   relied on a verification of a diploma for someone

24   whose name is different than the applicant Igberase

25   Oluwafemi Charles?

Transcript of William C. Kelly
Conducted on August 20, 2019                            75

1  assigned to him the number 0519573-0.  ECFMG

2  certified both of those individuals with different

3  certification numbers.

4       A.   Yes.

5       Q.   And that's because, isn't it, Mr. Kelly,

6  that ECFMG thought they were two different people?

7       A.   I don't know that I would have used that

8  language, but they were two separate applicants,

9  yes, yes, individuals, yes.

10      Q.   ECFMG would never assign two certification

11  numbers and -- I'm sorry -- two identification

12  numbers and actually certify with two different

13  certification numbers the same person, would it?

14              MS. MCENROE:  Objection to form.

15      A.   Not knowingly.

16  BY MR. VETTORI:

17      Q.   So again, ECFMG relied on a verification

18  of a diploma for a person whose name is different

19  than the name on the application.  You would agree

20  with that, wouldn't you?

21              MS. MCENROE:  Objection to form.

22      A.   The sequence of names on the diploma are

23  different than the sequence of names on the

24  application.

25  BY MR. VETTORI:

Transcript of William C. Kelly
Conducted on August 20, 2019                                    77

1    raised a flag.

2    BY MR. VETTORI:

3        Q.    So why then when Igberase Oluwafemi

4    Charles applied, didn't ECFMG question whether it

5    was just a rearrangement of names or not?

6                MS. MCENROE:   Objection to form.

7        A.    I would have to go back to the application

8    and look.

9    BY MR. VETTORI:

10       Q.    Well, we know from one of your letters

11   that you said the reason why you didn't make that

12   determination when the application, the second

13   application was filed, that is the one by

14   Mr. Charles or Dr. Charles was because his date of

15   birth was different and the order of his name was

16   different, correct?  You remember that letter?

17       A.    Yes, yes, yes.

18       Q.    So you thought they were two different

19   people, even though the names were similar, they

20   were in a different arrangement; isn't that

21   correct?

22                MS. MCENROE:   Objection to form.

23       A.    That would be correct, yes.

24   BY MR. VETTORI:

25       Q.    I'm just curious why there's not a diploma

Transcript of William C. Kelly
Conducted on August 20, 2019                              79

1   stamp, we established from some other letters that

2   it clearly was March 18, 2002; do you agree?

3        A.   Yes.

4        Q.   I think my question to you was, it appears

5   to me -- I'm sorry.

6             Would you agree with me that ECFMG

7   realized within a short period of time after this

8   March 18, 2002 application was filed that this

9   person using the name Charles Igberase Oluwafemi was

10  really the person certified under number

11  0482700-2?

12       A.   Yes.

13       Q.   And so you wrote a letter on July 22,

14  2002, to someone by the name of Charles Igberase

15  Oluwafemi, correct?

16       A.   Yes.

17       Q.   His application had not referenced any

18  identification or certification number, had it?

19       A.   Yes.

20       Q.   Yes, it had not?

21       A.   That is correct.

22       Q.   But you referenced the 0482700-2

23  certification number, correct?

24       A.   Correct.

25       Q.   And that was the one assigned to Igberase

Transcript of William C. Kelly
Conducted on August 20, 2019                    88

1    dated January 3, 1996.  Can you confirm that?

2         A.    That appears to be the receipt date,

3    yes.

4         Q.    Right.  Does it list a Social Security

5    number?

6         A.    There is none listed on there.

7         Q.    What is the date of birth?  Second page.

8         A.    January 1, 1959.

9         Q.    And does this applicant, John Nosa Akoda,

10   indicate what medical school he attended?

11        A.    Yes.

12        Q.    Which one?

13        A.    University of Benin, Nigeria.

14        Q.    Does he indicate when he graduated?

15        A.    He does not list the degree date.  He

16   lists his attendance dates.

17        Q.    What are the attendance dates?

18        A.    October '81 to October '87.

19        Q.    If you look at Bates page 40705, which I

20   think is the third page of the application, part C.

21        A.    Yes.

22        Q.    There is a photograph attached or there is

23   a photograph on that page; is there not?

24        A.    It appears to be a photograph.

25        Q.    Isn't that a requirement of all

Transcript of William C. Kelly
Conducted on August 20, 2019                                    89

1    applications, that they attach a photograph?

2                MS. MCENROE:   Objection to form.

3         A.   That is, yes.

4    BY MR. VETTORI:

5         Q.   And doesn't that photograph have to be

6    verified by the dean of the medical school?

7                MS. MCENROE:   Objection to form.

8         A.   It does not have to be.

9    BY MR. VETTORI:

10        Q.   What was the procedure in 1996 at ECFMG

11   with respect to the verification of a photograph on

12   an application?

13        A.   I don't recall.

14        Q.   So in section B1, down towards the bottom,

15   the form says, "Explain in the space below why the

16   application could not be signed in the presence of

17   your medical school dean, vice dean, or register --

18   any registrar.  Any explanation must be acceptable

19   to ECFMG and must be provided each time you submit

20   an application to ECFMG."

