# Exhibit 9

OLUWAFEMI CHARLES IGBERASE
C/O MR AYO ALUKO-OLOKUN #6 ADEJOBI STREET,
OKEKOTO, VIA ELERE POLICE BARRACKS,
AGEGE, LAGOS, NIGERIA.

RECEIVED
CREDENTIALS DEPT.
JUL 2 2001
ECFMG

ECFMG#0-482-700-2
June 17, 2001


EXHIBIT 13
Kelly
LD 8/20/19

Dear Mr Kelly,

I am hereby responding to your letter dated, nov, 16 2001.

Like I stated in the E-mail I sent to you, I did not deliberately reapply to take the ecfmg again, after waiting for about five years for the initial penalty to be lifted. I had asked my childhood friend to help me apply to take the spex exam, to put myself in a position to re-apply for my ecfmg certificate that was suspended. Like I said to you previously, this was just to prove to the panel that I am still very current eith the latest in medicine. i told him to check on the form that I had never taken the test(spex)before, which is the truth.

I did not find out on time about the mistake, until he came visiting his parents in Nigeria, that he told me you were trying to get in contact with me regarding my ecfmg application. It was then that I looked at the copies that he had with him and realized the major mistake.

Why in the world will I repeat the same mistake after waiting five whole years.

I however, do take full responsibility for the error, and, I am ready to accept the judgement of the review panel.

I hope to be able to come to the United States if so desired of me. Presently, I have some problems with the INS, which I hope will be resolved before then.

I hope the panelists understand my plight.

I did not deliberately ask him to fill out the wrong application form, and I have waited too long to make the same mistake a second time.

He wrote not applicable for the social security number because at that time the Ins were going to discontinue the number due to the problems involving my cousing Dr Akoda and the use of my work papers.

It was not to deceive your office.

I hope the panelist review my situation in a very positive light.

Yours sincerely,
Femi Charles Igberase. M.D.
*Igberase M.D.*

ECFMG-000202

ECFMG_RUSS_0000202