# Exhibit 11

 # University of Ibadan

EXHIBIT
16
Kelly
DP 8/20/19



Charles Ugbecaese Oluwafemi

having fulfilled all the requirements of the University

and passed the prescribed examinations has this day

been admitted to the degree of

## Bachelor of Medicine

and

## Bachelor of Surgery

VICE-CHANCELLOR

DATE June 18, 1996

REGISTRAR

ECFMG-000267

ECFMG_RUSS_0000267