# Exhibit 13

EXHIBIT 42
Kelly
20  8/30/19



VISAS

FEDERAL REPUBLIC OF NIGERIA

PASSPORT
PASSEPORT

Type / Type
P

Country code / Code du pays
NGA

Passport No. / Passeport N°
A0662562

Surname / Nom
AKODA

Given names / Prénoms
JOHN NOSAKHANE CHARLES

Nationality / Nationalité
NIGERIAN

Date of birth / Date de naissance
01 JAN / JAN 59

Authority / Autorité
370

Sex / Sexe
M

Place of birth / Lieu de naissance
LAGOS

Date of issue / Date de délivrance
11 SEP / SEPT 00

Date of expiry / Date d'expiration
10 SEP / SEPT 05

Holder's signature / Signature du titulaire
Charles Akoda

P<NGAAKODA<<JOHN<NOSAKHANE<CHARLES<<<<<<<<<<
A0662562<7NGA5901010M0509101<<<<<<<<<<<<<<02

ECFMG-000544