# Exhibit 14

Revised June 2006

Use your browser's print button to print the following ERAS Documer



Mail Id : 53313

## ERAS® Document Submission Form

**Instructions:**
Please submit this form along with any document(s) you want processed for your ERAS application including: original MSPE, photograph, original Letters of Recommendation (LoRs) and copy of medical school transcript. For LoRs, please be sure to list the names of the letter writers in the grid provided below. If you agreed to waive your right to view your LoR(s), your letter writer(s) must submit the "LOR Cover Sheet / Instructions for International Medical Graduates". The form can be found and downloaded at http://www.aamc.org/students/eras/resources/.

**Note:** Please **do not** send any documents that you do not intend to assign to programs as part of your application.

Applicant Name / AAMC ID: John C. Nosa Akoda / 11450936
Applicant Signature: CharlesAkoda

**Documents submitted with this form: (Please circle)**

1. MSPE (must be an original)                                                    YES      **(NO)**
2. Color Photograph                                                              **(YES)**  NO
3. Medical School Transcript (copy)                                              YES      **(NO)**
   (ERAS cannot access a medical transcript or photo that you may
   have sent to ECFMG for the purpose of ECFMG Certification.)

4. Original Letter(s) of Recommendation that are included in this mailing (enter name of letter writer):

| Letter Writer Names | |
|---|---|
| Name: Dr A.O. Roberts | Name: |
| Name: Dr Phil Robertson | Name: |
| Name: Dr Charles Francis | Name: |
| Name: | Name: |
| Name: | Name: |

**Submit the completed form with your documents to:**

**Regular mail:**
ECFMG / ERAS Documents
PO Box 11746
Philadelphia, PA 19101-0746 USA

**Courier service:**
ECFMG / ERAS Documents
3624 Market Street
Philadelphia, PA 19104-2685 USA

For Official Use Only P/CD   S-DN
Date Sent: 10/3/06   Via: USPS(E+P).
Comments: No Photo in this Packet

SH 10/16
**RECEIVED**
OCT 0 5 2006
**ERAS**



EXHIBIT 50
Kelly
JD 8/20/19

Confidential

ECFMG_RUSS_0003899