# Exhibit 15

**CERTIFIED COPY**

Monique Russell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - X

MONIQUE RUSSELL, JASMINE :

RIGGINS, ELSA M. POWELL :

and DESIRE EVANS, : Civil Action No.

        Plaintiffs, : 18-5629

v. :

EDUCATIONAL COMMISSION FOR :

FOREIGN MEDICAL GRADUATES, :

        Defendant. :

- - - - - - - - - - - - - - - - - X

Videotaped Deposition Of MONIQUE RUSSELL

Washington, D.C.

Monday, September 16, 2019

1:51 p.m.

Job No. 88394

Pages: 1 - 136

Reported by: Dana C. Ryan, RPR, CRR, CSR (GA)

```
 1             A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4        CORY L. ZAJDEL, Esquire
 5        Z Law, LLC
 6        2345 York Road, #B-13
 7        Timonium, Maryland 21093
 8        Telephone:  (443) 213-1977
 9        Email: clz@zlawmaryland.com
10
11   ON BEHALF OF THE DEFENDANT:
12        BARRY W. SHAFFER, Esquire
13        MATTHEW D. KLAYMAN, Esquire
14        Morgan, Lewis & Bockius, LLP
15        1701 Market Street
16        Philadelphia, Pennsylvania 19103
17        Telephone: (215) 963-5100
18        Email: barry.shaffer@morganlewis.com
19        Email: matthew.klayman@morganlewis.com
20
21   Also present:
22        David Campbell, Videographer
23
24
25
```

```
 1
 2              E X H I B I T S   C O N T I N U E D
 3                    (Attached to the Transcript)
 4    RUSSELL DEPOSITION                                          PAGE:
 5    Exhibit 4      Medical Records From Major                     91
 6                   Medical, LLC, For Monique
 7                   Russell, Bates Stamped
 8                   Plaintiffs0000118654 Through
 9                   0000118679
10    Exhibit 5      June 27, 2017 Facebook Post                   105
11                   By Monique Russell To The
12                   MaMa Sisterhood Of Prince
13                   George's County Facebook
14                   Group
15    Exhibit 6      Stipulation Of Dismissal                      113
16                   Without Prejudice, Bates
17                   Stamped Plaintiffs0000118860
18                   Through 0000118863
19    Exhibit 7      Plaintiff Monique Russell's                   116
20                   Responses To Defendants'
21                   Requests For Admission
22
23
24
25
```

Monique Russell

Page 8

```
 1              The oath that you just took from the
 2    court reporter is the same one that you would take
 3    in a court of law before a judge and a jury.
 4              Do you understand that?
 5       A      Yes, I do.
 6       Q      And the court reporter sitted to my --
 7    seated to my left is taking down my questions and
 8    your answers into a little booklet that will be
 9    transcribed, and you'll have the opportunity to
10    review after we complete the deposition today.
11              Do you understand that?
12       A      Yes.
13       Q      And, so, because she's going to be
14    taking down the questions and the answers, it's
15    important that we try not to talk over top of each
16    other because she can't take us both down at the
17    same time.
18              I'll try to do that on my part.  Will
19    you -- will you do the same?
20       A      Yes.
21       Q      We also have a videographer here who's
22    taking the deposition on video so that we'll be
23    able to see the questions and answers as well.
24    But even so, the court reporter -- it's hard for
25    her to take down nonverbal responses.  So a shake
```

Monique Russell

Page 12

```
 1    meetings.
 2        Q    And when you say the two schools, there
 3    are two separate schools in Costa Rica?
 4        A    No, they call them schools.  Country
 5    Day School is a campus that goes from early
 6    childhood to high school, and so there are four
 7    schools, the early childhood, elementary, middle
 8    and high school, and I work with the two lower
 9    schools.
10        Q    And are you in Costa Rica by yourself,
11    or is your family with you?
12        A    My family is with me.
13        Q    And who is that that's with you there?
14        A    My husband and my son.
15        Q    Okay.  And your husband's name is?
16        A    Christopher William Russell.
17        Q    Okay.  And how old is he?
18        A    He is -- how old am I? -- 46.
19        Q    And your son?
20        A    Is Luka.
21        Q    Okay.  And how old is Luka?
22        A    Three.
23        Q    Okay.  And was Luka born or May 25th,
24    2016?
25        A    Yes.
```

