# Exhibit 17

Elsa Powell

```
 1                IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5     --------------------------------x

 6     MONIQUE RUSSELL, JASMINE RIGGINS,    Civil Action No.

 7     ELSA M. POWELL, and DESIRE EVANS,    18-5629

 8          Plaintiffs,                     Honorable

                                       ,    Joshua D. Wolson

 9     v.

10     EDUCATIONAL COMMISSION FOR FOREIGN

11     MEDICAL GRADUATES,

12          Defendants.

13     --------------------------------x

14

15

16          VIDEOTAPED DEPOSITION OF ELSA POWELL

17                   Washington, D.C.

18              Friday, September 6, 2019

19

20

21

22

23             GOLKOW LITIGATION SERVICES

24          T 877.370.3377 | F 917.591.5672

25                 deps@golkow.com
```

Elsa Powell

```
 1                    ELSA POWELL,

 2            having been first duly sworn and/or

 3     affirmed on her oath, was thereafter examined and

 4     testified as follows:

 5                    EXAMINATION

 6     BY MS. MCENROE:

 7            Q.   Good morning, Ms. Powell.

 8            A.   Good morning, ma'am.

 9            Q.   For the record, could you just state your

10     complete name for me?

11            A.   Elsa Miguelina Powell.

12            Q.   And is it correct that your birthday is

13     April 14th, 1987?

14            A.   That's correct.

15            Q.   And that makes you 32 years old today?

16            A.   That's correct.

17            Q.   You understand that I'm here because you

18     have filed a lawsuit against the Educational

19     Commission for Foreign Medical Graduates; is that

20     correct?

21            A.   Yes, ma'am.

22            Q.   And we'll be taking your deposition today.

23     Do you understand that?

24            A.   Yes, ma'am.

25            Q.   And you've been deposed once before; is
```

Elsa Powell

1    did you have another name before you got married?

2         A.  I had another name.

3         Q.  What was that name?

4         A.  Delvillar-Mejia.

5         Q.  That was the last name?

6         A.  Yes.

7         Q.  And was that hyphenated?

8         A.  Yes.

9         Q.  And have you used any other names besides

10   those we just discussed?

11        A.  No, ma'am.

12        Q.  And am I correct to assume that you

13   changed your name because you got married?

14        A.  Correct.

15        Q.  Do I have it right that you were married

16   in January 2015?

17        A.  That's correct.

18        Q.  To Gregory Lamont Powell?

19        A.  That's correct.

20        Q.  Is he still your husband today?

21        A.  Yes, ma'am.

22        Q.  How many children do you have?

23        A.  I have five children.

24        Q.  Would you please tell me their names and

25   ages?

Elsa Powell

1    doctor's office, because that's when she stopped

2    seeing patients.

3        Q.  You said it was a lady, so it was a female

4    OB/GYN?

5        A.  Yes.

6        Q.  Did she refer you to another doctor?

7        A.  Yes.

8        Q.  To whom did she refer you?

9        A.  Dr. Chaudhry.

10       Q.  Is Dr. Chaudhry an OB/GYN?

11       A.  Yes.

12       Q.  Where is he located?

13       A.  In District Heights.

14       Q.  How close to you is that?

15       A.  At the time where I lived, it was about 15

16   minutes.

17       Q.  Did you move at some point since then?

18       A.  Yes, I did.

19       Q.  Have you moved more than once since then?

20       A.  Since then, yes.

21       Q.  And so did you actually ever go see

22   Dr. Chaudhry?

23       A.  I did not see Dr. Chaudhry.  He was never

24   in there.  I saw Dr. Akoda.

25       Q.  Did you go to Dr. Chaudhry's practice?

Elsa Powell

1          A.   Yes, his office.

2          Q.   So just tell me a little bit about how

3     that works.   Did you call up to make an appointment

4     at Dr. Chaudhry's practice?   Did the lady OB/GYN call

5     for you and make appointments, or how did that

6     transition happen, if you remember?

7          A.   She gave me the referral.   I called up

8     there and made an appointment.   So when I got to my

9     appointment, they said that Dr. Chaudhry had to step

10    out, but Dr. Akoda was there.   So I said, that's

11    fine, I just need to get care, I don't care who I

12    see.   I was at my last stage of pregnancy.

13         Q.   You were about six months, you said?

14         A.   About six months, yes.   So then that's

15    when I saw Dr. Akoda, and then all my regular

16    visits -- two weeks after that, every two weeks.

