# Exhibit 18

Desire Evans

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4      ---------------------------------------x
 5      MONIQUE RUSSELL, JASMINE RIGGINS,      Civil Action No.
 6      ELSA M. POWELL, and DESIRE EVANS,      18-5629
 7           Plaintiffs,                       Honorable
                                               Joshua D. Wolson
 8      v.
 9      EDUCATIONAL COMMISSION FOR FOREIGN
10      MEDICAL GRADUATES,
11           Defendant.
12      ---------------------------------------x
13
14
15              VIDEOTAPED DEPOSITION OF DESIRE EVANS
16                         Washington, D.C.
17                    Thursday, September 5, 2019
18
19
20
21
22
23                   GOLKOW LITIGATION SERVICES
24             T 877.370.3377 | F 917.591.5672
25                       deps@golkow.com
```

Desire Evans

```
 1                    DESIRE EVANS,
 2           having been first duly sworn and/or affirmed
 3      on their oath, was thereafter examined and testified
 4      as follows:
 5                        EXAMINATION
 6      BY MS. MCENROE:
 7           Q.   Good morning, Ms. Evans.
 8           A.   Good morning.
 9           Q.   My name is Elisa McEnroe, counsel for the
10      Educational Commission for Foreign Medical Graduates.
11      We met briefly this morning for the first time; is
12      that correct?
13           A.   Yes, ma'am.
14           Q.   Could you please state and spell your name
15      for the record?
16           A.   Desire, D-E-S-I-R-E, Evans, E-V-A-N-S.
17           Q.   Great.  And your birthday is March 25th,
18      1979; is that correct?
19           A.   Yes, ma'am.
20           Q.   That makes you 40 years old?
21           A.   Yes.
22           Q.   Thank you.
23           A.   Tell everybody.
24           Q.   We'll mark parts of the deposition
25      confidential as needed.
```

Desire Evans

```
1        A.   I got married December 31st, 2015.
2        Q.   To whom?
3        A.   Michael Evans.
4        Q.   And is he still your husband?
5        A.   Yes, ma'am.
6        Q.   And is he the father of the child that
7   we'll discuss a little bit later today that you have?
8        A.   Yes, ma'am.
9        Q.   Great.  And what is that child's name?
10       A.   Peyton Alexander Evans.
11       Q.   And you still have your dog?
12       A.   Huh?
13       Q.   And you still have your dog?
14       A.   Yes.
15       Q.   Okay.  Great.  Do you have any other
16  children living with you?
17       A.   No, ma'am.
18       Q.   Do you have any other biological children
19  that you've birthed?
20       A.   No, ma'am.
21       Q.   What is Mr. Evans' profession?
22       A.   He is a bus operator for Metro.
23       Q.   For Metro.  Great.  And has that been
24  consistent over time?
25       A.   Well, he just started working there.  He
```

Desire Evans

```
 1            You can answer, if you understand the question.
 2       Q.   I'm not trying to make this a hard one.
 3   I'm just trying to transition to another general area.
 4            Have you ever been treated by a doctor who
 5   called himself Dr. Akoda?
 6       A.   Yes.
 7       Q.   When was that?
 8       A.   March 16th into 17th of 2008 -- '16.
 9   Jesus, '16.
10       Q.   Why were you being treated by Dr. Akoda,
11   for what condition?
12       A.   Delivery, pregnancy.
13       Q.   How did you come to be treated by
14   Dr. Akoda?
15       A.   He was the doctor on call, I guess.
16       Q.   Where?
17       A.   At Dimensions Health Systems.
18       Q.   Earlier today we were discussing you being
19   induced to have your labor; is that correct?
20       A.   Yes.
21       Q.   Was Dr. Akoda the doctor that induced you
22   to labor?
23       A.   No.  The nurse -- a nurse gave me the
24   medication.
25       Q.   So you were originally seen by another
```

Desire Evans

 1         A.   He was -- he was, like, fondling my
 2    clitoris, saying that he needed to do that in order to
 3    stimulate me to push the baby.
 4         Q.   And he verbalized that to you?
 5         A.   Yeah, because my husband asked him what was
 6    he doing.
 7         Q.   And were your husband and mother and the
 8    delivery nurses in the room at the same time this was
 9    occurring?
10         A.   Yes.  I don't -- I don't remember if the
11    delivery nurse was in there, but my husband for sure
12    and my mother for sure.
13         Q.   Was this during the time that your husband
14    was standing next to Dr. Akoda?
15         A.   Yes.
16         Q.   And so was the delivery nurse holding one
17    of your legs at that time?
18              MR. CERYES:  Objection, foundation.
19         Q.   Well, we talked about it earlier.  I can
20    restate the question.
21         A.   Yes.  Yes.
22         Q.   So during the time your husband was
23    standing --
24         A.   I'm not -- see, I'm not one hundred percent
25    sure because there was a point where they were holding

```
 1    money that is?
 2         A.   No.
 3         Q.   Have you collected up any invoices or bills
 4    from any of those experiences to be able to help
 5    catalog what that might be?
 6         A.   I haven't collected them, but they're
 7    readily available, if I needed anything.
 8         Q.   So what injury, if any, did you experience
 9    as a result of ECFMG's conduct?
10              MR. CERYES:  Objection, form, foundation,
11    calls for somewhat of a legal conclusion, but you can
12    answer.
13         A.   Okay.  I feel that, because of them, I'm
14    afraid to seek a doctor.  I don't know who to trust.
15    I don't know who to send my son to.  Because if the
16    places that are supposed to be doing these
17    credentialing, if I can't trust what they're telling
18    me, I don't really know how to do my own investigation
19    to find out if a doctor is really a doctor or who they
20    say they are.  So it has diminished my trust in the
21    medical profession.
22         Q.   Do you have a belief that Dr. Akoda is not
23    a doctor?
24              MR. CERYES:  Objection.
25         A.   Yes.
```

```
 1   experience of Peyton before you heard the radio ad
 2   than you did after you heard the radio ad?
 3           A.   No.  That was the reason why my husband
 4   told me about the radio ad is because it was something
 5   that was in our discussion since we had Peyton and we
 6   didn't know how to deal with it.
 7           Q.   What do you mean you didn't know how to
 8   deal with it?
 9           A.   We didn't know what course we can take,
10   whether what he did was wrong.  We didn't know.  We
11   didn't know anything.  We didn't know what to do, but
12   we were both uncomfortable.  I was uncomfortable and
13   it affected me.
14           So when he heard the ad about Dr. Akoda, he was
15   like, oh, my God, this is probably what we were
16   feeling the whole time, you know, like, so reach out
17   to them because you're not the only person that he's
18   done this to.
19           So I wasn't even aware at the time that it was
20   about him possibly not being a doctor.  I thought it
21   was about him touching women inappropriately, because
22   that's how I felt, and that was my main -- my main
23   issue at the beginning.
24           Q.   How did you feel when you got the
25   impression that it was possibly about him not being a
```