# Exhibit 19



**Planet Depos**
We Make It Happen

# Transcript of Stephen S. Seeling

**Date:** September 16, 2019
**Case:** Russell, et al. -v- Educational Commission for Foreign Medical Graduates

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3      _____
 4      MONIQUE RUSSELL, JASMINE       :  CASE NO.
 5      RIGGINS, ELSA M. POWELL        :  2:18-cv-05629-JW
 6      and DESIRE EVANS,              :
 7                                     :
 8              Plaintiffs             :
 9                                     :
10         vs.                         :
11                                     :
12      EDUCATIONAL COMMISSION         :
13      FOR FOREIGN MEDICAL            :
14      GRADUATES,                     :
15                                     :
16              Defendants.            :
17      _____
18                        - - -
19               Monday, September 16, 2019
20                        - - -
21              Deposition of STEPHEN S. SEELING was taken
22      pursuant to notice at 1701 Market Street, Philadelphia,
23      Pennsylvania, before Nancy Carides, RPR, CRR and Notary
24      Public, on the above date, and commencing at 12:00 p.m.
25
```

```
 1                THE WITNESS:  I had no expectations.
 2   BY MR. CERYES:
 3        Q.      What was your role as Vice President of
 4   Operations of ECFMG?
 5                MS. McENROE:  Objection to form.
 6                THE WITNESS:  I oversaw most of the
 7         operational programs, including the
 8         certification program.
 9   BY MR. CERYES:
10        Q.      Did you also oversee the ERAS program?
11        A.      I did not.
12        Q.      Under whose oversight was the ERAS
13   program during the time you were at ECFMG?
14        A.      I can't recall.
15        Q.      Do you know the name of that position
16   that would be responsible for oversight of the ERAS
17   program?
18        A.      I just can't recall.
19        Q.      You worked with William Kelly at ECFMG?
20        A.      Bill Kelly, yes.
21        Q.      And were you responsible for the
22   oversight of Bill Kelly in carrying out the essential
23   functions of his job?
24        A.      He reported to me.
25        Q.      So, among your job responsibilities
```

```
 1         Q.    And another program is the ERAS
 2    process; is that correct?
 3         A.    Yes.
 4         Q.    And with respect to ECFMG
 5    certification, the purpose of that program is to
 6    assess whether international medical graduates are
 7    ready to enter U.S. graduate medical education
 8    programs?
 9         A.    It's to assess the readiness of
10    international medical graduates, yes.
11         Q.    And in particular, their readiness to
12    begin a residency program?
13         A.    Yes.
14         Q.    And it is and has been the case since
15    1990 or so that in order for international medical
16    graduates to enter a residency program, they must be
17    certified by ECFMG?
18         A.    As a general rule, that's correct.
19    There are some minor kind of esoteric exceptions, but
20    as a general rule, that's correct.
21         Q.    What are those exceptions?
22         A.    If someone is a hot-shot surgeon in
23    Timbuktu, and Harvard recruits them for six months to
24    teach a procedure to the residents of Harvard, and
25    Massachusetts has a special VIP license, then that
```

```
 1                THE WITNESS:  Well, again, this letter
 2        speaks for itself.  I mean, the first
 3        paragraph, I think, is responsive to your
 4        question, sir, "with respect to your
 5        falsification of an application form submitted
 6        to ECFMG."
 7   BY MR. CERYES:
 8        Q.     Okay.  So, to your understanding, what
 9   happened here is that Igberase made a false response
10   on one of his applications, and the remedy or the
11   consequence that ECFMG provided for Igberase was to
12   revoke and invalidate his ECFMG certificate, correct?
13        A.     That's what this letter of December
14   7th, 1995 seems to indicate.
15        Q.     So, when you were employed with ECFMG
16   as Vice President of Operations, was it also your
17   understanding that when an applicant makes a false
18   statement on an application, that one of the potential
19   outcomes of that could be revocation or invalidation
20   of that individual's certificate?
21        A.     That's a potential consequence, a
22   potential sanction for any instance of irregular
23   behavior.
24        Q.     Why is it that making a false statement
25   on an application for ECFMG certification can be
```

```
 1   snapshot, things can change subsequent to, but I just
 2   don't have a recollection whether or not there were
 3   other cases where a charge letter was issued and then
 4   subsequently a re-evaluation took place.  I know that
 5   was always built into the process.  I just don't
 6   remember whether or not that, in fact, happened.
 7        Q.   And you refer to the process.  This is
 8   not a written process, correct?
 9        A.   Well, I mean, there were procedures set
10   forth in the documents relating to the credentials
11   committee in terms of the process of the hearing and
12   that kind of thing.  Again, at some point, I can't
13   recall, but sometime after I came onboard, those
14   procedures were substantially revised.  So, there were
15   documents that pertained, generally, to the scope and
16   purview and authority of the credentials committee.
17        Q.   If, in fact, you believed that Akoda
18   and Igberase were, in fact, one and the same person,
19   you would agree that in that circumstance that would
20   warrant referral to the Committee on Medical Education
21   Credentials?
22             MS. McENROE:  Objection to form.
23             THE WITNESS:  Probably, yes.
24   BY MR. CERYES:
25        Q.   And why is that?
```