# Exhibit 22



CCF 7

**UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE™)**
**2001 STEP 1 AND/OR STEP 2 APPLICATION**
FOR STUDENTS/GRADUATES OF FOREIGN MEDICAL SCHOOLS REGISTERED BY
THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
TELEPHONE: (215) 386-5900   INTERNET: http://www.ecfmg.org

RECEIVED
OCT 2 3 2000
ECFMG
MAILROOM

Educational Commission for Foreign Medical Graduates
Philadelphia, PA 19182-0992 USA

OR

via courier service to:
ECFMG
3624 Market Street
Philadelphia, PA 19104-2685 USA

VERY IMPORTANT

NOTE: All items on all sides of the application must be filled out completely for initial and reexamination or application will be rejected. Use typewriter or print carefully in ink using uppercase letters.

## PART A — BIOGRAPHICAL INFORMATION

**1. ECFMG EXAMINATION HISTORY:** Have you ever submitted an application to ECFMG for any examination, even if you did not take the examination? ☐ Yes ☒ No
If yes, enter your USMLE/ECFMG Identification Number in the following boxes: ☐-☐☐☐-☐☐☐-☐ N/A

**2. NAME:**
First Name: FEMI
Middle Name: CHARLES
Last Name (Surname/Family Name): IGBERAESE

**2(i). PREVIOUS/MAIDEN NAME:** N/A
First Name:
Middle Name:
Last Name (Surname/Family Name):

**3. MAILING ADDRESS:**
Street Address/Post Office Box: 16327 CHADSFORD AVENUE
Address Continued:
City: BATON ROUGE
State/Province: LOUISIANA
Zip/Postal Code: 70817
Country: USA

**TELEPHONE NUMBER, FAX NUMBER AND E-MAIL ADDRESS:**
Country Code: ___
City/Area Code: 225
Telephone Number: 753-8809
City/Area Code: ___
Fax Number: ___
E-Mail Address: CFemi@hotmail.com

**4. U.S. SOCIAL SECURITY AND/OR NATIONAL IDENTIFICATION NUMBERS:**
U.S. Social Security Number: N/A
National Identification Number:
Country:

**5. BIRTHDATE/BIRTHPLACE:**
Day: 17  Month: 04  Year: 1962
Location: City: LAGOS  Province: LAGOS  Country: NIGERIA

**6. GENDER:** ☒ Male ☐ Female

**7. NATIVE LANGUAGE:** ___

**8. CITIZENSHIP:**
A. At Birth: ☐ USA or ☒ Other (Specify) NIGERIAN
B. Upon Entering Medical School: ☐ USA or ☒ Other (Specify) NIGERIAN
C. Now: ☐ USA or ☒ Other (Specify) NIGERIAN

**9. ETHNICITY:** Provision of the following information is voluntary. See *Instructions* for details.
1 ☐ American Indian/Alaskan Native
2 ☐ Asian/Pacific Islander
3 ☐ Hispanic
4 ☒ Black (not of Hispanic Origin)
5 ☐ White (not of Hispanic Origin)
6 ☐ Other

APPLICATION FORM 104S-W, July 2000    Page 1 of 4    *ECFMG 2000 All Rights Reserved


EXHIBIT 10
Kelly
LW 8/20/19

Confidential    ECFMG_RUSS_0003465

Name: ɔERAESE FEMI CHARLES (Last, First, Middle)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: N/A

