# Exhibit 24


EXHIBIT 15 Kelly JP 8/30/19

3487, 3718

# UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE®)
## 2002 STEP 1 AND/OR STEP 2 APPLICATION
FOR INTERNATIONAL MEDICAL STUDENTS/GRADUATES REGISTERED BY
**THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**
TELEPHONE: (215) 386-5900   INTERNET: www.ecfmg.org

RECEIVED 2002 PROCESSING DEPARTMENT VERY IMPORTANT

USMLE 2002

**MAILING INSTRUCTIONS:**

via regular mail to:
Educational Commission for Foreign Medical Graduates
P.O. Box 820992
Philadelphia, PA 19182-0992 USA

**OR**

via courier service to:
ECFMG
c/o PNC Lockbox 820992
Route 38 & Eastgate Drive
Moorestown, NJ 08057 USA

NOTE: All items on all pages of the application must be filled out completely for initial and reexamination or application will be rejected.
Use typewriter or print carefully in ink using uppercase letters.

## PART A — BIOGRAPHICAL INFORMATION

**1. ECFMG® EXAMINATION HISTORY:**
Have you ever submitted an application to ECFMG for any examination, even if you did not take the examination?   ☐ Yes   ☒ No

If yes, complete either 1.A or 1.B:
1.A Enter your USMLE/ECFMG Identification Number: ☐-☐☐☐-☐☐☐-☐
1.B Check here if you do not know your number. ☐

**2. NAME:**
First Name: CHARLES
Middle Name: UGBERAESE
Last Name (Surname/Family Name): OLUWAFEMI

**2.1 PREVIOUS/MAIDEN NAME:**
First Name:
Middle Name:
Last Name (Surname/Family Name):

**2.2 NAME ON MEDICAL DIPLOMA** (Pertains to graduates only)
First Name: CHARLES
Middle Name: UGBERAESE
Last Name (Surname/Family Name): OLUWAFEMI
Note: See Instructions if this name is different from the name you entered in item 2.

**3. CONTACT INFORMATION:**
ADDRESS
Street Address/Post Office Box: 8336 STREAMSIDE DRIVE
Address Continued:
City: GAITHERSBURG    State/Province: MARYLAND
Zip/Postal Code: 20879    Country: USA

PHONE
Country Code: 301   City/Area Code: 325   Telephone Number: 0264
FAX City/Area Code: 301   Fax Number: 9475649

E-MAIL ADDRESS: Charlesoluwafemi@Hotmail.com

**4. U.S. SOCIAL SECURITY AND/OR NATIONAL IDENTIFICATION NUMBERS:**
U.S. Social Security Number:
National Identification Number:
Country:

**5. BIRTHDATE/BIRTHPLACE:**
Day: 01   Month: 03   Year: 1967
Location: City: LAGOS   Province: LAGOS   Country: NIGERIA

**6. GENDER:** ☒ Male   ☐ Female
**7. NATIVE LANGUAGE:** YORUBA

APPLICATION FORM 1049-W, August 2001        Page 1 of 5        ©ECFMG 2001 All Rights Reserved

ECFMG-000116

ECFMG_RUSS_0000116

Name: OLUWAFEMI CHARLES UGBERAESE     Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: ☐-☐☐☐☐-☐☐☐-☐
(Last, First, Middle — as entered in Item 2)

### 8. CITIZENSHIP:
- 8.1 At Birth: ☐ USA or ☒ Other (Specify) Nigerian
- 8.2 Upon Entering Medical School: ☐ USA or ☒ Other (Specify) Nigerian
- 8.3 Now: ☐ USA or ☐ Other (Specify) Nigerian

### 9. ETHNICITY: Provision of the following information is voluntary. See *Instructions* for details.
1. ☐ American Indian/Alaskan Native
2. ☐ Asian/Pacific Islander
3. ☐ Hispanic
4. ☒ Black (not of Hispanic Origin)
5. ☐ White (not of Hispanic Origin)
6. ☐ Other

## PART B — REGISTRATION INFORMATION

**10. EXAMINEES WITH DOCUMENTED DISABILITIES:** I have a documented disability and am covered under the Americans with Disabilities Act. I am requesting test accommodations for the exam(s) selected below.  ☐ Yes  ☒ No

