# Exhibit 27



# UNIVERSITY OF BENIN



BENIN CITY, NIGERIA

*Johnbull Enosakhare Akoda*

having satisfied all the requirements of the University and passed the prescribed examinations held in

*October 1987*

has been admitted to the degree

of

Bachelor of Medicine: Bachelor of Surgery

Given at Benin City this 6th day of *February* 1988

*REGISTRAR*

*VICE CHANCELLOR*

ECFMG-000586

ECFMG_RUSS_0000586