# Exhibit 30

## EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.

TELEPHONE: 215-386-5900 ● FAX: 215-386-9767 ● INTERNET: www.ecfmg.org

August 28, 2000

**EXHIBIT 37**
Kelly
JP 8/20/19

**Memorandum**

**To:** File #0-553-258-5
Dr. John Akoda

**From:** William Kelly

Today I received a telephone call from James McCorkel, Ph.D., Jersey Shore Medical Center. His telephone is (732) 776-4732.

He stated Dr. Akoda was still in the residency program, but had requested a leave of absence effective august 30, 2000, stating his father in Nigeria had died and he was going to travel there. Dr. Akoda also told him he required surgery.

Dr. McCorkel also stated he had contacted Harlem Hospital concerning the identity of Dr. Igberase Charles. He had sent them a photograph. He was waiting to hear from Harlem Hospital.

Dr. McCorkel stated he would keep us informed of developments.