# Exhibit 31

McCorkle  9/13

Same story to McCorkle.

- Due process 15 day appeal period
  until 9/15
- Suspending due to inconsistencies — nothing to do w/ quality of patient care

more than ECFMG was to moderate

- He'll talk to atty
- If appeal — will not communicate add'l 15 days
  we'll hear
- Otherwise our [?] in a week

Waiver Akodo — name Ijferme — not Ijferme

(While Akodo said he was going to Nigeria) — they have info he is in Maryland

- w/ CEO communications — off record
  cannot share not definitive
  but do not ease their concern.

Confidential                                                                 ECFMG_RUSS_0004476