# Exhibit 32

10/5   McCorkle

EXHIBIT 44 Kelly JD 8/30/19

Akoda — meeting scheduled w/ Akoda at 11:00 AM
then at 2:00 pm →

- inconsistencies in file
- w/ Dr. Frank / program director

- final meeting next week

Akoda
- on suspension until 10/1 asking him
  to clarify inconsistencies
- 2 different green cards / diff dates,
  fingerprints, birthdates, #s,
  driver's license

currently suspended + then suspended w/o pay pending investigation when pt. patients etc. hearing Oct 26"

- indicated he was going to Nigeria + return on 10/15
- but he is in USA.

Wednesday 2:00 (?) 10/11

- Due process / review panel — not yet there

Harlem
Home Hospital — Nigeria
thinks he may be same.

10/19 — Notice to Akoda he will be term
in 30 days... if he does not appeal in 10 days.
re: 2 SS #s.