# Exhibit 33



## Kelly Bill

| | |
|---|---|
| From: | femi charles [cfemi@hotmail.com] |
| Sent: | Thursday, December 21, 2000 7:12 PM |
| To: | Kelly Bill |
| Subject: | Re: USMLE application |

hi mr kelly,
i have been trying to reach you for a while,left several messages on your machine,but no response.
the last time i spoke with my cousin( dr Igberase) was about 3 months or so in nigeria.he told me he will be either in florida or louisiana when he comes back to the country.i haven,t spoken with him since then.
i don,t know if he,s back or not.
i wonder why he gave you this e-mail address.he does not use this address any more.he uses igberaseoluwafemi@yahoo.com at least as at when he last e-mailed my sister.
i hope to talk with you soon.
you could reach me at home (301)482-1441.
thanks for your usual support,
sincerely,
john Akoda M.D.


>From: Kelly Bill <BKelly@ECFMG.org>
>To: "'cfemi@hotmail.com'" <cfemi@hotmail.com>
>Subject: USMLE application
>Date: Thu, 21 Dec 2000 16:39:05 -0500
>
>Dr. Igberase,
>
>I have been trying to contact you concerning your application submitted to
>ECFMG. Please contact me as soon as possible.
>
>William Kelly
>Manager, Medical Educ. Credentials Dept.
>ECFMG
>3624 Market St., 4th Floor
>Philadelphia, PA 19104
>
>Telephone: (215) 823-2277
>Fax: (215) 386-9767
>Email: bkelly@ecfmg.org
>

Get your FREE download of MSN Explorer at http://explorer.msn.com

1