IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,<br><br>Plaintiffs<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No. 2:18-cv-05629-JDW<br><br>Hon. Joshua D. Wolson |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS AND ANTICIPATED TESTIMONY OF PLAINTIFFS' EXPERTS DR. DAVID MARKENSON, DR. JOHN CHARLES HYDE, AND DR. JERRY WILLIAMSON**

For the reasons set forth in the attached Memorandum of Law, Plaintiffs, by and through their undersigned counsel, oppose Defendant's Motion to Exclude the Opinions and Anticipated Testimony of Plaintiffs' Experts Dr. David Markenson, Dr. John Charles Hyde, and Dr. Jerry Williamson, and respectfully request that the Motion be denied.

Dated: January 14, 2022

Respectfully Submitted,

JANET, JANET & SUGGS, LLC

*/s/ Patrick Thronson*
Patrick A. Thronson
Brenda A. Harkavy
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
(410) 653-3200

CONRAD O'BRIEN PC

*/s/ Robin S. Weiss*
Nicholas M. Centrella (Pa. ID 67666)
Robin S. Weiss (Pa. ID 312071)
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864-9600

2

| | |
|---|---|
| LAW OFFICES OF PETER G. ANGELOS, P.C. | SCHOCHOR, FEDERICO AND STATON |
| Paul M. Vettori<br>One Charles Center<br>100 N. Charles Street, 20th Floor<br>Baltimore, Maryland 21201<br>(410) 649-2000 | Brent Ceryes<br>The Paulton<br>1211 St. Paul Street<br>Baltimore, Maryland 21202<br>(410) 234-1000 |
| Z LAW, LLC<br>Cory L. Zajdel<br>2345 York Rd. Suite B-13<br>Timonium, MD 21093<br>(443) 213-1977 | THE COCHRAN FIRM<br>Karen E. Evans<br>David E. Haynes<br>1100 New York Avenue, N.W.<br>Suite 340, West Tower<br>Washington, DC 20005<br>(202) 682-5800<br><br>*Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated* |