**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS, <br><br> Plaintiffs <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendant. | Case No. 2:18-cv-05629-JDW <br><br> Hon. Joshua D. Wolson |

**[PROPOSED]
ORDER**

AND NOW, this ____ day of _____, 2022, upon consideration of Defendant's Motion to Exclude the Opinions and Testimony of Plaintiffs' Experts Dr. David Markenson, Dr. John Charles Hyde, and Dr. Jerry Williamson and Plaintiffs' Response in Opposition Thereto, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

_____
Wolson, J.