# EXHIBIT 2

**Curriculum Vitae**

### David Samuel Markenson, MD, MBA, FAAP, FACEP, FCCM, FACHE
6324 E Stanford Ave
Cherry Hills Village, CO 80111
(917) 626-6541 (personal cell phone)
docmarkenson@gmail.com (personal e-mail)

## PROFILE:

Health care physician executive with 15-plus years' experience in leadership roles (Division Vice President, Chief Medical Officer, Vice President, Medical Director, Section Chief, Academic Chairman, Center Director and Designated Institutional Official) with a publicly traded national hospital corporation, large regional health system, academic medical center, medical school, municipal hospitals and community hospital.

- Chosen to lead organizations, departments and programs during startup phase to build enterprises that achieved clinical excellence, operational efficiency, sustained growth and financial success.
- Requested to assume oversight of programs, services and departments facing critical challenges, based on expertise in assessing structure and operations, developing multi-faceted strategic and operational plans, and building, recruiting and engaging teams to reach goals.
- A highly regarded healthcare leader, clinician, educator and advisor, approachable and collaborative, respected by healthcare leaders, medical staff, nursing staff and facility staff.
- Served as first CMO of complex community tertiary care facility during rapid growth phase where improved quality and led innovation in clinical care delivery, achieving top hospital status and straight Leap Frog A grade. In subsequent role oversaw three divisions encompassing 7 states and over 30 hospitals with transformation of hospitals to academic medical center to establish over 200 residency positions and 15 programs that supported workforce needs, strategic growth plans, hospital quality, efficiency and finances.
- Strong leadership, interpersonal and communication skills, strategic thinker with ability to implement, analytical, persuasive, guided by data, outcome metrics and scientific evidence (EBM), driven to results. Successful in leading clinicians to embrace change through subject matter expertise, ability to present data, operational plans and finances clearly, and skill in engaging support from physician decision makers, thought leaders and champions.

## Employment History and Primary Positions/Appointments

American Red Cross, Washington, DC
*Chief Medical Officer, Training Services February 2019 to present*
*National Chair, Scientific Advisory Council 2005 to present*
*Member, Advisory Council of First Aid and Safety 2002- present*

New York Medical College School of Health Sciences and Practice (formerly School of Public Health)
*Medical Director, Center for Disaster Medicine 2013 to present*
*Director, Center for Disaster Medicine August 2005 to 2013*
*Interim Chair, Department of Epidemiology and Community Health (Epidemiology and Biostatistics merged with Behavioral Science and Health Promotion) June 2009 to 2010*
*Interim Chair, Department of Epidemiology and Biostatistics August 2008 to June 2009*

Hospital Corporation of America Physician Services Group, Nashville, TN
*Division Vice President for Graduate Medical Education for the Continental, Mountain and Mid-America Divisions, September 2016 to May 2018*
*Designated Institutional Official HealthONE, Research Medical Center, Ogden Regional Medical Center and Eastern Idaho Regional Medical Center (each entity is a separate ACGME Institutional Sponsor), July 2015 to May 2018*
*Chair, Institutional Review Board, HealthONE, January 2016 to May 2018*

D. Markenson, MD, CV, Continued

Hospital Corporation of America
Sky Ridge Medical Center, Lone Tree, CO
*Chief Medical Officer, May 2013 to August 2016*
*SRMC PHO Facility Lead and Board Member, May 2013 to December 2015*

International Federation of Red Cross and Red Crescent Societies
Chair and Co-Founder, First Aid and Health Evidence Based Network, 2011 to Present
Co-Editor-in-Chief, 2021, 2016 and 2011 IFRC First Aid and Resuscitation Guidelines

Westchester Medical Center and Maria Fareri Children's Hospital, Valhalla, N.Y.
*Director Partnership for Patients, Clinical Informatics, and Quality Data, June 2012 to May 2013*
*Medical Director Regional Emergency Services and Disaster Medicine (VP title and authority but titled*
*Medical Director for physician), December 2009 to May 2013*
*Chief, Pediatric Emergency Medicine August 2005 to December 2009*
*Attending, Pediatric Emergency Medicine August 2005 to 2010*
*Attending, Pediatric Critical Care September 2005 to May 2013*

Jamaica Hospital Medical Center and Flushing Hospital Medical Center, New York, N.Y.
*Director Pediatric Critical Care 2005 to 2010*
*Director Child Protection 2005 to 2006*

Columbia University, Mailman School of Public Health, New York, N.Y.
*Director Program for Pediatric Preparedness May 2003 to May 2005*
*Deputy Director National Center for Disaster Preparedness May 2003 to May 2005*

Children's Hospital at Montefiore
*Medical Director, The Program for Pediatric Preparedness October 2002 to April 2004*
*Fellow, Pediatric Critical Care October 2002 to April 2004*

Harlem Hospital Center, New York, N.Y.
*Director of Pediatric Critical Care and Child Protection May 2001 to November 2002*
*Director Family Support Program and Child Protection May 2001 to November 2002*
*Assistant Attending Pediatric Emergency and Critical Care October 2000 to June 2004*

New York Presbyterian Hospital, New York, N.Y.
*Clinical Fellow in Pediatric Critical Care January 2000 to May 2001*

NYU Medical Center Tisch Hospital and Bellevue Hospital Center, New York, N.Y.
*Medical Director National Child Protection Project July 1996-June 2004*
*Member, Center for Pediatric Emergency Medicine, July 1995-June 2004*
*Fellow Pediatric Emergency Medicine, July 1998 to December 1999*
*Chief Resident July 1997 to June 1998*
*House Officer July 1994 to June 1997*

## Academic Appointments and Positions

University of Colorado School of Medicine
*Clinical Professor of Pediatrics March 2015 to present*

University of Colorado School of Public Health
*Adjunct Professor of Public Heath November 2014 to present*

New York Medical College School of Medicine
*Professor of Pediatrics, 2009-2013*
*Associate Professor of Pediatrics, 2006-2009*
*Assistant Professor of Pediatrics, 2005-2006*

D. Markenson, MD, CV, Continued

New York Medical College School of Health Sciences and Practice (formerly School of Public Health)
*Senior Fellow, Center for Disaster Medicine, 2013-2018*
*Professor of Clinical Public Health 2010 to 2013*
*Associate Professor of Public Health 2006 to 2009*
*Assistant Professor of Public Health 2005 to 2006*
*Director, Center for Disaster Medicine August 2005 to 2013*
*Interim Chair, Department of Epidemiology and Community Health (Epidemiology and Biostatistics merged with Behavioral Science and Health Promotion) June 2009 to 2010*
*Interim Chair, Department of Epidemiology and Biostatistics August 2008 to June 2009*
*Program Director, Emergency Preparedness MPH and Certificate Program, Department of Health Policy and Management March 2006 to 2009*

Columbia University, Mailman School of Public Health, New York, N.Y.
*Adjunct Assistant Professor of Population and Family Health January 2005 to 2007*
*Director Program for Pediatric Preparedness May 2003 to May 2005*
*Deputy Director National Center for Disaster Preparedness May 2003 to May 2005*
*Assistant Professor of Population and Family Health, 2003-2005*

Columbia University College of Physicians and Surgeons, New York, NY
*Assistant Professor of Pediatrics May 2001 to June 2005*

New York University School of Medicine, New York, N.Y.
*Instructor of Pediatrics July 1997 to June 2001*
*Teaching Assistant in Pediatrics July 1996 to June 1997*

## Education:

University of Massachusetts Isenberg School of Management, Amherst, M.B.A.
Master of Business Administration, May 2011

Albert Einstein College of Medicine, Bronx, N.Y.
*Doctor of Medicine June, 1994*
*Honors Distinction in Pediatric Emergency Medicine Research*

Union College, Schenectady, N.Y.
*Bachelor of Arts June, 1990*

## Internship and Residency
New York University School of Medicine, New York, N.Y.
*Primary Care Pediatrics Intern July 1994 to June 1995*

New York University School of Medicine, New York, N.Y.
*Primary Care Pediatrics Resident July 1995 to June 1997*

New York University School of Medicine, New York, N.Y.
*Pediatric Chief Resident July 1997 to June 1998*

## Fellowship
Bellevue Hospital, New York University School of Medicine, New York, N.Y.
*Fellow in Pediatric Emergency Medicine July 1998 to December 1999*

Cornell Medical College, New York Presbyterian Hospital, New York, NY
*Fellow in Pediatric Critical Care January 2000 to May 2001*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Children's Hospital at Montefiore, Albert Einstein College of Medicine, New York, NY
*Fellow in Pediatric Critical Care October 2002 to April 2004*

## Board Certification
American Board of Pediatrics – Pediatrics Certified October 1998, MOC Current

American Board of Pediatrics – Pediatric Critical Care Certified November 2004, MOC Current

American Board of Preventative Medicine – Clinical Informatics Certified 2014, MOC Current

American Board of Emergency Medicine – Emergency Medical Services Certified 2014, MOC Current

## Professional Licenses:

Alaska Division of Corporations, Business, and Professional Licensing Physician #142262

Colorado Division of Professional Licenses DR.0052535

Nebraska Department of Health and Human Services Physician #31320

New York State Department of Education License to Practice Medicine and Surgery #199931

Ohio State Medical Board Physician #35.135973

## Additional Hospital/Professional Appointments and Per Diem/Locums Roles

Kendal Regional Medical Center
*Pediatric Critical Care Attending November 2018 to December 2018*

Mountainland Pediatrics, Thorton, CO
*Pediatric Attending July2018 to August 2018*

International Children's Hart Foundation, Nashville, TN
*Volunteer Pediatric Critical Care Attending July 2018 to present*

Sky Ridge Medical Center (Carepoint, PC), Lone Tree, CO
*Pediatric Emergency Physician July 2013 to February 2014*

Swedish Medical Center (Carepoint, PC), Englewood, CO
*Pediatric Emergency Physician July 2013 to February 2014*

Presbyterian Medical Center and Rocky Mountain Hospital for Children (Carepoint, PC), Denver, CO
*Pediatric Emergency Physician July 2013 to February 2014*

PM Pediatrics, Mamaroneck, NY
*Per Diem Pediatric Emergency Medicine Attending December 2010 to April 2013*

White Plains Hospital, White Plains, NY
*Emergency and Pediatric Emergency Attending October 2004 to 2006*

St. Lukes Roosevelt Hospital, New York, N.Y.
*Attending Pediatric Critical Care August 2004 to December 2006*
*Attending Pediatric Emergency Medicine January 2000 to December 2002*

D. Markenson, MD, CV, Continued

Beth Israel Medical Center, New York, N.Y.
*Pediatric Critical Care Attending Physician August 2004 to December 2006*
*Pediatric Emergency Attending Physician June 1997 to January 2001*

Hospital for Joint Diseases, New York, N.Y.
*Pediatric Attending Physician June 1996 to January 2003*

Lenox Hill Hospital, New York, N.Y.
*Pediatric Emergency Room Physician November 1995 to December 1998*

## Professional Certification

American College of Healthcare Executives – Fellow
Certified Professional in Healthcare Quality (CPHQ)
Certifying Commission on Medical Management – Certified Physician Executive
Six Sigma Certified Black Belt

## Professional Membership:

American Academy of Pediatrics - Fellow
American College of Critical Care Medicine - Fellow
American College of Emergency Physicians - Fellow
American College of Health Care Executives - Fellow
American College of Physician Executives - Member
American Medical Informatics Association - Member
Arapahoe Douglass Ebert Medical Society – Past-President and Member
Colorado Medical Society – President-Elect, and Board of Directors and Member
New York Academy of Medicine – Fellow
Society of Critical Care Medicine – Member

