# EXHIBIT 3

Dr. David Markenson

1            IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2              CIVIL ACTION NO. 18-5629

3

  MONIQUE RUSSELL, JASMINE        :

4 RIGGINS, ELSA M. POWELL,        :

  and DESIRE EVANS,               :

5                                 :

                  Plaintiffs,     :

6                                 :

           vs.                    :

7                                 :

  EDUCATIONAL COMMISSION FOR      :

8 FOREIGN MEDICAL GRADUATES,      :

                                  :

9                 Defendant.      :

10

11              Deposition of DR. DAVID

12 MARKENSON taken in the above-entitled matter

13 before Suzanne J. Stotz, a Certified Realtime

14 Reporter, Registered Professional Reporter, and

15 Notary Public of the State of Colorado, taken

16 at the WESTIN DENVER AIRPORT, 8300 Pena

17 Boulevard, Denver, Colorado 80249, on

18 October 22, 2019, commencing at 10:14 a.m.

19

20

21

22

23

24

Dr. David Markenson

1      A.     I have not.  I have no part of

2  those records.

3      Q.     Have you ever played a role in

4  hiring any medical school graduates into

5  residency programs?

6      A.     Yes.

7      Q.     At what residency programs?

8      A.     I served as what's known as the DIO

9  or designated institutional official for

10  multiple hospitals while I was VP of GME for

11  Hospital Corporation of America.

12      Q.     Where was that located?

13      A.     There were several -- a multitude

14  of hospitals.

15      Q.     You can take a minute to explain

16  just briefly so I understand.

17      A.     Yes.  I served for what was known

18  as HealthONE, which were hospitals in the

19  greater Denver area; for -- what was the

20  hospital called -- a hospital in Kansas City.

21  I'm totally blanking.

22      Q.     Your C.V. is there in case it's

23  helpful for you.

24      A.     Yeah.  I'm trying to remember the

Dr. David Markenson

1  name of the one.  So it was Research Medical

2  Center in Kansas City which oversaw the --

3  included the hospitals in the Kansas City area

4  that were owned by HCA, Ogden Regional Medical

5  Center which included the Salt Lake City

6  hospitals owned by HCA and Eastern Idaho

7  Regional Medical Center.

8       Q.     Were the residency programs

9  involved in those medical centers only about

10  pediatric emergency or critical care?

11      A.     No, they were not.

12      Q.     All right.  So it was a broader

13  range of residency programs?

14      A.     Yes, it was.

15      Q.     Was it the full range of residency

16  programs available at those hospitals?

17      A.     I'm not sure what you mean.

18      Q.     Yeah.  So I'm not trying to ask you

19  a trick question in any sense.  I'm just trying

20  to understand in your role as DIO for these

21  organizations that we were just referring to,

22  were you overseeing the admission to the

23  residency programs for all the residency

24  programs that those facilities offered at any

Dr. David Markenson

1   given time?

2       A.      I was involved -- the decision is

3   the program director's, but I oversee the

4   processes, procedures, and the program

5   directors.

6       Q.      Have you ever served as the program

7   direct for any residency programs?

8       A.      No, I have not.

9       Q.      Have you ever interviewed anybody

10  applying to a residency program?

11      A.      Yes, I have.

12      Q.      Approximately how many times?

13  Hundreds?  Five?  You know, somewhere --

14      A.      Probably not hundreds, but close to

15  it.

16      Q.      Okay.  So a large number of times?

17      A.      Yes.

18      Q.      In your experience -- in your

19  various roles, was an interview always involved

20  before a resident would get offered a residency

21  program as far as you're aware?

22      A.      In most cases, the last step after

23  all the screening that is done, you know,

24  verification of board scores, eligibility for

Dr. David Markenson

1           What else, in your experience, is

2    involved in the offering of a residency

3    position to a resident?

4        A.     The initial screening is done to

5    make sure that the person is eligible for

6    residency.  So presence of medical school

7    graduation, confirmation, or ECFMG

8    certification.

9           So it's sort of that's the first

10   step.  If they don't graduate medical school or

11   they don't have an ECFMG certification, the

12   process would stop.

13       Q.     Okay.

14       A.     Following that process, one that

15   has letters of reference, Dean's

16   recommendation, board scores; and there's

17   usually a cutoff to determine of those who then

18   obtain an interview.

