# EXHIBIT 5

# Dr. John Charles Hyde, II, FACHE

Consulting Office                            (601) 469-7888
Consulting Office Fax                 (601) 469-1777

## EDUCATION:

Ph.D.        **THE UNIVERSITY OF ALABAMA AT BIRMINGHAM-**
DEPARTMENT OF HEALTH SERVICES ADMINISTRATION and
SCHOOL OF BUSINESS -Birmingham, Alabama-- 1994
(Health Care Administration/Research and Organizational Studies)

M.S.H.A.    **TRINITY UNIVERSITY-**San Antonio, Texas-- 1981
(Health Care Administration)

B.S.         **WESTERN KENTUCKY UNIVERSITY-** Bowling Green, Kentucky
(Health Care Administration) --1979
(Biology)-- 1977

## WORK EXPERIENCE:

Jan. 1992    **Dr. John C. Hyde- Hyde Consulting Group, LLC**
to present    Health Care Consultant-Principal

Provide independent expertise and advice to various hospitals, healthcare
organizations, healthcare trade/professional associations, medical/hospital
malpractice/regulatory attorneys, and other health-related entities. Served as
lead consultant on numerous engagements-450+. Provide advice to
healthcare delivery organizations on a current basis regarding issues of
administration, provider credentialing, physician/trustee development,
employee management, regulatory and certificate of need issues, strategic
and tactical planning, clinical and management outcomes, and other various
healthcare related needs.

Jan. 2018    **GEORGE WASHINGTON UNIVERSITY**, Washington, DC
To present   Adjunct Professor- Dept. of Health Policy and Management- School of
               Public Health

Teaching and mentorship to graduate students in a Masters of Healthcare
Administration (MHA) program. Continuing research and publications
within the field of healthcare administration and maintain a healthcare
based consulting practice.

EXHIBIT

Hyde - 3

PENGAD 800-631-6989

1

| | |
|---|---|
| June 1995 to Sept. 2017 **[RETIRED]** | **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**-Jackson, MS<br>Professor- Dept. of Health Sciences- School of Health Related Professions: Promoted [7/1/03]<br>Associate Professor- Dept. of Health Sciences-SHRP: Promoted [7/1/98]; Tenured [7/1/00]<br>Assistant Professor- Dept. of Health Sciences-SHRP: [Appointed 6/1/96]<br>Assistant Professor- Dept. of Family Medicine- School of Medicine: [Appointed 11/1/96] |

Teaching, research and administrative responsibilities in healthcare management, health services research, clinical outcomes, and research designs. Serve as a co-investigator with medical school faculty members, advisor to graduate students, and submit scholarly work for publication. Provide service to the University and the professional community. Advise healthcare community on management and admin-legal issues.

| | |
|---|---|
| Aug. 2011 to Sept. 2017 | **UNIVERSITY OF MISSISSIPPI**- Oxford, MS<br>Adjunct Professor- Dept. of Management- School of Business |

Teaching in the newly formulated Master of Healthcare Administration program, a joint program offering with the University of Mississippi Medical Center. Serve as the lead professor within the program.

| | |
|---|---|
| Jan. 2009 June 2009 | **UNIVERSITY OF ALABAMA AT BIRMINGHAM**- Birmingham, AL<br>Visiting Professor- Dept. of Health Care Organization- School of Public Health |

Research sabbatical- interacted with scholars on issues of research aimed at disaster healthcare delivery planning, particularly healthcare providers.

| | |
|---|---|
| Aug. 1994 May 1995 | **TRINITY UNIVERSITY**- San Antonio, TX<br>Assistant Professor- Graduate Program in Health Care Administration |

Teaching and research responsibilities for the following classes/areas: Quantitative Methods and Information Management; Quality Outcomes; Operational Management. Served as advisor to students and community providers. Involved in scholarly research and publications. Involved in local Community Health Information Network development.

| | |
|---|---|
| Sept. 1990 July 1994 | **UNIVERSITY OF ALABAMA AT BIRMINGHAM**- Birmingham, AL<br>Adjunct Faculty, Research Fellow, Student |

2

Undergraduate and Graduate teaching experience in School of Business and the School of Health Related Professions. Taught 14 classes in Business and Health Care Administration. Performed independent and collaborative research. Completed Ph.D. program.

Joint research position UAB/Birmingham VA Medical Center 9/92-7/94 Participated in funded research projects in the areas of physician decision making, outcomes research, healthcare management, and statistical methods. Conducted independent research as a principal investigator on several studies.

