# EXHIBIT 6

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3
    MONIQUE RUSSELL, JASMINE    )
 4  RIGGINS, ELSA M. POWELL,    )
    and DESIRE EVANS,           )
 5                              )
              Plaintiffs,       )
 6                              ) Civil Action No. 18-5629
         vs.                    )
 7                              ) Honorable Joshua D.
    EDUCATIONAL COMMISSIONER    ) Wolson
 8  FOR FOREIGN MEDICAL         )
    GRADUATES,                  )
 9                              )
              Defendant.        )
10
11
12     VIDEOTAPED DEPOSITION OF JOHN CHARLES HYDE, Ph.D.
13                    (Taken by Defendant)
14                     November 18, 2019
15
                         9:40 a.m.
16
17
18
19
20          Renaissance Concourse Atlanta Hotel
               One Hartsfield Centre Parkway
21                    Atlanta, Georgia
22
23
24
    Reported by:   F. Renee Finkley, RPR, RMR, CRR, CLR,
25  CCR-B-2289
```

Case 2:18-cv-05629-JDW   Document 94-8   Filed 01/14/22   Page 3 of 4
Case 2:18-cv-05629-JDW   Document 83-8   Filed 12/10/21   Page 3 of 45
John Charles Hyde, Ph.D.

```
 1   definition of credentialing.  What I'm -- what I'm
 2   asking for is what you would actually look at in
 3   deciding whether or not to credential a physician.
 4        A.    Okay.  Licensure, training, which could
 5   include, obviously, not just internship, but
 6   residency and/or fellowship.  You would look at their
 7   experience.  Some of them may not have any.  You
 8   know, they may be fresh out of the residency program,
 9   others may not.  You would look at litigation
10   history.  You would look at board certification.  You
11   would look at health status.  And you would look at
12   sort of their general ability to get along with
13   others.  Do they play well with others?
14              So you -- you're looking at a lot of
15   different factors that's going to get you that.
16   Also, you would look and see the National
17   Practitioner Data Bank.  Have they had any payouts or
18   any convictions of any type of morally-related, moral
19   turpitude, which is typically the terminology.  You
20   would look at Office of Inspector General to see if
21   they have had any claims or had the ability to be
22   involved in Medicare/Medicaid.
23              You would look potentially at insurance
24   companies to see if they've been providing on-panels
25   within the insurance world for managed care, so to
```

```
 1   speak.  I gave you more than a quarter's worth, but
 2   that's sort of going down the list.
 3        Q.   Anything else that you haven't mentioned
 4   that you recall that you would look at in deciding
 5   whether or not to credential a physician?
 6        A.   Recommendations, obviously, from -- you
 7   know, that goes without saying.  Previous history.
 8   We would query the other hospitals if the individual
 9   was on their -- it depends on their point in their
10   career.  If somebody's just out of residency, they're
11   not going to have a lot of previous experience or
12   experiential training outside of residency; but if
13   they were on staff at another hospital, you would ask
14   the hospital, Are they on staff, What level, Are they
15   in good standing.
16            You'd like to get more, but that's sort of
17   all you're going to get.  You would probably also
18   query their health grades.  You know, there's a lot
19   of different things that would give some idea of some
20   feedback.
21        Q.   Anything in addition to that that you
22   would look at when deciding about privileging?  If
23   you've just gone through all that for credentialing
24   an individual, how do you go about -- what do you
25   look at for privileging purposes?
```