# EXHIBIT 8

# JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.

24 Falconwood Court                                    Cell: (239) 849-1400
Fort Myers, FL  33919                                  Residence: (239) 277-1445
Updated August 2019                                    E-mail: jwchsi@outlook.com

**PROFILE:** Board certified physician and health care executive with over 30 years experience
in private practice and healthcare management including:
- Managed care initiatives
- Participated in the design and implementation of a staff model HMO
- Acquisition of physician practices
- PHO development
- MSO development
- Physician recruitment/retention
- Care Mapping
- Strategic planning
- National speaker
- Electronic Medical Record implementation
- Medical liability initiatives including E-Discovery

## PROFESSIONAL EXPERIENCE

**Collier Health Services, Inc**  February 1998 –2014
1454 Madison Ave
Immokalee, FL  34142
**Community Health Center**
**Chief Medical Officer/Medical Director/Chief of Medical Informatics**

**Independent Health Care Consultant**  1994 – Present

**Plan Services, Inc. Tampa, FL**  1992 – 1997
**Third Party Administrator**
**Part Time Medical Director/Consultant**
- Supervise approximately 35 physician advisors with reference to the quality
and judgment of their utilization reviews, regarding medical necessity, medical
appropriateness and length of stay determinations
- Provide the next level of authority; above the physician advisor regarding
physician or member appeals
- Assist in establishing the design and implementation of the utilization
management program and policies concerning pre-admission certification,
length of stay determination, reasonable and customary charges and discharge
management
- Assist nurse reviewers in case reviews to include the accuracy of coding
parameters
- Instrumental in developing continuing education programs for nurse reviewers
that relate to the changes in utilization management policies



EXHIBIT __3__
WIT: _____
DATE: _____
ANGELA M. COKER, COURT REPORTER

**JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.**

**Cape Coral Hospital: Cape Coral, FL**   1992 – 1994
A 280 bed not for profit community hospital with 300 medical staff members representing all specialties.
**Vice-president for Medical Affairs/Interim Chief Operating Officer**

- Participated in the development of a PHO
- Responsible for physician recruitment and retention.
- Directed the acquisition of physician practices and contract negotiations project
- Initiated the development of a managed care contract committee
- Responsible for the utilization management and quality assurance programs and activities
- Facilitated continuing education programs
- Liaison to community and other health care organizations
- Liaison to the media representing hospital issues
- Participated in the interfacing with regulatory agencies (JCAHO) and assisted in developing and implementing policies in accordance with Joint Commission Standards
- Coordinated and participated in the development of an MSO
- Responsible for the credentials and privileges of physicians
- Interfaced with general council in the development of special educational programs for the physician and nursing staffs
- Instrumental in developing and directing a care mapping team
- Successfully assisted legal council in representing the hospital in medical malpractice issues as well as physician fair hearings
- Negotiated the leasing of office space to physicians through positive and productive relationships with them
- Informed and advised Executive Directors and Board members of the current healthcare financial trends, problems and implications to facilitate policy making
- Assisted in staffing determinations, reductions in staff, capital equipment and improvement needs, prepared budget recommendation for medical and non-medical departments
- Negotiated contracts with vendors regarding equipment and supplies
- Directed the preparation and implementation of equipment and supply service contracts, confers with medical staff and department heads to identify needs and services based on the available financial resources
- Supervised a large medical and administrative staff, making hiring and disciplinary decisions
- Participate in the development and implementation of a strategic plan for improving the census of the hospital
- Participated as a key member of a planning team to determine the feasibility of a merger/consolidation with another hospital
- Participated in the design and implementation of medical staff bylaw revisions.
- Participated as a key member of the "management turn around team"

**JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.**

- Assisted the chief of the medical staff in coordinating medical activities of the hospital and in maintaining compliance with medical staff bylaws and rules and regulations
- Served in an advisory capacity to the medical staff departmental chairmen and committee chairmen assisting them in carrying out their administrative responsibilities
- Responsible for providing all the necessary information to the clinical department chairmen regarding patterns of practice in their department and assisting them in making the appropriate recommendations to the medical executive committee regarding credentialing, re-credentialing and privileging of departmental staff
- Responsible for and actively involved in the resolution of medical administrative problems regarding issues of policy as they relate to the medical staff
- Responsible for and actively involved in the resolution of patient care and physician/nurse problems
- Assisted in developing and implementing protocols for newborns with hypoglycemia and hepatitis positive mothers
- Created departments of Obstetrics/Gynecology and Pediatrics
- Created a Prenatal Committee

