**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I caused the foregoing document to be electronically

filed and served upon all counsel of record by electronic filing. This document is available for

viewing and downloading from the Court's ECF system.


Dated: 1/14/2022                                      */s/ Robin S. Weiss*
                                                      Robin S. Weiss