IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 19th day of January, 2022, upon consideration of Defendant's letter requesting to exceed the page limitations in its reply in support of its Motion for Summary Judgement (ECF No. 81) and requesting an extension of time to file a reply in support of its Daubert Motion to Exclude Opinions and Anticipated Testimony of Dr. David Markenson, Dr. John Charles Hyde, and Dr. Jerry Williamson ("Daubert Motion") (ECF No. 83), it is **ORDERED** that Defendant may exceed the page limitations in its reply brief in support of its Motion for Summary Judgment by five (5) pages, such that Defendant will file a reply brief of no more than fifteen (15) pages.

It is **FURTHER ORDERED** that Defendant may file its reply in support of its Daubert Motion on or before January 28, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.