# EXHIBIT 1



# Transcript of William C. Kelly

**Date:** August 20, 2019
**Case:** Russell, et al. -v- Educational Commission for Foreign Medical Graduates

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1                                              Volume I
                                              Pages 1-224
 2
             IN THE UNITED STATES DISTRICT COURT
 3        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 4                  Case No. 2:18-cv-05629-JW

 5                  Hon. Joshua D. Wolson

 6

 7

 8  MONIQUE RUSSELL, JASMINE RIGGINS

 9  ELSA M. POWELL AND DESIRE EVANS,

10      Plaintiffs,

11  vs.

12  EDUCATIONAL COMMISSION FOR

13  FOREIGN MEDICAL GRADUATES

14      Defendant.

15

16

17          DEPOSITION OF WILLIAM C. KELLY

18       Tuesday, August 20, 2019 at 9:40 a.m.

19      Law Offices of Morgan, Lewis & Bockius, LLP

20               One Federal Street

21          Boston, Massachusetts 02110-176

22

23

24     ----------Jennifer A. Doherty, CSR--------------

25             Certified Shorthand Reporter
```

1   meant.
2       A.   Yes.
3       Q.   And was step two basic clinical science
4   material?
5       A.   Yes.
6       Q.   And both were, at that time, two-day
7   multiple choice tests administered by ECFMG; is that
8   correct?
9       A.   My -- that -- I have no independent
10  recollection of that.  Just from what's on the form
11  the answer would be yes.
12      Q.   So am I correct that in addition to
13  successfully -- again, I'm in this 1992 to 1996
14  period.  Am I correct that in addition to pass --
15  successfully completing steps one and two of the
16  USLME exams an applicant would also -- an IMG
17  applicant would also have to pass an English test?
18      A.   Yes.
19      Q.   And in addition, before ECFMG would
20  certify an applicant there had to be primary source
21  verification of that applicant's medical
22  credentials; is that correct?
23      A.   Of their medical diploma, yes.
24      Q.   Nothing more than their diploma?
25      A.   Generally not.

```
 1        Q.   And am I correct also that in that same
 2   time period in order -- I'm sorry, was -- in that
 3   time period were steps one and two and was the
 4   English exam administered by ECFMG?
 5        A.   To the best of my recollection, yes.
 6        Q.   Step three was not administered by ECFMG,
 7   was it?
 8        A.   It was not.
 9        Q.   It was administered by whom?
10        A.   My recollection was that it was
11   administered by state medical boards.
12        Q.   And am I correct in saying that an IMG
13   applicant could not sit for step three of the USLME
14   unless he or she was certified by ECFMG?
15             MS. MCENROE:  Objection to form.
16        A.   I believe that was the process in most, if
17   not all states, yes.
18   BY MR. VETTORI:
19        Q.   So again, this is just a general question,
20   Mr. Kelly.  And again, we're referring to this time
21   period that I framed from 1992 through 2000.  Let's
22   say through 1996.
23             Is it correct to say that an IMG couldn't
24   practice medicine in the United States without being
25   certified by ECFMG?
```

1           MS. MCENROE:  Objection to form.
2     A.   That is not correct.
3 BY MR. VETTORI:
4     Q.   How would they practice without a
5 certification from ECFMG?
6     A.   My -- the best of my recollection is that
7 state licenses are granted by the individual state
8 medical boards and there were different pathways,
9 for example, the Fifth Pathway program for graduates
10 of medical schools in Mexico that were not required
11 to have ECFMG certificates.
12     Q.   Are there any other countries where that
13 applied?
14     A.   I don't recall.
15     Q.   How about Nigeria?  Did it apply to
16 graduates of medical schools in Nigeria?
17     A.   I do not believe so.
18     Q.   So with respect to graduates of Nigeria
19 medical schools in the time period we're talking
20 about, an IMG couldn't obtain a medical license in
21 the United States without being certified by ECFMG,
22 correct?
23           MS. MCENROE:  Objection to form.
24     A.   It would have been very, very unlikely,
25 yes.

