# EXHIBIT 2



Deposition of:
# Kara Corrado

*September 10, 2019*

In the Matter of:

# Russell, Monique Vs. Educational Commission For Foreign Medical Graduates

Veritext Legal Solutions

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                      - - -
 4  MONIQUE RUSSELL, JASMINE  :  Case No.
    RIGGINS, ELSA M. POWELL   :
 5  AND DESIRE EVANS,         :  2:18-cv-05629-JW
                              :
 6           Plaintiffs,      :
                              :
 7       vs.                  :  Hon. Joshua D. Wolson
                              :
 8  EDUCATIONAL COMMISSION    :
    FOR FOREIGN MEDICAL       :
 9  GRADUATES,                :
                              :
10           Defendant.       :
11                    - - -
12             September 10, 2019
13                    - - -
14       Oral deposition of KARA CORRADO, taken
15   at the offices of MORGAN LEWIS BOCKUS, LLP,
16  1701 Market Street, Philadelphia, Pennsylvania
17       beginning at 10:48 a.m., before
18   Jennifer L. McDonald, a Professional Reporter
19  and a Notary Public in and for the Commonwealth
20               of Pennsylvania.
21                    - - -
22    VERITEXT NATIONAL COURT REPORTING COMPANY
                MID-ATLANTIC REGION
23        1801 Market Street - Suite 1800
          Philadelphia, Pennsylvania 19103
24
```

1       special investigations and the addition
2       of case managers, it fell under the
3       purview of the associate vice president,
4       who was Bill Kelly, and I, at the time, a
5       manager of operations program
6       development.
7              So Bill, myself, and Virginia
8       Kesting, who reported to me, we were the
9       folks working on the irregular behavior.
10      So in that respect when I was working for
11      Bill, I was staff.
12 BY MR. THRONSON:
13      Q.       When did you get involved in
14 work on irregular behavior matters?
15      A.       That was around 2008 when I
16 moved -- changed position.
17      Q.       So the staff for the irregular
18 behavior is part of the special investigations
19 team?
20      A.       That is the special
21 investigations team now, yes.
22      Q.       Okay.  Got it.  How does ECFMG
23 serve the public?
24              MS. McENROE:  Objection to form.

1             THE WITNESS:  ECFMG serves the
2       public in a number of ways.  Our original
3       program which was the certification
4       program severs the public in ensuring
5       that those physicians that are educated
6       outside of the U.S. and Canada meet
7       certain minimum requirements in order to
8       enter an accredited residency program in
9       the United States.
10              We also serve the public in
11       facilitating an appropriate review of
12       them, at the same time making sure that
13       we are efficient about doing it, because
14       IMGs -- or International Medical
15       Graduates represent about 25 percent of
16       the physicians that are working in the
17       United States.
18              So it's important from a
19       physician-workforce point of view to make
20       sure we have qualified physicians.  So in
21       those two broad ways I would say that we
22       serve the public.
23  BY MR. THRONSON:
24       Q.     How does ECFMG serve medical

```
 1   residency programs?
 2                  MS. McENROE:  Objection to form.
 3                  THE WITNESS:  So ECFMG has a
 4        certification program that is required
 5        for entrance into ACGME accredited
 6        residency programs.
 7   BY MR. THRONSON:
 8        Q.        Any other ways in which ECFMG
 9   severs medical residency programs?
10                  MS. McENROE:  Objection to form.
11                  THE WITNESS:  So we also have an
12        exchange visitor sponsorship program.  We
13        are responsible for physicians who are
14        seeking residency and training in the
15        United States on a J-1 nonimmigrancy
16        step.
17   BY MR. THRONSON:
18        Q.        Beyond the ways in which you
19   serve medical residency programs that you
20   described, how else does ECFMG serve hospitals?
21                  MS. McENROE:  Objection to form.
22                  THE WITNESS:  I don't know that
23        I would say that we serve hospitals,
24        however, we do provide a service for
```

1  Q. So you believe that was also the
2  process in the late 90s, early 2000s?
3  A. Yes.
4  Q. Okay. Do you know of any --
5  strike that. Do you know of any circumstances
6  where you would -- where ECFMG would vary from
7  that process?
8  MS. McENORE: Objection to form.
9  BY MR. THRONSON:
10  Q. That is, would vary from the
11  process of once a charge letter is sent to an
12  applicant to refer the matter to the
13  credentials committee for investigation?
14  A. Prior to -- like I said, I think
15  it was around '99, 2000 that the matter would
16  be referred.
17  Let me just clarify. Unless
18  there was some exculpatory evidence that we
19  discovered after we sent the charge letter,
20  then we would withdraw the charge letter and it
21  wouldn't be referred to the credentials
22  committee; but prior to that there are cases
23  where we contacted the applicant to ask them to
24  provide information about an allegation or an

1  anomaly.  In some of those cases they were not
2  referred to the committee, if that applicant
3  did not respond.
4       Q.       If the applicant did not respond
5  they were not referred to the committee?
6       A.       In some cases.  Right, you asked
7  me if we always referred them.
8       Q.       Sure.
9       A.       And the answer is no, because
10 there are some cases that are old, prior to my
11 time, that we contacted the individual about
12 the allegation but they are not necessarily
13 referred to the credentials committee.
14      Q.       Do you know why they were not
15 referred to the credentials committee in those
16 cases?
17      A.       I don't.
18      Q.       But as a general rule after a
19 charge letter was sent, the matter was referred
20 to the credentials committee as a matter of
21 course?
22              MS. McENROE:  Objection to form.
23              THE WITNESS:  Yes.
24 BY MR. THRONSON:

1      Q.       Obviously this case has a long
2   history and we covered a lot of this in the
3   deposition of William Kelly.  Did you happen to
4   read that deposition?
5      A.       I did not.
6      Q.       Was it made available to you for
7   review?
8      A.       No.
9      Q.       Do you know that it had taken
10  place?
11     A.       No.
12     Q.       Did ask you for a transcript?
13     A.       No, I did not.
14     Q.       Why not?
15              MS. McENROE:  Objection to form.
16              THE WITNESS:  I don't know.  I
17      didn't ask for one.
18  BY MR. THRONSON:
19     Q.       You didn't feel it was important
20  for your testimony today?
21              MS. McENROE:  Objection to form.
22              THE WITNESS:  I don't think I
23      thought about it to be perfectly honest.
24  BY MR. THRONSON:

1           C E R T I F I C A T E
2
    COMMONWEALTH OF PENNSYLVANIA:
3
    COUNTY OF PHILADELPHIA:
4
5        I, Jennifer L. McDonald, a Notary
    Public within and for the County and State
6   aforesaid, do hereby certify that the foregoing
    deposition of KARA CORRADO was taken before me,
7   pursuant to notice, at the time and place
    indicated; that said deponent was by me duly
8   sworn to tell the truth, the whole truth, and
    nothing but the truth; that the testimony of
9   said deponent was correctly recorded in machine
    shorthand by me and thereafter transcribed
10  under my supervision with computer-aided
    transcription; that the deposition is a true
11  record of the testimony given by the witness;
    and that I am neither of counsel nor kin to any
12  party in said action, nor interested in the
    outcome thereof.
13
         WITNESS my hand and official seal this
14  16th day of Sept
15
16            *Jennifer L McDonald*
17       _____
              Jennifer L. McDonald,
18                 Notary Public
19
20
21
22
23
24