# EXHIBIT 4

Received 10/7/14
OVP

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
14-1 / 14GJ3409 / 14 - 3664

for the

Eastern District of Virginia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Custodian of Records
Educational Commission for Foreign Medical Graduates
3634 Market Street
Philadelphia, PA 19104-2685

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Date and Time: October 23, 2014  9:30 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: See attached.

Date: October 01, 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are Rebeca H. Bellows, AUSA
Office of the United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314   (703) 299-3700

ECFMG-Akoda-000001

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ECFMG-Akoda-000002



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Virginia*

*Justin W. Williams United States Attorney's Building*
*2100 Jamieson Avenue*    703-299-3700
*Alexandria, Virginia 22314*    FAX 703-299-3981

October 01, 2014

Custodian of Records
Educational Commission for Foreign Medical Graduates
3634 Market Street
Philadelphia, PA 19104-2685

Re: 14-1 / 14GJ3409 / 14-3664

Dear Sir or Madam:

You have been served with a subpoena issued in connection with a criminal investigation being conducted in this District. That subpoena directs you to produce certain records on 10/23/2014, before the grand jury in Alexandria, Virginia.

**Because premature disclosure of this request might impede the investigation in this case, you are requested not to disclose the existence of this subpoena.**

As a convenience, you may, if you wish, deliver the requested documents in lieu of appearing personally before the grand jury to: Rebeca H. Bellows, United States Attorney's Office, 2100 Jamieson Avenue, Alexandria, VA 22314. Any questions pertaining to the records under subpoena should be directed to Rebeca H. Bellows at (703) 299-3700.

I appreciate your cooperation in this matter. If you have any questions, please feel free to contact this office at 703-299-3700.

Sincerely,

Dana J. Boente
United States Attorney

By: *Rebeca H. Bellows*

Rebeca H. Bellows
Assistant United States Attorney

Enclosure

ECFMG-Akoda-000003

Custodian of Records
Educational Commission for Foreign Medical Graduates
3624 Market Street
Philadelphia, PA 19104-2685

Attachment

Any and all records relating to the following individuals:

Oluwafemi Charles Igberase
a/k/a Oluwafemi C. Igberase
a/k/a Igberase Oluwafemi Charles
a/k/a Igberase Charles
DOB: 4-17-1962
SSN: 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

Charles John Nosa Akoda
a/k/a Charles N. Akoda
a/k/a John C. Akoda
a/k/a John Charles Akoda,
a/k/a John-Charles Akoda,
a/k/a John-Charles Nosa Akoda,
a/k/a Charles John Akoda
DOB: 1-1-1959

An individual who has identified himself as Oluwafemi Charles Igberase has represented to a federal agency or department that the Educational Commission for Foreign Medical Graduates issued a certificate to him on December 14, 1994, certifying that he successfully passed its examinations. The certificate provided by Igberase identifies him as "Igberase Oluwafemi Charles."

An individual who has identified himself as Charles John Nosa Akoda has represented to a state agency that the Educational Commission for Foreign Medical Graduates issued a certificate to him on August 18, 1997, certifying that he successfully passed its examinations. The certificate provided by Akoda identifies him as "John Nosa Akoda." Oluwafemi Igberase has used the alias Charles John Nosa Akoda and variations of that name.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _____ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

_____
_____
_____
_____
_____
_____

I further state that:

- A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;
- B. such records were kept in the course of a regularly conducted business activity of _____ (business); and
- C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
(Signature)

_____
(Date)

_____
(Address)

14-1 / 14GJ3409 / 14-3664

_____
(Phone)