IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS,  ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs,*<br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

**AND NOW**, this 31st day of January, 2022, it is **ORDERED** that Oral Argument on summary judgment and class certification is **RESCHEDULED** for March 29, 2022, at 10:00 a.m., in Courtroom 3B of the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.