**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused the foregoing document to be electronically filed and served upon all counsel of record by electronic filing. This document is available for viewing and downloading from the Court's ECF System.

Dated: 2/11/2022                                                                 */s/ Robin S. Weiss*
                                                                                                       Robin S. Weiss