IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, et al., : | |
| Plaintiffs : | |
| : | CIVIL ACTION |
| : | |
| v. : | NO. 18-5629 |
| : | |
| EDUCATIONAL COMMISSION : | |
| FOR FOREIGN MEDICAL : | |
| GRADUATES, : | |
| Defendant : | |

## JUDGMENT

**AND NOW**, this 14th day of February, 2024, judgment is hereby entered in favor of Defendant Educational Commission for Foreign Medical Graduates, and against Plaintiffs Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, in the amount of $400.00.

The amount requested in the Defendant's Bill of Costs (Docket No. 108) is reduced by $30,282.81. The Clerk is unable to determine whether the claimed costs for transcripts and exemplification are taxable due to the lack of invoices or other supporting documentation. Accordingly, those costs will not be taxed.

GEORGE WYLESOL
Clerk of Court

By:   */s/ Sharon A. Hall-Moore*
Deputy Clerk