21               Do you see that?

22        A.   Yes.

23        Q.   And the handwritten answer was "because

24   the postal system to Nigeria could not be guaranteed

25   within the available time."  Did I read that

Transcript of William C. Kelly
Conducted on August 20, 2019                    93

```
 1    any time while you were employed by ECFMG?
 2         A.    Yes.
 3         Q.    What?
 4         A.    You would check the name and the seal
 5    against samples in the reference library, in the
 6    credential reference library.
 7         Q.    But you don't know when that was?
 8         A.    No.
 9         Q.    You don't know if that reference library
10    was utilized in the 1996 time period?
11         A.    I don't recall.
12         Q.    Does it appear to you that the dates of
13    attendance at the University of Benin are the same
14    on Exhibits 24 and 23?
15         A.    Yes.
16         Q.    From your review of the many records in
17    preparation for this deposition or from your
18    independent personal knowledge, do you know why this
19    occurred, the individual applied once, didn't take
20    any exams and then applied again?
21         A.    No, I don't know.
22         Q.    You don't remember?
23              MS. MCENROE:   I'm just going to -- he
24    stated he didn't remember, but I think testified he
25    didn't know.
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    95

1       A.    Yes.

2       Q.    And the middle name on the diploma is

3   Enosekhare, E-N-O-S-E-K-H-A-R-E, correct?

4       A.    Yes.

5       Q.    And Akoda is the same on both, correct?

6       A.    Yes.

7       Q.    Do you know if ECFMG verified this

8   diploma?

9       A.    I do not know.

10      Q.    Do you know whether John Nosa Akoda was

11  ever certified by ECFMG?

12      A.    My recollection is that he was.

13                  MR. VETTORI:  Off the record.

14                  (Discussion off the record.)

15                  (Exhibit No. 26 marked for

16  identification.)

17  BY MR. VETTORI:

18      Q.    So Mr. Kelly, what is this document?

19      A.    It -- to me it's got a photocopy of an

20  ECFMG certificate.

21      Q.    Are you familiar with this form of

22  document?

23      A.    Yes.

24      Q.    So would I be correct in stating that when

25  an applicant is certified, they receive one of

Transcript of William C. Kelly
Conducted on August 20, 2019                              107

1    that the gentleman by the name of Akoda is

2    participating in a residency program at Jersey Shore

3    Medical Center?

4         A.   Strictly speaking that he had started the

5    program.

6         Q.   And this completed form was received by

7    ECFMG on July 24, 1990 -- I can't tell the date.

8    Can you read that date?

9         A.   I can read the July 24, but not the

10   rest.

11        Q.   I think it's '99.

12        A.   Since the valid indefinitely sticker was

13   sent in 1998, it's likely 1998 is the date it was

14   received.

15        Q.   So it's my somewhat limited understanding

16   that as of 1998 when a IMG who has been certified by

17   ECFMG and who has passed step three of the USMLE

18   applies to a residency program, ECFMG in some

19   fashion assists in that application if requested to

20   do so?  Is that understanding correct?

21             MS. MCENROE:  Objection for form.

22        A.   Assist in the application?

23   BY MR. VETTORI:

24        Q.   Yes.  And you can restate it, if it helps

25   you

Transcript of William C. Kelly
Conducted on August 20, 2019                          108

1        A.    Yeah.    I mean, we work with the

2   Association of Medical -- American Medical Colleges

3   for the electronic residency application service

4   where we serve as the dean station for international

5   medical graduates applying for residency programs.

6   So in that sense we are a part of that process.

7        Q.    So as part of your participation in the

8   ERAS process, is it correct that -- when an

9   applicant -- I'm sorry.    When an IMG applies to a

10  residency program using ERAS, another acronym, ECFMG

11  transmits a status report to the residency program;

12  is that correct?

13       A.    That was the process, yes.

14       Q.    As part of that ERAS process, again I'm

15  talking about this 1998 time period, did the -- was

16  the applicant required to send to ECFMG supporting

17  documents for further transmission to the residency

18  program?

19       A.    I am not sure.

20       Q.    As part of the ERAS program, in the time

21  period we're talking about, was it the practice for

22  ECFMG to transmit the IMGs USMLE transcripts as

23  requested by the applicant?

24       A.    If requested by the applicant, yes.

25       Q.    Do you know what, generally speaking,

Transcript of William C. Kelly
Conducted on August 20, 2019                    111

```
 1        A.    Okay.  I reviewed it.

 2        Q.    Okay.  Are you familiar with this

 3   letter?

 4        A.    I've seen this letter before, yes.

 5        Q.    This is a letter from James McCorkel who

 6   is vice president of academic affairs at Jersey

 7   Shore Medical Center to Eric Holmes at ECFMG

 8   dated -- I don't know what the date is, but it was

 9   received by ECFMG on August 11, 2000, correct?