Monique Russell

Page 13

```
 1      Q    Okay.  Do you have any other children?
 2      A    No.
 3      Q    And how long have you been married?
 4      A    For five years in October.
 5      Q    Okay.  And you are here in Washington,
 6   D.C. today having returned from Costa Rica;
 7   correct?
 8      A    Yes, I flew from Costa Rica.
 9      Q    Okay.  And when did you arrive here in
10   Washington?
11      A    Last night.
12      Q    Okay.  And what, if anything, have you
13   done to prepare to come and testify here today in
14   this deposition?
15      A    I reviewed my interrogatories and the
16   paperwork of the course --
17      Q    Uh-huh.
18      A    -- of the case, but that's about it.
19      Q    Okay.  You -- you have filed, as I
20   understand it, two different lawsuits related to
21   your interactions with a Dr. Charles Akoda;
22   correct?
23      A    Yes.
24      Q    Did you review materials related to
25   both of those cases before coming in to testify
```

Monique Russell

Page 31

```
 1      Q     And if I understand from your discovery
 2  responses in the case, you believe that you found
 3  out about the fact that Dr. Akoda, who I believe
 4  helped deliver your son, Luka, you found out he
 5  had pled guilty in June of 2017?
 6      A     I'm not sure if that's the time, but if
 7  that's what your record shows, probably.
 8      Q     We can go through, and we probably will
 9  go through, some of the questions.  I'm not trying
10  to -- to trick you on that, so . . .
11            Why don't you tell me just generally
12  how you came to learn about any issues with
13  Dr. Akoda?
14      A     Sure.  So I -- in the neighborhood
15  where I lived at the time, there was a parent
16  listserv where people would post recommendations
17  or ask for advice and things like that.  And
18  someone asked for a recommendation for an OB/GYN.
19  And I wanted to recommend my OB/GYN, Dr. Waldrop,
20  but I wanted to make sure that the person knew if
21  they went to Dr. Waldrop that there was a chance
22  that they would end up having their baby delivered
23  with Akoda, and I did not have a good experience
24  with him during the delivery, and so I wanted to
25  make sure the person was aware of that.
```

```
 1              And I went to his Web site to confirm
 2    the spelling of his name, and he wasn't on their
 3    Web site anymore.  So I went and looked at my
 4    paperwork, confirmed the spelling, I looked him up
 5    to see like, maybe he moved somewhere else so that
 6    wouldn't be an issue for this person.  And I
 7    discovered a press release from the Department of
 8    Justice saying that he had been arrested for
 9    charges of fraud very shortly after he performed a
10    C-section on me.
11         Q     And the physician that you mentioned,
12    Dr. Waltrop?
13         A     Waldrop.
14         Q     Waldrop.  That was your OB/GYN?
15         A     Yes.
16         Q     How long -- when did you first start
17    going to see Dr. Waldrop?
18         A     I'm not sure.  Maybe three months into
19    my pregnancy.
20         Q     And how did you come to start visiting
21    Dr. Waldrop?
22         A     She was recommended by a woman that I
23    met on the hospital tour.
24         Q     Okay.  And what hospital was that?
25         A     P.G. County, Dimensions Hospital.
```

1   earlier that -- that Luka was born in May of 2017;
2   correct?
3       A    Yes.
4       Q    And was he born by C-section?
5       A    Yes.
6       Q    And was that a planned C-section?
7       A    No, it was not.
8       Q    What were the circumstances that led to
9   him being born by C-section?
10      A    I had been in labor for, I believe, 32
11  hours at that point, and after a period of time,
12  they recommended that I take a drug called Pitocin
13  that they hoped would -- Akoda recommended it to
14  speed up contractions so that I would dilate.
15      Q    Uh-huh.
16      A    It did not have that effect.
17           And then after 30, 32 hours, he
18  recommended an epidural.  Immediately after he did
19  the epidural, he said that my baby was in distress
20  and that he needed an emergency C-section.
21      Q    Okay.  And was your original plan for
22  birth to go to the hospital and have someone from
23  Dr. Moore's practice deliver vaginally?
24      A    Yes, that was my original plan.
25      Q    Okay.  I saw a reference in your