17         Q.   Starting every two weeks?

18         A.   Yes.

19         Q.   Where did those visits take place?

20         A.   At Dr. Chaudhry's office in District

21    Heights.

22         Q.   Prior to going to Dr. Chaudhry's practice,

23    did you do any research into him, Dr. Chaudhry?

24         A.   No.

25         Q.   Can you tell me just a little bit about

Elsa Powell

1          Q.   They began weekly?

2          A.   Yes.

3          Q.   Did your labor with Jaiden begin

4    naturally?

5          A.   Yes.  I was induced.

6          Q.   Who induced you?

7          A.   Dr. Akoda.

8          Q.   Where?

9          A.   PGH hospital.

10         Q.   Did you have an appointment for that?

11         A.   Yes.

12         Q.   Why?

13         A.   Because from my understanding that was the

14   policy.  You had to make an appointment to get

15   induced.

16         Q.   How far along were you when you were

17   induced, do you recall?

18         A.   I was almost nine months, eight and a half

19   to nine.

20         Q.   Do you remember if there was a medical

21   reason that you needed to get induced?

22         A.   No.

23         Q.   So is it fair to say that you had an

24   appointment to get induced and then you showed up at

25   PGH hospital then to actually be induced --

Elsa Powell

```
1            You can answer.
2       A.  Yeah, it's a problem.  You told me your
3   name was Akoda and come to find out it's not.  I
4   mean, what other secrets are you hiding?  I -- I
5   trusted you.  You know, you touched my body.  I mean,
6   that's -- I thought Akoda, you know, was my doctor,
7   who I trusted to do my exams and -- and touch my body
8   and deliver my baby.
9       I don't -- I don't know whatever his name is.
10  I don't -- it's beyond disturbing, it is.  So, yeah,
11  it has -- it has a lot to do with his name, because
12  it's shocking.  It's disturbing.  I felt violated by
13  somebody who I don't know.
14      Q.  When did you feel violated by Dr. Akoda?
15  When is it that you came to feel violated, if that
16  makes sense?
17      A.  When I found out that Akoda was not Akoda.
18      Q.  When he used a different name -- that he
19  had used a different name?
20      A.  Yeah.  So I was like, who -- who -- who
21  was it that was touching me, who was it that I had
22  trusted to say -- to put my -- my life on the line.
23  If my -- if my kids, my older kids -- if I would --
24  did die in that O.R. room, you know, and my kids have
25  questions, and come to find out, oh, you know, it
```

Elsa Powell

1           A.   When I went for my six-weeks checkup.

2           Q.   Was that the first time you met Dr. Akoda?

3           A.   Who, me?

4           Q.   Oh, I'm sorry.  Strike that.  I was --

5      six-month checkup is what I was thinking when you

6      said --

7           A.   Six weeks.

8           Q.   So it was post-delivery.

9           A.   Yes.

10          Q.   Okay.  So -- so let me start that over

11     again.

12               So Mr. Powell, your husband, came with you to

13     your six-week post-delivery appointment; is that

14     correct?

15          A.   Yes.

16          Q.   And your husband met Dr. Akoda at that

17     time?

18          A.   Yes.

19          Q.   Did anything happen at that appointment

20     other than you getting checked out?

21          A.   He stayed in the lobby and I went in, and

22     that's when he burned an ovarian cyst that he said

23     that I had.

24          Q.   So your husband waited in the waiting

25     room?

Elsa Powell

```
 1    into the meat of the complaint, each paragraph has a

 2    number.  Do you see that?  So it's on page 9,

 3    paragraph 42.  Let me know when you're there.

 4         A.  I'm here.

 5         Q.  Great.  That paragraph says, "the

 6    plaintiff, Elsa Powell" -- that's you?

 7         A.  Correct.

 8         Q.  "-- was a patient of Igberase on or about

 9    September 17th, 2014, and on several occasions

10    thereafter Igberase delivered Elsa Powell's son on

11    that date at Prince George's Hospital Center."

12         Did I read that correctly?

13         A.  That's correct.

14         Q.  And do you understand in the complaint

15    that the reference to Igberase is also Dr. Akoda?

16         A.  Unfortunately, yes.

17         Q.  Okay.  But you understand that those mean

18    the same for the purposes of this complaint; is that

19    correct?

20         A.  Correct.

21         Q.  Are the -- is the information in paragraph

22    42 correct?

23         A.  That's correct.

24         Q.  I'd like to direct your attention to

25    paragraph 44, which is on the next page on the top.
```