## PART B — REGISTRATION INFORMATION

### (10) ELIGIBILITY PERIOD:

| STEP 1 — ELIGIBILITY PERIOD | STEP 2 — ELIGIBILITY PERIOD |
|---|---|
| November 1, 2000 – January 31, 2001* | November 1, 2000 – January 31, 2001* |
| ☒ December 1, 2000 – February 28, 2001* ✓ | December 1, 2000 – February 28, 2001* |
| January 1, 2001 – March 31, 2001* | ☒ January 1, 2001 – March 31, 2001* ✓ |
| February 1, 2001 – April 30, 2001 | February 1, 2001 – April 30, 2001 |
| March 1, 2001 – May 31, 2001 | March 1, 2001 – May 31, 2001 |
| April 1, 2001 – June 30, 2001 | April 1, 2001 – June 30, 2001 |
| May 1, 2001 – July 31, 2001 | May 1, 2001 – July 31, 2001 |
| June 1, 2001 – August 31, 2001 | June 1, 2001 – August 31, 2001 |
| July 1, 2001 – September 30, 2001 | July 1, 2001 – September 30, 2001 |
| August 1, 2001 – October 31, 2001 | August 1, 2001 – October 31, 2001 |
| September 1, 2001 – November 30, 2001 | September 1, 2001 – November 30, 2001 |
| October 1, 2001 – December 31, 2001 | October 1, 2001 – December 31, 2001 |

*USMLE Step 1/Step 2 are not offered during the first two weeks of January.

### (11) TESTING REGION AND INTERNATIONAL TEST DELIVERY SURCHARGE:

| STEP 1 — TESTING REGION | SURCHARGE | STEP 2 — TESTING REGION | SURCHARGE |
|---|---|---|---|
| Africa | $100 | Africa | $110 |
| Asia | $100 | Asia | $110 |
| Australia | $100 | Australia | $110 |
| China (For Hong Kong, select Asia testing region.) | $100 | China (For Hong Kong, select Asia testing region.) | $110 |
| Europe | $125 | Europe | $140 |
| India | $100 | India | $110 |
| Indonesia | $100 | Indonesia | $110 |
| Japan | $245 | Japan | $270 |
| Korea | $125 | Korea | $140 |
| Latin America | $100 | Latin America | $110 |
| Middle East (For Tel Aviv, select Europe testing region.) | $100 | Middle East (For Tel Aviv, select Europe testing region.) | $110 |
| Thailand | $100 | Thailand | $110 |
| Taiwan | $125 | Taiwan | $140 |
| United States and Canada | $0 | United States and Canada | $0 |

### (12) FEES:

**STEP 1 — FEES**
- 12.1 Examination Fee: $ 6 1 5 . 0 0
- 12.2 Enter amount of the International Test Delivery Surcharge for the testing region you selected above: + . 0 0
- 12.3 TOTAL STEP 1 FEE = $ . 0 0

**STEP 2 — FEES**
- 12.4 Examination Fee: $ 6 1 5 . 0 0
- 12.5 Enter amount of the International Test Delivery Surcharge for the testing region you selected above: + . 0 0
- 12.6 TOTAL STEP 2 FEE = $ . 0 0

### (13) TOTAL FEE(S) FOR ALL EXAMS:

Add the amounts on lines 12.3 and 12.6 and enter total at right: → $ 1 , 2 3 0 . 0 0 ←

### PAYMENT — Check method of payment and complete all information requested for that payment method

☐ Charge my credit card.  Check One: ☐ Visa  ☐ MasterCard  ☐ Discover
☒ My check, bank draft or money order, made payable to ECFMG, is enclosed.
☐ I have sent a wire transfer to ECFMG.

Credit Card Number: _____
Total Exam Fee(s): $ , . 0 0
Credit Card Processing Fee: + 2 0 . 0 0
Total Amount = $ , . 0 0
Expiration Date: ___/___ MONTH / YEAR
Address of Card Holder: _____
Name of Card Holder: _____
Signature of Card Holder: _____

Date sent: _____
Originating bank: _____
Total Amount: $ _____
Bank Reference Number: _____
Total Amount: $ 1,230
Name of sender, if different from applicant: _____

You must send full payment of the total amount with this application form. If you do not include full payment, this application will be rejected.