**11. STEP 1:** Fill in completely one circle each for eligibility period and testing region.

### 11.1 Eligibility Period — select one:
- ○ November 1, 2001 – January 31, 2002*
- ○ December 1, 2001 – February 28, 2002*
- ○ January 1, 2002 – March 31, 2002*
- ○ February 1, 2002 – April 30, 2002
- ○ March 1, 2002 – May 31, 2002
- ☒ April 1, 2002 – June 30, 2002
- ○ May 1, 2002 – July 31, 2002
- ○ June 1, 2002 – August 31, 2002
- ○ July 1, 2002 – September 30, 2002
- ○ August 1, 2002 – October 31, 2002
- ○ September 1, 2002 – November 30, 2002
- ○ October 1, 2002 – December 31, 2002

*USMLE Step 1/Step 2 are not offered during the first two weeks of January.

### 11.2 Testing Region — select one:
| REGION | SURCHARGE |
|---|---|
| ☒ United States and Canada | $0 |
| ○ Africa | $110 |
| ○ Asia | $110 |
| ○ Australia | $110 |
| ○ China (For Hong Kong, select Asia testing region.) | $110 |
| ○ Europe | $140 |
| ○ India | $110 |
| ○ Indonesia | $110 |
| ○ Japan | $270 |
| ○ Korea | $140 |
| ○ Latin America | $110 |
| ○ Middle East (For Tel Aviv, select Europe testing region.) | $110 |
| ○ Taiwan | $140 |
| ○ Thailand | $110 |

### 11.3 Fees
- 11.3.1 Step 1 Exam Fee $ 6 4 5 . 0 0
- 11.3.2 International Test Delivery Surcharge + ☐ ☐ ☐ . 0 0 (For United States and Canada, enter $0.)
- 11.3.3 Step 1 Subtotal = $ 6 4 5 . 0 0

**12. STEP 2:** Fill in completely one circle each for eligibility period and testing region.

### 12.1 Eligibility Period — select one:
- ○ November 1, 2001 – January 31, 2002*
- ○ December 1, 2001 – February 28, 2002*
- ○ January 1, 2002 – March 31, 2002*
- ○ February 1, 2002 – April 30, 2002
- ○ March 1, 2002 – May 31, 2002
- ○ April 1, 2002 – June 30, 2002
- ○ May 1, 2002 – July 31, 2002
- ○ June 1, 2002 – August 31, 2002
- ○ July 1, 2002 – September 30, 2002
- ○ August 1, 2002 – October 31, 2002
- ○ September 1, 2002 – November 30, 2002
- ○ October 1, 2002 – December 31, 2002

*USMLE Step 1/Step 2 are not offered during the first two weeks of January.

### 12.2 Testing Region — select one:
| REGION | SURCHARGE |
|---|---|
| ○ United States and Canada | $0 |
| ○ Africa | $120 |
| ○ Asia | $120 |
| ○ Australia | $120 |
| ○ China (For Hong Kong, select Asia testing region.) | $120 |
| ○ Europe | $155 |
| ○ India | $120 |
| ○ Indonesia | $120 |
| ○ Japan | $295 |
| ○ Korea | $155 |
| ○ Latin America | $120 |
| ○ Middle East (For Tel Aviv, select Europe testing region.) | $120 |
| ○ Taiwan | $155 |
| ○ Thailand | $120 |

### 12.3 Fees
- 12.3.1 Step 2 Exam Fee $ 6 4 5 . 0 0
- 12.3.2 International Test Delivery Surcharge + ☐ ☐ ☐ . 0 0 (For United States and Canada, enter $0.)
- 12.3.3 Step 2 Subtotal = $ 6 4 5 . 0 0

**13. TOTAL FEE(S) FOR ALL EXAMS:**
Add the subtotals from 11.3.3 and 12.3.3 and enter total here and in Item 14.2 on page 3.   $ 1 , 2 9 0 . 0 0

**14. PAYMENT** — Refer to page 3 of this application.

To submit payment, complete page 3 of this application.

You must send full payment of the total amount with this application.

If you do not include full payment, this application will be rejected.