## Hospital Committee Membership

HealthONE
*Division Formulary Steering Committee – Member 2015-2018*

Sky Ridge Medical Center
*Performance Improvement Committee – Ex-officio member 2013-2016*
*Peer Review Committee - Ex-officio member 2013-2016*
*Credential Committee - Ex-officio member 2013-2016*
*Medical Executive Committee - Ex-officio member 2013-2016*
*Pharmaceutical and Therapeutics Committee – Member 2013-2016*
*Critical Care Committee - Ex-officio member 2013-2016*
*Pediatric Service Line – Member 2013-2016*
*Emergency Service Line – Member 2013-2016*
*Trauma Committee – Member 2013-2016*
*Physician Satisfaction Team – Member 2013-2016*

Westchester Medical Center
*Child Protection Committee – Member 2005 to 2011*
*Disaster Committee – Chair 2008 and member 2006 to 2013*
*Environment of Care Committee – Chair 2011 to 2013, member 2009 to 2013*
*Medical Operations – Member 2009 to 2013*
*Pediatric Education Committee – Member 2006 to 2013*
*Pediatric Medical Operation Committee – Member 2005 to 2013*
*Pharmacy and Therapeutics Committee – Member 2006 to 2013*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

*Trauma Committee – Member 2005-2013*
*Trauma Peer and M&M – Member 2005-2013*
*Pediatric Trauma Committee – 2008-2013*
*Utilization Management – Member 2011 to 2013*

Flushing Hospital Medical Center
*Critical Care Committee – Member 2004 to 2010*
*Child Protection Committee – Member 2004 to 2010, Chair 2004 to 2006*
*Pediatric QA Committee – Member 2004 to 2010*

Jamaica Hospital Medical Center
*Critical Care Committee – Member 2005 to 2010*
*Child Protection Committee – Member 2005 to 2010; Chair 2005 to 2006*
*Pediatric QA Committee – Member 2005 to 2010*
*Trauma Committee – Member 2005-2010*

Harlem Hospital Medical Center
*Child Protection Committee – Chair January 2001 to November 2002*
*Critical Care Committee – Member May 2001 to November 2002*
*Trauma Committee – Member 2001-2002*

Bellevue Hospital Medical Center
*Medical Board – Member and Executive Committee Member 1996 to 2000*
*Formulary Sub-Committee – Member 1997 to 2000*
*House Staff Affairs Sub-Committee – Member 1997 to 2000*

## **CME Instructor Certifications:**

American Academy of Pediatrics
*Neonatal Resuscitation Program Regional Trainer, 1998 to 2005*
*Neonatal Resuscitation Program Instructor, 1992 to 2005*

American College of Surgeons
*ATLS Provider, 1994-2010*
*ATLS Instructor, 2001-2004*

American Heart Association
*Advanced Cardiac Life Support Instructor, 1991 to 2003*
*Pediatric Advanced Life Support Instructor, 1993 to 2003*
*Pediatric Advanced Life Support Affiliate Faculty, 1994 to 2003*

American Medical Association
*National Disaster Life Support Instructor, 2009 to present*

American Red Cross
*Volunteer Health and Safety Specialist, 1990 to present*
*Basic Disaster Services Instructor, 1990 to present*
*Instructor Trainer in HIV/AIDS Education, 1990 to present*
*Instructor Trainer in Water Safety and Lifeguard Training, 1989 to present*
*Instructor Trainer in First Aid, 1989 to present*
*Instructor Trained in CPR, 1988 to present*

National Association of E.M.T.s
*Pre-Hospital Trauma Life Support Instructor, 1991 to 2000*
*Pediatric Prehospital Care National Medical Director, 1998 to 2000*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

New York State Department of Health
*EMS Hazardous Materials Awareness Instructor, 1993 to 2000*
*Paramedic Instructor, 1992 to 2000*
*Pre-Hospital Pediatric Care Course Instructor, 1992 to 2000*
*Ambulance Accident Prevention Seminar Instructor, 1991-1997*
*Emergency Medical Technician Instructor, 1989 to 2000*

Society of Critical Care Medicine
*Pediatric Fundamental Critical Care Support Course Instructor, 2010 to 2014*
*Fundamental Critical Care Support Instructor, 2002 to 2014*
*Fundamental Disaster Medicine Instructor, 2003 to 2014*

TEEX DHS Programs
*Medical Management Of CBRNE Events (PER 211), Chair Medical Advisory Board 2004-2015, Instructor 2003 to 2016*
*Pediatric Disaster Response And Emergency Preparedness (MGT439), Chair Medical Advisory Board, Development Team and instructor 2011-2016*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Research and Grant Activities:

Community Based Care Center Model Plan and Toolkit Education April 2011 to August 2011
*Principal Investigator*
*Awarded $35,000 sub-award from NYS DOH Hospital Emergency Preparedness Program Grant*
*Having been selected by New York State Department of Health to develop model for Community Based Care Center (original name-alternate care sites) and an accompanying toolkit for implementation to address patient surge for pandemic influenza, mass casualty events and other disasters, awarded additional funding for implementation and education.  Conducted statewide education on use of toolkit.*

Dutchess County Surge Planning April 2010 to September 2010
*Principal Investigator*
*Awarded $35,000 grant from Dutchess County Department of Health*
*Conceptualized and directed grant which facilitated the Dutchess Department of Health and Office of Emergency Management in development of a county wide surge plan based on our prior validated models.  In addition developed standards for alternate care sties including triage and care protocols.*

Regional Resource Center August 2009 to 2013
*Principal Investigator*
*Awarded $275,000 2011-12 (325,000 prior years) per year from NYS DOH Hospital Emergency Preparedness Program*
*Grant provided to operate Regional Resource which provides training, drills support and research of preparedness in the Hudson Valley Region*

Alternate Care Site Model Plan and Toolkit April 2009 to 2010
*Principal Investigator*
*Awarded $95,000 sub-award from NYS DOH Hospital Emergency Preparedness Program Grant*
*Selected by New York State Department of Health to develop model for alternate care sites and an accompanying toolkit for implementation of alternate care sites to address patient surge in the event of pandemic influenza, mass casualty events and other disasters.  Once developed this model and toolkit is to become the NYS standard and will be required to be used by all local health departments in NYS.*

Emergency Departments Appropriate for Pediatrics May 2008 to 2010
*Principal Investigator*
*Awarded $100,000 initial grant and $90,000 second year grant from R Baby Foundation*
*Conceptualized and directed grant to assess community emergency departments for their ability to care for infants and young children.  Then based on the assessment and review of the evidence based literature, develop guidelines and an educational program to create emergency departments appropriate for infants and young children which will be piloted in the Hudson Valley and then distributed nationally.*

Hudson Valley Regional Emergency Preparedness Training and Exercise December 2008 to 2009
*Principal Investigator*
*Awarded $55,000 sub-award from NYS DOH Hospital Emergency Preparedness Program Grant*
*Developed program to assess education gap in emergency preparedness knowledge in the Hudson Valley and then to design and deliver educational program to fill this gap.  Program will also develop, conduct and evaluate drills and exercises to test the impact of this education.*

Broome County Child Protection and Epidemiological Support August 2008 to 2010
*Principal Investigator*
*Awarded $50,000 per year contract which has been renewed for an additional year*
*Oversaw grant to provide epidemiological and biostatistics support to the Broome County Department of Health.  In addition provided direction on the expansion of health department child protection activities including the child fatality review team, case review and multi-disciplinary team creation and protocols. Also developed with health department official's research study regarding child maltreatment prevalence in Broome County.*

D. Markenson, MD, CV, Continued

Alternate Care Site Planning Grant February 2008 to June 2008
*Principal Investigator*
*Awarded $180,000 grant from NYS Department of Health Hospital Emergency Preparedness Program*
*Conceptualized and directed grant which assessed issues regarding patient triage and care at alternate*
*care sites for disaster medical services.  In addition developed standards for alternate care sties including*
*triage mechanisms and care protocols.*

Hudson Valley Region Surge Assessment May 2007 – September 2007
*Principal Investigator*
*Awarded $50,000 contract through Regional Resource Center from NYS Department of Health*
*Conceptualized and directed grant to assess the surge capacity of EMS, hospitals and community health*
*assets in the Hudson valley region.*

Putnam Community Wide Preparedness Project October 2006- September 2007
*Principal Investigator*
*Awarded $125,000 for one year grant from NYS Department of Health*
*Conceptualized project, developed grant and direction project to conduct community based preparedness*
*project targeted and schools with inclusion of public health, EMS, fire, law enforcement and emergency*
*management.*

Lifeguarding and Resuscitation Evidence Based Guidelines June 2006 to June 2009
*Principal Investigator*
*Awarded $150,000 for 2 year grant from the National Pool and Spa Foundation*
*Developed project, process and chaired program to develop evidence based approaches and guidelines*
*for drowning prevention, water rescue and the drowning process resuscitation.*

Prehospital Provider Recognition of Child Neglect 2005 to 2006
*Principal Investigator*
*Research project funded through departmental funds*
*Developed and conducted both pilot and formal research project to assess Prehospital provider's ability*
*to recognize, assess, document and report child neglect.  Submitted several applications for funding for*
*this research.  At this time this research is funded through NYMC Public Health Departmental funds.*

Consensus Conference on the Needs of Children and Persons with Disabilities in Disasters September
2003 to 2007
*Principal Investigator*
*Awarded $380,000 for 2 year grant from Agency for Healthcare Research and Quality*
*Conceptualized project and drafted grant application for grant to hold a repeat National Consensus*
*Conference on the needs of children in disasters with a new added focus on person with disabilities and*
*to establish a research agenda to answer the questions regarding the needs of children and person with*
*disabilities in disasters.*

Center for Public Health Preparedness September 2004 to 2006
*Co-Investigator May 2005 to 2006 (involvement ended with my departure from Columbia University)*
*Co- Principal Investigator September 2004 to May 2005*
*Awarded $5,500,000 for 5 year grant from the Centers for Disease Control*
*Co-Principal investigator on grant to continue the work of a Center for Public Health Preparedness at a*
*School of Public Health to support the activities of the departments of health and improve preparedness*
*through research and education on public health preparedness.*

Academic Departments of Public Health February 2004 to January 2005
*Principal Investigator*
*Awarded $100,000 for 1 year grant from the Association of Schools Public Health/Centers for Disease*
*Control*
*Conceptualized project and drafted grant application for ASPH/CDC grant to develop the models for*
*departments of health to become more academic.  Grant involves active collaboration with the New York*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

*City Department of Health and Mental Hygiene to test these models for improved academic activity and then to disseminate finds as a replicable model.*

Bioterrorism Curriculum Enhancement October 2003 to June 2005
*Principal Investigator (grant period)*
*Co-Investigator (grant extension)*
*Awarded $780,000 for 2 year grant from the Health Resources Services Administration*
*Helped to conceptualize and draft application for HRSA grant to enhance the curriculum of all the schools of the Columbia University Health Science Campus to include bioterrorism and emergency preparedness. After awarding of grant served as co-principal investigator and directed grant including supervision of all staff, oversight of all activities and product creation.*

Centers for Disease Control Linkages of EMS and Acute Care with Public Health Departments October 2003 to 2007
*Principal Investigator*
*Initially Awarded $100,000 for 1 year grant from the Centers for Disease Control.*
*Awarded Additional $225,000 for 3 year grant from the Center for Disease Control*
*Conceptualized project and drafted grant application for CDC grant to foster linkages between EMS and State and Local Departments of Health involving disaster and terrorism preparedness. In addition project included assessment of EMS provider's knowledge of bioterrorism, equipment for terrorism and knowledge and attitudes regarding EMS and public health.*

Consensus Conference on the Needs of Children in Disasters November 2002 to October 2003
*Principal Investigator*
*Awarded $50,000 for 1 year grant from Agency for Healthcare Research and Quality*
*Conceptualized project and drafted grant application for grant to hold a National Consensus Conference on the needs of children in disasters and to establish a research agenda to answer the questions regarding the needs of children in disasters.*

Center for Public Health Preparedness September 2000 to August 2004
*Co- Investigator May 2003 – August 2004*
*Awarded $4,000,000 for 4 year grant from the Associations of Schools of Public Health*
*Senior investigator on grant to establish a Center for Public Health Preparedness at a School of Public Health to support the activities of the departments of health and improve preparedness through research and education on public health preparedness.*