19       Q.     When you say "of those," you mean

20   cutoff of the board scores?

21       A.     Board scores, letters of reference,

22   recommendations.

23       Q.     Any other information collected or

24   reviewed in connection with residency program

Dr. David Markenson

1   applications that you recall, you know, sitting

2   here today?

3       A.      Usually not, no.

4       Q.      Is there usually an application

5   form, like, they actually fill out like a job

6   application?

7       A.      They don't anymore.  It's all done

8   through the electronic system called ERAS.

9       Q.      Okay.  Previously, do you know

10  whether there had been applications to

11  residency programs in, say, the 2011 time

12  frame?

13      A.      There would have not been.  They

14  would have all been ERAS.

15      Q.      Even then?

16      A.      Yes.

17      Q.      In your experience, do residents

18  get paid?

19      A.      Yes, they do.

20      Q.      Do they get paid through any

21  sources of funding in particular?

22      A.      The hospital pays them.

23      Q.      Does the hospital typically

24  withhold taxes?

Dr. David Markenson

1      A.      Typically, yes.

2      Q.      When you say "typically," do you

3   know of any circumstances when they don't

4   withhold taxes?

5      A.      I believe it's different -- sorry.

6   Hospitals employ them or the university

7   sometimes does.  Withholding is done as would

8   be per whatever the employment standards are

9   for taxes and other fees.

10     Q.      Which would require, in addition to

11  other potential information, a social security

12  number?

13     A.      That is correct.

14     Q.      Do you know what the source of the

15  social security number is for residents coming

16  into residency programs?  So I can say that

17  another way.  Strike that.  Let me restate

18  that.

19          Do you know from where the

20  residency programs get the social security

21  number for the applicants coming to them?

22     A.      Again, I'm not involved in the HR

23  department, but my understanding is it comes

24  from the applicant.

Dr. David Markenson

1      Q.      In your experience in hiring

2  residents or residency programs, what, if

3  anything, was done with the letters of

4  reference that were submitted?

5      A.      Letters of reference are submitted

6  through ERAS and then become part of an

7  electronic file that the program director can

8  review.

9      Q.      Do you know if anything else was

10  done typically other than just review them?

11      A.      Typically they're just read by the

12  residency director.  Sometimes they would also

13  be read by an interviewer prior to an

14  interview.

15      Q.      Do you know if there was anything

16  done typically to validate that the letters of

17  recommend were legitimate?

18      A.      I know that -- I've never -- I've

19  never seen a residency program do it, and I do

20  not believe that ERAS's normal procedures --

21  sorry -- are to verify them.

22      Q.      You mentioned a Dean's

23  recommendation.  What is that?

24      A.      So for graduates of U.S. medical

Dr. David Markenson

1    schools, typically the Dean writes a letter for

2    every graduate, which summarizes their medical

3    school experience and provides evaluation of

4    the student.

5         Q.    And for U.S. medical school

6    graduates, you said that as an initial

7    screening for eligibility, there would be

8    verification of medical school graduation; is

9    that correct?

10        A.    Correct.

11        Q.    How would that usually be

12   accomplished in your experience?

13        A.    Through the ERAS process.

14        Q.    What do you mean by that?

15        A.    The programs themselves don't do

16   it.  It's done in the ERAS system.  So that's

17   the program that the residents apply through,

18   and that program does the verification of the

19   medical school.

20        Q.    For lack of a better term, is it

21   like a portal you can log into and check or

22   how --

23        A.    It's a portal you can log into and

24   check.

Dr. David Markenson

1      Q.     Do you still have any role or

2  responsibilities for any residency programs?

3      A.     Not directly anymore.

4      Q.     When you say "not directly," do you

5  indirectly?

6      A.     I serve on a national committee

7  with the ACGME.

8      Q.     What role do you serve with ACGME?

9      A.     They have a committee that oversees

10  what's known as their clear clinical learning

11  environment review program, and I serve on that

12  committee.

13      Q.     What does the clear committee do?

14      A.     It helps them set the standards for

15  the Clear Evaluation program.

16      Q.     What is the Clear Evaluation

17  program?

18      A.     It evaluates hospitals' learning

19  environments for residencies.

20      Q.     Is that there accreditation

21  program?