Jan. 1986
May 1990

**COMMONWEALTH HEALTH CORPORATION**- Bowling Green, KY
CHC Vice President/Corporate Officer (4/87 to 5/90)

Corporate responsibilities for all proprietary operations of six affiliated corporations, with ten healthcare and non-healthcare businesses. Managed development of planned business diversifications and potential market acquisitions. Involved in other corporate activities and related hospital council operations.

Vice President- Medical Center at Bowling Green (4/87 to 12/88)

Involved in corporate planning activities and development of proposed corporate business ventures. Formulated business development plans and served as senior hospital operations executive.

Associate Administrator- Medical Center at Bowling (1/86 to 4/87)

Involved in planning and development of a corporate wide re-organization into alternate business ventures. Shaped corporate re-direction into major regional healthcare delivery system. Responsible for senior level hospital operations.

June 1983
Dec. 1985

**TAYLOR COUNTY HOSPITAL**- Campbellsville, KY
Administrator/CEO

Responsible for total operations of a small, rural hospital. Involved in various certificate of need applications, regulatory and governmental relations, and implementation of a management re-organization plan.

Jan. 1981
June 1983

**MEDICAL CENTER AT BOWLING GREEN**- Bowling Green, KY
Assistant Administrator

Responsible for operations of four departments with a staff of 75 employees and 10 managers. Involved in various certificate of need

applications, governmental relations, and board development. Served as member of the executive hospital management council.

Administrative Resident
Served in various staff and line assignments. Participated as an administrative manager during residency period. Developed a prospective staffing and budget reporting system. Period fulfilled residency requirement for Master degree.

**PUBLICATIONS:**

Fottler MD, Malvey D, Hyde JC & Deschamps C (2015). Human Resources Management in Fottler MD, Malvey D & Slovensky DJ (Eds.), Handbook of Healthcare Management, Northhampton, MA: Elgar Publishing.

Hyde JC (2015). Credentialing Health Care Providers in Fried BJ and Fottler MD (Eds.), Human Resources in Healthcare: Managing for success (4th ed.). Chicago, IL Health Administration Press.

Peden A, Hyde J, Hoover K, May W, Coleman P. (2010). Factors affecting adoption of electronic health record (EHR) systems in the U.S. hospitals, XVI Congress of International Federation of Health Records Organizations Proceedings, Milan, ITALY.

Winters KC, Wyatt S, Nick TG, Hewlett PO, Hyde JC & Johnson WD. (2010). Race, stability of health insurance coverage, and prescription medication. ABNF Journal, 21(1): 21-26.

Hyde JC (2010). Trustee Resource Manual: Mississippi Council of Hospital Trustees. Jackson, MS: Mississippi Hospital Association.

Livingston HM, Messura J, Dellinger TM, Holder R & Hyde JC (2008). Meta-analysis: An introduction into a research process. Specialty Care in Dentistry, 28(4): 125-130.

Hyde JC (2007). Trustee Resource Manual: Mississippi Council of Hospital Trustees. Jackson, MS: Mississippi Hospital Association.

Livingston HM, Dellinger TM, Hyde JC & Holder R (2004). The aging and diminishing dental faculty. Journal of Dental Education, 68(3): 345-354.

Hyde JC (2003). Trustee Resource Manual: Mississippi Council of Hospital Trustees. Jackson, MS: Mississippi Hospital Association.

Hyde JC (2003). Physician credentialing: Developing a proactive credentialing process. The Journal of Legal Nurse Consulting, 14(1): 3-6.

4

Hyde JC (2002). Managed care and its impact on the healthcare system: Is it an accident waiting to happen or will it improve patient outcomes? The Journal of Legal Nurse Consulting, 13(2): 26-29.

Weber MD, Hyde JC, Nick TG, Coleman PJ, Geissler W, Freeland A (2002). Factors that influence the change in physical function of patients with adhesive capsulitis. Journal of Orthopedics and Sports Physical Therapy, 32(1); A-11.

Scott CK & Hyde JC (2001). The measurement of patient satisfaction in rehabilitation: An information synthesis. Health Policy Resource, 1(4): 9-14.

Hyde JC, Hart-Hester S & Beebe D (2001). Variables predictive of family medicine residency success. AHSR Annual Meeting Proceedings.