**Plan Services Inc.** Tampa, Florida   1982 – 1992
**Third Party Administrator**
**Physician Advisor**

**Mease Clinic:** Dunedin, Florida   1980 – 1992
100 physician multi-specialty group

**Private Practice (Pediatrics)**
- Managed a very successful and efficient private practice with two full time employees
- Served as Chairman of the Department of Pediatrics at Mease Hospital
- Previously held the position of clinical instructor, at the University of South Florida Department of Pediatrics
- Implemented educational programs to include prenatal and Lamaze childbirth classes
- Appeared as a guest on both television and radio talk show programs regarding pediatric medical issues and the approaches to prevention
- Consultant and part time medical director to managed care organizations (Travelers, Aetna) specifically involved in policy making and the credentialing process

**JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.**

**Prepaid Health Care:** Clearwater, Florida 1978 – 1980
Staff Model Health Maintenance Organization
The first HMO in this county
**Chief of Pediatrics/Assistant Medical Director 1978**
**Medical Director   1979 – 1980**
- Established a successful pediatric practice
- Developed a department of pediatrics
- Responsible for physician recruitment and retention
- Responsible for the marketing of our health care product and negotiating contracts with consulting physicians and hospitals
- Instrumental in developing a utilization management and quality assurance program
- Assisted in the supervision of the day to day operations of the health care facility
- Facilitated the compliance with local, state and federal regulatory agencies

**Education:** **Queens College,** Queens, New York
B.A. (Sociology), 1970

**Graduate School:** **Columbia University School of Dental and Oral Surgery**
New York City New York 1970 – 1972

**Medical College of Pennsylvania,** M.D. 1975
Philadelphia, Pennsylvania

**Loyola University Chicago School of Law, Beazley Institute for Health Law and Policy:** Master's in health jurisprudence- MJ. August 2010**.**
Chicago, Illinois

**Post Medical Training:** **University of Michigan, C.S. Mott Children's Hospital**
Ann Arbor, Michigan
Pediatrics   1975 – 1976

**University of Miami School of Medicine**
Jackson Memorial Hospital
Miami, Florida
Pediatrics 1976 – 1977

**University of Florida, College of Medicine**
Shands Teaching Hospital and Clinics
Gainesville, Florida
Pediatrics   1977 – 1978

**JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.**

| | |
|---|---|
| **Military:** | U.S. Air Force Reserves   1967 – 1973 |
| | Received Certificate of Appreciation, 1967 |

| | |
|---|---|
| **Honors:**<br>**1975** | Arthur and Bertha Weisman Award for Excellence in Child Psychiatry |
| | Dr. Jean Crump Memorial Prize for Excellence |

**Board Certification:**

Diplomat of the American Board of Pediatrics
May 1980, #24400

Former Diplomat of the American Board of Quality Assurance Utilization Review Physicians. Aug. 1991 Certified in Health Care Quality Management

Licensed Health Care Risk Manager
August 6, 1999   #5502287

Certified in Healthcare Compliance
March 5, 2011, Healthcare Compliance Association

Florida Supreme Court Certified Dependency Mediator
November 16, 2001   #14275D

American Arbitration Association – Former Member

**Current M.D. Licensure:**

Florida: ME 29350

**Appointments:**

Affiliate, Center for Innovative Collaboration in Medicine and Law, Florida State University College of Medicine

Former Clinical Assistant Professor of Pediatrics, in the Department of Clinical Sciences, Florida State University College of Medicine

Clinical Assistant Professor at the Florida State University College of Medicine, Department of Clinical Sciences, Family Medicine Residency Program

Adjunct Professor of Law at Loyola University Chicago School of Law.

Member – American Health Lawyers Association Health Information & Technology Practice Group Task Force on Legal Liability for EHRs, PHRs, & HIE

Served as a mediator for the FMQAI – Florida Medicare Quality Improvement Organization

Served as a volunteer mediator/arbitrator for Florida Bar Grievance Mediation and Arbitration Program

Co-Medical Director, Community Health Center Alliance Electronic Medical
Record Clinical Committee

## JERRY WILLIAMSON, M.D. F.A.A.P. MJ. CHC. L.H.R.M.

| | |
|---|---|
| **Professional Affiliations:** | Florida Regional Extension Center, Former "Meaningful Use" Associate |
| | American Academy of Pediatrics, Fellow |
| | American Academy of Pediatrics, Pediatric Dermatology |
| | Florida Bar Health Law Division, Affiliate Member |
| | Florida Bar Fee Arbitration Committee Former Member |
| | American Health Lawyers – Member |
| | Health Care Compliance Association – Member |
| | American Association of Professional Coders-Consultant |

**Awards:**       2012 Recipient of the "Heroes in Healthcare Award" for Administrative
Excellence in Healthcare, from the Naples Daily News.

**Publications:**   St. Anthony Publishing, 3rd Edition, 1998
*Evaluating & Management Coding and Documentation Guide*

Community Health Centers  Alliance: Meaningful Use Files Blog
*The Devil is in the Details: Resolve to Take a Second Look at Three
Meaningful Use Objectives: 2012*

Morgan and Morgan Law: Blog-*Doctors Without Conscience; 2015*