```
1    BY MR. VETTORI:
2         Q.   Well, can you even sit for the -- at that
3    time period, could you even sit for step three exams
4    without being certified by ECFMG?
5              MS. MCENROE:   Objection to form.
6         A.   A graduate of a Nigerian medical school?
7    BY MR. VETTORI:
8         Q.   Yes.
9         A.   To best of my recollection, no.
10        Q.   And in that same time period a graduate of
11   a Nigerian medical school wouldn't be permitted to
12   take -- wouldn't be licensed by any state in the
13   United States unless he or she successfully
14   completed step three of USMLE; isn't that correct?
15             MS. MCENROE:   Objection to form.
16        A.   If they were applying for an initial
17   license and had not passed the earlier licensing
18   examination, yes.
19   BY MR. VETTORI:
20        Q.   So would you agree with me that ECFMG
21   works on behalf of domestic and international
22   regulatory authorities to protect the public for
23   which programs and services, including primary
24   source verification, of physician credentials?
25             MS. MCENROE:   Objection.
```

```
 1   identification.)
 2              MR. VETTORI:  Off the record a
 3   minute.
 4              (Discussion off the record.)
 5       A.    I've reviewed this document, Exhibit 18.
 6   BY MR. VETTORI:
 7       Q.    Have you seen these before or do you
 8   recall seeing them before?
 9       A.    Yes, I do.
10       Q.    As part of your preparation for this
11   deposition?
12       A.    Yes.
13       Q.    This page 1, 4007 -- 4007 appears to me to
14   be an ECFMG form; is that correct?
15       A.    Yes.
16       Q.    And if I understand from your prior
17   testimony, the practice would have been for ECFMG to
18   use this form to forward the diploma provided to it
19   by the applicant; is that correct?
20       A.    That was the process, yes.
21       Q.    And so I'm just going by the sequence of
22   numbers that they were produced to us.  Immediately
23   following 4007 is page 4008 and it's a diploma,
24   correct?
25       A.    Yes.
```

Transcript of William C. Kelly  
Conducted on August 20, 2019       72

```
1        Q.   But it's not a diploma for somebody by the
2    name of Charles, is it?
3                 MS. MCENROE:  Objection to form.
4        A.   It says Charles right on it.
5    BY MR. VETTORI:
6        Q.   What is the last name?
7        A.   It's Charles Oluwafemi Igberase.
8        Q.   It's not Igberase Oluwafemi Charles, is
9    it?
10                MS. MCENROE:  Objection to form.
11       A.   The names are in a different order.
12   BY MR. VETTORI:
13       Q.   Correct.  And you were treating the person
14   with the name Igberase Oluwafemi Charles as someone
15   different from the person with the name Charles
16   Oluwafemi Igberase, weren't you?
17                MS. MCENROE:  Objection to form.  Are
18   you asking --
19   BY MR. VETTORI:
20       Q.   When I say "you," I mean ECFMG for
21   purposes of its certification.
22       A.   I don't recall that.
23       Q.   Well, you assigned it a separate
24   identification number to Igberase Oluwafemi Charles
25   than you did to Charles Oluwafemi Igberase.  We've
```

Transcript of William C. Kelly
Conducted on August 20, 2019          73

```
 1   already established that, Mr. Kelly.
 2              MS. MCENROE:  Objection to form.
 3   BY MR. VETTORI:
 4        Q.   Isn't that correct?
 5        A.   If that is what we did, then this was a
 6   different applicant, yes.
 7        Q.   Correct.  Are you aware that this is the
 8   identical diploma submitted by the person with the
 9   name Charles Oluwafemi Igberase that you verified
10   with the school?
11        A.   I'm not aware of that.
12        Q.   So again, we have a situation where the
13   applicant's name is different than the name on the
14   diploma, correct?
15              MS. MCENROE:  Objection.
16        A.   The name -- the sequence of names is
17   different, yes.
18   BY MR. VETTORI:
19        Q.   Correct.  And is there any documentation
20   to indicate to ECFMG an explanation for that?
21        A.   I see none.
22        Q.   So as I -- is it correct to say that ECFMG
23   relied on a verification of a diploma for someone
24   whose name is different than the applicant Igberase
25   Oluwafemi Charles?
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    74

```
 1                MS. MCENROE:  Objection to form.
 2       A.    What I can say is I, at this time in 1994,
 3   I do not believe ECFMG considered them, the name not
 4   to do -- to belong to this applicant.  It was not
 5   uncommon for people from different cultures and
 6   certain countries to have their name, you know, in
 7   different sequences.
 8   BY MR. VETTORI:
 9       Q.    Then why did you apply -- I'm sorry.  Why
10   did you assign different identification numbers to
11   these two people?
12                MS. MCENROE:  Objection to form.
13       A.    Yeah, you have me a little confused.
14   My -- I don't know.  I don't have the two records in
15   front of me so I would have to see.
16       Q.    I understand, but let me tell you what the
17   record that we developed here today shows.  A
18   gentleman by the name of Charles Oluwafemi Igberase,
19   a name on a diploma, filed an application with ECFMG
20   in 1992 and you assigned -- ECFMG assigned to him
21   the O482700-2 number.  That's established in the
22   record.
23       A.    Yes.
24       Q.    A gentleman by the name of Igberase
25   Oluwafemi Charles applied to ECFMG in 1994 and ECFMG
```

```
 1         A.   Yes.
 2         Q.   But again, do you remember any notices
 3    other than the one I just referenced in your
 4    review?
 5              MS. MCENROE:  Objection to form.
 6         A.   No, I don't recall.
 7    BY MR. VETTORI:
 8         Q.   So let me ask it a little different way.
 9    Did you review this December 19, 2016 letter that
10    Karen Corrada wrote?
11         A.   No.
12              MS. MCENROE:  Can you mark that or do
13    you want --
14              MR. VETTORI:  I can, if you want me
15    to.
16              MS. MCENROE:  Just for purpose of the
17    record of what it was he did not review.
18              (Exhibit No. 21 marked for
19    identification.)
20              (Exhibit No. 22 marked for
21    identification.)
22    BY MR. VETTORI:
23         Q.   So Mr. Kelly, before you look at it I'm
24    telling you this is an incomplete document.  This is
25    just page 1 of a multiple page document.  Take a
```