10        A.    That's the received date, yes.  There is a

11   Friday, August 11, 2000, that date under Meridian

12   Health Systems.

13        Q.    Thank you.  What does the AIS stand for

14   under ECFMG?

15        A.    Applicant Information Services.

16        Q.    Are you the "To Bill" on the top?

17        A.    Very likely, yes.

18        Q.    I take it Mr. Holmes holds a pretty steep

19   position or did at ECFMG?

20        A.    His name was Royce, R-O-Y-C-E, and he

21   since died and he was in the information services

22   department.

23        Q.    Would you agree with me that in this

24   letter Doctor McCorkel is notifying ECFMG that John

25   Charles Akoda certificate 05532585 who is a resident
```

1   in the Jersey Shore residency program presented to

2   Jersey Shore Medical Center a Social Security number

3   that was issued to Igberase?

4          A.    That is what he states, yes.

5          Q.    That Social Security number ended in

6   9065?

7          A.    That's what the letter says, yes.

8          Q.    That's the same 9065 number that was

9   provided to you in Exhibit 32 in 1998, correct?

10         A.    Exhibit 31, yes.

11         Q.    Did I mix my numbers up?  Okay.  I stand

12  corrected.  Thank you.  It looks to me like Stephen

13  Seeling replied to that letter on August 22, 2000.

14  Do you remember we talked about that earlier?

15         A.    That's Exhibit 31.

16              MR. VETTORI:  Can we mark that,

17  please?

18         A.    I have a letter.

19         Q.    I think you told me you wrote this

20  letter?

21         A.    Yes, I'm sure I did.

22              (Exhibit No. 35 marked for

23  identification.)

24         Q.    This letter that you ghosted for

25  Mr. Seeling indicates that the medical diploma of

Transcript of William C. Kelly
Conducted on August 20, 2019                                    113

1    the individual certified under 482700-2 was verified

2    with the medical school.  Do you see that in the

3    third paragraph?

4         A.   Yes.

5         Q.   And it says the same thing in the second

6    paragraph about the diploma of the individual

7    certified as number 0553-285-5, correct?

8         A.   Yes.

9         Q.   We've already established for the record

10   that it was the same diploma, correct?

11              MS. MCENROE:  Objection to form.

12        Q.   Let me restate the question.  There is no

13   diploma in the name of -- hold on a second.  Let me

14   make sure I got the right name -- Igberase Oluwafemi

15   Charles?

16              MS. MCENROE:  Objection to form.

17        A.   I have to go back and look at the

18   diploma.

19        Q.   I can represent to you -- you can look at

20   anything you want.  I can represent to you we talked

21   about this for about five minutes and the last name

22   on the diploma is Igberase.  This is the one you

23   said was the order of the names was different?

24        A.   Yes.

25        Q.   But there is in fact no diploma with the

1    last name Charles on it?

2                    MS. MCENROE:   Objection.

3         A.   Listed as the last name on the diploma?

4         Q.   Correct.

5         A.   Yes.

6         Q.   In Mr. McCorkel's letter to you, the prior

7    exhibit, he also talks about the fact that Jersey

8    Shore Medical Center would be interested in knowing

9    whether ECFMG had requested for verification of

10   Doctor Akoda, also known as Doctor Igberase, ECFMG's

11   certification status from other teaching hospitals

12   including Harlem Hospital Center in the period of

13   time of approximately 1995 to '96 or JFK Memorial

14   Hospital in 1997, '98.  Do you see that?

15        A.   Yes, I do.

16        Q.   In the letter you ghosted for Mr. Seeling

17   it was stated that on the last paragraph, "ECFMG has

18   no record of receipt of request for verification of

19   the certification status from Harlem Hospital Center

20   or JFK Memorial Hospital Center."  Do you see

21   that?

22        A.   Yes.

23        Q.   I take it you or somebody at your

24   direction made an investigation of that before

25   writing that letter?

1          A.    Yes.

2          Q.    He told you that he's not Igberase

3    Charles, but rather than he's his cousin?

4          A.    That's what he said, yes.

5          Q.    And --

6          A.    -- according to the memo.

7          Q.    I apologize, Mr. Kelly.  He again admits

8    to using his cousin's Social Security number,

9    correct?

10         A.    Yes.

11         Q.    And so he provided you with an original

12   Nigerian passport and Nigerian international driving

13   permit and you made copies, right?

14         A.    That's what it says.

15         Q.    He told you that he'd been suspended by

16   Jersey Shore?

17         A.    Yes.

18         Q.    Did you make any attempt at that time to

19   verify the authenticity of his passport?

20              MS. MCENROE:   Objection to form.

21         A.    I don't remember.

22         Q.    Did you at any time make an attempt to

23   verify the authenticity of his passport?

24              MS. MCENROE:   Objection to form.

25         A.    I don't remember.

1          Q.    Do you remember whether his passport

2    showed a date of birth?

3          A.    I would have to look at it, but generally

4    I know passports have dates of birth.

5          Q.    And did you ever go back and check the

6    date of birth on his passport in comparison with the

7    date of birth on Exhibit 33, his request for

8    permanent revalidation of standard ECFMG

9    certificate?

10         A.    I don't know if I did.

11         Q.    Do you know how you would go about

12   checking the authenticity of a Nigerian passport?

13              MS. MCENROE:   Objection to form.

14         A.    Do I know?

15         Q.    Did you know at that time?