1  lower school; right?
2     A    Yes.
3     Q    Okay.  And I understand that you, as
4  you've said in -- in written responses to
5  interrogatories, that you -- you have suffered
6  from emotional distress as a result of learning
7  about Dr. Akoda; is that right?
8     A    Yes.
9     Q    And what in particular is it that you
10 are experiencing as a result of what you found out
11 about Dr. Akoda?
12    A    I feel violated by Dr. Akoda.  I feel a
13 sense of distrust in the medical community in
14 general.  Like I wouldn't want, for example, to go
15 find a therapist to see to talk to about these
16 things because how do I what their certification
17 is worth or their licensure is worth based on how
18 far doctor -- not even a doctor, how far Akoda got
19 with false papers.
20           I don't trust the institutions that are
21 in place to -- to check that these doctors are who
22 they say they are, doing the right thing, or have
23 the credentials they do, which makes it very hard
24 for me to then use sources I would have used to
25 check on a doctor.

```
 1              And I don't feel equipped to do
 2   background checks on doctors myself.
 3              I feel violated, and it makes it very
 4   difficult to -- I'm sorry.  It makes it very
 5   difficult to see an OB/GYN.
 6        Q     And I take it that when you found out
 7   about Dr. Akoda's guilty plea regarding the use of
 8   Social Security numbers, that . . .
 9              MR. SHAFFER:  There's some tissues back
10   there.
11        BY MR. SHAFFER:
12        Q     Here you go.
13              I take it when you found out about the
14   guilty plea, you -- you were angry with Dr. Moore
15   and Dr. Waldrop who you had seen in connection
16   with that pregnancy; right?
17        A     No.  I was angry in general, but I
18   don't necessarily hold blame or anger towards
19   Dr. Waldrop and Dr. Moore because they relied on
20   sources they should have been able to trust.  For
21   example, I was a teacher.  I had to have
22   background -- extensive background checks done in
23   order to hold a job within DCPS.  So when I rented
24   my basement apartment, and as a mother I wanted to
25   find somebody safe to live in the home with us,
```

```
 1      Q      And do you know whether Dr. Akoda ever
 2   lied to ECFMG?
 3      A      To my understanding, he did.  He used
 4   three different Social Security numbers and
 5   multiple names to come through and get approved to
 6   take boards multiple times.
 7      Q      Do you know whether Dr. Akoda did a
 8   residency in the U.S.?
 9      A      My understanding is that he started a
10   residency in New Jersey before they discovered
11   that he was a fraud and referred back to the
12   commission to certify foreign medical graduates,
13   and that he was still then approved again through
14   the commission and eventually received residency
15   at Howard University.
16      Q      And what's the basis for that
17   understanding?
18      A      The court documents that I read from
19   his federal trial.
20      Q      This is the -- the guilty plea of
21   Dr. Akoda?
22      A      The transcript of the trial.
23      Q      Okay.  And do you know whether ECFMG
24   certification is sufficient to allow a person to
25   obtain a residency in the United States?
```

Monique Russell

Page 83

```
 1      A      I don't understand the --
 2      Q      Well, I -- I -- I've heard you say that
 3  you blame ECFMG, at least in part, because I think
 4  you've called them the first gatekeeper, and I was
 5  trying to understand whether you believe that
 6  ECFMG certification in and of itself is sufficient
 7  to allow a person to be in a residency program.
 8      A      I don't think so.  I think that it's
 9  required for them to be able to take the medical
10  boards in the first place which is a requirement
11  for a residency program.
12      Q      And the basis for that understanding
13  is?
14      A      The documents that I read from the
15  federal trial.
16             MR. SHAFFER:  Okay.  Let's go ahead and
17  mark this.  You know what?  Off the record a
18  second.
19             THE VIDEOGRAPHER:  Off the record at
20  3:47.
21             (Recess -- 3:47 p.m.)
22             (After recess -- 3:50 p.m.)
23             THE VIDEOGRAPHER:  Back on the record
24  at 3:50.
25             BY MR. SHAFFER:
```

1  bottom, 1129, at the top it references questions
2  about substance abuse, and the answer is none.
3           Was that accurate from your perspective
4  there; that if you were asked about substance
5  abuse, you would say there was none?
6      A    Yes.
7      Q    Okay. And then there's a reference to
8  sexual -- a history of sexual abuse, and the
9  answer is, referenced here again, no; correct?
10     A    Yes.
11     Q    In connection with your discovery
12 responses, you say that your experiences with
13 Dr. Akoda have flowed into your marriage and
14 created intimacy issues; correct?
15     A    Yes.
16     Q    In what way has that interfered with
17 your marital relationship?
18     A    It has been difficult to be sexually
19 intimate, and it's impacted family planning
20 because we want more children, and that is
21 challenging when it is hard to see an OB/GYN. And
22 it's -- intimacy with my husband is better now,
23 but it's -- it's not like it was before. And
24 after I found out about this, it was very
25 difficult.

Monique Russell

Page 130

```
 1             And you admit that; correct?
 2      A      I do.
 3      Q      So you did not feel that during your
 4   visits with Dr. Akoda that you were being abused
 5   sexually?
 6      A      At the time I did not feel that way.
 7      Q      Do you believe -- do you feel that way
 8   now?
 9      A      I feel violated for a fake doctor to be
10   in my vagina, yes.  I feel like I'm a victim of
11   sexual assault now.
12      Q      Have you reported that to the
13   authorities?
14      A      No, that's why I'm doing a class action
15   lawsuit so that every woman who he has ever seen
16   can be notified.
17      Q      Do you know whether any of them have
18   been notified?
19      A      I'm sure some have because there have
20   been ads, I understand.  I posted where I could
21   notify women.  So I know that some have.  I don't
22   know how many women there are over the close to
23   ten years that he's been doing this who would
24   still need to be notified.
25             MR. SHAFFER:  Let's go off the record
```