### (14) EXAMINEES WITH DOCUMENTED DISABILITIES

I have a documented disability covered under the Americans with Disabilities Act and am requesting test accommodations for the exam(s) selected above.  ☐ Yes  ☒ No

Page 2 of 4

Name: **IGBERAESE FEMI CHARLES**
(Last, First, Middle)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: **N/A** ☐-☐☐☐-☐☐☐-☐

## PART C — MEDICAL EDUCATION INFORMATION

### MEDICAL SCHOOL NAME AND ADDRESS

List the exact name and address of the medical school from which you graduated or expect to graduate.

- Official Name of Medical School: **UNIVERSITY COLLEGE HOSPITAL IBADAN**
- Street Address: **?**
- City: **IBADAN**
- State/Province: **UNIVERSITY**
- Postal Code: **OF IBADAN**
- Country: **NIGERIA**
- University Name (if applicable)

### MEDICAL SCHOOL INFORMATION

- **Attendance Dates:** From **06 / 1982** to **06 / 1987**   ■ Number of Years Attended: **5**
- **Date you graduated (or expect to graduate):** **06 / 1987**
- **Date your medical diploma was issued (or expect to be issued):** **06 / 1987**
- **Title of Medical Degree you received or will receive** **MBBS**

Refer to the "Reference Guide for Medical Education Credentials" on pages 45–48 of the 2001 *Information Booklet* for the list of medical degrees required by ECFMG.

### STATUS OF MEDICAL SCHOOL STUDENT — Must be completed by all students: **N/A**

- If you are applying for Step 1, will you have completed 2 years of medical school by the beginning of your requested eligibility period (see PART B, 10) and are you now officially enrolled and will you be officially enrolled at the time you take the exam? Check yes or no: ☐ Yes ☐ No
- If you are applying for Step 2, will you be within 12 months of completion of the formal didactic curriculum at your medical school by the beginning of your requested eligibility period (see PART B, 10) and are you now officially enrolled and will you be officially enrolled at the time you take the exam? Check yes or no: ☐ Yes ☐ No

### STATUS OF MEDICAL SCHOOL DIPLOMA — Must be completed by all graduates:

If you have graduated from medical school, you must include 2 photocopies of your medical diploma if you have not sent them previously. If you graduated from medical school but your medical diploma has not yet been issued, you must submit with your application a letter signed by your Medical School Dean, Vice Dean or Registrar that confirms you graduated from medical school, have met all requirements to receive your medical diploma and states the date your medical diploma will be issued. (See "Provision of Credentials and Translations" on page 22 of the 2001 *Information Booklet*.)

Graduates **must** check one:

- ☒ I have graduated from medical school and am enclosing 2 photocopies of my medical diploma.
- ☐ I have graduated from medical school and have previously submitted to ECFMG 2 photocopies of my medical diploma.
- ☐ I have graduated from medical school, but my medical diploma has not yet been issued. I am enclosing a letter from my medical school that confirms I graduated, have met the requirements to receive my medical diploma and states the date my medical diploma will be issued.

Note: Your application will be rejected if you graduated from medical school and have not submitted photocopies of your medical diploma or a letter from your medical school that confirms your graduation (as described above).

### OTHER MEDICAL SCHOOL(S) ATTENDED — Continue on a separate sheet of paper, if necessary:

List the names, addresses and dates of attendance of all other medical schools you attended.   **N/A**

- Official Name of Medical School:
- Street Address:
- City:
- State/Province:
- Postal Code:
- Country:
- University Name (if applicable)
- **Attendance Dates:** From ___ / ___ to ___ / ___

### TRANSFER CREDITS

Did you transfer academic credits from any school(s) to the medical school that conferred or will confer your medical degree? ☐ Yes ☒ No
If Yes, indicate on a separate sheet of paper the name of the school(s) from which the credits were transferred, the number of credits transferred and the course titles for all credits transferred.