For Office Use Only

ACCOUNT CREDITED

USMLE 2002

Page 2 of 5

Name: OLUWAFEMI CHARLES UGBERAESE
(Last, First, Middle — as entered in item 2)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: ☐-☐☐☐☐-☐☐☐-☐

## PART C — MEDICAL EDUCATION, LICENSURE AND EMPLOYMENT INFORMATION

USMLE 2002

### 15. MEDICAL SCHOOL NAME AND ADDRESS:
List the exact name and address of the medical school from which you graduated or expect to graduate.

Official Name of Medical School: UNIVERSITY OF IBADAN
Street Address: ORITA MEFA
City: IBADAN
State/Province: OSHUN
Postal Code:
Country: NIGERIA
University Name (if applicable):

### 15.1 MEDICAL SCHOOL INFORMATION:
- Attendance Dates: From 06 / 1991 to 06 / 1996     Number of Years Attended: 5 years
- Date you graduated (or expect to graduate): 06 / 1996
- Date your medical diploma was issued (or is expected to be issued): 06 / 1996
- Title of Medical Degree you received or will receive: M.B.BS

Refer to the "Reference Guide for Medical Education Credentials" on pages 45-48 of the 2002 Information Booklet for the list of medical degrees required by ECFMG.

### 15.2 STATUS OF MEDICAL SCHOOL STUDENT — Must be completed by all students:
- If you are applying for Step 1, will you have completed 2 years of medical school by the beginning of your requested eligibility period (see PART B, 11.1) and are you now officially enrolled and will you be officially enrolled at the time you take the exam? Check yes or no:  ☒ Yes  ☐ No
- If you are applying for Step 2, will you be within 12 months of completion of the formal didactic curriculum at your medical school by the beginning of your requested eligibility period (see PART B, 12.1) and are you now officially enrolled and will you be officially enrolled at the time you take the exam? Check yes or no:  ☒ Yes  ☐ No

### 15.3 MEDICAL SCHOOL DIPLOMA — Must be completed by all graduates:
If you have graduated from medical school, you must include one photocopy of your medical diploma if you have not sent one previously. If you graduated from medical school but your medical diploma has not yet been issued, you must submit with your application a letter signed by your Medical School Dean, Vice Dean or Registrar that confirms you graduated from medical school, have met all requirements to receive your medical diploma and states the date your medical diploma will be issued. Additionally, the name on your medical diploma must match the name you entered in Item 2. If the name on your medical diploma is different from the name you entered in Item 2, you must submit legal documentation that verifies the name on your diploma is/was your name. (See "Provision of Credentials and Translations" on page 34 of the 2002 Information Booklet.)

Graduates must check one:
- ☒ I have graduated from medical school and am enclosing one photocopy of my medical diploma.
- ☐ I have graduated from medical school and have previously submitted to ECFMG one photocopy of my medical diploma.
- ☐ I have graduated from medical school, but my medical diploma has not yet been issued. I am enclosing a letter from my medical school that confirms I graduated, have met the requirements to receive my medical diploma and states the date my medical diploma will be issued.

Note: ECFMG requires a copy of the original language medical diploma or letter from the medical school. If the medical diploma is not in English, you must also submit an official English translation. Your application will be rejected if you graduated from medical school and have not submitted a photocopy of your medical diploma or a letter from your medical school that confirms your graduation (as described above).

### 16. OTHER MEDICAL SCHOOL(S) ATTENDED — Continue on a separate sheet of paper, if necessary:
List the names, addresses and dates of attendance of all other medical schools you attended.

Official Name of Medical School: NA
Street Address:
City:
State/Province:
Postal Code:
Country:
University Name (if applicable):
Attendance Dates: From ___/___ to ___/___

### 16.1 TRANSFER CREDITS:
Did you transfer academic credits from any school(s) to the medical school that conferred or will confer your medical degree?   ☐ Yes  ☐ No
If Yes, indicate on a separate sheet of paper the name of the school(s) from which the credits were transferred, the number of credits transferred and the course titles for all credits transferred.