Maternal and Child Health Bureau EMS for Children Model Pediatric Component for State Disaster Plans March 2001 to February 2004
*Principal Investigator*
*Awarded $600,000 for 3 year grant from Maternal Child Health Bureau.*
*Conceptualized project and drafted grant application for EMSC Targeted Issues Grant to evaluate the needs of children in disaster planning, preparation and response, build collaboration between pediatric experts and emergency management professionals and based on data driven consensus process develop a model pediatric component for state disaster plans.*

Renal Function in Older Children and Adolescents with Perinatal HIV-1 Infection May 2001 to April 2003
*Principal Investigator*
*Funded by Family Care Center and Glaxo Smith Kline*
*Conceptualized project and drafted IRB application for study to evaluate previously undetected renal impairment in older children and adolescents with perinatal HIV-1 infection.*

Levalbuterol versus Albuterol for Continuous Nebulization May 2001 to April 2003
*Principal Investigator*
*Research project funded through departmental funds*
*Conceptualized project and drafted IRB application for study to evaluate the difference in efficacy, pharmakinetics and adverse effects for levalbuterol versus albuterol as a continuous nebulization.*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Renal Clearance and Adverse Reactions for Sedative Medication in Children May 2001 to April 2003
*Principal Investigator*
*Research project funded through departmental funds*
*Conceptualized project to study the difference in efficacy, pharmakinetics, protein binding, renal clearance and adverse effects for the commonly used sedative in children.*

National Children's Alliance January 2002 to December 2004
*Principal Investigator*
*Awarded $50,000 grant from National Children's Alliance and Department of Juvenile Justice*
*Drafted grant and administer grant to enhance child protection group into fully accredited Child Advocacy Center.*

Maternal and Child Health Bureau EMS For Children Network Development Demonstration Project
(NDDP) September 2001- June 2003
*Co-Investigator*
*Awarded Grant $500,000 from Health Resources and Services Administration*
*Co-authored grant application and conceptualization of project.  Will serve in project management and oversight of a project designed to demonstrate the value of establishing an infrastructure or network that can serve as a platform from which to conduct investigations on the effectiveness of treatments, transport, and care responses, including those preceding the arrival of children to hospital emergency departments.*

Maternal and Child Health Bureau EMS For Children Target Issues Grant National Child Protection
Project August 1999- July 2003
*Project Medical Director*
*Awarded $350,000 Grant from Health and Resources Services Administration*
*Designed and conducted pilot study of EMS provider's knowledge and attitudes regarding child abuse and neglect recognition and reporting.  Directed the administration of the federal grant to further this study on a national level, designed and analyzed research project and then design an educational resource to help better educate prehospital personnel on this subject.*

On-Scene Administration of Albuterol by EMT-Basic for Bronchospasm August 1998 to June 2003
*Principal Investigator*
*Research project funded through departmental funds*
*Designed and conducted study to determine the ability of EMT-Basic to correctly assess patient's for bronchospasm and then to provide therapy with albuterol via a nebulizer system.  Study was approved by the NYS Commissioner of Health for deviation in standard of care as part of this study.  Study involved 20 EMS agencies treating patients in the 5 boroughs of New York City.*

Nebulized Epinephrine versus Albuterol for treatment of Bronchiolitis January 1998 to December 2000
*Principal Investigator*
*Designed and conducted double blind study to compare the efficacy and patient outcome of epinephrine versus albuterol for the treatment of bronchospasm secondary to bronchiolitis.*

Maternal and Child Health Bureau EMS for Children Grant November, 1998 to October 2001
*Educational Coordinator, Investigator and editor for three year federal grant to develop an Instructor's*
*Awarded $375,000 Grant from Health Resources and Services Administration*
*Resource for Teaching Prehospital Pediatrics for the EMT Intermediate and Paramedic and then studying the impact of this resource on prehospital provider education.*

Prehospital Provider Knowledge and Attitudes Regarding Child Maltreatment and National Child
Protection Project July 1996 – June 1998
*Principal Investigator*
*Research project funded through departmental funds*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

*Designed and conducted a study of the knowledge and attitudes of EMTs and paramedics related to child maltreatment.  In addition assessed their attitude and desire for additional education in child maltreatment.*

Maternal and Child Health Bureau EMS for Children Grant November 1994 to October 1998
*Educational Coordinator, Investigator and editor for three year federal grant to develop an Instructor's Awarded $375,000 Grant from Health Resources and Services Administration
Resource for Teaching Prehospital Pediatrics for the EMT Basic and then studying the impact of this resource on prehospital provider education.*

Primary Care Access and Emergency Department Usage Study October 1994 to May 1998
*Principal Investigator
Research project funded through departmental funds
Designed and implemented study to analyze the effect of access to primary care, telephone triage and patient education on emergency department usage in a large urban hospital.*

EMT and Paramedic Diagnostic Accuracy February 1994 to January 1996
*Principal Investigator
Research project funded through departmental funds
Designed and conducted a study of the abilities of EMTs and paramedics to correctly diagnose patients.*

Pre-Hospital Pediatric Spinal Immobilization September 1993 to June 1997
*Principal Investigator
Research project funded through departmental funds
Designed and implemented a study to analyze patterns and effectiveness of spinal immobilization by Emergency Medical Technicians and Paramedics and on in hospital management are to be studied.*

New York City EMS Systems Study, September 1993 to September 1996
*Principal Investigator
Research project funded through departmental funds
Conducted a study using a mail survey of the different types of Emergency Medical Services Systems that exist in New York City.*

Pre-Hospital Medication Administration by Basic Emergency Medical Technicians March 1993 to June 2004
*Principal Investigator
Research project funded through departmental funds
Designed a three arm study looking at the ability of Basic Emergency Medical Technicians to administer medications in terms of the efficacy, safety and complications; obtained permission for deviation from the standards of provider care from the Regional and State Emergency Medical Advisory Board and the Commissioner of the Department of Health; developed and taught a training course for the EMT's in the study for a pilot study with Epinephrine and provisional approval for a full study with Albuterol..*

Effects of Alternative Staffing Patterns on ALS Protocols as Established by the Regional Medical Advisory Board of New York City January 1993 to January 1996
*Principal Investigator
Research project funded through departmental funds
Designed and organized a study to determine the effects of alternative staffing patterns on decision making, technical accuracy and efficiency in the prehospital advanced life support treatment.*

Maternal and Child Health Bureau EMS for Children Grant November 1992 to December, 1994
*Educational Coordinator, Investigator and instructor for two year federal grant to develop and implement a curriculum to train paramedics how to assess, intubate and obtain intraosseous access in children.*

Predictors of Sepsis in an Infant with a Fever  Summer, 1991

D. Markenson, MD, CV, Continued

*Participated in a study of patients under two months of age admitted to an urban hospital with a fever greater than 100.5 degrees Fahrenheit to determine the ability to use clinical appearance, white blood cell count, erythrocyte sedimentation rate, chest x-ray and urine dip stick as predictors of possible sepsis and to determine the need for hospitalization and antibiotic therapy.*

Indirect Oxidative Mitogenesis of T-Lymphocytes  Summer, 1985
*Participated in a research group at the Weismann Institute of Science, Rehovot, Israel,  studying the mechanisms of indirect oxidative mitogenesis of T-Lymphocytes.*

## Federal Research Loan Repayment Programs
Pediatric Research Loan Repayment Program
Recipient and Principal Investigator September 2003 to present
*Awarded grant for loan repayment based on my activity in Pediatric Research in the areas of Emergency Preparedness, Critical Care, Child Abuse Pediatrics and Emergency Medicine.*

## Federal Grant Review Panels:

Agency for Healthcare Research and Quality, Department of Health and Human Services
Objective Review Panel for Emergency Preparedness Grants – January 2004

Maternal and Child Health Bureau, Department of Health and Human Services
Objective Review Panel for Targeted Issues Grants – December, 2001

Maternal and Child Health Bureau, Department of Health and Human Services
Objective Review Panel for Continuing Education and Development Grants – August, 1997

## Federal Advisory Panels:

FEMA National Advisory Committee
Appointed to national advisory committee to the administrator of the Federal Emergency Management Agency representing In-patient Medical Providers, 2009-2012.

National Advisory Committee to the Secretary of Health and Human Services on Children and Terrorism
Selected by CDC to serve as advisor and helped with drafting of report of Advisory committee to the Secretary of Health and Human Services on defining the needs of children in terrorism preparedness, response and recovery and making recommendations for necessary changes, research and initiatives.

## National Committee Membership:

Accreditation Council for Graduate Medical Education
CLER Evaluation Committee – Appointed to term beginning July 2018

American Academy of Pediatrics
*Committee on Pediatric Emergency Medicine May 1995 to June 2004*

American College of Emergency Physicians
*Committee on Pediatric Emergency Medicine, January 2007 to 2010*
*Disaster Committee, January 2011 to present*

American Heart Association and American Red Cross
*First Aid Guidelines Task Force – Member 2010-2015*
*ECC International First Aid Science Advisory Board – Chair 2006 to 2010*
*ECC National First Aid Science Advisory Board – Chair February 2004 to 2005*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

<u>American Medical Association</u>
*NDLS Education Consortium Executive Committee 2011-2012*

<u>American Red Cross</u>
*National Scientific Advisory Council (formerly National Advisory Committee on First Aid, Aquatics, Safety and Preparedness), Chair 2005 to present, Member 2002- present*
*HIV/AIDS National Faculty and Implementation Group, 1990*
*Volunteer Health and Safety Specialist, National, 1989 to 1997*

<u>EMSC National Resource Center</u>
*EMSC 2000 National Congress Planning Committee – Member 1998 to 2000*
*EMSC Public Information Task Force Committee – Member 1999 to 2002*

<u>International Liaison Committee Resuscitation</u>
*2015 COSTR Process – Member 2010-2015*
*First Aid Task Force – Member 2010-2015*
<u>National Association of EMS Physicians</u>
*Education Committee - Member 1991- 1995*
*Pediatric Committee - Chair 1997 to 2000 and Member since 1993*
*Research Committee - Member 1994 to 2000*
*Standards and Practice Committee - Member 1994 to 2000*

<u>National Association of EMTs</u>
*Pediatric Prehospital Care Course Committee – Chair and National Medical Director 1998 to 2001*

<u>Society for Academic Emergency Medicine</u>
*Education Committee - Member 1996-1997*

<u>Society for Critical Care Medicine</u>
*Fundamental Disaster Medicine Committee – Member 2005 to 2007*
*Job Description and Contracts in Critical Care Task Force – Member 2010 to 2013*
*MCCKAP Committee – Member 2006 to 2013*
*PFCCS Committee – Member 2011 to 2013, 2018 to present*
*Pediatrics Mock On-Line Learning Committee – Chair and Member 2011to 2014*

## National and International Projects:

<u>Institute of Medicine of the National Academies, Committee on the Treatment of Cardiac Arrest</u>
Member 2013-2015
*Served as a member of Institute of Medicine study group to evaluate treatment of cardiac arrest in US and develop report with analysis and recommendations..*

<u>International First Aid Consensus on Science and Treatment Recommendations and Guidelines</u>
Member 2005- 2010 and 2010-2015
*Served as member of the international evidence review of first aid treatment as part of the Emergency Cardiac Care and International Liaison Committee on Resuscitation 2010 and 2015 evidence review process. This international evidence review will lead to publication of updated and expanded Consensus on Science and Treatment Recommendations and First Aid Guidelines.*