22      A.     It is separate from the

23  accreditation.

24      Q.     Is it a higher level than

Dr. David Markenson

1        Q.      So is your participation with the

2    clear evaluation process, are you sitting on a

3    committee of ACGME?

4        A.      Committee, yes.

5        Q.      Is that a volunteer position?

6        A.      Yes, it is.

7        Q.      And when did you begin that?

8        A.      I believe about a year and a half

9    ago.

10        Q.      Any other current involvement in

11    residency programs?

12        A.      Not direct, no.

13        Q.      Not directly, but anything else

14    indirectly?

15        A.      I still have academic appointments

16    at Columbia University in New York -- sorry,

17    Colorado university and New York Medical

18    College.  So I could be asked to give a lecture

19    from time to time within Colorado or in

20    New York to residents.

21        Q.      Do residents typically get

22    lectures?

23        A.      Yes.

24        Q.      So just so that I understand, would

Dr. David Markenson

1      A.      As chief medical officer with

2  Sky Ridge and my prior role with Westchester

3  Medical Center as chiefs of services, in some

4  cases, I would have directly been hiring staff

5  members for my department.  In more senior

6  leadership role, I may have been more involved

7  in not hiring, but contracting groups to

8  provide physicians or occasionally involved in

9  recruitment of certain, you know, high-need

10 specialties.

11     Q.      When you refer to staff members

12 just now, were you talking about physicians?

13     A.      Yes.

14     Q.      In your experience, can you just

15 briefly explain what's involved in the

16 interviewing and hiring of a physician?

17     A.      Highly variable depending on who it

18 is and which role.  So very different.

19     Q.      In your experience, do the

20 hospitals do any sort of background check or

21 identification confirmation of any sort when

22 hiring a physician?

23     A.      At the -- it depends on the

24 facility.  You know, when -- some facilities

Dr. David Markenson

1    you're being asked to provide?

2        A.      I believe it was on my expectations

3    from of ECFMG's certification of a physician as

4    it relates to its use, you know, within

5    hospitals of privileging, credentialing,

6    residency application.

7        Q.      Would you consider yourself an

8    expert on policies and procedures for

9    organizations like ECFMG, USMLE, and the like?

10       A.      I would consider myself an expert

11   on verification of medical school credentials

12   and the use of them.

13       Q.      Would you consider yourself to be

14   an expert on ECFMG's policies and procedures or

15   USMLE policies and procedures for entities like

16   that?

17       A.      I would, yes, on the processes,

18   yes.

19       Q.      When's the last time you reviewed

20   USMLE's policies and procedures?

21       A.      I probably looked over what's

22   publicly available when I was involved with

23   residencies.

24       Q.      Have you ever discussed USMLE

Dr. David Markenson

1    BY MS. McENROE:

2        Q.      How do you evaluate the standard of

3    care that you say is applicable to ECFMG'S

4    certification process?

5        A.      Sure.   One is how they hold

6    themselves out; but two, there are other

7    entities that, as part of their process, are

8    required to verify medical school completion.

9    That would be licensing boards, hospitals for

10   part of the -- sorry, not process of

11   privileging -- credentialing process for which

12   there are accepted standards by Joint

13   Commission, Centers for Medicaid Services.

14       Q.      So those other -- in the second

15   category, those others you're saying are

16   required to verify medical school credentials,

17   they also are verifying graduates' medical

18   credentials as well?

19       A.      Correct.   For a U.S. medical

20   graduate, you're required to do primary source

21   verification.

22       Q.      I thought you had said that took

23   place through ERAS?

24       A.      For credentialing and privileging,

Dr. David Markenson

1   ERAS is not part of the credentialing and

2   privileging.  That's for residents.

3        Q.    And do you know whether

4   credentialing and privileging uses ECFMG

5   certification as opposed to how you U.S.

6   graduates no longer use ERAS at that point in

7   the process?

8        A.    So for credentialing, you would do

9   primary source verification for an American

10  grad -- sorry, U.S. grad; and for a foreign

11  grad, you use ECFMG to attest to the primary

12  source verification.

13       Q.    Do you know that that's true for

14  all hospitals?

15       A.    That is Joint Commission and CMS's

16  accepted approach.

17       Q.    So that's accepted if a hospital

18  were to primary source verify themselves, you

19  don't think that would be sufficient?