Hart-Hester S, Hyde JC & Beebe D (2001). Predictive variables for success in family medicine residency. Society of Teachers in Family Medicine Annual Meeting Proceedings.

Malvey DM, Hyde JC, Topping SL & Woodrell FD (2000). Getting off the bandwagon: Rural academic health center takes a different strategic path. Journal of Healthcare Management, 45(6): 381-394.

Hoover KM & Hyde JC (2000). Impact of managed care penetration, hospital organizational variables, and nurse staffing ratios on hospital ALOS and mortality in 3 Southern states. AHSR Annual Meeting Proceedings.

Wilson TG, Hyde JC & Breaux DA (2000). Community attitudes, operational indicators, and hospital administration: Examining the determinants surrounding the conversion of government owned rural acute care facilities to critical access hospitals. AHSR Annual Meeting Proceedings.

Topping SL, Hyde JC, Barker J & Woodrell FD (1999). Academic health centers in turbulent times: Strategies for survival. Health Care Management Review, 24(2): 7-18.

Hyde JC & Keller S (1999). The Jackson Medical Mall Clinic Study: Evaluation of HEDIS outcomes in selected primary care settings among historically underserved minorities. AHSR Annual Meeting Proceedings.

Topping SL, Hyde JC, Barker J & Woodrell FD (1998). Adaptive strategies of academic health centers: Will they survive or go the way of the dinosaurs? Academy of Management Proceedings, [*Best Paper Award*].

Hyde JC, Replogle WR, Brown K, Beisel B, Boyd J & Ross B (1998). Determinants of hypertension control: a longitudinal study of an urban, residency site family medicine clinic. MEDLARS- HealthSTAR.

Hyde JC (1998). Theoretical foundations of TQM and CQI: Does "quality" really have its own theory? Topics of Health Information Management, 18(3), 60-68.

Hansen CF, Nick TG, Hyde JC & Tsao A. (1998) Meta-Analysis of continuous passive motion use in total knee arthroplasty. Physical Therapy, 78(5): S74.

Hyde JC (1998). Who are your patients? Mississippi Hospital Trustee, Winter Edition, Mississippi Hospital Association.

Hyde JC (1998). Mississippi: Its Hospitals and Demographics. Trustee Resource Book. Jackson, MS: Mississippi Hospital Association.

Joiner CL and Hyde JC (1998). Performance Appraisal in Fottler MD, Hernandez SR and Joiner CL (Eds.), Essentials of Human Resources Management. Albany, NY: Delmar.

Joiner CL, Metzger N, Hyde JC and Malvey DM (1998). Labor Relations in Fottler MD, Hernandez SR and Joiner CL (Eds.), Essentials of Human Resources Management. Albany, NY: Delmar

Hyde JC and Drake ML (1997). Rural therapists' assessment of capability for autonomous practice. ACRES Proceedings, 216-221.

Hyde JC and Fottler MD (1996). Service utilization and practice guidelines as determinants of patient care: The case of mild hypertension. Southern Management Association Proceedings, 344-347.

Hyde JC, Topping S and Woodrell FD (1996). Organization performance indicators: The case of CQI implementation within an academic medical center. MEDLARS- HealthSTAR.

Fottler MD and Hyde JC (1995). Employer attitudes toward various health care cost containment options. Academy of Management Proceedings.

Hyde JC and Fottler MD (1995). The impact of practice guidelines and resource utilization on the quality of patient care. MEDLARS- HealthSTAR.

Hyde JC and Fottler MD (1995). Determinants of rural hospital utilization of multiskilled health practitioners. Health Services Management Research, 8(1), 64-72.

Hyde JC and Fottler MD (1994). Determinants of physician vacancy rates in rural hospitals. Journal of Rural Health, 10(1), 38-48.

Joiner CL and Hyde JC (1994). Performance Appraisal in Fottler MD, Hernandez SR and Joiner CL (Eds.), Strategic Management of Human Resources in Health Service Organizations (2nd ed.). Albany, NY: Delmar.

Joiner CL and Hyde JC (1994). Preventive Labor Relations in Fottler MD, Hernandez SR and Joiner CL (Eds.), Strategic Management of Human Resources in Health Service Organizations (2nd ed.). Albany, NY: Delmar.

Hyde JC and Fottler MD (1992). Application of the multiskilled staffing innovation to the health care information professional. Journal of Health Information Management Association, 63(11), 54-60.