1    look at it for a moment and then I'm going to ask
2    you a question about it.
3         A.   (Complies.)  Okay.
4         Q.   So this is dated March 1, 2017, and I
5    think we've already agreed that you weren't with
6    ECFMG at the time?
7         A.   That's correct.
8         Q.   So you don't know what information is
9    contained on the other pages of this document,
10   obviously?
11        A.   That is correct.
12        Q.   Have you even seen this document before?
13        A.   No.
14             MR. VETTORI:  Let's mark it as 23
15   anyway.
16             (Exhibit No. 23 marked for
17   identification.)
18   BY MR. VETTORI:
19        Q.   So tell us what Exhibit 23 is.
20        A.   It is a photocopy of an application for a
21   USMLE examination.
22        Q.   By whom?
23        A.   The name on the application is John Nosa
24   Akoda.
25        Q.   A-K-O-D-A.  It appears to me that it's

Transcript of William C. Kelly
Conducted on August 20, 2019                                88

```
 1   dated January 3, 1996.  Can you confirm that?
 2        A.   That appears to be the receipt date,
 3   yes.
 4        Q.   Right.  Does it list a Social Security
 5   number?
 6        A.   There is none listed on there.
 7        Q.   What is the date of birth?  Second page.
 8        A.   January 1, 1959.
 9        Q.   And does this applicant, John Nosa Akoda,
10   indicate what medical school he attended?
11        A.   Yes.
12        Q.   Which one?
13        A.   University of Benin, Nigeria.
14        Q.   Does he indicate when he graduated?
15        A.   He does not list the degree date.  He
16   lists his attendance dates.
17        Q.   What are the attendance dates?
18        A.   October '81 to October '87.
19        Q.   If you look at Bates page 40705, which I
20   think is the third page of the application, part C.
21        A.   Yes.
22        Q.   There is a photograph attached or there is
23   a photograph on that page; is there not?
24        A.   It appears to be a photograph.
25        Q.   Isn't that a requirement of all
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    89

```
 1   applications, that they attach a photograph?
 2            MS. MCENROE:  Objection to form.
 3       A.   That is, yes.
 4   BY MR. VETTORI:
 5       Q.   And doesn't that photograph have to be
 6   verified by the dean of the medical school?
 7            MS. MCENROE:  Objection to form.
 8       A.   It does not have to be.
 9   BY MR. VETTORI:
10       Q.   What was the procedure in 1996 at ECFMG
11   with respect to the verification of a photograph on
12   an application?
13       A.   I don't recall.
14       Q.   So in section B1, down towards the bottom,
15   the form says, "Explain in the space below why the
16   application could not be signed in the presence of
17   your medical school dean, vice dean, or register --
18   any registrar.  Any explanation must be acceptable
19   to ECFMG and must be provided each time you submit
20   an application to ECFMG."
21            Do you see that?
22       A.   Yes.
23       Q.   And the handwritten answer was "because
24   the postal system to Nigeria could not be guaranteed
25   within the available time."  Did I read that
```

Transcript of William C. Kelly
Conducted on August 20, 2019                    210

```
 1   memorandum was being written separately since I did
 2   not think it should be made part of the official
 3   file."
 4            If not in the official file, where
 5   was this document located?
 6        A.   I don't know.
 7        Q.   Okay.  What was your thinking or purpose
 8   in not including this within an official file on
 9   behalf of Akoda?
10            MS. MCENROE:  Objection to form.
11   Covered extensively by co-counsel.
12        A.   Yeah, I don't know.
13        Q.   What is the significance of a document
14   being inside the file versus outside the file?
15            MS. MCENROE:  Objection to form.
16        Q.   What are the criteria that would dictate
17   whether a document goes in an applicant file versus
18   outside a file?
19            MS. MCENROE:  Objection to form.
20        A.   I don't know.
21        Q.   Presumably on December 22, 2000 there was
22   some purpose in not including this document within
23   Akoda's file, correct?
24            MS. MCENROE:  Objection to form.
25        A.   Or an intention not to include it.  It
```