16         A.    I may have.  That would be trying to

17   project or guessimate what would have happened.

18              MR. VETTORI:   Shut up.  That was my

19   watch I was talking to.

20              MS. MCENROE:   Let the record

21   reflect.

22         Q.    Take a look at Exhibit 33 for me, would

23   you, please?

24         A.    Yes.

25         Q.    What is the date of birth listed on

1    there?

2        A.    April 17, 1963.

3                 (Exhibit No. 42 marked for

4    identification.)

5        Q.    While looking at -- Mr. Kelly, this is a

6    copy of Federal Republic of Nigeria passport

7    produced to us by ECFMG.  Would you agree with what

8    I just said?

9        A.    Is this the copy that was in his ECFMG

10   record?

11       Q.    It was produced to us by ECFMG.  It's got

12   a Bates number on it.

13       A.    Then it is.

14       Q.    Would this have been what he produced to

15   you at this meeting?

16       A.    If this is in the ECFMG records as having

17   been produced, yes.  I don't know just by looking at

18   it.

19       Q.    I appreciate that.  What is his date of

20   birth on his passport?

21       A.    It looks like January 1, 1959.

22       Q.    That's different from the birth date on

23   Exhibit 33?

24       A.    Yes.

25       Q.    So I'm not sure, maybe this is a function

1    telling you that is the number system now.

2              MS. MCENROE:  Objection to form.

3        Q.   I don't think there's a question pending.

4    I think he's told me he doesn't know.

5        A.   I don't know.

6        Q.   It's fair to say that, though, that you

7    have no recollection of making any attempt to verify

8    the authenticity of that passport?

9              MS. MCENROE:  Objection to form.

10       A.   I do not remember making an attempt,

11   yes.

12       Q.   So either before Akoda came into your

13   office on September 27 or after he came into your

14   office, did you undertake any investigation of your

15   database to try to determine whether Akoda and

16   Igberase were one and the same person?

17       A.   I don't remember.

18       Q.   I think we've established from some of the

19   applications that we've gone over here today that

20   photographs are attached to the applications?

21       A.   Photographs of the applicant, yes.

22       Q.   Those are maintained in ECFMG's

23   database?

24       A.   Yes.

25       Q.   If you, either before or after September

Transcript of William C. Kelly
Conducted on August 20, 2019                              130

1    27, had gone into the database to look for a

2    photograph of Igberase and looked for a photograph

3    of Akoda, you could have done that?

4              MS. MCENROE:  Objection to form.

5         A.   I believe I could have, yes.

6         Q.   You didn't do that?

7         A.   I don't know if I did.

8         Q.   So how long did Igberase spend in your

9    office on the 27th of September 2000?

10        A.   I do not know.

11        Q.   I take it you didn't recognize him as

12   somebody you'd seen before?

13        A.   I don't know.  I don't recall.

14        Q.   Well, I take it if you had recognized him

15   as someone you had seen before, you would have

16   memorialized that in some fashion, wouldn't you?

17             MS. MCENROE:  Objection to form.

18        A.   It depends on what you mean by someone

19   I've seen before.

20        Q.   Seen as a someone holding himself out to

21   be someone by the name of Charles or by the name of

22   Igberase?

23             MS. MCENROE:  Objection to form.

24        A.   I believe I would have, yes.

25        Q.   So you actually had seen Charles before,

1    hadn't you?

2                MS. MCENROE:   Objection to form.

3        A.   I don't recall.

4        Q.   So do you remember when I asked you some

5    questions earlier today about -- humor me -- the

6    history of the events with Igberase and Charles?

7        A.   Yes.

8        Q.   Do you remember you told me, because you

9    wrote it in a letter when you were reciting that

10   history, that he took an appeal from the original

11   invalidation and revocation of the two

12   certificates?

13       A.   Yes.

14       Q.   And that there was an appeal hearing in

15   Washington, D.C. on July 11, 2016.

16       A.   I remember there was an appeal hearing.

17       Q.   And you were there?

18       A.   Yes.

19       Q.   And you were there for a number of

20   hours?

21       A.   Okay.

22                MS. MCENROE:   Objection to form.

23       Q.   Is that correct?

24       A.   I remember being there, yes.

25       Q.   And so you sat in a room with this person

Transcript of William C. Kelly
Conducted on August 20, 2019                    133

1    identification.)

2         A.   I'm leafing through it.

3         Q.   Please do.  I can tell you that I didn't

4    find any start date for that transcript, but if you

5    look on the last page it ends at 11:50.

6         A.   Okay.

7         Q.   Don't take my word for it.  Please verify

8    it.

9         A.   Okay.  Yes.

10        Q.   And on the cover sheet it shows you as

11   being present, correct?

12        A.   Yes.

13        Q.   And I'll represent to you that this

14   individual who goes by the name of Charles who is

15   also we know now Igberase testified at this

16   hearing?

17        A.   Yes.

18        Q.   So whether it's an hour or two hours or

19   three hours, it's some period of time that you were

20   present in Washington, D.C. at a proceeding where

21   the individual calling himself Charles appeared and

22   testified, correct?

23        A.   Yes.

24        Q.   And a person calling himself Akoda, who

25   was in your office having been accused of really

Transcript of William C. Kelly
Conducted on August 20, 2019                                    147