### MEDICAL LICENSURE

Date you received an unrestricted license or certificate of full registration to practice medicine: **8 / 1989**
Country or state in which you are licensed: **LAGOS, NIGERIA**

### EMPLOYMENT — Present employment only.   **NONE**

| Institution/Company | Position(s) | Dates |
|---|---|---|
| Street | | |
| City/State/Country | | |

*PART C CONTINUES ON THE REVERSE SIDE.*        Page 3 of 4

Name: IGBERAESE FEMI CHARLES
(Last, First, Middle)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: N/A

## PART C — MEDICAL EDUCATION, LICENSURE AND EMPLOYMENT INFO

### 19. CERTIFICATION BY APPLICANT

Students and graduates must sign the application in the presence of their Medical School Dean, Vice Dean or Registrar. (See 19.2.A below.) If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See 19.2.B below) and must explain in writing why the application form could not be signed in the presence of a medical school official. (See 19.2.B.1 below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet examination eligibility requirements and that the information in this application is true and accurate to the best of my knowledge and that the photographs enclosed were taken within 6 months of the date of this application.

I also certify and acknowledge that I have reviewed the appropriate edition (that which pertains to the eligibility period for which I am registering, PART B, 10 above), of the ECFMG *Information Booklet* and USMLE *Bulletin of Information*, am aware of the contents of both sections, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified educational documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See page 15 of the 2001 *Information Booklet* for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

Signature of Applicant (in Latin Characters) X [signature]
(Signature must match full legal name as given in PART A-2.)

Day 18 / Month 10 / Year 2000

Seal or stamp of official must cover a portion of the attached photograph.

### 19.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL (*Must* be completed for medical school students):

N/A

I hereby certify that the photograph, signature, and information entered in all parts of Section 15 of this form, including medical school and attendance dates, accurately apply to the individual named above, and that this individual is: (*must* check one) ☐ officially enrolled in or ☐ a graduate of the institution indicated below. I have affixed the medical school seal or stamp over a portion of the photograph above.

Signature of Medical School Official (in Latin Characters) X _____

Day ___ Month ___ Year ___

OR Print Name and Official Title (in Latin Characters with English translation, where applicable.) Institution

My Commission Expires July 20, 2004

### 19.2.B CERTIFICATION BY IDENTIFICATION WITH EXPLANATION (Pertains to graduates only):

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant on this __19__ day of the month of __OCT__, in the year __2000__

X __Juliet D. Providence__
Signature of Consular Official, First Class Magistrate, Notary Public (in Latin Characters with English translations, where applicable.) Official Title

### 19.2.B.1 EXPLANATION (Pertains to graduates only) — 
Explain in the space below why the application could not be signed in the presence of your Medical School Dean, Vice Dean or Registrar. This explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG.

MY MEDICAL SCHOOL IS OVERSEAS AND THE MAIL SYSTEM IS VERY UNRELIABLE.

### 20. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| SURGERY | NEW ERA HOSPITAL | WARRI, NIGERIA | DR ODIAMEN | 12/87 – 2/88 |
| OBGYN | NEW ERA HOSPITAL | WARRI, NIGERIA | DR AIGBOJIE | 3/88 – 6/88 |
| PEDIATRICS | NEW ERA HOSPITAL | WARRI, NIGERIA | DR OSAGIE | 7/88 – 10/88 |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

### 21. OTHER EXAM HISTORY and APPLICANT NUMBERS:

Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

N/A ☐ NATIONAL BOARD OF MEDICAL EXAMINERS
Applicant Identification Number: [NBME Parts I/II]
Date of Most Recent Examination Taken: Month ___ Year 19__

Applicant Identification Number: [USMLE Steps 1/2] __–____–____
Date of Most Recent Examination Taken: Month ___ Year ___

N/A ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES
FIN – Federation Identification Number: [FLEX]
Date of Most Recent Examination Taken: Month ___ Year 19__

Confidential                                                                                                                     ECFMG_RUSS_0003468