### 17. MEDICAL LICENSURE:
Date you received an unrestricted license or certificate of full registration to practice medicine: 10 / 1998
Country or state in which you are licensed: NIGERIA

### 18. EMPLOYMENT:
Institution/Company: GENERAL HOSPITAL
Street: 45 ILODE ST
City/State/Country: ITA OSUN ILE-IFE NIGERIA
Position(s): MEDICAL OFFICER
Dates: DEC 1998 — JAN

PART C CONTINUES ON PAGE 5.

Page 4 of 5

Name: OLUWAFEMI CHARLES UGBERAESE
(Last, First, Middle – as entered in Item 2)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: ☐-☐☐☐☐-☐☐☐-☐

## PART C — MEDICAL EDUCATION, LICENSURE AND EMPLOYMENT INFORMATION (Continued)

**19. CERTIFICATION BY APPLICANT:** Students and graduates must sign the application in the presence of their Medical School Dean, Vice Dean or Registrar. (See 19.2.A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public (See 19.2.B below) *and* must explain in writing why the application form could not be signed in the presence of a medical school official. (See 19.2.B.1 below.) Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information in this application is true and accurate to the best of my knowledge and that the photographs enclosed were taken within 6 months of the date of this application.

I also certify and acknowledge that I have read the appropriate edition (that which pertains to the eligibility period for which I am registering [PART B, 11.1 and 12.1]), of the ECFMG *Information Booklet* and USMLE *Bulletin of Information*, am aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See page 24 of the 2002 *Information Booklet* for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I hereby authorize the Educational Commission for Foreign Medical Graduates to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

Signature of Applicant (in Latin Characters) X *Charles Oluwafemi*
(Signature must match full legal name as given in PART A-2.)

Date: 13 / 03 / 2002 (Day / Month / Year)

Seal or stamp of official *must cover* a part of attached photo and a part of application form.

**19.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL** (*Must* be completed for medical school students):
I hereby certify that the photograph, signature, and information entered in all parts of Section 15 of this form, including medical school and attendance dates, accurately apply to the individual named above, and that this individual is: (*must* check one) ☐ *officially enrolled in* or ☐ a *graduate of* the institution indicated below. I have affixed the medical school seal or stamp over a portion of the photograph above.

Signature of Medical School Official (in Latin Characters) X _____

Day / Month / Year

**OR**
Print Name and Official Title (in Latin Characters with English translation, where applicable.)    Institution

**19.2.B CERTIFICATION BY IDENTIFICATION WITH EXPLANATION** (Pertains to graduates only):
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant on this __13__ day, of the month of __MARCH__, in the year __2002__.

X *Tariq Majed*
Signature of Consular Official, First Class Magistrate, Notary Public (in Latin Characters with English translations, where applicable.)    Official Title

**19.2.B.1 EXPLANATION** (Pertains to graduates only) – Explain in the space below why the application could not be signed in the presence of your Medical School Dean, Vice Dean or Registrar. This explanation must be acceptable to ECFMG and must be provided each time you submit an application to ECFMG or your application will be rejected.

Non guaranteed mailing system.

USMLE 2002

## 20. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| SURGERY | GEN. HOSP. | ILE-IFE | DR AFELOMU | 8/96 – 11/96 |
| MEDICINE | GEN. HOSP. | ILE-IFE | DR TEMITOPE | 12/96 – 3/97 |
| OBGYN/PED. | GEN. HOSP. | ILE-IFE | DR N.TUKU / DR ABI | 4/97 – 7/97 |
|  |  |  |  | 8/97 – 12/97 |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

**21. OTHER EXAM HISTORY and APPLICANT NUMBERS:**
Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

☐ NATIONAL BOARD OF MEDICAL EXAMINERS — Applicant Identification Number: NBME Parts I/II ☐☐☐☐☐☐    Date of Most Recent Examination Taken: Month ☐☐ / Year 1 9 ☐☐

Applicant Identification Number: USMLE Steps 1/2 ☐-☐☐☐-☐☐☐-☐    Date of Most Recent Examination Taken: Month ☐☐ / Year ☐☐☐☐

☐ STATE LICENSING AUTHORITY IN THE UNITED STATES — FIN – Federation Identification Number: FLEX ☐☐☐☐☐☐    Date of Most Recent Examination Taken: Month ☐☐ / Year 1 9 ☐☐

ECFMG-000119

ECFMG_RUSS_0000119