<u>National First Aid Consensus on Science and Treatment Recommendations and Guidelines</u>
Co-Chair February 2004- 2005
*Served as Co-Chair for the first evidence review of first aid treatment as part of the Emergency Cardia Care and International Liaison Committee on Resuscitation 2005 evidence review process. This international evidence review will lead to publication of the first Consensus on Science and Treatment Recommendations and National First Aid Guidelines.*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Pediatric Disaster and Terrorism Preparedness: A National Consensus Conference
Principal Investigator November 2002 to June 2003
*Served as principal investigator to bring together a coalition of experts, professional organizations representing pediatrics, emergency medicine, emergency management, EMS and related health care professions and representatives of federal agencies involved in disaster and terrorism preparedness. Then to hold a consensus meeting with individuals from this coalition to develop guideline and recommendations for children in disaster and terrorism preparedness and to develop a future research agenda on this topic.  Lastly to draft and publish an executive summary and final report of the meeting outcomes.*

Model Pediatric EMS Protocols 2003 Revision Principal Investigator January 2003 to December 2003
*Served as principal investigator for federally funded project to revise with the latest evidence a previously developed evidence based consensus process set of Model Pediatric Protocols for EMS Providers, EMS Educators and EMS Medical Directors.  Conducted the data review, coordinated and directed consensus meeting and served as lead author for project.*
Model Pediatric EMS Protocols Co-Principal Investigator June 1998 to August 1999
*Served as principal investigator for federally funded project to develop an evidence based consensus process set of Model Pediatric Protocols for EMS Providers, EMS Educators and EMS Medical Directors. Conducted the data review, coordinated and directed consensus meeting and served as lead author for project.*

EMS and Managed Care Federal Roundtable Participant January 1998 to December 2000
*Invited to be participant in federal roundtable sponsored by the Department of Health and Human Services Maternal Child Health Bureau and the National Traffic Highway Safety Administration to identify issues of agreement and dispute between Emergency Medical Services and Managed care.  Then to develop recommendations for future actions to be undertook by federal, state and local governments to improve EMS and managed care relationships.*

Revision of the EMT-Intermediate and Paramedic: National Standard Curricula and Associated Refresher Courses Adjunct Author January 1995-December 1998
*Selected as Adjunct Author of United States Department of Transportation and US Department of Health Maternal and Child Health Bureau project to revise the EMT-Intermediate and Paramedic: National Standard Curricula.   Worked as author for pediatric section and as peer reviewer for entire project.*

## National Task Forces

EMS for Children Public Information and Education Project Task Force
*Invited participant in a national task force conducted by both Maternal Child and Health Bureaus' EMS For Children Division and the National Highway Traffic Safety Administration to establish and oversee a federally funded national public information and education campaign.*

Pediatric Education Task Force
Invited participant in a national task force conducted by both Maternal Child and Health Bureaus' EMS for Children Division and the National Highway Traffic Safety Administration to establish national guidelines for the training of paramedics in pediatrics.

## State and Local Advisory Panels:

Colorado Governor's Expert Emergency Epidemic Response Committee (GEEERC)
*Appointed to standing advisory group to the governor for preparation and during an emerging or ongoing public health threat representing pediatrics and hospital, 2014 to present.*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

# Bibliography

## Editorial Positions

Disaster Medicine and Public Health Preparedness
*Deputy Editor-in-Chief, August 2012 to present*
*Associate Editor, December 2006 to 2012*

American Journal of Disaster Medicine
*Editorial Board Member, November 2006 to 2014*

## Peer-Reviewed Journals Edited

Journal of Public Health Management and Practice.  Guest Editor, Supplement on Bioterrorism and Public Health Preparedness Education.  To be published, November 2005

## Published Articles

Tobin JM, Rossano JW, Wernicki PG, Fielding R, Quan L, Markenson D. Dry drowning: A distinction without a difference. Resuscitation. 118:e5-e6. September 2017

Naim MY, Burke RV, McNally BF, Song L, Griffis HM, Berg RA, Vellano K, Markenson D, Bradley RN, Rossano JW.  Association of Bystander Cardiopulmonary Resuscitation With Overall and Neurologically Favorable Survival After Pediatric Out-of-Hospital Cardiac Arrest in the United States: A Report From the Cardiac Arrest Registry to Enhance Survival Surveillance Registry.  JAMA Pediatrics.  171(2):133-141. February, 2017.

Zideman DA, Singletary EM, De Buck ED, Chang WT, Jensen JL, Swain JM, Woodin JA, Blanchard IE, Herrington RA, Pellegrino JL, Hood NA, Lojero-Wheatley LF, Markenson DS, Yang HJ; Part 9: First aid: 2015 International Consensus on First Aid Science with Treatment Recommendations. Resuscitation. (95):e225-61. October, 2015.

Singletary EM, Zideman DA, De Buck ED, Chang WT, Jensen JL, Swain JM, Woodin JA, Blanchard IE, Herrington RA, Pellegrino JL, Hood NA, Lojero-Wheatley LF, Markenson DS, Yang HJ.  Part 9: First Aid: 2015 International Consensus on First Aid Science With Treatment Recommendations.  Circulation. 132(16 Suppl 1):S269-311. October, 2015.

Rossano JW, Jones WE, Lerakis S, Millin MG, Nemeth I, Cassan P, Shook J, Kennedy S, Markenson D, Bradley RN.  The Use of Automatic External Defibrillators in Children.  Pediatric Emergency Care. 31(7):526-30.  July, 2015

Markenson D. Disruptive Innovations. Disaster Med Public Health Preparedness. 9(3):230—1. June 2015

Markenson D., Howe, L. American Red Cross Digital Operations Center (DigiDOC): An Essential Emergency Management Tool for the Digital Age. Disaster Medicine and Public Health Preparedness. 8(5):445-51, October 2014

O'Malley PJ, Barata IA, Snow SK., et al.  Death of A Child in the Emergency Department.  Journal of Emergency Nursing 40(4):301-4, July, 2014.

Markenson, D., Have We Forgotten About the Needs of Children?. Disaster Med Public Health Preparedness. 8(3):188-90, June 2014

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Markenson, D., Wolf, S., Redlener, I. and Reilly, M. Disaster Medicine and Public Health Preparedness of Health Professions Students: A Multidisciplinary Assessment of Knowledge, Confidence, and Attitudes. Disaster Medicine and Public Health Preparedness 7(5):499-506, October 2013.

Fox JH, Burkle FM Jr, Bass J, Pia FA, Epstein JL, Markenson D. The effectiveness of psychological first aid as a disaster intervention tool: research analysis of peer-reviewed literature from 1990-2010. Disaster Medicine and Public Health Preparedness. 6(3): 247-52. October 2012.

Lerner E.B., Cone, D.C., Weinstein E.S. et al (16). Mass Casualty Triage: an evaluation of the science and refinement of a national guideline.  Disaster Medicine and Public Health Prep 8 Suppl 2:S228-38., September 2011.

Wernicki, P., Chambers, P., Fielding, R., Lees, T., Markenson, D. et al.  Analysis and Rebuttal of Development of an In-Water Intervention in a Lifeguard Protocol:  International Journal of Aquatic Research and Education 5:6-13, 2011.

Reilly, M.J. and Markenson, D. Hospital Referral Patterns: How Emergency Medical Care Is Accessed in a Disaster.  Disaster Medicine and Public Health Preparedness 4(3): 226-31. Oct, 2010.

Markenson D, Ferguson JD, Chameides L, et al. Part 13: First aid: 2010 American Heart Association and American Red Cross International Consensus on First Aid Science With Treatment Recommendations. Circulation 126 (16 Supple 2):S582-605. November, 2010.

Markenson D, Ferguson JD, Chameides L, et al.  Part 17: first aid: 2010 American Heart Association and American Red Cross Guidelines for First Aid. Circulation 122 (SUppl 3):S934-46.  November, 2010.

Reilly, M.J. and Markenson, D. Utilizing Paramedics In-Patient Critical Care Surge Capacity. American Journal of Disaster Medicine 5(3):163-8. May/June 2010.

Fielding, R., Pia F., Wernicki, P. and Markenson, D. Scientific Review of Avoiding Hyperventilation. International Journal of Aquatic research 3(4):432-49, November 2009.

Langendorpher, S., Quan, L., Fielding, R., Pia F., Wernicki, P. and Markenson, D. Scientific Review on Minimum Age for Swim Lessons.  International Journal of Aquatic research 3(4):432-49, November 2009.

Markenson, D. and Krug. S. Developing Pediatric Emergency Preparedness Performance Measures. Clinical Pediatric Emergency Medicine 10(3): 229-39. September 2009

Reilly, M. and Markenson, D.Education and Training of Hospital Workers: Who Are Essential Personnel during a Disaster?.  Prehospital and Disaster Medicine 24(3) 239-45, May-June, 2009.

Markenson, D. Developing consensus on appropriate standards of hospital disaster care: ensuring that the needs of children are addressed. Disaster Medicine and Public Health Preparedness. 3(1):5-7, March 2009.

Lerner EB, Schwartz RB, Coule PL, Weinstein ES, Cone DC, Hunt RC, Sasser SM, Liu JM, Nudell NG, Wedmore IS, Hammond J, Bulger EM, Salomone JP, Sanddal TL, Markenson D, et al.  Mass casualty triage: an evaluation of the data and development of a proposed national guideline.   Disaster Medicine and Public Health Preparedness 2008 2 Suppl 1:S25-34, September, 2008.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Italo Subbarao, James M. Lyznicki, Edbert B. Hsu, Kristine M. Gebbie, David Markenson, et al.  A Consensus-based Educational Framework and Competency Set for the Discipline of Disaster Medicine and Public Health Preparedness.  Disaster Medicine And Public Health Preparedness 2: 57-68, 2008.

Frederick M. Burkle Jr, Edbert B. Hsu, Michael Loehr, Michael D. Christian, David Markenson, et al. Definition and Functions of Health Unified Command and Emergency Operations Centers for Large-scale Bioevent Disasters Within the Existing ICS. Disaster Medicine And Public Health Preparedness 1: 135-141, 2007.

Reilly, M and Markenson, D. Comfort Level Of Emergency Medical Service Providers In Responding To Weapons Of Mass Destruction Events: Impact Of Training And Equipment.  Prehospital and Disaster Medicine. 22(4):297-303. July-August, 2007.

Markenson, D., Pyles, L. et al. Ventricular fibrillation and the use of automated external defibrillators on children.  Pediatrics. 2007 Nov;120(5):e1368-79. October, 2007.

Markenson D., Tunik M., Cooper A., et al.   A National Assessment Of Knowledge, Attitudes, And Confidence Of Prehospital Providers In The Assessment And Management Of Child Maltreatment. Pediatrics. 119(1):e103-8.  January, 2007.

Duarte, C. S., Hoven, C. W., Wu, P.; Cotel, S., Mandell, D., Nagasawa, M., Balaban, V., Wernicoff, L., Markenson, D. Posttraumatic Stress in Children with First Responders in their Families. Journal of Traumatic Stress, 19(2): 301-306, 2006.

Markenson, D. and Reynolds, S.  The Pediatrician and Disaster Preparedness.  Pediatrics 2006; 117(2): e340-e362, February, 2006.

DiMaggio, C.,  Markenson, D., Henning, K., et al.  Partnership for Preparedness: A Model of Academic Public Health.  Journal of Public Health Management & Practice. 12(1):22-7, January/February 2006.

Markenson, D., Hamill, W. et al. American Red Cross and American Heart Association First Aid Guidelines. Circulation 112 [Suppl I]: IV-196-203, December 2005.

Dimaggio, C., Markenson, D. Loo, g. et al The Willingness of U.S. Emergency Medical Technicians to Respond to Terrorist Incidents.  Biosecurity and Biodefense 3(4): 331-7, December 2005.

Markenson, D., Hamill, W. et al. American Red Cross and American Heart Association First Aid Consensus on Science and Treatment Recommendations. Circulation and Resuscitation Circulation 112 [Suppl I]: III-115-125, November 2005.

Markenson, D. and Westphal, R.  Public Health Preparedness Training: Resources Are There: Guest Editorial. Journal of Public Health Practice and Management 11(S): S1, November 2005.

Markenson,D, Reilly, M.,DiMaggio, C. Public Health Department Training of Emergency Medical Technicians for Bioterrorism and Public Health Emergencies: Results of a National Assessment.  Journal of Public Health Practice and Management 11(S): S68-74, November 2005.