20       A.    For a foreign grad?

21       Q.    Yeah.

22       A.    As far as I know, they could; but

23  hospitals in the U.S., the standard is to use

24  ECFMG.  I don't know of a prohibition against

Dr. David Markenson

1    them doing it.

2         Q.    So you're applying the standard of

3    care that you view to be the standard of care

4    that applies to U.S. applicants?

5         A.    To verification of medical school

6    graduates.

7         Q.    To the application -- to the

8    verification of U.S. medical school graduates;

9    is that what you're saying?

10        A.    To the standard that, yeah, primary

11   source would be done.

12        Q.    For U.S. graduates?

13        A.    Predominantly for U.S. graduates,

14   yes.

15        Q.    When you say "predominantly," I'm

16   just trying to understand is there some other

17   measure you're using for anyone other than

18   ECFMG to measure the standard of care for ECFMG

19   for foreign medical graduates?

20        A.    What I'm saying is I'm using the

21   standard as applied -- that others use to do

22   the primary source verification.

23             There are multiple processes that

24   use primary source verification.  In the

1  setting of foreign grads, ECFMG does it for

2  foreign medical school graduation.  And I'm

3  using the standard within healthcare for

4  primary source verification, examples being

5  credentialing as one of them.

6      Q.    Are you using as a standard of care

7  any other entity's primary source verification

8  for foreign medical graduates?

9      A.    Other sources?  No.

10     Q.    Other than poking around on ECFMG'S

11 website and documents provided to you by

12 counsel in this case, do you have any other

13 basis to understand or know the policies and

14 procedures ECFMG had in place at the relevant

15 time?

16     A.    The only information I have is from

17 ECFMG'S website and what was provided via

18 counsel to counsel.

19     Q.    You didn't do any other

20 investigation into ECFMG'S policies and

21 procedures?

22     A.    I did not.

23     Q.    We've discussed a little bit

24 earlier -- I know some of the names get a

Dr. David Markenson

1  to be documented, articulate how the process of

2  certification occurs should be documented.

3      Q.      And on what basis are you saying

4  that?

5      A.      As what I -- as a standard that

6  would be followed for a certifying body.

7      Q.      What kind of certifying body?

8      A.      There are a multitude of certifying

9  bodies, those that do board certification,

10  those that do residency accreditation.

11      Q.      Do you consider yourself to be an

12  expert on ECFMG'S policies and procedures?

13      A.      I'm not sure what you mean by that;

14  but since at the time they apparently, as far

15  as I know, didn't have them, I'm not sure what

16  you mean by an expert on them.

17      Q.      Are you considering yourself to be

18  an expert on the way ECFMG conducted themselves

19  in the 1990s?

20      A.      I'm not -- I'm not ECFMG.  I'm

21  saying I consider myself to be knowledgeable

22  about at that time what the standard would be

23  for primary source verification, which is the

24  function they achieved and held themselves out

Dr. David Markenson

1   for international medical graduates and what a

2   certification body should do to memorialize

3   their policies and procedures to assure it

4   meets standards.

5        Q.     When you say "a certification

6   body," what sort of certification bodies do you

7   have personal experience with?

8        A.     Certification bodies?  Well, I've

9   worked, obviously, within -- we -- within

10  hospitals, we do certification of physicians'

11  credentials and privileges.

12              I've worked ACGME about residency

13  certification.

14              I've worked with professional

15  organizations for fellowship certification.

16       Q.     So those are at different stages in

17  the medical career progression timeline, if you

18  will; is that correct?

19       A.     They are at different stages, yes.

20       Q.     Have you ever had any role or

21  involvement with some of the threshold, if you

22  will, issues as you had articulated it before

23  for authentication of graduate -- or of medical

24  school graduation status?

Dr. David Markenson

1  articulated earlier on, about figuring out

2  whether an international medical graduate had

3  actually graduated from medical school?

4       A.    So again, in terms of terminology,

5  credentialing is obviously specific to an

6  independent licensed practitioner in a

7  hospital.

8            While as part of residency, we do

9  have primary source verification either by the

10 facility as part of our HR process or ECFMG for

11 people entering residency.

12      Q.    Okay.

13      A.    And the standard has to be the same

14 because we're held to the same standard for

15 international as U.S.