Hyde JC and Fottler MD (1992). A system analysis approach to developing a multiskilled health practitioner program. in Blayney KD (Ed.) Healing Hands: Customizing your health team for institutional survival. Battle Creek, MI: Kellogg Foundation.

Fottler MD and Hyde JC (1992). Characteristics of hospitals which adopt managerial innovations: The case of the multiskilled health practitioner. Southern Management Association Proceedings, 564-567.

Hyde JC and Fottler MD (1992). Determinants of physician vacancy rates in rural hospitals. Academy of Management Proceedings.

Hyde JC (1992). Determinants of personnel strategies in rural hospitals. SRIRAS.

Hyde JC (1992). Implications of multiskilled health care professional utilization in rural hospitals. Southern Allied Health Association Proceedings.

Hyde JC (1991). Physician recruitment perspectives. Abstract-CEO Briefings, 21(3).


## SCHOLARLY PRESENTATIONS:

Peden A, Hyde J, Hoover K, May W, Coleman P. (2010). Factors affecting adoption of electronic health record (EHR) systems in the U.S. hospitals, XVI Congress of International Federation of Health Records Organizations, Milan, ITALY.

Weber MD, Hyde JC & Nick TG (2002). Factors influencing health status outcomes of patients with adhesive capsulitis. Academy for Health Services Research and Health Policy 2002, Washington, DC.

Weber MD, Hyde JC, Nick TG, Coleman PJ, Geissler W, Freeland A (2002). Factors that influence the change in physical function of patients with adhesive capsulitis. American Physical Therapy Association: Combined Sections Meeting, 2002, Orlando, FL.

Hyde JC, Hart-Hester SM & Beebe DK (2001). Variables predictive of Family Medicine Residency Success. Academy for Health Services Research and Health Policy 2001, Atlanta, GA.

Hart-Hester SM, Hyde JC & Beebe DK (2001). Predictive variables for success in family medicine residency. Annual Conference Society of Teachers of Family Medicine, Denver, CO.

Hoover KM & Hyde JC (2000). Impact of managed care penetration, hospital organizational variables, and nurse staffing ratios on hospital ALOS and mortality in 3 Southern states. 17th Annual Association for Health Services Research, Los Angeles, CA.

Wilson TG, Hyde JC & Breaux DA (2000). Community attitudes, operational indicators, and hospital administration: Examining the determinants surrounding the conversion of government owned rural acute care facilities to critical access hospitals. 17th Annual Association for Health Services Research, Los Angeles, CA.

Hyde JC & Wainright CW (2000). How to de-mystify the consulting experience. American College of Healthcare Executives, Chicago, IL.

Hyde JC, Keller S & Replogle WR (1999). The Jackson Medical Mall Clinic Study: Evaluation of HEDIS outcomes in selected primary care settings among historically underserved minorities. 16th Annual Association for Health Services Research, Chicago, IL.

Hyde JC, Malvey DM, Brunson C, Blair J & Fottler MD (1999). Innovation of Medical Group Management: Environmental and strategic adaptation. 15th Annual Congress on Healthcare Management, Chicago, IL.

Topping SL, Hyde JC, Barker J & Woodrell FD (1998). Adaptive strategies of academic health centers: Will they survive or go the way of the dinosaurs? 58th Annual Meeting of the Academy of Management, San Diego, CA.

Hyde JC, Replogle WR, Brown K, Beisel B, Boyd J & Ross B (1998). Determinants of hypertension control: a longitudinal study of an urban, residency site family medicine clinic. 15th Annual Association for Health Services Research, Washington, DC.

Hyde JC, Barker JR & Woodrell FD (1998). The Jackson Medical Mall: A community-based health delivery innovation. 14th Annual Congress on Healthcare Management, Chicago, IL.

Hansen CF, Nick TG, Hyde JC & Tsao A. (1998) Meta-Analysis of continuous passive motion use in total knee arthroplasty. Scientific Meeting & Exposition of the American Physical Therapy Association, Orlando, FL.

Nick TG and Hyde JC (1997). Quantifying the predictive information of categories with logistic regression models on health-risk behaviors. 1997 International Conference on Health Policy Research, Georgetown University Medical School, Washington, DC.

Hyde JC and Drake ML (1997). Rural therapists' assessment of capability for autonomous practice. Second Annual SHRP Research Day- SHRP, University of Mississippi Medical Center, Jackson, MS.