```
 1   obviously was included.
 2        Q.   Do you know if this was in fact within a
 3   file on behalf of an official file for Akoda versus
 4   kept somewhere else with ECFMG's records?
 5             MS. MCENROE:  Objection to form.
 6        A.   I don't know.
 7        Q.   Is there any justification that you can
 8   think of as we sit here today as to why a document
 9   concerning a physician's credibility and honesty
10   would not be included within their official file?
11             MS. MCENROE:  Objection to form.
12        A.   I don't know.
13        Q.   You conclude that in the conclusion of
14   Paragraph No. 4 that you don't think this is enough
15   for the committee.
16             Help me understand in view of the
17   various documents previously discussed why you did
18   not believe that this was sufficient evidence to
19   even raise before a credentialing committee.
20             MS. MCENROE:  Objection to form.
21        A.   Based on experience and working with the
22   documents and presumably maybe talking with other
23   people that, you know, there was a staff had to
24   review all the materials that were part of the --
25   that were the result of the investigation, and part
```

```
1    of it was a determination whether there was
2    enough -- we thought there was enough information
3    for the committee in its review to make an informed
4    decision.
5         Q.   Were you ever part of any presentation to
6    the credentials committee regarding a Doctor John
7    Akoda?
8         A.   I don't believe so.
9         Q.   Mr. Kelly, after -- well, do you know
10   how -- we discussed previously the letters of
11   recommendation that were sent out or sent to you in
12   2006 or to ECFMG.
13               Do you have any understanding as to
14   how that concern that you articulated previously was
15   ultimately addressed?  Was there any formal decision
16   that we should proceed with sending out these
17   materials on behalf of a Doctor Akoda?
18               MS. MCENROE:  Objection to form.
19        A.   Can you restate that?
20        Q.   Sure.  At what point was it determined
21   that despite some concerns regarding Akoda's
22   credentiality that ECFMG through the ERAS service
23   should proceed with sending out this material on
24   behalf of Akoda the individual to various residency
25   programs or a program?
```

Transcript of William C. Kelly
Conducted on August 20, 2019          213

1           MS. MCENROE:  Objection to form.
2      A.   I don't know.
3      Q.   You've not seen any documentation in the
4  file reflecting a decision one way or the other in
5  that regard?
6      A.   I have not.
7      Q.   You've not seen any correspondence to any
8  particular residency program regarding Akoda --
9  well, strike that -- with the exception of the ERAS
10 form that you previously alluded to?
11     A.   That is correct.
12     Q.   With respect to the levels of flags that
13 we discussed that concept generally, I understand
14 you might not have a recollection specifically of
15 what the different levels mean.  This is Exhibit 52.
16     A.   I have it.
17     Q.   What is the general concern that is being
18 addressed through the use of flags on internal ECFMG
19 servicers with regard to who can see what?
20          MS. MCENROE:  Objection to form.
21     A.   Well, it's not just who can see what.
22 It's what you can do with the record, and that would
23 vary based upon the reason behind it.
24     Q.   Certainly one of the purposes of the flags
25 in situations like in 2006 when someone went to

```
 1                  C E R T I F I C A T E

 2   COMMONWEALTH OF MASSACHUSETTS
     Worcester, ss.
 3
                 I, Jennifer A. Doherty, Certified
 4   Shorthand Reporter and Notary Public duly
     commissioned and qualified in and for the
 5   Commonwealth of Massachusetts, do hereby certify
     that there came before me on the 20th day of August,
 6   2019, the person hereinbefore named, who was by me
     duly sworn to testify to the truth and nothing but
 7   the truth of their knowledge touching and concerning
     the matters in controversy in this cause; that they
 8   were thereupon examined upon their oath, and their
     examination reduced to typewriting under my
 9   direction and that the deposition is a true record
     of the testimony given by the deponent.
10               I further certify that I am neither
     attorney nor counsel for, nor related to or employed
11   by, any of the parties to the action in which this
     deposition is taken, and further that I am not a
12   relative or employee or financially interested in
     this action.
13
                 IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY
14   HAND AND SEAL THIS 1ST DAY OF SEPTEMBER, 2019.

15

16

17   Notary Public
18   My Commission Expires:
     October 19, 2023
19   CSR No. 1398F95

20

21

22

23

24

25
```