```
 1    Igberase and Akoda were one and the same person,
 2    correct?
 3         A.   Yes.
 4         Q.   And he said he has no proof, just a strong
 5    suspicion, correct?
 6         A.   Yes.
 7         Q.   And he said information he received from
 8    an informant provided details that led him to
 9    believe this, correct?
10         A.   Yes.
11         Q.   Do you know who that informant is?
12         A.   No.
13         Q.   Did you ever ask him?
14         A.   I don't recall.
15         Q.   You didn't memorialize that anywhere in
16    any memos or notes, did you?
17         A.   If I had, it would be in the record.
18         Q.   "I also believe Akoda and Igberase are one
19    and the same," that's you talking, correct?
20         A.   Yes.
21         Q.   Why did you believe that?
22         A.   I don't remember, but from reviewing the
23    records I thought there was a nexus between the
24    two.
25         Q.   After all the time we spent here today
```

Transcript of William C. Kelly
Conducted on August 20, 2019                              149

1        A.    I don't remember.

2        Q.    So in many of the letters we've reviewed

3    here today when you talked about verifying

4    applicant's credentials, you also go out and state

5    you verified their medical school credentials

6    including their diploma, correct?

7        A.    Yes.

8        Q.    Would it be safe or fair for me to assume

9    that if you had verified the accuracy or

10   authenticity of his passport, you would have made a

11   statement to that effect somewhere?

12               MS. MCENROE:   Objection to form.

13       A.    Yes.

14       Q.    So you indicate that you sent Igberase an

15   e-mail, correct?

16       A.    Yes.

17       Q.    That's the one we went over a little while

18   ago, right?

19       A.    Yes.

20       Q.    And you state, quote, "And who should

21   reply but Akoda, exclamation mark"?

22       A.    Yes.

23       Q.    Correct?  That's your emphasis?

24       A.    Yes.

25       Q.    That surprised you, didn't it?

Transcript of William C. Kelly
Conducted on August 20, 2019                    150

1        A.    You mean at the time he answered?

2        Q.    At the time you wrote this memo.  Why did

3   you put an exclamation "but Akoda, exclamation

4   mark"?

5        A.    For emphasis or something like that,

6   yes.

7        Q.    Emphasis to what effect?

8        A.    That it seemed strange.

9        Q.    Okay.  "We need to brainstorm on this

10  one."  You wrote that, correct?

11       A.    Yes.

12       Q.    "Maybe Shirley Williams, parens, Ms.

13  Sherlock" -- is that a reference to Sherlock

14  Holmes?

15       A.    Most likely, yes.

16       Q.    I'm sure it's an affectionate reference.

17  I don't know Ms. Williams.  "Maybe Shirley Williams,

18  parens, Ms. Sherlock could sit in."  You wrote that,

19  correct?

20       A.    Yes.

21       Q.    Did you and Mr. Seeling with or without

22  the assistance of Ms. Sherlock brainstorm this

23  matter further?

24       A.    I don't remember.

25       Q.    Can you point to me any record, any

Transcript of William C. Kelly
Conducted on August 20, 2019                    153

1        A.    Yes.

2        Q.    And you knew as of late December 2000 that

3   ECFMG had invalidated and/or revoked the

4   certificates issued to Igberase and Charles,

5   correct?

6        A.    Yes.

7        Q.    You knew there was some connection, a

8   relationship between Igberase and Akoda, correct?

9        A.    Yes.

10        Q.    And you knew that Akoda had used a Social

11   Security number of Igberase when he applied to the

12   residency program at Jersey Shore Medical Center,

13   correct?

14        A.    Yes.

15        Q.    And I think we've already established

16   this, I know I'm repeating myself, but bear with me,

17   you had the ability to look up all the computer

18   photographs of Igberase and Akoda to verify whether

19   they were one and the same person, correct?

20              MS. MCENROE:   Objection to form.

21        A.    Yes.

22        Q.    And you didn't do that, correct?

23              MS. MCENROE:   Objection to form.

24        A.    If I can circle back, the internal

25   document with the comparison, so it would have had

1      A.   The irregular behavior he would have been

2 charged with would be providing false information

3 to ECFMG on an application, among other things.

4      Q.   Which would be the Social Security

5 number?

6      A.   If he provided it on an application.

7      Q.   So you're aware that Jersey Shore Medical

8 Center dismissed him from a residency program he was

9 participating in and had been participating in for

10 several years for, among other things, submitting

11 and using someone else's Social Security number?

12     A.   Yes.

13     Q.   You may not be able to answer this.  Have

14 you ever been advised of what he was convicted of or

15 what he pled guilty to in the federal court?

16     A.   No.

17     Q.   Do you recall that apparently Igberase was

18 licensed as a -- I'm sorry -- Akoda was licensed as

19 a nurse in New York?

20     A.   No.

21     Q.   Do you remember any information provided

22 to ECFMG by Akoda about him being licensed as a

23 nurse in the State of New York?

24     A.   No.

25     Q.   Same set of questions about Igberase.  Do

Transcript of William C. Kelly
Conducted on August 20, 2019                    162