Markenson, D. The treatment of children exposed to pathogens linked to bioterrorism.  Infectious Disease Clinics of North America 19(3):731-45, September 2005.

Markenson, D., DiMaggio, C. and Redlener, I. Terrorism, Disaster, and Public Health Emergency Preparedness: Core Competencies For Students In The Health Professions. Academic Medicine 80(6): 517-25.  June, 2005.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Markenson, D., DiMaggio, C. and Redlener, I. Pediatric Terrorism Preparedness National Guidelines and Recommendations: Findings of an Evidenced based Consensus Process. Biosecurity and Biodefense 2(4): 301-19. December 2004.

Markenson, D., DiMaggio, C. and Redlener, I. The Role of PAs in Disasters: What should you know and when should you know it? Physician Assistant 18(3): 40-53. March, 2005.

Redlener, I. and Markenson, D. Disaster and terrorism preparedness: What pediatricians need to know. Diseases Monthly 50(1):6-40. January 2004.

Markenson, D., Foltin G., Tunik, M., Cooper, A., and Caravaglia, K. Albuterol Sulfate Administration by EMT Basic: Results of a Demonstration Project. Prehospital Emergency Care 8(1):34-40. January-March 2004.

Hazinski MF, Markenson D, Neish S, et al. Response to cardiac arrest and selected life-threatening medical emergencies: the medical emergency response plan for schools. A statement for healthcare providers, policymakers, school administrators, and community leaders. Simultaneous publication in Pediatrics. 113(1 Pt 1):155-68. January 2003, Circulation. 20;109(2):278-91. January 2004 and Epub 2004 Jan 05. and Annals of Emergency Medicine 43(1):83-99. January 2004.

Redlener I, Markenson D. Disaster and terrorism preparedness: What pediatricians need to know. Advances in Pediatrics 50:1-37. 2003.

Markenson D, Domeier RM et al. The use of automated external defibrillators in children. Prehospital Emergency Care. 7(2):258-64. Apr-Jun 2003.

Markenson D. AEDs: does the early defibrillation standard of care leave kids out?. Emergency Medical Services 31(9):65-70, September 2002.

Markenson, D., Bannister, M. and Manikian, A. Near-fatal Strangulation Injury: A Unique Case Caused by a Turnstile: Pediatric Emergency Care 18(4): 292-4, August 2002.

Markenson, D. Foltin G., Matza-Haughton, H., Cooper, A. and Treiber, M. Knowledge and Attitude Assessment and Education of Prehospital Personnel in Child Abuse and Neglect: Report of a National Blue Ribbon Panel. Simultaneous Publication in: Annals of Emergency Medicine, 40(1):89-101, July 2002, Pediatric Emergency Care, 6(3): 261-72, July/Sept 2003, and Prehospital Emergency Care, June/July 2002.

Foltin G. Markenson D. Tunik M. Wellborn C. Treiber M. Cooper A. Assessment of pediatric patients by emergency medical technicians-basic. *Pediatric Emergency Care 18(2):81-5, April 2002.*

Cooper, A., DiScala, C., Foltin, G., Tunik, M., Markenson, D., and Welborn, C.: Prehospital Endotracheal Intubation for Severe Head Injury in Children: A Reappraisal. *Seminars in Pediatric Surgery* 10(1): 3-6, February 2001.

Mulligan-Smith, D., O'Connor, R., and Markenson, D.: EMSC Partnership for Children: National Association of EMS Physicians Model Pediatric Protocols. *Prehospital Emergency Care* 4(2): 111-130, April/June 2000.

Markenson, D., Levine, D. and Schacht, R.: Primary Peritonitis as a Presenting Feature of Nephrotic Syndrome. Case Report and Review of the Literature. *Pediatric Emergency Care* 15(6):407-9, December 1999.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Markenson, D., and Foltin, G.: The New Emergency Medical Technician-Paramedic and Emergency Medical Technician – Intermediate Curricula: History, Changes, and Controversies. *Clinical Pediatric Emergency Care 1(1): 54-69, December 1999.*

Markenson, D., Foltin G., Tunik, M., et al..: Kendrick's Extrication Device Used for Pediatric Spinal Immobilization. *Prehospital Emergency Care. Prehospital Emergency Care 3(1):66-69, January/March 1999.*

Gausche, M., Henderson, D., Brownstein, D. et al: The Education of Out-of-Hospital Emergency Medical Personnel in Pediatrics: Report of a National Task Force. *Prehospital Emergency Care* 2(1):56-61 January/March 1998 and *Annals of Emergency Medicine* 31(1):58-64 January 1998.

Markenson, D., Foltin, G., Tunik, M., Cooper, A. and Treiber, M.: First Responder: A Comprehensive Model for Pediatric Training. *Pediatric Emergency Care* 13(2):134-146, April 1997.

Markenson, D. and Lippner, A. : Prehospital Emergency Drugs: Non-Cardiac Emergencies. *Trauma.* 36(3):67-82, October 1994.

Markenson, D. and Greenberg, M.: Emergency Vascular Access - Internal Jugular Venous Central Lines. *Emergency Physician.* October, 1993.

Markenson, D. and Greenberg, M.: Cyclic Antidepressant Overdose: Mechanism to Management. *Emergency Physician.* 25(11):48-56, August 1993.

Markenson, D. and Lippner, A.: Prehospital Emergency Drugs: Respiratory and Cardiovascular Emergencies. *Trauma.* 34(4):25-64, December, 1992.

Lippner, A. and Markenson, D.: Prehospital Emergency Drugs: The Fundamentals. *Trauma.* 33(4):95-110, December 1991.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Abstracts

Markenson, D., DiMaggio, C. and Redlener, I. A Survey of Student Attitudes Toward and Knowledge of Disaster Preparedness. Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Markenson, D., DiMaggio, C. and Redlener, I. The Willingness Of Emergency Medical Technicians To Respond To Terrorist Incidents.   Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Madrid, P., Grant, R., Markenson D., et al.  An Emotional Preparedness and Resilience Curriculum for High Risk 4th Grade Children: An Essential Aspect of Comprehensive Disaster Preparedness. Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Markenson, D., DiMaggio, C. and Redlener, I. Core Competencies for Terrorism, Disaster and Public Health Emergency Preparedness Education for Health Profession Schools.  Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Markenson, D. and Redlener, I. Pediatric Terrorism Preparedness National Guidelines and Recommendations: Findings of an Evidenced Based Consensus Process.  Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Degnan, A., Thomas, G. and Markenson, D. How The NYC School System, Its Teachers, Leadership And Students Assured Health And Safety On 9/11. Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Madrid, P., Grant, R., Markenson D., et al.  Helping Children in Disasters Through Alleviating their Parent's Anxiety: Psychosocial Group Interventions Post-Disaster.  Prehospital and Disaster Medicine 20(2): Supplement, March/April 2005.

Markenson, D., Foltin, G., et al: Eyewitness to Child Abuse and Neglect. Prehospital Emergency Care 6(1): 166, January/March 2002.

Markenson, D., Mojica, M. and Foltin, G.: Double Blind Comparison of Epinephrine versus Albuterol for Respiratory Distress Secondary to Bronchiolitis.  Critical Care Medicine, January 2001.

Tunik, M., Foltin, G., Cooper, A., Treiber, M., Markenson, D., et al: Paramedic Basic Airway Management and Ventilation of Children: Is there Room for Improvement? Impact of an Intensive Multimedia Training Program.  Pediatric Emergency Care 13(4):301, August, 1997.

Tunik, M., Foltin, G., Cooper, A., Treiber, M., Markenson, D., et al: Paramedic Intubation of Children: Improvement after an Intensive Multimedia Training Program.  Pediatric Emergency Care 13(4):301, August, 1997.

Markenson, D., Foltin G., Tunik M., Welborn C., Cooper A. and Treiber M.: Accuracy of Pediatric Assessment by EMT-Basics.  Archives of Pediatric and Adolescent Medicine 149(4):89, April, 1995.

Markenson, D., Foltin G., Tunik M., Welborn C., Cooper A. and Treiber M.: Accuracy of Pediatric Assessment by EMT-Basics. *Academic Emergency Medicine* 2(5):375, May, 1995.

*Note: The above list is not inclusive of the publication of abstracts which were associated with oral and poster presentations and published in non peer-reviewed journals.*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Peer-Reviewed Reports Published:

Emergency Preparedness:  Addressing the Needs of Persons with Disabilities.  A National Consensus Conference.  Markenson, D. and Redlener I.  March 2007

Pediatric Emergency Preparedness for Natural Disasters, Terrorism and Public Health Emergencies: A National Consensus Conference.  Executive Summary and Final Report.  Markenson, D. and Redlener I.  March 2007

Executive Summary and Final Report Uncommon Sense, Uncommon Courage:  *How The New York City School System, Its Teachers, Leadership, And Students Responded To The Terror Of September 11*.  Degnan, A., Thomas, G., Markenson, D., et al.  National Center for Disaster Preparedness, October 2004.

InfoBrief: Pediatric Atropine Auto-Injector Usage. Markenson, D. National Center for Disaster Preparedness, June 2004.

Pediatric Disaster and Terrorism Preparedness National Consensus Conference: Executive Summary.  Markenson, D. and Redlener, I.  National Center for Disaster Preparedness, March 2003.

## Position Papers:

Ventricular Fibrillation and the Use of Automated External Defibrillators on Children.  Committee on Pediatric Emergency Medicine.   Pediatrics. 120(5):1159-61, November, 2007.

The Role of the Pediatrician in Disasters. Lead Author, Committee on Pediatric Emergency Medicine. Pediatrics 117(2): 560-565, February 2006.

The Use of Automated External Defibrillators in Children. Pediatric Task Force, National Association of EMS Physicians.  Prehospital Emergency Care March/April 2003.

Care of Children in the Emergency Department: Guidelines for Preparedness.  Committee on Pediatric Emergency Medicine. *Pediatrics* 107(4): pp 777-784, April, 2001.

Pediatricians' Liability during Disasters.  Committee on Pediatric Emergency Medicine. *Pediatrics* 106(6): pp 1492-3, December, 2000.

Consensus Report for Regionalization of Services for Critically Ill and Injured Children. American College of Critical Care Medicine and American Academy of Pediatric Committee on pediatric Emergency Medicine. *Pediatrics* 105(1): 152-155, January, 2000.

Emergency Preparedness for Children with Special Health Care Needs, Committee on Pediatric Emergency Medicine. *Pediatrics* 104(4): e53, October, 1999.

Pediatric Care Recommendations for Freestanding Urgent Care Facilities, Committee on Pediatric Emergency Medicine. *Pediatrics* 103(5): 1048-1049, May, 1999.

The Pediatrician's Role in Disaster Preparedness, Committee on Pediatric Emergency Medicine. *Pediatrics* 99(1): 130-133, January, 1997.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Books Published

Hospital Emergency Preparedness.  Reilly, M. and Markenson, D., Jones and Bartlet, Baltimore.  June, 2010.

Pediatric Prehospital Care. Markenson, D., Brady Publishing, Upper Saddle River, NJ, 2001.
Pediatric Prehospital Care Course Instructor's Resource Manual. Markenson, D., Brady Publishing, Upper Saddle River, NJ, 2001.

## Books Edited:

Basic Disaster Life Support, Sweinton, R, Subaro, I. and Markenson, D. (Deputy Editor), American Medical Association.  March 2012

Fundamental Disaster Medicine. Pediatric Editor, Society of Critical Care Medicine, 2004.

## Invited Chapters:

Wilderness Medicine, 7th Edition.  Injury Prevention: Decision Making, Safety, and Accident Avoidance. Elsevier, 2017

Disaster Nursing and Emergency Preparedness, 3rd Edition.  Hospital and Emergency Department Preparedness. Springer, United Kingdom, 2012.