16            So I am involved in the U.S.

17 standard, but the ECFMG does that function for

18 us and holds themselves out; but the standard

19 has to be the same because the end product is

20 the same.  It's entering residency.

21      Q.    How is the U.S. standard

22 articulated?  Who controls that?

23      A.    For facilities, such as a hospital,

24 we rely upon Joint Commission; Centers for

Dr. David Markenson

1      A.      Again, since I wasn't provided them

2  and all I have is the draft, I can't say that.

3      Q.      So you don't know what the policies

4  and procedures are as we sit here today?

5      A.      I just know the standard.  I don't

6  know what their -- I've asked for policies and

7  procedures, and we haven't been provided any.

8      Q.      You say "we."  You mean you haven't

9  been provided any, correct?

10      A.      Uh-huh, correct.

11      Q.      Is it your opinion that ECFMG has a

12  duty or an obligation to make sure that

13  individuals it certifies never break the law?

14      A.      Again, I personally believe -- this

15  is from my expertise and knowledge -- that

16  ECFMG'S role is not as a law enforcement agency

17  but a certification body.

18      Q.      Okay.  And so I just want to make

19  sure I understand.

20              So if ECFMG certifies someone and

21  they go on to commit tax fraud later on in

22  their career, would you then look back and hold

23  ECFMG accountable that they should have figured

24  that out?

1      A.      No.  But if in order to practice

2  tax, they needed ECFMG certification to be

3  licensed, then they would have never been

4  allowed to practice tax.

5            So I don't -- I don't hold them

6  accountable to law enforcement; but anything

7  that an individual was allowed to do based on

8  their certification, they do have culpability

9  in that case.

10      Q.      So you think if a practitioner, a

11  physician, goes on to be a creep, a sexual

12  predator, is that somehow ECFMG'S fault if

13  ECFMG had certified that that person had, in

14  fact, graduated from medical school and passed

15  exams?

16      A.      Well, what they did was their

17  action at that point; but one has to

18  acknowledge that if ECFMG did not allow them

19  to -- did not certify them, allowing them to

20  obtain a license, they would not be a physician

21  at that point.

22      Q.      Right.  But there are U.S. graduate

23  physicians who go on to become creeps, right?

24      A.      There are.

Dr. David Markenson

```
1        Q.      Sexual predators.

2                MR. VETTORI:  Is that a technical

3        term?

4                MS. McENROE:  I changed it to

5        sexual predators.

6     BY MS. McENROE:

7        Q.      Okay.  Is that fair?

8        A.      There are, yes.  Unfortunately,

9     yes.

10       Q.      And do you deem that to be a

11    failure of the medical school community or, you

12    know, or is that that practitioner's fault that

13    they went on to be somebody who breaks the law?

14       A.      It is the practitioner's fault, but

15    there is well documented studies that show that

16    there are usually red flags throughout their

17    career if people intervene, that patient would

18    have never been harmed.

19       Q.      Usually, like, while they're

20    actually practicing medicine.

21       A.      No.  There's throughout their

22    entire career.  There's well documented studies

23    that show whether it's medical school

24    residency, application processes, there are
```

Dr. David Markenson

1  links throughout a career that could have

2  stopped a progression of events.

3      Q.     So I'm just struggling with the

4  idea that this is like the ultimate Monday

5  morning quarterbacking, right?  You're saying

6  this person ended up being a sexual predator.

7  So looking back in history, we could pick up

8  bread crumbs where someone could have, said,

9  you don't graduate from middle school; you

10 don't graduate from high school; you don't

11 graduate from college.

12             So I'm just trying to understand --

13             MS. McENROE:  Let me finish my

14      question.