Hyde JC and Drake ML (1997). Rural therapists' assessment of capability for autonomous practice. ACRES, San Antonio, TX.

Hyde JC and Fottler MD (1996). Service utilization and practice guidelines as determinants of patient care: The case of mild hypertension. Southern Management Association, New Orleans, LA.

Hyde JC, Topping S and Woodrell FD (1996). Organizational performance indicators: The case of CQI implementation within an academic medical center. 13th Annual Association for Health Services Research, Atlanta, GA.

Hyde JC and Fottler MD (1996). The impact of practice guidelines and resource utilization on the quality of patient outcomes. First Annual SHRP Research Day- SHRP, University of Mississippi Medical Center, Jackson, MS.

Hyde JC and Slovensky DJ (1996). Effects of integrated delivery system development on the scope and direction of information management systems. First Annual SHRP Research Day- SHRP, University of Mississippi Medical Center, Jackson, MS.

Hyde JC, Roswell RH, Quintana JB and Nick TG (1995). Methodological issues in a pair-wise matched (1:1) case-control study: The case of the Persian Gulf War Syndrome. 1995 International Conference on Health Policy Research, Harvard Medical School/Massachusetts General Hospital, Boston, MA.

Fottler MD and Hyde JC (1995). Employer attitudes toward various health care cost containment options. 55th Annual Meeting of the Academy of Management, Vancouver, BC, Canada.

Hyde JC and Fottler MD (1995). The impact of practice guidelines and resource utilization on the quality of patient care outcomes. Association for Health Services Research, Chicago, IL.

Hyde JC and Slovensky DJ (1995). Effects of integrated delivery system development on the scope and direction of information management systems: A case study. AUPHA Annual Meeting, Chicago, IL.

Hyde JC and Fottler MD (1993). Employer attitudes toward various health care cost containment options. AUPHA Annual Meeting, Atlanta, GA.

Hyde JC and Fottler MD (1992). Determinants of physician vacancy rates in rural hospitals. 52nd Annual Meeting of the Academy of Management, Las Vegas, NV.

Fottler MD and Hyde JC (1992). Characteristics of hospitals which adopt managerial innovations: The case of the multiskilled health practitioner. Southern Management Association, New Orleans, LA.

Hyde JC (1992). Determinants of personnel strategies in rural hospitals. 13th Annual Southern Regional Industrial Relations Academic Seminar, Dothan, AL. Hyde JC and Fottler MD (1992). Determinants of rural hospital utilization of multiskilled health practitioners. AUPHA Annual Meeting, Washington, DC.

Hyde JC (1991). Implications of multiskilled health care practitioner utilization in hospitals. Fourth Annual Southeastern Allied Health Research Symposium, Birmingham, AL.


**INDUSTRY/ASSOCIATION PRESENTATIONS:**

Hyde JC (2014). Trends and Implications of Negligent Credentialing. American Association of Legal Nurse Consultants.

Hyde JC (2008). When ethics and law collide. Memorial Hospital of Gulfport (MS) - Annual Ethics Conference.

Hyde JC (2007). When Ethics and Law Collide. Continuing Health Profession Education, UMMC (MS) 2007 Ethics Summit- Ethical Dilemmas: Moral reasoning and practical reality.

Hyde JC (2005). Trustee Development Forum. Grenada Lake (MS) Medical Council.

Hyde JC (2003). Trustee Resource Manual: Mississippi Council of Hospital Trustees. Mississippi Hospital Association Annual Trustee Forum.

Hyde JC (2001). An overview of the American Health Care System: System versus chaos. Mississippi Consortium for International Development. Visiting Russian physician group.

Hyde JC (2000). Development of management faculty in an academic health center. Academy of Management Annual Meeting, Healthcare Management Division.

Hyde JC (2000). Health care in the United States: An Overview into Americanized Medicine. Mississippi Consortium for International Development. Visiting Russian physician group.

Hyde JC (1999). Facing the New Millennium in Health Care. Mississippi Hospital Association for Human Resources Management.

Hyde JC (1999). What an academic health center has to offer. Academy of Management Annual Meeting, Healthcare Management Division.

Hyde JC (1999). Managed care and its impact on healthcare organizations and systems of health care. American Association of Legal Nurse Consultants.

Hyde JC (1998).  Managed care in Mississippi: The potential impact on behavioral health services. Mississippi Hospital Association for Behavioral Health Services.