```
1        A.    Yes.
2        Q.    At the bottom it looks like -- is that the
3    ECFMG ERAS stamp or did I miss --
4        A.    Yes.
5        Q.    And that's October 5, 2006, correct?
6        A.    Yes.
7        Q.    So given that this is an ERAS document
8    submission form, wouldn't that necessarily mean that
9    this is related to some attempt to obtain a
10   residency program?
11              MS. MCENROE:  Objection to form.
12       A.    It's part of the electronic residency
13   application service, yes.
14       Q.    But it doesn't have any use outside
15   residency programs, does it?
16              MS. MCENROE:  Objection to form.
17       A.    The form?
18       Q.    The whole ERAS process.
19       A.    Not to my knowledge.
20       Q.    Because you told me before that as part of
21   the ERAS program, ECFMG in effect acts as the dean's
22   office for foreign medical graduates or
23   international medical graduates to assist them in
24   applying for residency programs, correct?
25       A.    Yes.
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    167

1          Q.    That's Bates stamp 000651?

2          A.    Yes.

3          Q.    And you'll note on Bates stamp 000651

4    there is a stamp received October 5, 2006 ERAS,

5    correct?

6          A.    Yes.

7          Q.    If you go back to Exhibit 50, the ERAS

8    document submission form that references these three

9    letters of reference you'll see the ERAS form was

10   received on the same date; is that correct?

11         A.    Yes.

12         Q.    Continuing, the next page in this exhibit

13   is Bates stamp 000649, November 22, 2006, your

14   letter to Phil Robertson, MD, correct?

15         A.    Yes.

16         Q.    Again, enclosing a letter of reference

17   purportedly from Phil Robertson, MD on behalf of

18   Doctor John Charles Akoda dated 28 September, 2006,

19   correct?

20         A.    Yes.

21         Q.    It's got the same October 5, 2005 ERAS

22   stamp on it, does it not?

23         A.    Yes.

24         Q.    Do you have any recollection whether

25   Doctor A.O. Roberts, Doctor Phil Robertson, or

1    Doctor Charles Francis ever replied to your

2    letters?

3         A.   I have no recollection.

4         Q.   In your review in preparation for this

5    deposition, did you see any such records?

6         A.   I don't recall seeing any.

7                   (Exhibit No. 52 marked for

8    identification.)

9         A.   Okay.  I've read this.

10        Q.   What is this document?

11        A.   It is a screen print from the ECFMG

12   applicant status program.

13        Q.   About Akoda?

14        A.   Yes.

15        Q.   What does applicant restrictions mean?

16        A.   That's what we called flags from the flag

17   file.

18        Q.   Flag to file for what purpose?

19        A.   There are myriad a number of reasons.

20        Q.   Like in this case what was the reason?

21        A.   There would always be a reason listed

22   here.  It's other, other, credentials investigation,

23   credentials investigation, credentials

24   investigation, other.

25        Q.   What does release date mean?

1    line of communication with those institutions?

2                    MS. MCENROE:  Objection to form.

3        A.   In some cases, yes.

4        Q.   Do you know if ECFMG had such a

5    relationship with the University of Ibadan College

6    of Medicine?

7        A.   I do not know.

8        Q.   What about the University of Benin?

9        A.   I do not know.

10       Q.   I assume there are cases in which ECFMG

11   determines an applicant has engaged in some fraud in

12   the course of submitting an application?  Fair?

13       A.   Yes, there were instances.

14       Q.   Can you provide me some estimate in terms

15   of how frequent an occurrence that was, let's say

16   between 1990 and 2000, maybe as a percentage of

17   total applicants?

18                    MS. MCENROE:  Objection to form.

19       A.   I really don't have any idea how many were

20   done, but just to let you know that we always

21   reported and there is notification so it could be

22   reconstructed.

23       Q.   And as I understand it, one of the

24   principle goals at ECFMG is to make sure or to do --

25   is to verify that those people who are applying to

1  practice medicine here in the United States have

2  authentic credentials when they come here to

3  practice medicine.  Fair?

4       A.   To assure they're competent physicians,

5  yes.