Wilderness Medicine, 6th Edition. Injury Prevention. Elsevier, 2011

Pediatric Prehospital Research.   Emergency Medical Services Clinical Practice and Oversight: Evaluating and Improving Quality Volume 3.  National Association OF EMS Physicians, Kendall Hunt Professional Publishing, 2009.

Pediatrics and Terrorism.  Essentials of Terrorism Medicine. Springer, United Kingdom, 2009.

Pediatric Emergency Preparedness.  Pediatric Fundamental Critical Care Support 1st Edition.  Society of Critical Care Medicine, 2008.

Emergency Preparedness. Pediatric Critical Care 1st Edition.  Springer, United Kingdom, 2007.

Bioterrorism. Current Pediatric Therapy 18th Edition, Elsevier Publication, NY.  2005.

Pediatric Issues in Disaster 2nd Edition, Oxford Press, England, 2005.

23

D. Markenson, MD, CV, Continued

## **National Presentations and Scientific Exhibitions**

## **Oral Research Presentations:**

Comfort of EMS providers in responding to WMD events: Impact of Training and Equipment. International Conference on Healthcare System Preparedness and Response to Emergencies and Disasters, January 2012.

Willingness of US Emergency Medical Technical to Respond to Terrorist Incidents. International Conference on Healthcare System Preparedness and Response to Emergencies and Disasters, January 2012.

Core Competencies for Emergency Preparedness Education for Health Profession Schools, World Association of Disaster Emergency Medicine, May 2011.

Survey of Health Professions Students Attitudes Towards and Knowledge of Emergency Preparedness, World Association of Disaster Emergency Medicine, May 2011.

Developing Pediatric Emergency Preparedness Performance Measures, World Association of Disaster Emergency Medicine, May 2011.

Development of Model Medical Care Protocols for Alternate Care Sites during Pandemics and Public Health Emergencies, World Association of Disaster Emergency Medicine, May 2011.

Enhancing preparedness of emergency health services, American Public Health Association Conference, November 2010.

A Survey of Student Attitudes Toward and Knowledge of Emergency Preparedness, Asia-Pacific Conference on Disaster Medicine, August 2010

Core Competencies for Emergency Preparedness Education for Health Profession Schools, Asia-Pacific Conference on Disaster Medicine, August 2010

Development of Model Medical Care Protocols for Alternate Care Sites during Pandemics and Public Health Emergencies, Asia-Pacific Conference on Disaster Medicine, August 2010

Developing Methodologies to Assess Resource Needs and Ability to Provide Interventions for Children in Disasters, Terrorism and Public Health Emergencies, Asia-Pacific Conference on Disaster Medicine, August 2010

Designing community-based alternate care sites for pandemics and public health emergencies, American Public Health Association, November 2009

Hospital emergency department referral patterns in a disaster, American Public Health Association, November 2009

Utilizing paramedics to provide in-hospital, critical care surge capacity, American Public Health Association, November 2009

Evidence Based Emergency Preparedness Guidelines for Persons with Disabilities. World Congress on Disaster Emergency medicine, May 2009.

Emergency Preparedness Guidelines for Children. World Congress on Disaster Emergency medicine, May 2009.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Public Health Department Training of Emergency Medical Technicians for Bioterrorism and Public Health Emergencies: Results of a National Assessment.  World Congress on Disaster Emergency medicine, May 2009.

Comfort level of EMS providers in responding to WMD events: Impact of training and equipment.  World Congress on Disaster Emergency medicine, May 2009.

The Willingness of US Emergency Medical Technicians to Respond to Terrorist Incidents.  World Congress on Disaster Emergency medicine, May 2009.

Core Competencies for Emergency Preparedness Education for Health Profession Schools.  World Congress on Disaster Emergency medicine, May 2009.

Altered standards of care for emergency medical services (EMS) personnel during a public health emergency.  American Public Health Association Meeting, November 2007.

Role of the emergency medical services (EMS) system as part of public health emergency response.  American Public Health Association Meeting, November 2007.

Pediatric and persons with disabilities emergency preparedness national guidelines and recommendations: Findings of an evidenced-based consensus process.   American Public Health Association Meeting, November 2006.

Emergency Preparedness for Pediatrics and Persons with Disabilities: Report of an Evidence Based Consensus Process.  Presented at Pan-Asian Disaster Conference, November 2006.

Preparedness for Disaster, Terrorism and Public Health Emergencies. National Guidelines and Recommendations for Children and Person with Disabilities: Findings of an Evidenced Based Consensus Process.  Presented  at Pediatric Academic Societies, 2006.

A National Assessment of Knowledge, Attitudes, and Confidence of Prehospital Providers in the Assessment and Management of Child Maltreatment.  Presented  at Pediatric Academic Societies, 2006.

Comfort level of EMS providers in responding to WMD events: Impact of training and equipment.  Presented at Pan-Asian Disaster Conference, November 2006.

A Survey of Student Attitudes Toward and Knowledge of Disaster Preparedness. Presented at the World Congress on Disaster Emergency Medicine, May 2005

The Willingness Of Emergency Medical Technicians To Respond To Terrorist Incidents.   Presented at the World Congress on Disaster Emergency Medicine, May 2005

An Emotional Preparedness and Resilience Curriculum for High Risk 4th Grade Children: An Essential Aspect of Comprehensive Disaster Preparedness.   Presented at the World Congress on Disaster Emergency Medicine, May 2005

Core Competencies for Terrorism, Disaster and Public Health Emergency Preparedness Education for Health Profession Schools.  Presented at the World Congress on Disaster Emergency Medicine, May 2005

Pediatric Terrorism Preparedness National Guidelines and Recommendations: Findings of an Evidenced Based Consensus Process.  Presented at the World Congress on Disaster Emergency Medicine, May 2005

How The NYC School System, Its Teachers, Leadership And Students Assured Health And Safety On 9/11.  Presented at the World Congress on Disaster Emergency Medicine, May 2005

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Helping Children in Disasters Through Alleviating their Parent's Anxiety: Psychosocial Group Interventions Post-Disaster.  Presented at the World Congress on Disaster Emergency Medicine, May 2005

Accuracy of Pediatric Assessment by EMT-Basics. Markenson, D., Foltin G., Tunik M., Welborn C., Treiber M. and Cooper A.  Presented at the Society of Academic Emergency Medicine Annual Meeting, San Antonio, Texas, May 23, 1995.

## Poster Research Presentations:

Student Attitudes Toward and Knowledge of Emergency Preparedness.  International Conference on Healthcare System Preparedness and Response to Emergencies and Disasters,  January 2012.

Developing Methodologies to Assess Resource Needs and Ability to Provide Interventions and Care for Children in Disasters, Terrorism and Public Health Emergencies.  World Association of Disaster Emergency Medicine, May 2011

Developing Methodologies to Assess Resource Needs and Ability to Provide Interventions and Care for Children in Disasters, Terrorism and Public Health Emergencies.  World Congress on Disaster Emergency Medicine, May 2009

A Survey of Student Attitudes Toward and Knowledge of Emergency Preparedness. World Congress on Disaster Emergency Medicine, May 2009

Assessment of Knowledge, Attitudes, and Confidence of Prehospital Providers in the Assessment and Management of Child Maltreatment. 5th European Congress on Emergency Medicine, September 2008.

Evidence Based Emergency Preparedness Guidelines for Persons with Disabilities. 5th European Congress on Emergency Medicine, September 2008.

Emergency Preparedness Guidelines for Children.  5th European Congress on Emergency Medicine, September 2008.

Hospital workers: Who are essential personnel during a disaster? Presented at American Public Health Association Meeting, November 2007.

Designing Sustainable Hospital Preparedness Training: A Three Phased Approach.  Presented at Pan-Asian Disaster Conference, November 2006.

Role of the emergency medical services (EMS) system as part of public health emergency response. Presented at Pan-Asian Disaster Conference, November 2006.

Hospital Workers: Who are essential personnel during a disaster?  Presented at Pan-Asian Disaster Conference, November 2006.

Role of emergency medical services (EMS) agencies during a hospital evacuation or need for mass patient transfer.  Presented at Pan-Asian Disaster Conference, November 2006.

National Assessment of Knowledge, Attitudes, and Confidence of Prehospital Providers in Assessment and Management of Child Maltreatment.  Presented at the Ambulatory Pediatric Association, May 2006

Eyewitness to Child Abuse and Neglect: A National Assessment of EMS Providers Education in Child Abuse and Neglect. Presented at the Society of Academic Emergency Medicine, May 2002.

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Eyewitness to Child Abuse and Neglect: A National Assessment of EMS Providers Self-Efficacy Regarding Recognition and Reporting of Child Abuse and Neglect. Presented at the Ambulatory Pediatric Association, May 2002.

Eyewitness to Child Abuse and Neglect: A National Assessment of EMS Providers Knowledge of Child Abuse and Neglect. Presented at the Ambulatory Pediatric Association, May 2002.

Eyewitness to Child Abuse and Neglect: A National Assessment of EMS Providers Knowledge of Child Abuse and Neglect. Presented at the EMSC National Congress, April 2002.

Eyewitness to Child Abuse and Neglect. Presented at the National Association of EMS Physicians, January 2002.

Double Blind Comparison of Epinephrine versus Albuterol for Respiratory Distress Secondary to Bronchiolitis.  Presented at the Society for Critical Care Medicine, San Francisco, February 2001. Accuracy of Pediatric Assessment by EMT-Basics. Markenson, D., Foltin G., Tunik M., Welborn C., Treiber M. and Cooper A.  Presented at the Ambulatory Pediatric Association Annual Meeting, San Diego, California, May 11, 1995.

## Legislative Testimony:

Invited Testimony, Joint New York State Assembly Standing Committee on Governmental Operations, March 2004
Testified on EMS preparedness, funding, education and equipment to Emergency First Responders Hearing

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Educational Activities

### Medical Student Teaching

| | |
|---|---|
| 2013-2015 | Preceptor and Lecturer: Pediatric Emergnecy Medicine<br>2-4 hours per week |
| 2008-2010 | Course Director: Epidemiology and Biostatistics<br>2 week course per year |
| 2005-present | Course Director: Pediatric Emergency  Medicine and Disaster Medicine Summer Fellowship Program<br>4-8 hr/wk for 8 weeks per year. |
| 2005-present | Preceptor and Lecturer: Pediatric Rotation Maria Fareri Children's Hospital<br>2-6 hrs/wk for 1 year |
| 2005-2006 | Preceptor and Lecturer: Pediatric Rotation Flushing Hospital<br>2-6 hrs/wk for 1 year |
| 2001-2003 | Preceptor: Pediatric Critical Care Elective Harlem Hospital<br>4 hrs/wk for 2 years |
| 1998 | Awarded Fellow Teaching Award, Department of Pediatrics' |
| 1997-2001 | Preceptor and lecturer: Pediatric Rotation NYU/Bellevue<br>2-6 hrs/wk for 4 years |

### Curriculum Development

| | |
|---|---|
| 2008-2010 | Epidemiology and Biostatistics<br>Began redesign and pilot testing of the first year medical student course, Epidemiology and Biostatistics Course. |
| 2003-2005 | Disaster Medicine<br>Developed and implemented a disaster medicine curriculum for medical students which were integrated across all four years of medical school. |
| 1998-2000 | Emergency Medicine<br>Developed Emergency Medicine Skills Course for Students |
| 1991-1994 | Pre-Hospital Emergency Medicine Course for Medical Students<br>*Designed and instructed the first pilot program at Albert Einstein College of Medicine of this course, which  is a ten week program designed to teach second, third and fourth year medical students how to perform patient assessment and initial management utilizing resources available outside of a hospital.* |

### Administration

| | |
|---|---|
| 2010-2013 | Member, First Year Student Promotions Committee |
| 2005-2010 | Member, Medical Student Education Committee First and Second Years Subcommittee |
| 2001-2003 | Member, Pediatric Medical Student Education Committee |
| 2001-2004 | Member, Pediatric Education Committee |