15             MR. VETTORI:  I am.

16 BY MS. McENROE:

17      Q.     I'm just trying to understand how

18 it is you pick where in that line you assume

19 and assign all of the fault, as you have with

20 ECFMG in this case?

21             MR. VETTORI:  Objection as to form.

22             THE WITNESS:  Where I've assigned

23      fault is the area I was asked to opine on,

24      which is he would not have been able to

Dr. David Markenson

```
 1          obtain licensure or enter a residency had
 2          ECFMG done the due diligence, picked up
 3          the red flags and not certified him or
 4          revoked the certification.
 5   BY MS. McENROE:
 6          Q.    So does your opinion basically boil
 7   down to an on/off switch, that if ECFMG had
 8   said he couldn't get a certificate, therefore,
 9   he wouldn't have been able to practice
10   medicine; is that what you're saying?
11          A.    Well, as part of application for
12   residency and licensure, there are certain
13   things that are binary, yes or no; and in the
14   absence of them, you don't proceed to any other
15   steps.
16          ECFMG certification is a credential
17   that's binary.  You don't have it, you can't
18   get into residency.  Absent ECFMG
19   certification, you can't be licensed.  It is a
20   binary, that all the other things downstream
21   don't occur towards licensure if that binary
22   doesn't occur.
23          Q.    So if we were to take a step
24   forward and say graduation from a residency
```

Dr. David Markenson

1    program is binary, off and on or, you know, one

2    year of supervised practice, however you had

3    described it is binary off and on, you either

4    have that or you don't, that's another place

5    along the line, right?  That would either

6    on/off shut off the practicing medicine in the

7    United States?

8         A.    It depends on what the requirements

9    were.

10        Q.    And further stepping down the line,

11   eventually getting to the point of getting a

12   medical license is also off and on that in any

13   given jurisdiction, if you don't have a medical

14   license, you should not be lawfully be

15   practicing medicine, correct?

16        A.    Yes.  Without a medical license,

17   you can't practice medicine.

18        Q.    So that's another off/on switch,

19   correct?

20        A.    A medical license is an off/on,

21   yes.

22        Q.    Even if you have a ECFMG

23   certificate?

24        A.    If you have an ECFMG certificate

Dr. David Markenson

1    but you don't have a license, yes, you cannot

2    practice medicine.

3              Before you ask another question, is

4    this an okay time to break?

5         Q.    Sure.  Absolutely.

6         A.    I saw you reading up.  I just

7    wanted to make sure.

8         Q.    Go ahead.

9         A.    Thank you.

10             MS. McENROE:  Let's take a break.

11             (Discussion held off the record.)

12             THE VIDEOGRAPHER:  The time is

13        2:10 p.m., and we are going off the

14        record.

15             (Whereupon, a short break was

16        taken.)

17             THE VIDEOGRAPHER:  The time is

18        2:20 p.m., and we are back on the record.

19    BY MS. McENROE:

20        Q.    We were just looking at your expert

21    report at Exhibit 4 before we went off the

22    record.

23             Do you recall that, Dr. Markenson?

24        A.    Yes.

Dr. David Markenson

1      Q.      And on page 4, there is a, sort of

2    the second full paragraph down, if you will --

3    it's just one line.  It says, "ECFMG breached

4    the standard of care in, among others, the

5    following ways."

6            Do you see that?

7      A.      Yes, I do.

8      Q.      And then there's a number of

9    entries, all starting with the word "failing"

10   on the rest of page 4 and at the top of page 5.

11           Do you see that?

12     A.      Yes, I do.

13     Q.      And are those each an opinion that

14   you're offering in this case?

15     A.      Yes, that is.

16     Q.      Okay.  And we talked about the

17   standard of care a few minutes ago.

18           Were you referring to the same

19   standard of care here that you have been

20   previously in your report?

21     A.      Yes.

22     Q.      Okay.  I'm not going to go through

23   every single one because some of them

24   conceptually we've talked about already, but

Dr. David Markenson

1  I'm going to talk about a couple of them just

2  to make sure I understand.

3              So the third failing down, if you

4  will -- I don't have a better way to refer to

5  it -- says -- oh, no, you know what, we talked

6  about that one already.

7              Keep on going down to the one that

8  talks about the diploma from the University of

9  Ibadan.  It says, "Failing to reasonably

10  investigate Akoda's diploma from the University

11  of Ibadan."

12              Do you see that?

13  A.      Yes.

14  Q.      That looks like the fifth one down.

15  A.      Correct.

16  Q.      Which diploma are you talking about

17  because I don't believe I've seen a diploma

18  from the University of Ibadan with Akoda's name

19  on it?

20  A.      Let's see.  Can I go back to the --

21  Q.      Sure.  You can look at the exhibits

22  we were looking at.

23  A.      Thank you so much.  Yeah.

24              I am wondering whether that is --