Hyde JC (1998). The people and hospitals of Mississippi. Mississippi Hospital Association Annual Trustee Forum.

Hyde JC (1997). A hypertension study: Determinants of quality. Jackson (MS) Veterans Affairs Medical Center.

Hyde JC (1997). The United States health care system: An Overview into Americanized Medicine. Mississippi Consortium for International Development. Visiting Russian physician group.

Hyde JC (1997). Managed Care Activities in Mississippi and Impacts on Providers. Mississippi Hospital Association Society for Purchasing and Materiel Management.

Hyde JC (1997). Perspectives on Managed Care. Natchez (MS) Regional Medical Center.

Hyde JC (1996). Health Services Management Workshop. Mississippi Conference on Health Care Reform.

Hyde JC (1996). Changing Health Care Paradigms. Mississippi Hospital Association Society for Healthcare Education.

Hyde JC (1996). Attributes of Leaders for Future Health Care Systems. Mississippi Hospital Association Organization of Nurse Executives.

Hyde JC (1996). Transitioning into the year 2000. Mississippi Hospital Association Society for Purchasing and Materiel Management.

Hyde JC (1995). Outcomes-Based Research: A vehicle for clinical practice and Health Services research. University of Mississippi School of Medicine, Department of Family Medicine.

Hyde JC (1995). Organizational Performance Analysis: The key to high performers. Methodist Healthcare System (San Antonio, TX).

Hyde JC (1994). Issues of data privacy, security and confidentiality within a comprehensive health information network. San Antonio (TX) Health Care Partnership.

Hyde JC (1994). Management effectiveness: Team building techniques for improved operations. University of Alabama at Birmingham Health Services Administration Continuing Education.

Hyde JC (1994). Management through database analysis. Veterans Affairs Management Development Program (AL).


**RESEARCH DISSERTATION DIRECTION:**
Dissertation Chair-
Kim Hoover, RN (completed: Ph.D. -4/00)
Kaye Bender, RN (completed: Ph.D. -4/01)
Sheila Keller (completed: Ph.D. -4/01)
Mark Webber, PT (completed: Ph.D. -7/01)
Marcella McKay, RN (completed: Ph.D. - 11/02)
Frances Gordy, DDS (pre-proposal status)
Ann Peden (completed: Ph.D.-5/09)
Sabrina Bryant (completed: Ph.D.-6/12)

Dissertation Committee Member-
Tom G. Wilson (Mississippi State University student in Ph.D. Public Administration program, completed: 6/00)
Pam Manor (pre-proposal status)
Cyndi Scott (completed: Ph.D.-12/02)
Karen Winters (completed: Ph.D. - 2/04)
Larry L. Smith (completed: Ph.D. -4/07)
Amy Sullivan (completed: Ph.D. -4/09)
Renae Wadley (completed: Ph.D. - 11/15)

12

Stephanie McCullough (pre-proposal)

**MANUSCRIPT REVIEWER:**
Academy of Management
1994- Division of Health Care Management
1995- Division of Health Care Management
1997- Division of Health Care Management
1998- Division of Health Care Management
1999- Division of Health Care Management
2000- Division of Health Care Management
2001- Division of Health Care Management
2002- Division of Health Care Management
2003- Division of Health Care Management
2004- Division of Health Care Management
2005- Division of Health Care Management
2007- Division of Health Care Management
2008- Division of Health Care Management
2011- Division of Health Care Management

Southern Management Association
1994- Division of Health Care Management
1995- Division of Health Care Management
1996- Division of Health Care Management/Hospitality
1997- Division of Health Care Management/Hospitality
2000- Division of Health Care Management/Hospitality
2001- Division of Health Care Management/Hospitality

Archives of Internal Medicine [JAMA]
1998-guest reviewer

Health Care Management Review
1999 to current

Journal of Healthcare Management
2010 to current

**ACADEMIC SESSION DISCUSSANT:**
Academy of Management
1997- Division of Health Care Management
1999- Division of Health Care Management
2000- Division of Health Care Management

Southern Management Association

13

1996- Division of Health Care Management/Hospitality
2000- Division of Health Care Management/Hospitality

## WORKING RESEARCH MANUSCRIPTS:

Predictive variables of family medicine residency success.

Stakeholder analysis of physician executives in group practices.

Dynamics of organizational change within an academic medical center associated with structural re-organization.

Determinants of decision making among medical residents within an academic medical center environment.

Clinical practice guidelines and medical outcomes.