6       Q.   And in your role with ECFMG you understood

7  that one of the -- well, that residency programs and

8  state medical boards rely upon ECFMG to conduct that

9  verification of foreign medical graduate credentials

10 prior to those individuals coming here to practice

11 medicine.  Fair?

12            MS. MCENROE:  Objection to form.

13      A.   That was one of the components of ECFMG

14 certification, yes.

15      Q.   And would you agree that ECFMG plays an

16 important role in public health by verifying that

17 physicians who come here to practice medicine have

18 the necessary and requisite credentials to do so?

19            MS. MCENROE:  Objection to form.

20      A.   That is part of it, to protect the

21 American public, yes.

22      Q.   And another role that ECFMG plays is

23 detecting or endeavoring to detect when an

24 individual lacks the -- well, when an individual has

25 not been honest in presenting their identity or

Transcript of William C. Kelly
Conducted on August 20, 2019                          187

1          A.    It was standing committee of the ECFMG at

2     Board of Trustees for the specific charge of

3     reviewing policies and procedures, making

4     recommendations to the Board for any changes or

5     modifications to the certification requirements, and

6     to review allegations for irregular behavior.

7          Q.    And who, if any, at ECFMG had the ability

8     to elevate potential suspicious conduct such that it

9     would be considered by the credentialing

10    committee?

11         A.    It was generally a group, a review of a

12    group recommendation or decision of staff.

13         Q.    Sure.  If you in particular -- and did you

14    hold the same position from approximately 1991 until

15    your retirement?

16         A.    No.

17         Q.    Can you describe how your position with

18    ECFMG changed during that period of time?

19              MS. MCENROE:  Objection to form.

20    Calls for a narrative over 38 years.

21         A.    And I'm not sure of the exact dates for

22    some of these, but around 1991 I think I was the

23    manager of the information services department.  I

24    was not involved in credentials, but around 1992 or

25    1993 I became a manager of the credentials

Transcript of William C. Kelly
Conducted on August 20, 2019                    188

1    department for a period of time, and then I became

2    director of the credentials and records services,

3    and then at the time I retired, I was associate vice

4    president for operations areas of credentials and

5    information services, records-keeping, and a number

6    of other areas.

7        Q.   Okay.  So from the time beginning when you

8    were the manager of the credentialing department

9    through until your retirement, if you had a

10   particular concern about an applicant, would you

11   have the ability to elevate that concern to the

12   credentialing committee?

13       A.   By myself solely?  So long as nobody

14   objected, I think I might have.

15       Q.   Okay.  What was Stephen Seeling's role

16   with ECFMG?

17       A.   He was the vice president for operations.

18       Q.   If Mr. Seeling had a concern about a

19   potential applicant, would he also have the ability

20   to independently bring that before the credentialing

21   committee?

22            MS. MCENROE:  Objection to form.

23       A.   When you say independently, he would have

24   done that in conjunction with me.  I would have been

25   part of that.  I don't know that he would take an

Transcript of William C. Kelly
Conducted on August 20, 2019                    194

1   a dean station?

2        A.   Dean's office.

3        Q.   Dean's office.  So what do you mean by

4   that?

5        A.   It's the facilitator for the process to

6   gather together all the components of an application

7   for a residency program and submit them on behalf of

8   the graduate.  Unlike in the US, the University of

9   Pennsylvania School of Medicine, that dean's office,

10  would gather together all the documents for its

11  graduates to submit to the residency programs.

12  ECFMG did that for international medical

13  graduates.

14       Q.   And how was ECFMG compensated for that

15  effort?

16       A.   There was a fee for the ERAS token, and my

17  recollection is that that's how it was

18  compensated.

19       Q.   That was paid by the applicant?

20       A.   By the -- yes.

21       Q.   And so is it generally the fact that

22  residency programs require letters of reference as

23  part of an application?

24            MS. MCENROE:  Objection to form.

25       A.   Letters of recommendation they called

1    them, but yes.

2        Q.    And ECFMG undertook the role to provide

3    some verification with respect to those letters of

4    recommendation?

5        A.    No.

6        Q.    In this particular case you reviewed with

7    Mr. Vettori a series of letters that you wrote in

8    response to an application written by Akoda asking

9    those individuals to verify that the letters of

10   recommendation were authentic.  Do you recall

11   that?

12       A.    Yes.

13       Q.    Is that not something that you would do in

14   the normal course?

15       A.    That was not a routine procedure.

16       Q.    And why is it that you elected to do it in

17   this case?

18       A.    My belief is that because he was otherwise

19   being investigated.

20       Q.    And so safe to say that at that point in

21   2006 you had some concerns about Akoda's

22   credibility?

23            MS. MCENROE:  Objection to form.

24       A.    Yes.

25       Q.    And so under these circumstances you

1    thought it was important to reach out to those

2    individuals from whom Akoda had offered letters of

3    recommendation to find out if they were in fact

4    authentic?