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Residents
### Teaching

| | |
|---|---|
| 2013-2018 | Internal Medicine, Family Medicine and Surgery Non-Core Faculty and Lecturer 1-2 hrs/wk |
| 2005-2010 | Pediatric Emergency Medicine Rotation Director 10 hrs/wk (rounds/lectures/instruction of procedures) for 10 months per year for 1 year |
| 2005-2006 | Pediatric Ward Attending 10 hrs/wk (rounds/lectures) for 2 months per year for 2 years |
| 2005-2006 | Pediatric Critical Care Rotation Director 10 hrs/wk (rounds/lectures/instruction of procedures) for 10 months per year for 2 years |
| 2003-2004 | Fellow: Pediatric Critical Care Rotation 10 hrs/wk (rounds/lectures/instruction of procedures) for 4 months per year for 1 ½ years |
| 2001-2003 | Pediatric Ward Attending 10 hrs/wk (rounds/lectures) for 2 months per year for 2 years |
| 2001-2003 | Pediatric Critical Care Attending 10 hrs/wk (rounds/lectures/instruction of procedures) for 10 months per year for 2 years |
| 2002 | Awarded Faculty of the Year for Teaching, Harlem Hospital Department of Pediatrics |
| 1997-2000 | Chief Resident and Fellow: Pediatric Rotation and Pediatric Emergency 10-20 hrs/wk for 1 year as Chief Resident 2-6 hrs/wk for 2 years as fellow |

### Curriculum Development

| | |
|---|---|
| 2013-2018 | Internal Medicine, General Surgery, Family Medicine, Psychiatry, Neurology and Emergency Medicine In partnership with Program Directors developed curriculum, didactic plan, evaluation instruments and program application for new residency programs. |
| 2005-2010 | Pediatric Emergency Medicine Resident Rotation Revised required Pediatric Emergency Medicine Rotation and developed new curriculum and objectives |
| 2005-2006 | Pediatric Critical Care Resident Rotation Developed new required Pediatric Critical Care Rotation |
| 2005-2006 | Pediatric Transport and Research Resident Rotation Developed new required Pediatric Transport and Research Rotation |
| 2001-2002 | Pediatric Critical Care Education Developed Pediatric Critical Care Education Program for Residents |
| 1997-1998 | Advanced Pediatric Life Support Developed Advanced Pediatric Life Support Program for Residents |

Revised 6/6/2019

D. Markenson, MD, CV, Continued

## Administration

| | |
|---|---|
| 2015-present | Chair Graduate Medical Education Committee, HealthONE, Research Medical Center, Ogden Regional Medical Center and Eastern Idaho Regional Medical Center |
| 2005-present | Member, Resident Education Committee, Maria Fareri Children's Hospital |
| 2001-2002 | Member, Resident Education Committee, Harlem Hospital Center |
| 1997-1998 | Member, Resident Education Committee, New York University School of Medicine |

# Public Health

## Teaching

| | |
|---|---|
| 2008-2010 | Advanced Epidemiology, Course Leader<br>3-4 hrs/wk |
| 2006-2013 | Introduction to Health Policy and Management, Lecturer<br>1-2 hrs/wk |

## Curriculum Development:

| | |
|---|---|
| 2009 to 2010 | Epidemiology Doctoral Program<br>*Lead process to revise doctoral curriculum including curriculum design of two new courses.* |
| 2009 to 2010 | Epidemiology Masters Program<br>*Lead process to revise master curriculum including creating new terminal activities, developing curriculum for courses in applied epidemiology and improving evaluation metrics and processes.* |
| 2009 to 2010 | Disaster Medicine Certificate Program<br>*Developed certificate program, course curriculum and terminal objectives for new certificate in Disaster Medicine and Public Health Emergencies* |
| 2004 to 2005 | Disaster Medicine Certificate Program<br>*Developed certificate program, course curriculum and terminal objectives for new certificate in Disaster Medicine* |

## Administration

| | |
|---|---|
| 2008-2010 | Member, Curriculum Committee, New York Medical College School of Health Science and Practice |
| 2006-2012 | Member, Academic Policy Committee, New York Medical College School of Health Science and Practice |
| 2006-2013 | Member, Research Committee, New York Medical College School of Health Sciences and Practice |

# Continuing Medical Education

## Curriculum Development:

| | |
|---|---|
| 2010 to 2013 | Basic Disaster Life Support |

Revised 6/6/2019

D. Markenson, MD, CV, Continued

|  | *Participated as Deputy Editor in development of revision national continuing medical education course Conducted by the American Medical Association* |
|---|---|
| 2006 | Pediatric Critical Care Transport Course<br>*Developed extensive CME course for Paramedics and RN to function as members of a pediatrics critical care transport course.* |
| 2005 to 2007 | Fundamental Disaster Medicine<br>*Participated in initial development of new national continuing medical education Course and subsequent course revisions Conducted by the Society of Critical Care Medicine* |
| 2005 | Emergency Preparedness Academy<br>*Developed one day academy to educate healthcare providers, business leaders, school officials and emergency mangers about current emergency management concepts and networking between these fields.* |
| 2004 | Pediatric Emergency Preparedness On-Line Module<br>*Developed pediatric module for on-line emergency preparedness course offered by Columbia University as part of HRSA funded healthcare provide education program.* |
| 2003-2005 | On-Line Incident Management Course<br>*Developed as a Center for Public Health Preparedness project, an on-line module to teach public health workers incident management.* |
| 2002-2003 | Pediatric Emergency Preparedness Course<br>*Developed a course on unique pediatric aspects of emergency preparedness for physicians, nurses and allied health providers* |
| 2001-2004 | Prehospital Pediatric Care Course<br>*Developed a national continuing medical education course on prehospital pediatric care for the National Association of EMTs based on my textbook on the same subject.* |
| 1996-2000 | Prehospital Provider Assessment, Treatment and Reporting of Child Maltreatment Course<br>*Develop a course for Prehospital providers in the assessment, treatment and reporting of child maltreatment.  Initial pilot courses developed and delivered in NYC.  Course then updated based on results of National Child Protection Project.  Subsequently train-the-trainer model implemented to allow national delivery of this program.* |
| 1994-1996 | Certified First Responder Pediatric Assessment and Treatment Session<br>*Developed, authored and Co-Edited the pediatric section for the New York State Department of Health Certified First Responder Course* |
| 1998-present | Emergency Medical Technician Continuing Medical Education Program<br>*Developed and taught a monthly continuing medical education to several urban volunteer ambulance service* |
| 1987-1990 | Paramedic Continuing Medical Education Program<br>*Provided continuing medical education to paramedics in the Schenectady County area from September, 1987 to, June 1990 using a format which was didactic, practical skill review or call review.* |

Revised 6/6/2019

D. Markenson, MD, CV, Continued

1989-1990      Advanced Life Support Assistance
*This course was designed to allow Emergency Medical Technicians to assist Advanced Emergency Medical Technicians in the performance of Advanced Life Support. This sixteen hour course included didactic, practical skills and testing sessions. Students were instructed in the assembly, inspection and maintenance of equipment necessary for intravenous therapy, medication administration, cardiac monitoring, defibrillation/cardioversion and intubation.*

1989-present      Advanced Life Support for the Basic Emergency Technician
*This course was designed to allow Emergency Medical Technicians to administer albuterol for bronchospasm, nitroglycerin for ischemic chest pain and epinephrine for anaphylaxis. This twelve hour course included didactic, practical skills and testing sessions. Both a student and instructor text was written for this program. Students in this training program are part of a study to determine the ability of Basic Emergency Medical Technicians to administer advanced life support interventions. After adoption by New York State program, I revised this program in 2000.*

## Grand Rounds:

Orange Regional Medical Center, November 2011
Pediatric Trauma

UCLA Children's Hospital, August 2010
Pediatric Preparedness for Disasters, Terrorism and Public Health Emergencies

Maria Fareri Children's Hospital, September 2009
H1N1 and Pandemic Influenza Overview

Norwalk Hospital, September 2009
H1N1 and Pandemic Influenza Overview

Maria Fareri Children's Hospital, September 2007
Evidenced Based Resuscitation and First Guidelines

Northern Westchester Hospital, March 2007
Pediatric Disaster Considerations

Phelps Hospital, January 2006
Pediatric Disaster Considerations

Maria Fareri Children's Hospital, September 2005
Pediatric Disaster Considerations

Methodist Hospital, May 2005
Pediatric Disaster Considerations

Flushing Hospital Medical Center, March 2005
Pediatric Disaster Preparedness

Long Island College Hospital, January 2005
Pediatric Disaster Medicine

Beth Israel Medical Center, October 2004

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Pediatric Disaster Medicine

Israel Ministry of Health and Home Front Command, October 2003
Pediatric Disaster Medicine

Oklahoma Medical Center, December 2002
Pediatric Disaster Medicine

Harlem Hospital Center, February 2001
Conscious Sedation

New York Hospital Queens, December 2000
Seizure and Status Epilepticus, A Pediatric Perspective

## Invited Presentations:

Speaker, International First Aid Education Conference
Canadian Red Cross, April 2018
Future of First Aid Education

Speaker, International First Aid Education Conference
Canadian Red Cross, April 2016
Evidence Based Education

Speaker, Emergency Preparedness Conference
Joint Commission Resources, April 2012
Alternate Care Site Planning

Speaker, Trauma Symposium
Good Samaritan Hospital, November 2011
Presented session on Pediatric Trauma

Speaker, Canadian Association of Emergency Physicians 2011 Annual
Conference
Canadian Association of Emergency Physicians, June 2011
Presented session on ACLS 2010- Update and Controversies

Workgroup Leader, Pediatric Disaster Preparedness Curriculum Development
Conference
National Center for Disaster Medicine and Public Health, March 2011
Presented session on Pediatric Preparedness Curriculum for Prehospital
Providers

Speaker, Second European First Aid Manual Development Meeting
Belgium and German Red Cross, February 2011
Presented session on Evidence Based First Aid Guidelines

Speaker, European First Aid Manual Development Meeting
Belgium Red Cross, January 2011
Presented session on Evidence Based First Aid Guidelines

Speaker, Disaster Symposium
UCLA Health System, November 2010
Presented session on Special Population Management in Disasters: Pediatrics

D. Markenson, MD, CV, Continued

Speaker, Experiences from the Front Line: H1N1 Conference
Medical Society of the State of New York, May 2010
Presented session on Novel Influenza A (H1N1): Pandemic Pediatric
Implications

Roundtable Presenter, Public Health Preparedness Summit 2009
Presented session on Pediatric Preparedness Guidelines

Workshop Leader and Presenter, Public Health Preparedness Summit 2009
Lead workshop and presented on Alternative Care Site as Post-Conference
Workshop

Speaker, FEMA Urban Hazards Forum V: Conference on Emergency
Preparedness for Special Needs Populations, August 2008
Presented session on All Inclusive Emergency Preparedness: Pediatric
Improvements and Challenges Which Remain

Speaker and Panel Member, Pediatric Reunification Meeting
Los Angeles Children's Hospital, June 2008
Presented sessions on Pediatric Disaster Reunification

Faculty , Workshop Consensus Recommendations on Pediatrics and Special
Populations During Disasters and Public Health Emergencies
Pediatric Academic Societies, 2007.