Integrated delivery systems and the process of information flows.

## IRB APPROVED RESEARCH:

ARIC- Atherosclerosis Risk in Communities. Funded by NHLBI. JC Hyde, Investigator, ARIC CMS Analysis and Outcomes Research Committee

HEDIS outcomes among primary care patients within a community medical clinic. June 1998- JC Hyde, Co-Principal Investigator

Outcomes among mildly hypertensive patients within an ambulatory Family Medicine clinic setting. April 1997- JC Hyde, Principal Investigator
Predictive variables for success in Family Medicine Residency Programs. February 1997- JC Hyde, Co-Principal Investigator

Rural therapist assessment of capability for autonomous practice. September 1996- JC Hyde, Co-Principal Investigator

Assessment of perceived social/physical dysfunctions among ambulatory primary care clinic veterans. December 1993- JC Hyde, Principal Investigator

Impact of physician decision making on the costs and quality of patient care. October 1993- JC Hyde, Principal Investigator
Level of resource utilization/health outcomes associated with clinical decision supports. May 1993- JC Hyde, Principal Investigator

14

**GRANTS/CONTRACTS (FUNDED):**

Summer '98   **American Academy of Family Physicians**, Department of Family Medicine. The University of Mississippi Medical Center. Student Research Externship. Investigator.

Summer '97   **American Academy of Family Physicians**. Department of Family Medicine. The University of Mississippi Medical Center. Student Research Externship. Investigator.

Dec. '96   **School of Health Related Professions**. The University of Mississippi Medical Center. Development Fund Grant. Co-Principal Investigator.

Summer '95   **Summer Research Stipend**. Trinity University. Principal Investigator. (did not accept due to move to UMC)

Aug. '92   **VA Health Services Research and Developmental Grant**. Birmingham Veterans Affairs Medical Center. Investigator.


**RECENT COMMITTEE MEMBERSHIPS:**

1995 to 2001   **Institutional Review Board**. The University of Mississippi Medical Center. *Member*. Review, evaluate and approve all human research conducted on the UMC campus and all research conducted regardless of sites by UMC researchers. Issues of human protection, informed consent and respondent safety are guiding concerns.

1995 to 1998 & 2000 to 2001   **Graduate Faculty Council**. The University of Mississippi Medical Center. *Member*. Council provides overall direction and serves as the final authority on issues of graduate education on the medical campus.

1997 to 2000   **Graduate Faculty Council Sub-Committee, Evaluation of Campus-wide Graduate Programs**. The University of Mississippi Medical Center. *Member*. Evaluate all graduate programs at UMC and formulate general requirements of admission, course requirements, and degree fulfillment

1995 to 2010   **Graduate Faculty Admissions Committee**. The University of Mississippi Medical Center. Former ***Chairman and Member***. Committee develops criteria and overall process for admission to the M.S. and Ph.D. programs within the School of Health Related Professions.

1995 to 1997   **Joint Graduate Faculty Admissions Committee**. The University of Mississippi Medical Center. ***Member*** and current ***Chairman***. Committee

oversees graduate admissions within the School of Health Related Professions and the School of Nursing.

1994 to
1995

**Sub-Committee on Privacy, Security and Confidentiality**. San Antonio Health Care Partnership. *Chairman*. Development of a Community Health Information Network and specifically address issues of data integrity and confidentiality.

## PROFESSIONAL/COMMUNITY SERVICE (healthcare only):

2007 to
2009

Community Place Nursing Home- Board Member

2000 to
2016

Trinity University Department of Health Care Administration- Past President, Finance Chair, Board Member

2005 to
2007

Trinity University National Alumni Association- HCAD Representative

2002 to
2007

University of Alabama at Birmingham- Health Information Management Program Advisory Committee Member

2000 to
2006

Central Mississippi Sickle Cell Foundation- Board Member

2000 to
2004

American College of Healthcare Executives Mississippi Chapter- former Chapter President, President-Elect, Board Member

1999 to
2007

American College of Healthcare Executives Mississippi Regent's Advisory Council Member

1998 to
2004

Academy of Management Division of Health Care Management- former Board Member and Membership Chair

## PROFESSIONAL MEMBERSHIPS:

American College of Healthcare Executives- Fellow
Academy of Management
Association of University Programs in Healthcare Administration
Healthcare Financial Management Association
Southern Management Association
American Health Planning Association

*As of January 2019*