5                 MS. MCENROE:  Objection to form.

6         A.    That is correct.

7         Q.    And as far as what is reflected in the

8    record and to the best of your recollection, none of

9    those individuals responded to your letters,

10   correct?

11        A.    That is correct.

12        Q.    In other words, your concerns regarding

13   Akoda's credibility were not alleviated by that

14   process that you went through in sending out these

15   letters to those individuals?

16                MS. MCENROE:  Objection to form.

17        A.    We did not receive verification of those

18   letters of recommendation.

19        Q.    Did you -- if you would turn to Exhibit

20   51.

21        A.    Yes.

22        Q.    First of all -- actually, if we would go

23   to the actual letter of reference reportedly from a

24   Charles Francis, when -- actually, I'm going to step

25   back just a minute.

Transcript of William C. Kelly
Conducted on August 20, 2019                              201

1    Operations Squadron, you of course would have

2    reviewed this letter of reference prior to writing

3    this letter to Charles A. Francis, MD, correct?

4                    MS. MCENROE:  Objection to form.

5         A.    I don't know -- I don't know that I

6    personally may have reviewed it, but someone would

7    have reviewed it.

8         Q.    Okay.  You, I'm sure -- well.  Had you

9    reviewed this letter of reference, can we agree that

10   this document would raise red flags for you based

11   upon your years of experience in terms of the

12   credibility assigned to this particular letter of

13   reference?

14                   MS. MCENROE:  Objection to form.

15        Q.    Is it what it purports to be?

16                   MS. MCENROE:  Objection.

17        A.    I've seen all kinds of letters of

18   recommendation, and I can't say that there is any

19   one that I would be more concerned about this than

20   maybe other ones that turned out to be legitimate.

21        Q.    Did you make any effort or did anyone in

22   your office make any effort to confirm that Charles

23   A. Francis is in fact a licensed medical

24   physician?

25        A.    Verifying someone's licensure status would

Transcript of William C. Kelly
Conducted on August 20, 2019                    202

1    not have been something we would have done.

2         Q.   Okay.  Certainly you would have the

3    ability to do that if you wanted to.  Someone in

4    Virginia in 2006, you could have determined whether

5    they had a -- there's a licensed physician by the

6    name of Charles A. Francis as of that point in

7    time?

8              MS. MCENROE:  Objection.

9         A.   I'm sure there was a process, yes.

10        Q.   Did you make any effort to find out if

11   Charles A. Francis actually existed as a person?

12        A.   By writing to him would be the only way I

13   see here.

14        Q.   Your effort in that regard was not -- did

15   not neither confirm nor deny that he was an existing

16   person?

17        A.   That is correct.

18        Q.   At the top of Exhibit 51 there are some

19   notes.  Is it your handwriting?

20        A.   Part of it is my handwriting, I believe,

21   yes.

22        Q.   Can you read for me what's written up

23   there?

24        A.   Okay.  The part that's in my handwriting

25   is, "Igberase transcript, question mark," and the

Transcript of William C. Kelly
Conducted on August 20, 2019                                    203

```
 1    letters SSS.
 2         Q.    Can you read what's below that?
 3         A.    I believe it says, "Why some things are
 4    suspicions or suspicious."  And that's in a
 5    different handwriting.
 6         Q.    All right.  This is a letter of
 7    recommendation purportedly on behalf of Akoda and
 8    not Igberase, correct?
 9                    MS. MCENROE:   Objection to form.
10         A.    Correct.
11         Q.    What were you indicating by writing
12    "Igberase transcript, question mark"?
13         A.    I don't know.
14         Q.    Fair to say at this point you had some
15    concerns that Igberase and Akoda maybe have been one
16    and the same person?
17                    MS. MCENROE:   Objection.
18         A.    Based on the other documents, yes.
19         Q.    Do you know what transcript you're
20    referring to?
21         A.    No.
22         Q.    What does the SSS mean?
23         A.    I believe it referenced Stephen Seeling
24    the vice president of operations.
25         Q.    And to what purpose or to what end?
```

1    obviously was included.

2         Q.    Do you know if this was in fact within a

3    file on behalf of an official file for Akoda versus

4    kept somewhere else with ECFMG's records?

5              MS. MCENROE:   Objection to form.

6         A.    I don't know.

7         Q.    Is there any justification that you can

8    think of as we sit here today as to why a document

9    concerning a physician's credibility and honesty

10   would not be included within their official file?

11             MS. MCENROE:   Objection to form.

12        A.    I don't know.

13        Q.    You conclude that in the conclusion of

14   Paragraph No. 4 that you don't think this is enough

15   for the committee.

16             Help me understand in view of the

17   various documents previously discussed why you did

18   not believe that this was sufficient evidence to

19   even raise before a credentialing committee.

20             MS. MCENROE:   Objection to form.

21        A.    Based on experience and working with the

22   documents and presumably maybe talking with other

23   people that, you know, there was a staff had to

24   review all the materials that were part of the --

25   that were the result of the investigation, and part