Faculty, Harvard Pediatric Post Gradate CME Course
Harvard Department of Pediatrics, December 2007
Presented sessions on Pediatric Disaster preparedness and Pediatric
Assessment

Speaker, Homeland Security WMD Affiliate Faculty Training
Presented sessions on pediatric anatomy, physiology, development and
emergency preparedness, June 2007

Speaker Michigan Preparedness Conference
Michigan Department of Public Safety, May 2007
Presented session on unique aspects of pediatric disaster and terrorism
preparedness

Speaker National Allergy and Asthma Network
Case Western Reserve Medical Center, May2007
Presented session on unique aspects of pediatric emergency preparedness for
childen with chronic illness

Speaker Case Western Regional Disaster Conference
Case Western Reserve Medical Center, April 2007
Presented session on unique aspects of pediatric disaster and terrorism
preparedness

Workshop Leader Public Health Preparedness Summit
National Association of County and City Health Officials, February 2007
Conducted workshop on unique aspects of disaster, public health and terrorism
preparedness for special populations including children and persons with
disabilities

Faculty Pediatric Critical Care Current Concepts Course

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Society of Critical Care Medicine Annual Meeting, February 2007
Presented session on unique aspects of pediatric disaster and terrorism
preparedness

Speaker Internal Conference on Disaster Medicine,
February 2007
Presented session on unique aspects of pediatric disaster and terrorism
preparedness

Speaker Morristown Medical Center Pediatric Emergency Medicine Update
Morristown Medical Center, May 2005
Presented session on unique aspects of pediatric disaster and terrorism
preparedness

Faculty Fundamental Disaster Medicine course, January 2005
Faculty for Society of Critical Care Medicine Annual Meeting CME Course on
Disaster Preparedness.

Course Director and Presenter Westchester Emergency Preparedness Academy
Westchester American Red Cross, December 2004
Directed and presented at 1 day CME academy on emergency preparedness

Presenter, Preparedness Conference
Michigan Office of Public Health Preparedness Conference, December 2004
Presented sessions on Pediatric Disaster Medicine

Presenter Native American EMS Conference, November 2004
Presented sessions on Pediatric Disaster Medicine and Child Maltreatment

Presenter EMS Expo, October 2004
Lectured on Pediatric Disaster Medicine and Child Protection

Presenter Heartland EMSC Conference, September 2004
Faculty for conference and presented on topic of the needs of children in
disasters

Speaker WMD Affiliate Faculty Training
Presented sessions on pediatric anatomy, physiology, development and
emergency preparedness

Presenter AHRQ Surge Capacity Web Cast July 2004
Presented sessions on Pediatric Disaster and Terrorism Surge Capacity
Considerations

Presenter EMS for Children Annual Conference June 2004
Presented sessions on Pediatric Disaster and Terrorism Preparedness for EMS

Presenter Westchester Medical Center Preparedness Conference June 2004
Presented sessions on Pediatric Disaster and Terrorism Preparedness for EMS

Presenter HRSA Bioterrorism Curriculum Development Conference May 2004
Presented sessions on Pediatric Terrorism Preparedness Education

Presenter AHRQ Workshop for State Officials on BT and Other Preparedness
Tools, May 2004

D. Markenson, MD, CV, Continued

Presented sessions on Pediatric Disaster Medicine, Pediatric Terrorism Preparedness and Hospital Preparedness

Presenter Pediatric Academic Societies, April 2004
Presented sessions on Pediatric Disaster Medicine and Hospital Preparedness

Presenter Greater New York Hospital Association, January 2004
Presented sessions on Pediatric Disaster Medicine and Hospital Preparedness

Presenter New England Regional EMSC Conference, November 2003
Presented sessions on Pediatric Disaster Medicine and Child Maltreatment

Presenter Native American EMS Conference, November 2003
Presented sessions on Pediatric Disaster Medicine and Child Maltreatment

Presenter National Association of EMTs Conference, September 2003
Presented sessions on Pediatric Disaster Medicine and Critical Care

Presenter Illinois Bioterrorism Summit, June 2003
Presented session on Pediatric Disaster and Terrorism Preparedness

Speaker Pacific Region EMSC Conference, June 2003
Presented session on Pediatric Disaster Preparedness

Presenter CARE Conference, January 2003
Presented session on Pediatric Disaster Medicine

Presenter AED and Schools a National Forum, January 2003
Presented session on Pediatric Defibrillation

Presenter NYS Vital Signs EMS Conference, November 2002
Faculty for Preconference Pediatric Colloquium and conference session in Mandate Reporting

Presenter Southeastern Regional EMSC Conference, September 2002
Faculty for conference and presented on topic of the needs of children in disasters

Presenter Emergency Cardiac Care Update, September 2000
Presented session on Pediatric Defibrillation the NYC and London Experience

Presenter Red River/South Central Regional EMSC Conference, August 2002
Faculty for conference and presented on topic of the needs of children in disasters

Presenter EMSC National Congress, April 2002
*Presented lead lecture during special session on Pediatric Cardiac Arrest Defibrillation*

Presenter NAEMSP 2002 Annual Meeting, January 2002
*Presented lead lecture during special session on Pediatric Defibrillation*

Faculty NAEMT 2001 Annual Meeting, October 2001
*Faculty for Pre-Conference Pediatric Prehospital Care Course National Roll-Out*

Faculty National Association of EMS Educators Meeting, September 2001

D. Markenson, MD, CV, Continued

*Presented lecture on Children with Special Health Care Needs*

<u>Faculty</u> National Resource Center Child Neglect Meeting, July 2001
*Presented research on child maltreatment knowledge and attitudes of EMS providers*

<u>Presenter</u> Emergency Medical Services for Children Grants Meeting, June, 2001
*Presented summary of design and objectives of an on-going EMS for Children grant to study EMS providers knowledge and attitude towards child maltreatment*

<u>Faculty</u> NAEMT 2000 Annual Meeting, October 2000
*Faculty for Pre-Conference Pediatric Prehospital Care Course*

<u>Faculty</u> EMSC National Congress, March 2000
*Faculty for Panel of EMSC Protocols Development and Implementation and Presenter for session on the State of the Art in Asthma Treatment*

<u>Faculty</u> NAEMSP 2000 Annual Meeting, January 2000
*Faculty and Moderator for Pediatric Track and Faculty for Post-conference Workshop on Development Workshop to Create a Teaching Resource for Instructors in Prehospital Pediatrics for Paramedics*

<u>Faculty</u> NAEMT 1999 Annual Meeting, October 1999
*Faculty for Conference Workshop on a Teaching Resource for Instructors in Prehospital Pediatrics for Paramedics*

<u>Faculty</u> NAEMSP 1999 Annual Meeting, January 1999
*Faculty for Post-conference Workshop on Development Workshop to Create a Teaching Resource for Instructors in Prehospital Pediatrics for Paramedics*

<u>Faculty</u> Virginia EMS Symposium, November 1998
*Lead Faculty for Update on Prehospital Pediatrics Workshop*

<u>Faculty</u> Regional EMS Council of New York City Instructor Update, June, 1998
*Course Faculty*

<u>Faculty</u> Vital Signs 97: NYS Annual EMS Conference, November, 1997
*Course Faculty for Pre-Conference Workshop*

<u>Faculty</u> National Association of EMS Educators Annual Education Symposium, September, 1997
*Participated in Workshop – Rollout of the Teaching Resource for Instructor in Prehospital Pediatrics*

<u>Faculty</u> Louisiana Association of Nationally Registered EMTs Annual Conference, June, 1997
*Conducted lecture on EMS – Children, The Program: EMS Services as the Relate to pediatric Emergency Services*

<u>Faculty</u> National Association of EMS Physicians Conference, January, 1996
*Conducted workshop on Pediatric EMS Education for Medical Directors and EMS Educators*

<u>Faculty</u> NYS Department of Health Vital Signs Conference, November, 1995
*Conducted workshop on Pediatric EMS Education for NYS EMT's, Paramedics and Instructors*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

Faculty Connecticut Department of Health EMS Conference, March 1995
*Lectured on Pediatric Assessment and Respiratory Emergencies to EMT's and Paramedics*

Presenter Emergency Medical Services for Children Projects Meeting, February, 1995
*Presented summary of design and objectives of an on-going EMS for Children grant to develop an Instructor's Resource for Teaching Prehospital Pediatrics*

Presenter Food and Drug Administration and National Institute of Health Public Forum on Informed Consent in Clinical Research Conducted in Emergency Circumstances, January, 1995
*Presented oral and written testimony on the impact of the current FDA and NIH regulations on Pediatric and Prehospital emergency medicine research*

Course Leader American Red Cross Eastern Territory HIV/AIDS I.T. Workshop, January, 1990
*Designed and conducted initial training of Instructor Trainers for the Eastern Territory of the American Red Cross in the Centers for Disease Control and American Red Cross HIV/AIDS Education Program.*

Lead Lecturer American Red Cross Eastern Territory Water Safety Retraining, December, 1989
*Organized and lectured on changes in course delivery due to changes in educational materials used in American Red Cross Water Safety Courses*

Guest Lecturer Schenectady American Red Cross Aquatics Facility Manager Workshop, June, 1989
*Lectured on establishing an emergency action plan and interacting with the local EMS system.*

Lead Lecturer American Red Cross Eastern Territory Standard First Aid Regional Retraining, June, 1989
*Organized and lectured on changes in course delivery due to changes in educational materials used in American Red Cross First Aid Courses.*

Lead Lecturer American Red Cross Eastern Territory CPR Regional Retraining, June, 1988
*Organized and lectured on changes in course delivery due to 1985 ECC standards and changes in educational materials used in American Red Cross CPR Courses.*

Revised 6/6/2019

D. Markenson, MD, CV, Continued

# Other Administrative Responsibilities
## State and Regional Committee Membership:
American College of Emergency Physicians
*New York Chapter Key Contacts - Member 1993 to 2001*
*EMS Committee - Member 1994 to 2003*

American Academy of Pediatrics
*District II Committee on Emergency Medical Services for Children - Member 1993 to 2000*

American Red Cross
*American Red Cross Mile High Chapter – Member, Board of Directors 2014 - present*
*American Red Cross of Westchester County – Member, Board of Directors 2004 to 2008*
*American Red Cross of Greater N.Y. Bronx Safety and Health Committee Chairman 1991 to 1992*

American Heart Association
*New York City Affiliate Pediatric Advanced Life Support Subcommittee - Member 1994 to 2001*
*New York City Affiliate Pediatric Advanced Life Support Regional Faculty - 1994 to 2001*

Arapahoe Douglass Ebert Medical Society
*Board Member 2013 to present*
*President 2015 to present*
*President-Elect 2014*

Colorado Medical Society
*Nominated for President-Elect*
*Treasurer 2017 – present*
*Board Member 2016 - present*

Medical Society of the State of New York
*Committee on Emergency Medical Services - Member 1996 to 2000*
*Committee on Child Abuse and Domestic Violence - Member 1997 - 2000*

Regional Emergency Medical Services Council
*Regional Emergency Medical Services Council - Alternate Member Fall 1994 to 1996*
*Education and Training Sub - Committee - Member 1995 to 1999*

Regional Emergency Medical Advisory Council
*Regional Emergency Medical Advisory Council - Alternate Member Fall 1994 to 2000*
*Advanced Life Support Testing and Training Subcommittee - Member 1993 to 2000*
*Basic Life Support Sub - Committee - Member 1993 to 2000*
*Basic Life Support Quality Assurance/Quality Improvement Subcommittee – Member  1993 to 2000*
*Basic Life Support Research and Development Subcommittee - Vice-Chair 1993 to 2000*

Schenectady Emergency Medical Services Council Committees:
*Emergency Medical Services Council - Member 1988 to 1990*

Schenectady County Fire Coordinator's Office
*Emergency Medical Services Liaison 1988 to 1990*

## EMS Experience:

Board of Directors Center for Pediatric Emergency Medicine, New York, N.Y.
*Helped to found and currently direct center for pediatric emergency medicine research, injury prevention,
education and EMS for Children*

D. Markenson, MD, CV, Continued

<u>Associate Director and Educational Coordinator</u> New York City EMS for Children Project, New York, N.Y.
*Worked on project, which provides training and medical oversight of EMS for Children in New York City.*

<u>Medical Director</u> North Salem Volunteer Ambulance Serve
*Served as medical director for ALS volunteer ambulance service*

<u>Coordinator of Training</u> Upper East Side Attala Volunteer Ambulance Service, New York, N.Y.
*Planned and conducted all training activities and responded to emergencies as a paramedic.*

<u>Director and Paramedic</u> Union College Emergency Medical Service, Schenectady, New York
*Founded and served as first director of college ambulance service.*

Revised 6/6/2019